UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP NELSON BURNS, MIRJANA
PAVKOVICH, Administrator of the Estate of
Rade Pavkovich, Deceased, and WARREN
ELMER HALPAP,

        Plaintiffs,

-against-

GRUPO MEXICO S.A. de C.V., a Mexican
Corporation,

        Defendant.

Case No. _____




## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for ASARCO LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

1. Grupo Mexico S.A. de C.V.
2. Southern Copper Corporation
3. Americas Mining Corporation

Date: May 2, 2007

By: _____
G. Irvin Terrell, Jr.
Attorney Bar Code: GT-3459

1

## **CERTIFICATE OF SERVICE**

I certify that on May 2, 2007, the foregoing document was served via hand delivery on the following counsel:

WEITZ & LUXENBERG, P.C.
Gary Klein, Esq.
120 Wall Street, 15th Floor
New York, New York  10038
(212) 558-5900
(212) 363-6848 (facsimile)

and

BARON & BUDD
Alan B. Rich, Esq.
The Centrum, Suite 1100
3102 Oak Lawn Avenue
Dallas, Texas  75219
(214) 521-3605
(214) 520-1181

**ATTORNEYS FOR PLAINTIFFS
PHILLIP NELSON BURNS,
MIRJANA PAVKOVICH,
and WARREN ELMER HALPAP**

MILBANK, TWEED, HADLEY & McCLOY LLP
David R. Gelfand, Esq.
1 Chase Manhattan Plaza
New York, New York  10005
(212) 530-5000
(212) 530-5219 (facsimile)
dgelfand@milbank.com

**ATTORNEYS FOR DEFENDANTS
GRUPO MEXICO S.A. de C.V. and
AMERICAS MINING CORPORATION**

_____
G. Irvin Terrell, Jr.