UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP NELSON BURNS, MIRJANA
PAVKOVICH, Administrator of the Estate of
Rade Pavkovich, Deceased, and WARREN
ELMER HALPAP,

        Plaintiffs,

-against-

GRUPO MEXICO S.A. de C.V., a Mexican
Corporation,

        Defendant.

Case No. 1:07-CV-3496 (WHP)

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )

COUNTY OF NEW YORK )

Steven Liquori, being duly sworn, deposes and says:

    1.    I am not a party to this action, am over 18 years of age, am capable of making this Affidavit, and am employed by the law firm of Baker Botts L.L.P. with a place of business located at 30 Rockefeller Plaza, New York, New York, 10112.

    2.    On May 2, 2007, I caused to be served copies of the following documents: (i) **ASARCO LLC's Notice of Removal**; (ii) **Rule 7.1 Disclosure Statement**; and (iii) **ASARCO LLC's Notice of Removal to Federal Court** (together with accompanying exhibits) on the persons set forth on the attached Service List.

3. I caused such service to be made by enclosing true and correct copies of the aforementioned documents in properly addressed wrappers and caused them to be sent by hand delivery.

_____
Steven Liquori

Sworn to before me this
3rd day of May, 2007

_____
Notary Public
State of New York, No. _____
Qualified in _____
Commission Expires _____

BRENDA K. HART
NOTARY PUBLIC, State of New York
No. 01HA6135327
Qualified in New York County
Commission Expires Oct. 17, 2009

## SERVICE LIST

Gary Klein, Esq.
WEITZ & LUXENBERG, P.C.
120 Wall Street, 15th Floor
New York, New York 10038

David R. Gelfand, Esq.
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005

## CERTIFICATE OF SERVICE

I certify that on May 3, 2007, the foregoing document was served via overnight delivery service on the following counsel:

**WEITZ & LUXENBERG, P.C.**
Gary Klein, Esq.
120 Wall Street, 15th Floor
New York, New York 10038
(212) 558-5900
(212) 363-6848 (facsimile)

-and-

**BARON & BUDD**
Alan B. Rich, Esq.
The Centrum, Suite 1100
3102 Oak Lawn Avenue
Dallas, Texas 75219
(214) 521-3605
(214) 520-1181

**ATTORNEYS FOR PLAINTIFFS
PHILLIP NELSON BURNS,
MIRJANA PAVKOVICH,
and WARREN ELMER HALPAP**

MILBANK, TWEED, HADLEY & McCLOY LLP
David R. Gelfand, Esq.
1 Chase Manhattan Plaza
New York, New York 10005
(212) 530-5000
(212) 530-5219 (facsimile)
dgelfand@milbank.com

**ATTORNEYS FOR DEFENDANTS
GRUPO MEXICO S.A. de C.V. and
AMERICAS MINING CORPORATION**

/s/ G. Irvin Terrell, Jr.
G. Irvin Terrell, Jr. (GT-3459)