UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP NELSON BURNS, MIRJANA
PAVKOVICH, Administrator of the Estate of
Rade Pavkovich, Deceased, and WARREN
ELMER HALPAP,

        Plaintiffs,                     Case No. 1:07-CV-3496 (WHP)

-against-

GRUPO MEXICO S.A. de C.V., a Mexican
Corporation,

        Defendant.

## AFFIDAVIT OF SERVICE

STATE OF TEXAS  )

DALLAS COUNTY  )

Thomas E. O'Brien, being duly sworn, deposes and says:

    1.    I am not a party to this action, am over 18 years of age, am capable of making this Affidavit, and am employed by the law firm of Baker Botts L.L.P. with a place of business located at 2001 Ross Avenue, Dallas, Texas 75201.

    2.    On May 2, 2007, I caused to be served copies of the following documents: (i) **ASARCO LLC's Notice of Removal**; (ii) **Rule 7.1 Disclosure Statement**; and (iii) **ASARCO LLC's Notice of Removal to Federal Court** (together with accompanying exhibits) on the persons set forth on the attached Service List.

1

3. I caused such service to be made by enclosing true and correct copies of the aforementioned documents in properly addressed wrappers and caused them to be sent by hand delivery.

_____
Thomas E. O'Brien

Sworn to before me this
3rd day of May, 2007

_____
Notary Public
State of Texas
Commission Expires 6/16/08

MELODY F. PERMENTER
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Expires 6-16-2008

## SERVICE LIST

Alan B. Rich, Esq.
BARON & BUDD
The Centrum, Suite 1100
3102 Oak Lawn Avenue
Dallas, Texas 75219

## CERTIFICATE OF SERVICE

I certify that on May 3, 2007, the foregoing document was served via overnight delivery service on the following counsel:

**WEITZ & LUXENBERG, P.C.**
Gary Klein, Esq.
120 Wall Street, 15th Floor
New York, New York  10038
(212) 558-5900
(212) 363-6848 (facsimile)

-and-

**BARON & BUDD**
Alan B. Rich, Esq.
The Centrum, Suite 1100
3102 Oak Lawn Avenue
Dallas, Texas  75219
(214) 521-3605
(214) 520-1181

**ATTORNEYS FOR PLAINTIFFS
PHILLIP NELSON BURNS,
MIRJANA PAVKOVICH,
and WARREN ELMER HALPAP**

MILBANK, TWEED, HADLEY & McCLOY LLP
David R. Gelfand, Esq.
1 Chase Manhattan Plaza
New York, New York  10005
(212) 530-5000
(212) 530-5219 (facsimile)
dgelfand@milbank.com

**ATTORNEYS FOR DEFENDANTS
GRUPO MEXICO S.A. de C.V. and
AMERICAS MINING CORPORATION**

/s/ G. Irvin Terrell, Jr.
G. Irvin Terrell, Jr. (GT-3459)