# BAKER BOTTS LLP

AUSTIN
BEIJING
DALLAS
HONG KONG
HOUSTON
LONDON
MOSCOW
NEW YORK
RIYADH
WASHINGTON

May 4, 2007

BY HAND

G. Irvin Terrell
TEL +1 713.229.1231
FAX +1 713.229.2831
irv.terrell@bakerbotts.com

The Honorable William H. Pauley
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
Room 2210
New York, New York  10007

      Re:   *Phillip Nelson Burns et al. v. Grupo Mexico S.A. de C.V.*, Case No. 1:07-CV-3496 (WHP)

Dear Judge Pauley:

      On May 2, 2007, ASARCO LLC filed a Notice of Removal in the Southern District of New York removing the claim asserted against Grupo Mexico S.A. de C.V. in Count VII of the First Amended Verified Complaint filed in *Phillip Nelson Burns* et al. *vs. Grupo Mexico S.A. de C.V.* et al., Index No. 0114728/2004, from the Supreme Court of the State of New York, County of New York, to the Southern District of New York.  The removed proceeding was assigned to this Court.

      After filing ASARCO's Notice of Removal in hard copy, counsel for ASARCO sent the Clerk's Office an email asking the Clerk to open the case for electronic filing and attaching an electronic version of ASARCO's Notice of Removal with Exhibits.  The Clerk's Office responded in an email that the Exhibits to the Notice of Removal were too voluminous to file electronically and that ASARCO needed to request permission from the Court to keep all Exhibits to the Notice of Removal as paper documents.

      <u>ASARCO respectfully requests that the Court grant ASARCO and the Clerk's Office permission to keep all Exhibits to the Notice of Removal as paper documents.</u>

      In the event that you should need it, a self-addressed, pre-paid envelope is attached.

Respectfully submitted,

G. Irvin Terrell

Application granted.
SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
5/15/07