**EXHIBIT 1: INSTRUCTIONS FOR PRODUCTION OF
ELECTRONICALLY STORED INFORMATION**

1. Except as indicated below in Paragraph 8, which pertains only to excel spreadsheets, all documents should be produced in Tagged Image File Format ("TIFF") on CD/DVD or portable hard drive. All TIFF images should be single-page TIFF images with a .LFP image load file that will permit review with programs such as IPRO. TIFF image naming should be limited to alphanumeric names only, with no spaces, no hyphens, and no special characters, such as ^,;' etc., in the file name.

2. The .LFP image load file should designate proper attachment unitization that aligns with the database document and attachment ranges. This unitization should be accomplished by using the level "C" for attachments. An example of a line designating an attachment in the .LFP file is as follows:

    IM,GME00000001,C,0,@CDNAME;IMAGEPATH;GME00000001.TIF;2;

3. The unitization levels you should use are set out below:

    Source

    Box

    Folder

    Document

    Child

    If you currently use unitization beyond the Parent and Attachment level, you should provide those levels in a format consistent with the document levels above.

4. All documents should have Optical Character Recognition ("OCR") provided. The OCR and database information should be combined and produced in a .DAT file format, which can be loaded directly into a Concordance database. All import delimiters for the Concordance .DAT file should be set for the Concordance automatic defaults, as found using the Concordance Import Wizard.

5. Any database fielded information should be produced in the order listed below:

    1 BEGNUM        Paragraph 16
    2 ENDNUM        Paragraph 16
    3 PAGES         Numeric (integer)
    4 BEGATTACH     Paragraph 16
    5 ENDATTACH     Paragraph 16
    6 ATTACH        Paragraph 16
    7 ATTACHMENT    Paragraph 16

    8 DOCTYPE    Paragraph 16
    9 DOCDATE    Date    MM/DD/YYYY
    10 DOCTITLE    Paragraph 16
    11 AUTHOR    Paragraph 16
    12 TO    Paragraph 16
    13 FROM    Paragraph 16
    14 CC    Paragraph 16
    15 BCC    Paragraph 16
    16 SUBJECT    Text    30
    17 EMAILSUBJECT    Text    30
    18 TIMECREATED    Text    60
    19 TIMELASTMOD    Text    60
    20 DATECREATED    Date    MM/DD/YYYY
    21 DATELASTMOD    Date    MM/DD/YYYY
    22 TIMERECVD    Text    60
    23 TIMESENT    Text    60
    24 DATERECVD    Date    MM/DD/YYYY
    25 DATESENT    Date    MM/DD/YYYY
    26 BOXNUM    Text    25
    27 BOXBEGSTART    Text    25
    28 BOXBEGEND    Text    25
    29 BOXSOURCE    Paragraph 16
    30 PRTFOLDSTART    Text    25
    31 PRTFOLDEND    Text    25
    32 CHILDFLDSTRT    Text    25
    33 CHILDFLDEND    Text    25
    34 CDVOL    Text    25
    35 CUSTODIAN    Paragraph 16
    36 FILEDESCRIPT    Paragraph 16
    37 FILENAME    Text    30
    38 FOLDER    Paragraph 16
    39 FILESIZE    Text    10
    40 FILETYPE    Text    30
    41 DOCEXTENSION    Text    10
    42 RECORDTYPE    Text    30
    43 UNREAD    Text    10
    44 READRECPT    Text    10
    45 DELRECIPT    Text    10
    46 OCR    Paragraph 16

6.     All document ID numbers or Bates numbers should be formatted in the following way: 3 alphabetical characters followed by 8 numeric digits (e.g., GME00000001). No spaces or hyphens should be included between the alpha prefix and the numeric suffix; and

7.     All parent-child relationships should be designated using the Begattach and Endattach fields within the database load file. The Begattach field should contain the parent

      document's beginning number. The Endattach field should contain the last number of the entire attachment range. For example, assume an email designated GME00000001-GME00000002 has a 3-page Word attachment, which is designated GME00000003-GME00000005. The Begattach number should be GME00000001 for both documents. The Endattach number should be GME00000005 for both documents.

8.      Excel spreadsheets should be produced in native electronic format in such manner that will enable database linking to the native file. The fielded database load file should contain a field (such as DOCLINK or ATTACHMENT) that sets forth the file path link to the location of the Excel spreadsheets in any sub-folders included in the production. The Excel spreadsheets should be named with the production number as the full or first part of the file name. An example of a file name beginning with the production number is as follows: GME00000001^Excel Spreadsheet Name.xls. It is acceptable to name the Excel spreadsheet with the production number only.