


UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------
PHILLIP NELSON BURNS, et al.,

                    Plaintiffs,

    -against-

GRUPO MEXICO, S.A. de C.V.,

                    Defendant.

07-CV-3496 (WHP)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Donna F. Mulvihill, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

    Applicant's Name:  **DAVID S. COHEN**
    Firm Name:  Milbank, Tweed, Hadley & McCloy LLP
    Address:  1850 K Street, N.W., Suite 1100
    City/State/Zip:  Washington, D.C. 20006-5417
    Phone Number:  (202) 835-7517
    Fax Number:  (202) 835-7586
    Email Address:  dcohen2@milbank.com

David S. Cohen is a member in good standing of the District of Columbia Bar and the State Bar of Georgia. There are no pending disciplinary proceedings against David S. Cohen in any State or Federal court.

Dated:          June 13, 2007
City, State:    New York, N.Y.

Respectfully Submitted,

Donna F. Mulvihill (DM6644)
Milbank, Tweed, Hadley & McCloy LLP
1850 K Street, N.W., Suite 1100
Washington, D.C. 20006-5417
Phone:          (202) 835-7507
Fax Number:   (212) 263-7507
Email Address:  dmulvihill@milbank.com

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

PHILLIP NELSON BURNS, et al.,

                               Plaintiffs,

-against-

GRUPO MEXICO, S.A. de C.V.,

                               Defendant.

07-CV-3496 (WHP)

**AFFIDAVIT OF
DONNA F. MULVIHILL
IN SUPPORT OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE**

State of New York    )
                            ) ss:
County of New York  )

Donna F. Mulvihill, being duly sworn, hereby deposes and says as follows:

1. I am associated with the law firm of Milbank, Tweed, Hadley & McCloy LLP, counsel for GRUPO MEXICO, S.A. de C.V. in the above-captioned action. I make this statement based on my personal knowledge of the facts set forth herein and in support of this motion to admit David S. Cohen as counsel pro hac vice to represent GRUPO MEXICO, S.A. de C.V. in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law in 1999. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known David S. Cohen since 2004.

4. Mr. Cohen is a member of the firm of Milbank, Tweed, Hadley & McCloy LLP, resident in Washington, D.C.

5. I have found Mr. Cohen to be a skilled attorney and a person of integrity. He is experienced in Federal Practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of David S. Cohen, pro hac vice.

7. I respectfully submit a proposed order granting the admission of David S. Cohen, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit David S. Cohen, pro hac vice, to represent GRUPO MEXICO, S.A. de C.V. in the above-captioned matter, be granted.

Dated: June 13 2007
~~New York, N.Y.~~ Washington, DC

_____
Clara E. Helbringer
Notary Public, In and For the ~~State of New York~~
District of Columbia

Clara E. Helbringer
Notary Public for the District of Columbia
My Commission Expires September 30, 2008

Respectfully submitted,

_____
Donna F. Mulvihill (DM6644)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
PHILLIP NELSON BURNS, et al.,

                              Plaintiffs,

-against-

GRUPO MEXICO, S.A. de C.V.,

                              Defendant.

07-CV-3496 (WHP)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Donna F. Mulvihill, attorney for GRUPO MEXICO, S.A. de C.V. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | **DAVID S. COHEN** |
| Firm Name: | Milbank, Tweed, Hadley & McCloy LLP |
| Address: | 1850 K Street, N.W., Suite 1100 |
| City/State/Zip: | Washington, D.C. 20006-5417 |
| Phone Number: | (202) 835-7517 |
| Fax Number: | (202) 835-7586 |
| Email Address: | dcohen2@milbank.com |

is admitted to practice pro hac vice as counsel for GRUPO MEXICO, S.A. de C.V. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: _____
City, State: _____

                                                          _____
                                                          United States District/Magistrate Judge

# STATE BAR OF GEORGIA



*Lawyers Serving the Public and the Justice System*

Mr. David Sherman Cohen
Milbank Tweed Hadley & McCloy LLP
1850 K Street, N.W., Suite 1100
Washington, DC 20006

**CURRENT STATUS:**     Inactive Member-Good Standing

**DATE OF ADMISSION TO PRACTICE:**     11/03/1994

**Attorney Bar Number: 173485**

Today's Date:     May 23, 2007

**Listed below are the public disciplinary actions, if any, which have been taken against this member:**

| State Disciplinary Board Docket # | Supreme Court Docket # | Disposition |
|---|---|---|
| N/A | N/A | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:
-Must be certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
-Sworn in to the Superior Court in Georgia, which is the highest court needed for individuals to practice law in the State of Georgia.
-Enrolled with the State Bar of Georgia, which is an arm of the Supreme Court of Georgia.

Attorneys licensed in Georgia and whose membership is current are eligible to practice law in Superior Court. Attorneys may, upon application, apply for admission to the Supreme, District and State Court of Appeals.

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member. It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court. With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints. Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**STATE BAR OF GEORGIA**

*Brandy Preston*

Official Representative of the State Bar of Georgia

**HEADQUARTERS**
104 Marietta Street, Suite 100
Atlanta, Georgia 30303
(404) 527-8700 ■ (800) 334-6865
FAX (404) 527-8717
www.gabar.org

**SOUTH GEORGIA**
244 E. Second Street (Zip 31794)
P.O. Box 1390
Tifton, Georgia 31793-1390
(229) 387-0446 ■ (800) 330-0446
FAX (229) 382-7435



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

DAVID S. COHEN

was on the  23RD  day of  JANUARY, 1991  duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 23, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
       Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
PHILLIP NELSON BURNS, et al.,

                         Plaintiffs,

                                                 07-CV-3496 (WHP)

    -against-

                                               **CERTIFICATE OF SERVICE**

GRUPO MEXICO, S.A. de C.V.,

                         Defendant.

I hereby certify that a true and correct copy of the foregoing was sent to all known counsel of record by electronic filing, facsimile, hand delivery, and/or certified mail, return receipt requested, on this _14th_ day of _June_, 2007.

                                                                     _/s/ Peter Delfausse_
                                                                     Peter Delfausse