UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PHILLIP NELSON BURNS, et al.,

                    Plaintiffs,                 07 Civ. 3496 (WHP)

      -against-                         **MOTION TO ADMIT COUNSEL**
                                                   **PRO HAC VICE**

GRUPO MEXICO S.A. DE C.V.,

                      Defendant.

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, G. Irvin Terrell, Jr., a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

        Applicant's Name:    **REBECA AIZPURU HUDDLE**
        Firm Name:             Baker Botts L.L.P.
        Address:               One Shell Plaza
                                    910 Louisiana
        City/State/Zip:        Houston, Texas 77002
        Phone Number:      (713) 229-1104
        Fax Number:         (713) 229-2704
        Email Address:       rebeca.huddle@bakerbotts.com

Rebeca Aizpuru Huddle is a member in good standing of the Bar of the State of Texas. There are no pending disciplinary proceedings against Rebeca Aizpuru Huddle in any State or Federal court.

Dated:         June 8, 2007
City, State:    Houston, Texas

                Respectfully submitted,

                _____
                G. Irvin Terrell, Jr. (GT-3459)
                Baker Botts L.L.P.
                One Shell Plaza
                910 Louisiana
                Houston, Texas 77002
                Phone Number:    (713) 229.1231
                Fax Number:      (713) 229.2831
                Email Address:    irv.terrell@bakerbotts.com

HOU03:1111247.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PHILLIP NELSON BURNS, et al.,

|  |  |
|---|---|
| Plaintiffs, | 07 Civ. 3496 (WHP) |
| -against- | **AFFIDAVIT OF** |
|  | **G. IRVIN TERRELL, JR.** |
| GRUPO MEXICO S.A. DE C.V., | **IN SUPPORT OF MOTION** |
|  | **TO ADMIT COUNSEL** |
| Defendant. | **PRO HAC VICE** |

State of Texas        §
                      §
County of Harris      §

G. Irvin Terrell, Jr., being duly sworn, hereby deposes and says as follows:

1. I am a Partner at Baker Botts L.L.P., counsel for Real-party-in-interest ASARCO, LLC in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of this motion to admit Rebeca Aizpuru Huddle as counsel pro hac vice to represent Real-party-in-interest ASARCO, LLC in this matter.

2. I am a member in good standing of the bar of the State of Texas and was admitted to practice law in 1972. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Rebeca Aizpuru Huddle since 1999.

4. Ms. Huddle is an associate at Baker Botts L.L.P. in Houston, Texas.

5. I have found Ms. Huddle to be a skilled attorney and a person of integrity. She is experienced in Federal Practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Rebeca Aizpuru Huddle, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Rebeca Aizpuru Huddle, pro hac vice, which is attached hereto as Exhibit A.

HOU03:1111247.1

WHEREFORE it is respectfully requested that the motion to admit Rebeca Aizpuru Huddle, pro hac vice, to represent Interested Party ASARCO, LLC in the above captioned matter, be granted.

Dated: June 8, 2007  
Houston, Texas

Respectfully submitted,

_Katherine Windisch_  
Notary Public, In and For the State of Texas

KATHERINE WINDISCH  
NOTARY PUBLIC, STATE OF TEXAS  
MY COMMISSION EXPIRES  
OCT. 25, 2009

_G. Irvin Terrell_  
G. Irvin Terrell, Jr. (GT-3459)

HOU03:1111247.1

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**REBECA AIZPURU HUDDLE**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 3rd day of November, 1999.

I further certify that the records of this office show that, as of this date

**REBECA AIZPURU HUDDLE**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this 6th day of June, 2007.

BLAKE HAWTHORNE, Clerk

by *Andrea King*
Andrea King, Deputy Clerk

No. 1540

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP NELSON BURNS, et al.,

                        Plaintiffs,          07 Civ. 3496 (WHP)

     -against-               **CERTIFICATE OF SERVICE**

GRUPO MEXICO S.A. DE C.V.,

                        Defendant.

I hereby certify that a true and correct copy of the foregoing was sent to all known counsel of record by electronic filing, facsimile, hand delivery, and/or certified mail, return receipt requested, on this _8th_ day of _June_, 2007.

                                                           _G. Irv Tll_ w/PRAH
                                                   G. Irvin Terrell, Jr. (GT-3459)

HOU03:1111247.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PHILLIP NELSON BURNS, et al.,

         Plaintiffs,    07 Civ. 3496 (WHP)

 -against-        **ORDER FOR ADMISSION**
              **PRO HAC VICE**
GRUPO MEXICO S.A. DE C.V.,   **ON WRITTEN MOTION**

         Defendant.

Upon the motion of G. Irvin Terrell, Jr., attorney for Real-party-in-interest ASARCO, LLC and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | **REBECA AIZPURU HUDDLE** |
| Firm Name: | Baker Botts L.L.P. |
| Address: | One Shell Plaza |
| | 910 Louisiana |
| City/State/Zip: | Houston, Texas 77002 |
| Phone Number: | (713) 229-1104 |
| Fax Number: | (713) 229-2704 |
| Email Address: | rebeca.huddle@bakerbotts.com |

is admitted to practice pro hac vice as counsel for Interested Party ASARCO, LLC in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: _____
City, State: _____

              _____
              United States District/Magistrate Judge

HOU03:1111247.1