**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

PHILLIP NELSON BURNS, et al.,

                 Plaintiffs,          07 Civ. 3496 (WHP)

       -against-                  **MOTION TO ADMIT COUNSEL**
                                     **PRO HAC VICE**

GRUPO MEXICO S.A. DE C.V.,

                 Defendant.

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, G. Irvin Terrell, Jr., a member in good standing

of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

        Applicant's Name:   **ERIC SÖDERLUND**
        Firm Name:         Baker Botts L.L.P.
        Address:           2001 Ross Avenue
        City/State/Zip:     Dallas, Texas 75201
        Phone Number:    (214) 953-6473
        Fax Number:      (214) 661-4473
        Email Address:    eric.soderlund@bakerbotts.com

Eric Söderlund is a member in good standing of the Bar of the State of Texas. There are no

pending disciplinary proceedings against Eric Söderlund in any State or Federal court.

Dated:        June 8, 2007
City, State:    Houston, Texas

Respectfully submitted,

G. Irvin Terrell, Jr. (GT-3459)
Baker Botts L.L.P.
One Shell Plaza
910 Louisiana
Houston, Texas 77002
Phone Number:    (713) 229.1231
Fax Number:      (713) 229.2831
Email Address:    irv.terrell@bakerbotts.com

HOU02:1105517.1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
PHILLIP NELSON BURNS, et al.,

|  |  |  |
|---|---|---|
| | Plaintiffs, | 07 Civ. 3496 (WHP) |
| -against- | | **AFFIDAVIT OF** |
| | | **G. IRVIN TERRELL, JR.** |
| GRUPO MEXICO S.A. DE C.V., | | **IN SUPPORT OF MOTION** |
| | | **TO ADMIT COUNSEL** |
| | Defendant. | **PRO HAC VICE** |

State of Texas         §
                       §
County of Harris       §

G. Irvin Terrell, Jr., being duly sworn, hereby deposes and says as follows:

1.    I am a Partner at Baker Botts L.L.P., counsel for Real-party-in-interest ASARCO, LLC in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of this motion to admit Eric Söderlund as counsel pro hac vice to represent Real-party-in-interest ASARCO, LLC in this matter.

2.    I am a member in good standing of the bar of the State of Texas and was admitted to practice law in 1972. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.    I have known Eric Söderlund since February 2007.

4.    Mr. Söderlund is an associate at Baker Botts L.L.P. in Dallas, Texas.

5.    I have found Mr. Söderlund to be a skilled attorney and a person of integrity. He is experienced in Federal Practice and is familiar with the Federal Rules of Procedure.

6.    Accordingly, I am pleased to move the admission of Eric Söderlund, pro hac vice.

7.    I respectfully submit a proposed order granting the admission of Eric Söderlund, pro hac vice, which is attached hereto as Exhibit A.

HOU02:1105517.1

WHEREFORE it is respectfully requested that the motion to admit Eric Söderlund, pro hac vice, to represent Interested Party ASARCO, LLC in the above captioned matter, be granted.

Dated: _June 8, 2007_                   Respectfully submitted,
Houston, Texas


_Katherine Windisch_                    _G. Irvin Terrell_
Notary Public, In and For the State of Texas    G. Irvin Terrell, Jr. (GT-3459)

KATHERINE WINDISCH
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
OCT. 25, 2009

HOU02:1105517.1



# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

## ERIC ALAN SODERLUND

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 6th day of November, 2002.

I further certify that the records of this office show that, as of this date

## ERIC ALAN SODERLUND

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this 6th day of June, 2007.

BLAKE HAWTHORNE, Clerk

by _Andrea King_

Andrea King, Deputy Clerk

No. 1540E

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
PHILLIP NELSON BURNS, et al.,

                              Plaintiffs,              07 Civ. 3496 (WHP)

        -against-                           **CERTIFICATE OF SERVICE**

GRUPO MEXICO S.A. DE C.V.,

                              Defendant.

I hereby certify that a true and correct copy of the foregoing was sent to all known counsel of

record by electronic filing, facsimile, hand delivery, and/or certified mail, return receipt

requested, on this _____8TH_____ day of ____June____, 2007.

_____

G. Irvin Terrell, Jr. (GT-3459)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
PHILLIP NELSON BURNS, et al.,

                    Plaintiffs,             07 Civ. 3496 (WHP)

          -against-                  **ORDER FOR ADMISSION**
                                       **PRO HAC VICE**
GRUPO MEXICO S.A. DE C.V.,           **ON WRITTEN MOTION**

                    Defendant.

Upon the motion of G. Irvin Terrell, Jr., attorney for Interested Party ASARCO, LLC and said

sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

        Applicant's Name:   **ERIC SÖDERLUND**
        Firm Name:        Baker Botts L.L.P.
        Address:          2001 Ross Avenue
        City/State/Zip:     Dallas, Texas 75201
        Phone Number:    (214) 953-6473
        Fax Number:      (214) 661-4473
        Email Address:    eric.soderlund@bakerbotts.com

is admitted to practice pro hac vice as counsel for Interested Party ASARCO, LLC in the above

captioned case in the United States District Court for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the

Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing

(ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated:       _____
City, State:   _____

                              _____
                              United States District/Magistrate Judge

HOU02:1105517.1