UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP NELSON BURNS, et al.,

                              Plaintiffs,                07 Civ. 3496 (WHP)

        -against-                             **MOTION TO ADMIT COUNSEL**
                                                                        **PRO HAC VICE**

GRUPO MEXICO S.A. DE C.V.,

                              Defendant.

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, G. Irvin Terrell, Jr., a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

        Applicant's Name:     **GARLAND D. MURPHY, IV**
        Firm Name:             Baker Botts L.L.P.
        Address:                One Shell Plaza
                                   910 Louisiana
        City/State/Zip:        Houston, Texas 77002
        Phone Number:       (713) 229-1370
        Fax Number:           (713) 229-2770
        Email Address:        land.murphy@bakerbotts.com

Garland D. Murphy is a member in good standing of the Bar of the State of California and the Bar of the State of Texas. There are no pending disciplinary proceedings against Garland D. Murphy in any State or Federal court.

Dated:          June 8, 2007
City, State:   Houston, Texas

                    Respectfully submitted,

                    _____
                    G. Irvin Terrell, Jr. (GT-3459)
                    Baker Botts L.L.P.
                    One Shell Plaza
                    910 Louisiana
                    Houston, Texas 77002
                    Phone Number:    (713) 229.1231
                    Fax Number:      (713) 229.2831
                    Email Address:    irv.terrell@bakerbotts.com

HOU02:1105504.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP NELSON BURNS, et al.,

                                Plaintiffs,         07 Civ. 3496 (WHP)

-against-

                                                    **AFFIDAVIT OF**
                                                      **G. IRVIN TERRELL, JR.**
GRUPO MEXICO S.A. DE C.V.,            **IN SUPPORT OF MOTION**
                                                        **TO ADMIT COUNSEL**
                                Defendant.         **PRO HAC VICE**

| State of Texas | § |
|---|---|
| | § |
| County of Harris | § |

G. Irvin Terrell, Jr., being duly sworn, hereby deposes and says as follows:

1. I am a Partner at Baker Botts L.L.P., counsel for Real-party-in-interest ASARCO, LLC in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of this motion to admit Garland D. Murphy as counsel pro hac vice to represent Real-party-in-interest ASARCO, LLC in this matter.

2. I am a member in good standing of the bar of the State of Texas and was admitted to practice law in 1972. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Garland D. Murphy since March 2007.

4. Mr. Murphy is an associate at Baker Botts L.L.P. in Houston, Texas.

5. I have found Mr. Murphy to be a skilled attorney and a person of integrity. He is experienced in Federal Practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Garland D. Murphy, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Garland D. Murphy, pro hac vice, which is attached hereto as Exhibit A.

HOU02:1105504.1

WHEREFORE it is respectfully requested that the motion to admit Garland D. Murphy, pro hac vice, to represent Interested Party ASARCO, LLC in the above captioned matter, be granted.

Dated: June 8, 2007                     Respectfully submitted,
Houston, Texas

_____         _____
Notary Public, In and For the State of Texas     G. Irvin Terrell, Jr. (GT-3459)

**KATHERINE WINDISCH**
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
OCT. 25, 2009

HOU02:1105504.1



# Supreme Court of California

FREDERICK K. OHLRICH
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### GARLAND DOTY MURPHY

*I*, FREDERICK K. OHLRICH, *Clerk of the Supreme Court of the State of California, do hereby certify that GARLAND DOTY MURPHY was on the 1ST day of DECEMBER 2006, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that her name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court,
this 29th day of MAY, 2007.*

FREDERICK K. OHLRICH
Clerk of the Supreme Court

By _____
Joseph Cornetta, Deputy Clerk

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, **BLAKE HAWTHORNE**, Clerk of the Supreme Court of Texas, certify that the records of this office show that

**GARLAND DOTY MURPHY IV**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 4th day of May, 2007.

I further certify that the records of this office show that, as of this date

**GARLAND DOTY MURPHY IV**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this 6th day of June, 2007.

BLAKE HAWTHORNE, Clerk

by *Andrea King*
Andrea King, Deputy Clerk

No. 1540B

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
PHILLIP NELSON BURNS, et al.,

                              Plaintiffs,          07 Civ. 3496 (WHP)

         -against-                **CERTIFICATE OF SERVICE**

GRUPO MEXICO S.A. DE C.V.,

                            Defendant.

I hereby certify that a true and correct copy of the foregoing was sent to all known counsel of record by electronic filing, facsimile, hand delivery, and/or certified mail, return receipt requested, on this ___8TH___ day of ___June___, 2007.

                                                        _____ w/perm
                                                        G. Irvin Terrell, Jr. (GT-3459)

HOU02:1105504.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PHILLIP NELSON BURNS, et al.,

                              Plaintiffs,          07 Civ. 3496 (WHP)

-against-                **ORDER FOR ADMISSION**
                                                               **PRO HAC VICE**
GRUPO MEXICO S.A. DE C.V.,            **ON WRITTEN MOTION**

                              Defendant.

Upon the motion of G. Irvin Terrell, Jr., attorney for Interested Party ASARCO, LLC and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

        Applicant's Name:    **GARLAND D. MURPHY, IV**
        Firm Name:             Baker Botts L.L.P.
        Address:                 One Shell Plaza
                                       910 Louisiana
        City/State/Zip:       Houston, Texas 77002
        Phone Number:       (713) 229-1370
        Fax Number:          (713) 229-2770
        Email Address:       land.murphy@bakerbotts.com

is admitted to practice pro hac vice as counsel for Interested Party ASARCO, LLC in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: _____
City, State: _____

                                                      _____
                                                      United States District/Magistrate Judge