USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
PHILLIP NELSON BURNS, et al.,                :

                Plaintiffs,    :    07 Civ. 3496 (WHP)

    -against-                                :    SCHEDULING ORDER NO. 1

GRUPO MEXICO S.A. DE C.V., et al.,           :

                Defendants.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        Counsel to the parties having appeared for an initial pre-trial conference on the record on June 15, 2007, the following schedule is established on consent:

1. Asarco, LLC is to serve and file an Amended Notice of Removal by June 20, 2007;

2. Grupo Mexico S.A. is to file a motion to remand and Asarco, LLC is to serve and file a consolidated motion to substitute plaintiffs and to transfer venue by June 26, 2007;

3. Oppositions to both motions are to be served and filed by July 9, 2007;

4. Replies on both motions are to be served and filed by July 16, 2007;

5. Oral argument on all motions will be heard on July 24, 2007 at 10:30 a.m.

Dated:    June 15, 2007
          New York, New York

                      SO ORDERED:

                      _____
                      WILLIAM H. PAULEY III
                      U.S.D.J.

*Counsel of Record*:

Alan B. Rich, Esq.
Baron & Budd, P.C.
The Centrum
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
*Counsel for Plaintiffs Burns and Pavkovich*

David S. Cohen, Esq.
Milbank Tweed Hadley & McCloy LLP
International Square Building
1850 K Street, NW
Washington, DC 20006

Luc A. Despins, Esq.
Milbank Tweed Hadley & McCloy
One Chase Manhattan Plaza
New York, NY 10005
*Counsel for Defendant Grupo Mexico, S.A.*

George Irvin Terrell Jr., Esq.
Baker & Botts L.L.P.
One Shell Plaza
910 Louisiana
Houston, TX 77002
*Counsel for Interested Party Asarco, LLC*

2