Form B1 (Official Form 1) – (Rev. 12/03)

| UNITED STATES BANKRUPTCY COURT<br>Southern District of Texas, Corpus Christi Div. | **Voluntary Petition** |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>ASARCO LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>81-0666284 | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>1150 North Seventh Avenue<br>Tucson, AZ  85705 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   Pima County, Arizona | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):<br>   Arizona and Texas | |

### Information Regarding the Debtor (Check the Applicable Boxes)

Venue (Check any applicable box)
   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
X  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box) | | |
|---|---|---|---|---|
| í  Individual(s) | í  Railroad | í  Chapter 7 | X  Chapter 11 | í  Chapter 13 |
| X  Corporation | í  Stockbroker | í  Chapter 9 | í  Chapter 12 | |
| í  Partnership | í  Commodity Broker | í  Sec. 304 – Case ancillary to foreign proceeding | | |
| í  Other _____ | í  Clearing Bankr | | | |

| Nature of Debts (Check one box) | Filing Fee (Check one box) |
|---|---|
| í  Consumer/Non-Business    X  Business | X  Full Filing Fee attached |
| **Chapter 11 Small Business (Check all boxes that apply)**<br>í  Debtor is a small business as defined in 11 U.S.C. § 101<br>í  Debtor is and elects to be considered a small business under<br>   11 U.S.C. § 1121(e) (Optional) | í  Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

| Statistical/Administrative Information (Estimates only) | **THIS SPACE FOR COURT USE ONLY** |
|---|---|
| X  Debtor estimates that funds will be available for distribution to unsecured creditors.<br>í  Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

**Estimated Number of Creditors**

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| í | í | í | í | í | X |

**Estimated Assets**

| $0-50,000 | $50,001-$100,000 | $100,001-$500,000 | $500,001-$1 million | $1,000,001-$10 million | $10,000,001-$50 million | $50,000,001-$100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| í | í | í | í | í | í | í | X |

**Estimated Debts**

| $0-50,000 | $50,001-$100,000 | $100,001-$500,000 | $500,001-$1 million | $1,000,001-$10 million | $10,000,001-$50 million | $50,000,001-$100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| í | í | í | í | í | í | í | X |

DAL02:420257.1

Form B1 (Official Form 1) Page 2– (Rev. 12/03)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s)<br>**ASARCO LLC** | **FORM B1, Page 2** |
|---|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)**

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of the Debtor (If more than one, attach additional sheet)**

| Name of Debtor:<br>SEE EXHIBIT A ATTACHED HERETO | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Exhibit "A"** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>✓ Exhibit A is attached and made a part of this petition. |
| | **Exhibit "B"**<br><br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br><br>X _____ _____<br>Signature of Attorney for Debtor(s)    Date |
| **Signature of Attorney**<br>X *[signature]* James R. Prince<br>Signature of Attorney for Debtor(s)<br>Jack L. Kinzie/James R. Prince<br>Printed Name of Attorney for Debtor(s)<br>Baker Botts L.L.P.<br>Firm Name<br>2001 Ross Avenue<br>Address<br>Dallas, Texas 75201<br><br>(214) 953-6500<br>Telephone Number<br>August 9, 2005<br>Date | **Signature of Non-Attorney Petition Preparer**<br><br>I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.<br><br>_____<br>Printed or Typed Name of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (Required by 11 U.S.C. § 110(c)) |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X *[signature]*<br>Signature of Authorized Individual<br><br>Daniel Tellechea Salido<br>Printed Name of Authorized Individual<br><br>Chief Executive Officer and President<br>Title of Authorized Individual<br><br>August 9, 2005<br>Date | _____<br>Address<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>X _____<br>Signature of Bankruptcy Petition Preparer<br><br>_____<br>Date<br><br>A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156. |

DAL02:420257.1

Exhibit A
Pending Bankruptcy Cases Filed by any Partner or Affiliate of the Debtor

| | |
|---|---|
| Name of Debtor: | Lac d'Amiante du Québec Ltée |
| Case Number: | 05-20521 |
| Date Filed: | 4/11/2005 |
| District: | Southern District of Texas, Corpus Christi Division |
| Relationship: | Affiliate |
| Judge: | The Honorable Richard Schmidt |

| | |
|---|---|
| Name of Debtor: | CAPCO Pipe Company, Inc. |
| Case Number: | 05-20522 |
| Date Filed: | 4/11/2005 |
| District: | Southern District of Texas, Corpus Christi Division |
| Relationship: | Affiliate |
| Judge: | The Honorable Richard Schmidt |

| | |
|---|---|
| Name of Debtor: | Cement Asbestos Products Co. |
| Case Number: | 05-20523 |
| Date Filed: | 4/11/2005 |
| District: | Southern District of Texas, Corpus Christi Division |
| Relationship: | Affiliate |
| Judge: | The Honorable Richard Schmidt |

| | |
|---|---|
| Name of Debtor: | Lake Asbestos of Quebec, Ltd. |
| Case Number: | 05-20524 |
| Date Filed: | 4/11/2005 |
| District: | Southern District of Texas, Corpus Christi Division |
| Relationship: | Affiliate |
| Judge: | The Honorable Richard Schmidt |

| | |
|---|---|
| Name of Debtor: | LAQ Canada, Ltd. |
| Case Number: | 05-20525 |
| Date Filed: | 4/11/2005 |
| District: | Southern District of Texas, Corpus Christi Division |
| Judge: | The Honorable Richard Schmidt |

DAL02:420257.1