Case 1:07-cv-03496-WHP    Document 16-5    Filed 06/20/2007    Page 1 of 1
Case 05-21207    Document 4381    Filed in TXSB on 04/05/2007    Page 1 of 1
4137

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 05-21207 |
| | § | |
| ASARCO LLC, *et al.*, | § | Chapter 11 |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

## ORDER ON DEBTORS' SIXTH MOTION TO EXTEND DEBTORS' TIME TO REMOVE CIVIL ACTIONS

Upon consideration of the Sixth Motion (the "Motion") of the Debtors in the Reorganization Cases (as defined in the Motion) for the entry of an Order Extending Debtors' Time to Remove Civil Actions; and it appearing that the relief requested is essential and appropriate and in the best interests of the Debtors, their Estates and all Parties-In-Interest, and that an extension is appropriate on the terms and conditions set forth in this order; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the Motion is granted subject to the terms and conditions in this order; and it is further

ORDERED that the deadline within which the Debtors in the Reorganization Cases (as defined in the Motion) may remove civil actions to the Bankruptcy Court is hereby extended until November 30, 2007.

Dated: April 5, 2007

RICHARD S. SCHMIDT,
UNITED STATES BANKRUPTCY JUDGE