## INDEX OF PROCESS AND PLEADINGS FILED IN THE STATE COURT ACTION[1]

| Tab No. | Document | Date Filed |
|---|---|---|
| 1. | Summons and Complaint (Summons; Verified Complaint) | 10-15-2004 |
| 2. | Affidavit of Service (Service to Ernst & Young, LLP; Ernst & Young Corp. Finance LLC; CT Corp) | 11-10-2004 |
| 3. | Stipulation of Discontinuance Regarding Daniel Tellechea | 12-14-2004 |
| 4. | Proposed Order | 12-20-2004 |
| 5. | Granted Order | 12-21-2004 |
| 6. | Answer and Affirmative Defenses | 12-27-2004 |
| 7. | Supplemental Summons (Supplemental Summons; First Amended Verified Complaint; Ex Parte Application to Extend Time for Service of Process on Unauthorized Foreign Corporation Pursuant to the Hague Convention; Affirmation in Support of Ex Parte Application to Extend Time for Service of Process on Unauthorized Foreign Corporations) | 02-07-2004 |
| 8. | Supplemental Summons | 02-17-2004 |
| 9. | Affidavit of Service (Service to Credit Suisse First Boston, Inc.; Credit Suisse First Boston USA, Inc.; Credit Suisse First Boston LLC) | 02-17-2004 |
| 10. | Granted Order (Order; Ex Parte Order) | 02-22-2005 |
| 11. | Stipulation | 03-02-2005 |
| 12. | Affidavit of Service (Service to Credit Suisse First Boston LLC; Ernst & Young LLP; Ernst & Young Corporate Finance; Ernst & Young LLP; Credit Suisse First Boston USA Inc.; Ernst & Young Corporate | 03-09-2005 |

---

[1] Index corresponds to the supreme Court of the State of New York, County of New York's Index in *Phillip Nelson Burns* et al. *vs. Grupo Mexico S.A. de C.V.* et al., Index No. 0114728/2004.

| | | |
|---|---|---|
| | Finance; JP Morgan Chase & Company) | |
| 13. | Granted Order<br>(Notice of Motion; Affirmation in Support; Certificate of Good Standing in Pennsylvania; Certificate of Good Standing in Maryland; District of Columbia Court of Appeals Admissions Standing; Certificate of Good Standing by Virginia State Bar; Memorandum in Support of Motion for Admission Pro Hac Vice; Proposed Order) | 05-27-2005 |
| 14. | Order with Notice of Entry | 06-01-2005 |
| 15. | Affidavit of Service<br>(Service to CT Corporation for SPHC II; CT Corporate for American Mining Corporation; CT Corporation for SPHC II; CT Corporate for American Mining Corporation) | 06-22-2005 |
| 16. | Granted Order<br>(Order; Ex Parte Order; Notice of Motion; Affirmation in Support of Plaintiffs' Unopposed Motion for Additional Extension of Time for Service of Process on Unauthorized Foreign Corporations Pursuant to the Hague Convention with attached Exhibit A, Exhibit B and Exhibit C; Plaintiffs' Unopposed Motion for Additional Extension of Time for Service of Process on Unauthorized Foreign Corporations Pursuant to the Hague Convention; Ex Parte Order; Order; Ex Parte Order) | 07-12-2005 |
| 17. | Affidavit of Service | 09-14-2005 |
| 18. | Affidavit of Service<br>(Service to Americas Mining Corporation c/o CT Corporation; Southern Peru Holding Corporation; Southern Peru Holding Corporation; Southern Peru Holding Corporation) | 10-03-2005 |
| 19. | Short Form Order/Letters<br>(Letter by Roger J. Hawke to Judge Fried; Letter by Jack Kinzie to Gary Klein and Russell W. Budd; Order) | 10-11-2005 |
| 20. | Notice of Bankruptcy<br>(Notice of Bankruptcy; Voluntary Petition | 10-27-2005 |
| 21. | So Ordered Stipulation | 07-14-2005 |

| | | |
|---|---|---|
| 22. | Notice of Substitution of Counsel<br>(Notice of Substitution of Counsel; Consent to Substitution of Counsel) | 02-23-07 |