Weitz & Luxenberg, P.C.
210 Lake Drive East, Suite 101
Cherry Hill, New Jersey 08002

SUPREME    COURT
COUNTY OF NEW YORK

PHILLIP NELSON BURNS, ET AL

                         against                          Plaintiff(s)

GRUPO MEXICO  et al

                                                         Defendant(s)

Index No.  114728/04

**AFFIDAVIT OF
SERVICE OF SUMMONS
(AND COMPLAINT)**

STATE OF NEW YORK, COUNTY OF   NEW YORK        SS:   The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at   EAST BRUNSWICK, NJ
That on  10/28/04           at  11:30 A.M., at   5 Times Square NY NY
deponent served the within summons, *and complaint on*  Ernst & Young, LLP                      defendant therein named,

**INDIVIDUAL 1.** ☐ by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION 2.** ☑ a                         corporation, by delivering thereat a true copy *of each* to  Ernst & Young  personally; deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be                              thereof.

**SUITABLE AGE PERSON 3.** ☑ by delivering thereat a true copy *of each* to  Sylvester R. DeLatto    Subpoena Compliance Mgr.  212-773-3885 a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC. 4.** ☐ by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

NOV. 1 0 2004
COUNTY CLERK'S OFFICE NEW YORK

**MAILING TO RESIDENCE USE WITH 3 OR 4 5A.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at  264829                        and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4 5B.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at
in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, OR 3** ☑

| | | | | | | |
|---|---|---|---|---|---|---|
| ☑ Male | ☑ White Skin | ☑ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☑ 36-50 Yrs. | ☑ 5'4"-5'8" | ☑ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☑ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:   11/1004

**USE IN NYC CIVIL CT.** ☐ The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE** ☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes and no military uniform.* The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on  10/29/04

ANTOINETTE LIOTTI
Notary Public, State of New York
No. 31-4665114
Qualified in New York County
Commission Expires May 31, 2006

PRINT NAME BENEATH SIGNATURE

MARTY GABE
License #: 1070735

Methods. Corp. or Indl: Military Service, 10 pt. type, 1-95

Weitz & Luxenberg, P.C.
210 Lake Drive East, Suite 101
Cherry Hill, New Jersey 08002

PUBLISHER, NYC 10013

SUPREME            COURT
COUNTY OF   NEW YORK

PHILLIP NELSON BURNS, ET AL

against                               Plaintiff(s)

GRUPO MEXICO   et al

Defendant(s)

Index No.   114728/04

**AFFIDAVIT OF
SERVICE OF SUMMONS
(AND COMPLAINT)**

STATE OF NEW YORK, COUNTY OF  NEW YORK        SS:   The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at   EAST BRUNSWICK, NJ

That on  10/28/04        at  10:45 A.M., at   5 Times Square        , NY NY
deponent served the within summons, *and complaint on* Ernst & Young Corp. Finance LLC        defendant therein named.

**INDIVIDUAL**
1. ☐  by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION**
2. ☑  a          corporation, by delivering thereat a true copy *of each* to MARLENE G. PANGILINAN personally; deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be Legal Dept            thereof.  212-773-3827

**SUITABLE AGE PERSON**
3. ☐  by delivering thereat a true copy *of each* to                          a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC.**
4. ☐  by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4**
5A. ☐  Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at                          and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4**
5B. ☐  Within 20 days of such delivery or affixing; deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at                          in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

264841

FILED
NOV 1 0 2004
COUNTY CLERK'S OFFICE

**DESCRIPTION USE WITH 1, 2, OR 3**
☑

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ Male | ☐ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☑ Female | ☐ Black Skin | ☑ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☑ 5'0"-5'3" | ☑ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☑ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

**USE IN NYC CIVIL CT.**
☐  The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE**
☐  I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes and no military uniform.* The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on  10/29/04

Antoinette Liotti
ANTOINETTE LIOTTI
Notary Public, State of New York
No. 31-4658114
Qualified in New York County
Commission Expires May 31, 2006

PRINT NAME BENEATH SIGNATURE

MARTY GABE
License #: 1070735

Weitz & Luxenberg, P.C.
210 Lake Drive East, Suite 101
Cherry Hill, New Jersey 08002

SUPREME                COURT
COUNTY OF NEW YORK

| | |
|---|---|
| PHILLIP NELSON BURNS, ET AL | |
|               _against_ | _Plaintiff(s)_ |
| GRUPO MEXICO  et al | |
| | _Defendant(s)_ |

Index No.   114728/04

AFFIDAVIT OF
SERVICE OF SUMMONS
(AND COMPLAINT)

STATE OF NEW YORK, COUNTY OF   NEW YORK        SS:   The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at   EAST BRUNSWICK, NJ

That on  10/28/04        at 12:10 P. M., at   CT Corp. 111 8th Ave., NY NY
deponent served the within summons, _and complaint on_  JP Morgan Chase & Company                     defendant therein named.

**INDIVIDUAL**
1. ☐  by delivering a true copy _of each_ to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION**
2. ☑  a                          corporation, by delivering thereat a true copy _of each_ to
personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be                         thereof.

**SUITABLE AGE PERSON**
3. ☐  by delivering thereat a true copy _of each_ to  NORA RINDYAL 13' Fl. (714) 894 89/14 person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC.**
4. ☐  by affixing a true copy _of each_ to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4**
6A. ☐  Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at                                    and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4**
5B. ☐  Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at                          in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, OR 3**
☑

| | | | | | |
|---|---|---|---|---|---|
| ☐ Male | ☑ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☑ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☑ 21-35 Yrs. | ☐ 5'0"-5'3" | ☑ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☑ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

**USE IN NYC CIVIL CT.**
☐  The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE**
☐  I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient _wore ordinary civilian clothes and no military uniform._ The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on  10/29/04

ANTOINETTE LIOTTI
Notary Public, State of New York
No. 31-4665114
Qualified in New York County
Commission Expires May 31, 2006

MARTY GABE
License #: 1070735

PRINT NAME BENEATH SIGNATURE

FILED
NOV 10 2004
COUNTY CLERK'S OFFICE
NEW YORK