SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-----------------------------------------------------------x

PHILLIP NELSON BURNS, MIRJANA
PAVKOVICH, Administrator of the Estate of
Rade Pavkovich, Deceased, and WARREN
ELMER HALFPAP,

                       Plaintiff(s),

    -against-

GRUPO MEXICO S.A. de C.V., et al.,

                      Defendant(s).

-----------------------------------------------------------x

Index No. 04114728

**STIPULATION OF
DISCONTINUANCE
REGARDING
DANIEL TELLECHEA
SALIDO ONLY**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action against Daniel Tellechea Salido be, and the same hereby is, discontinued without prejudice and without costs to either party as against the other.

**IT IS FURTHER HEREBY STIPULATED AND AGREED** that the statute of limitations for all claims asserted by the plaintiffs against Daniel Tellechea Salido in the above-entitled matter are tolled as of October 15, 2004, the date the lawsuit was filed.

NYI 5632723v1

This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
December 8, 2004

SIDLEY AUSTIN BROWN & WOOD LLP

By: *[signature]*
Roger J. Hawke
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

Attorneys for Defendant
Daniel Tellechea Salido

WEITZ & LUXENBERG

By: *[signature]*
Gary Klein
180 Maiden Lane
New York, New York 10038
(212) 558-5500

and

BARON & BUDD, P.C.
Alan B. Rich, Esq.
The Centrum, Suite 1100
3102 Oak Lawn Avenue
Dallas, Texas 75219
(214) 521-3605

Attorneys for Plaintiffs

FILED
12/14/04
COUNTY CLERK
NEW YORK COUNTY

264796

FEB. 27 2007

12/14/04

2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

Index No. 04/114728

PHILIP NELSON BURNS, MIRJANA PAVKOVICH, Administrator of the Estate of Rade Pavkovich, Deceased, and WARREN ELMER HALFPAP

    Plaintiff(s),

-against-

GRUPO MEXICO, S.A. de C.V., et al.,

    Defendant(s).

STIPULATION OF DISCONTINUANCE
REGARDING
DANIEL TELLECHEA SALIDO ONLY