# REQUEST FOR JUDICIAL INTERVENTION

SUPREME COURT, NEW YORK COUNTY    INDEX NO. DATE PURCHASED:
114728/04    10/15/04

Plaintiff(s):

-against-

Defendant(s):    SEE ATTACHED RIDER

For Clerk Only

0020008
12-6-04

IAS entry date
M003
12-15-04
Judge Assigned

12-15-04
RJI Date

Date issue joined: _____    Bill of particulars served: (Y/N):    [ ] Yes    [X] No

## NATURE OF JUDICIAL INTERVENTION (check ONE box only AND enter information)

[ ] Request for preliminary conference

[ ] Note of issue and/or certificate of readiness

[X] Notice of motion (return date 12/15/04 )
Relief sought  Service of process/pursuant to the Hague Convention

[ ] Order to show cause
(clerk enter return date _____)
Relief sought _____

[ ] Other ex parte application (specify _____)

[ ] Notice of petition (return date: _____)
Relief sought _____

[ ] Notice of medical or dental malpractice action (specify _____)

[ ] Statement of net worth

[ ] Writ of habeas corpus

[ ] Other (specify _____)

INDEX NUMBER 114728 YEAR 2004
6 RJI FEE          95.00
15 MOTIONS        45.00
TOTAL           140.00
CHECK            95.00
CHECK            45.00

264813

## NATURE OF ACTION OR PROCEEDING (Check ONE box only)

**MATRIMONIAL**
[ ] Contested    -CM
[ ] Uncontested    -UM

**COMMERCIAL**
[ ] Contract    -CONT
[ ] Corporate    -CORP
[ ] Insurance (where insurer is a party, except arbitration)    -INS
[ ] UCC (including sales, negotiable instruments)    -UCC
[X] *Other Commercial  Fraudulent Conveyance   -OC

**REAL PROPERTY**
[ ] Tax Certiorari    -TAX
[ ] Foreclosure    -FOR
[ ] Condemnation    -CON
[ ] Landlord/Tenant    -LT
[ ] *Other Real Property _____    -ORP

**OTHER MATTERS**
[ ] * _____    -OTH

**TORTS**

**Malpractice**
[ ] Medical/Podiatric    -MM
[ ] Dental    -DM
[ ] *Other Professional    -OPM

[ ] Motor Vehicle    -MV
[ ] *Products Liability    -PL
[ ] Environmental    -EN
[ ] Asbestos    -ASB
[ ] Breast Implant    -BI
[ ] *Other Negligence    -OTN
[ ] *Other Tort (including intentional)    -OT

**SPECIAL PROCEEDINGS**
[ ] Art. 75 (Arbitration)    -ART75
[ ] Art 77 (Trusts)    -ART77
[ ] Art. 78    -ART78
[ ] Election Law    -ELEC
[ ] Guardianship (MHL Art. 81)    -GUARD81
[ ] *Other Mental Hygiene    -MHYG
[ ] *Other Special Proceeding    -OSP

FILED DEC 21 2004 NEW YORK COUNTY CLERK'S OFFICE

45 DAY RJI DATE: 2/1

Is this action/proceeding against a

| | YES | NO | | | YES | NO | |
|---|---|---|---|---|---|---|---|
| | [ ] | [X] | Municipality: (Specify _____) | | [ ] | [X] | Public Authority: (Specify _____) |

| YES | NO | |
|---|---|---|
| [ ] | [X] | Does this action/proceeding seek equitable relief? |
| [X] | [ ] | Does this action/proceeding seek recovery for personal injury? |
| [ ] | [X] | Does this action/proceeding seek recovery for property damage? |

**Pre-Note Time Frames:**
(This applies to all cases except contested matrimonials and tax certiorari cases)

Estimated time period for case to be ready for trial (from filing of RJI to filing of Note of Issue)

☐ Expedited: 0-8 months     ☒ Standard: 9-12 months     ☐ Complex: 13-15 months

**Contested Matrimonial Cases Only:** (Check and give date)

   Has summons been served?     ☐ No  ☐ Yes,  Date _____

   Was a Notice of No Necessity filed?     ☐ No  ☐ Yes,  Date _____

ATTORNEY(S)  FOR  PLAINTIFF(S):

| Self Rep.* | Name | Address | Phone # |
|---|---|---|---|
| ☐ | WEITZ & LUXENBERG, P.C. | 180 Maiden Lane<br>New York,, NY 10038 | 212-558-5500 |
| ☐ | | | |

ATTORNEY(S)  FOR  DEFENDANT(S):

| Self Rep.* | Name | Address | Phone # |
|---|---|---|---|
| | WINSTON & STRAWN<br>Attorneys for Def. JP MORGAN CHASE COMPANY | 200 Park Avenue<br>New York, New York 10166 | 212-294-6700 |
| | VINSON & ELKINS<br>Attorneys for Defts. ERNST & YOUNG LLP and ERNST & YOUNG CORPORATE FINANCE LLP | 666 Fifth Avenue - 26th Floor<br>New York, New York 10103 | 212-206-8000 |
| | | | |

* **Self Represented:** parties representing themselves, without an attorney, should check the "Self Rep." Box and enter their name, address, and phone # in the space provided above for attorneys.
**INSURANCE CARRIERS:**

**RELATED CASES:** (IF NONE, write "NONE" below)

| Title | Index # | Court | Nature of Relationship |
|---|---|---|---|
| NONE | | | |

I AFFIRM UNDER PENALTY OF PERJURY THAT, TO MY KNOWLEDGE, OTHER THAN AS NOTED ABOVE, THERE ARE AND HAVE BEEN NO RELATED ACTIONS OR PROCEEDINGS, NOR HAS A REQUEST FOR JUDICIAL INTERVENTION PREVIOUSLY BEEN FILED IN THIS ACTION OR PROCEEDING.
Dated:   December 1, 2004

(Signature)     Gary Klein, Esq.
WEITZ & LUXENBERG, P.C.
(Print or type name)
180 Maiden Lane, New York 10038
ATTORNEYS FOR PLAINTIFFS

**ATTACH RIDER SHEET IF NECESSARY TO PROVIDE REQUIRED INFORMATION**

STATE OF NEW YORK    )
                     )ss:
COUNTY OF NEW YORK   )

    Maria N. Reyes, being duly sworn, deposes and says:
I am not a party to this action, I am over 18 years of age and reside in Harriman, New York.
    On, December 2, 2004 I served the within **REQUEST FOR JUDICIAL INTERVENTION** on the attorneys listed below at the address designated by said attorneys for that purpose by depositing a true copy of same enclosed in a post paid properly addressed wrapper, and delivering same to our mail clerk, who in turn in the ordinary course of a business day, brought it to the mail room and then mailed same by delivering it in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

TO:    James A. Beha, II, Esq.
       WINSTON & STRAWN
       Attorneys for Defendant
       JP MORGAN CHASE COMPANY
       200 Park Avenue
       New York, New York 10166-4193

       David R. Lurie, Esq.
       VINSON & ELKINS
       Attorneys for Defendants
       ERNST & YOUNG LLP and
       ERNST & YOUNG CORPORATE FINANCE LLP
       666 Fifth Avenue - 26th Floor
       New York, New York 10103

                                        _____
                                        Maria N. Reyes

Sworn to before me this
2nd day of December, 2004
_____
Notary Public

NINA AIZMAN
Notary Public, State of New York
No. 01A15037161
Qualified in Kings County
Commission Expires December 31, 20 _06_

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
PHILLIP NELSON BURNS, MIRJANA
PAVKOVICH, Administrator of the Estate of
Rade Pavkovich, Deceased, and WARREN
ELMER HALFPAP,

                Plaintiff(s),

           -against-                      Index No.: 114728/04

GRUPO MEXICO S. A. de C.V., a Mexican Corporation, SOUTHERN PERU HOLDING CORPORATION, a Delaware Corporation, SOUTHERN PERU HOLDING CORPORATION II, a Delaware Corporation, GRUPO MINERO MEXICO INTERNACIONAL, S. A. DE C.V., a Mexican Corporation, COMPANIA MEXICANA de COBRE, a Mexican Corporation, JP MORGAN CHASE & COMPANY f/k/a CHASE MANHATTAN BANK & TRUST COMPANY, a Delaware Corporation AMERICAS MINING CORPORATION, a Delaware Corporation, ERNST & YOUNG LLP, ERNST & YOUNG CORPORATE FINANCE, LLC, GERMAN LARREA MOTA-VAELASCO, Officer and Director of ASARCO, Inc., OSCAR GONZALES ROCHA Officer and Director of ASARCO, Inc., DANIEL TELLECHEA SALIDO Officer and Director of ASARCO, Inc.

                Defendant(s)

                                  RIDER

SUPREME COURT OF THE STATE OF NEW YORK — NEW YORK COUNTY

PRESENT: ~~BERNARD J. FRIED~~
              J.S.C.                                     PART 60

0114728/2004

BURNS, PHILLIP NELSON
vs
GRUPO MEXICO S.A. DE C.V.

SEQ 1

OTHER    RELIEFS

INDEX NO. 114728-04
MOTION DATE 12-15-04
MOTION SEQ. NO. 1
MOTION CAL. NO. 2

The following papers, numbered 1 to _____ were read on this motion to/for _____

PAPERS NUMBERED

Notice of Motion/ Order to Show Cause — Affidavits — Exhibits ...
Answering Affidavits — Exhibits
Replying Affidavits

Cross-Motion:  ☐ Yes  ☐ No

Upon the foregoing papers, it is ordered that this motion

264819

This motion is GRANTED, upon the representation that this motion is unopposed by the domestic defendants who have been served to date (Affirmation in Support, dated December 1, 2004, ¶2).

SO ORDERED

FEB. 27 2007

FILED
DEC 21 2004
NEW YORK
COUNTY CLERK'S OFFICE

Dated: 12/16/04

BERNARD J. FRIED  J.S.C.
                  J.S.C.

Check one:  ☐ FINAL DISPOSITION  ☒ NON-FINAL DISPOSITION

Check if appropriate:    ☐ DO NOT POST

MOTION/CASE IS RESPECTFULLY REFERRED TO JUSTICE FOR THE FOLLOWING REASON(S):

SUPREME COURT OF THE STATE OF NEW YORK — NEW YORK COUNTY

PRESENT: **BERNARD J. FRIED**
J.S.C.

PART 60

| 0114728/2004 | |
|---|---|
| BURNS, PHILLIP NELSON vs GRUPO MEXICO S.A. DE C.V. | INDEX NO. 114728-04 |
| | MOTION DATE 12-15-04 |
| SEQ 1 | MOTION SEQ. NO. 1 |
| OTHER RELIEFS | MOTION CAL. NO. 2 |

The following papers, numbered 1 to _____ were read on this motion to/for _____

|  | PAPERS NUMBERED |
|---|---|
| Notice of Motion/ Order to Show Cause — Affidavits — Exhibits ... | |
| Answering Affidavits — Exhibits | |
| Replying Affidavits | |

**Cross-Motion:** ☐ Yes ☐ No

Upon the foregoing papers, it is ordered that this motion

264821

This motion is GRANTED, upon the representation that this motion is unopposed by the domestic defendants who have been served to date (Affirmation in Support, dated December 1, 2004, ¶2).

SO ORDERED

FILED
DEC 21 2004
NEW YORK
COUNTY CLERK'S OFFICE

FEB 27 2007

12/21/04

Dated: 12/16/04

BERNARD J. FRIED  J.S.C.
J.S.C.

Check one: ☐ FINAL DISPOSITION  ☒ NON-FINAL DISPOSITION

Check if appropriate: ☐ DO NOT POST

MOTION/CASE IS RESPECTFULLY REFERRED TO JUSTICE _____ FOR THE FOLLOWING REASON(S):