response is required, AMC denies each and every allegation contained in paragraph 72 of the Complaint.

73.     AMC denies the allegations contained in paragraph 73 of the Complaint.

74.     AMC states that the allegations contained in paragraph 74 of the Complaint call for a legal conclusion to which no response is necessary, and to the extent that a response is required, AMC denies each and every allegation contained in paragraph 74 of the Complaint.

## FOURTH CLAIM

AMC repeats and re-alleges its answers to paragraphs 1-74 of the Complaint.

75.     AMC denies the allegations contained in paragraph 75 of the Complaint.

76.     AMC denies the allegations contained in paragraph 76 of the Complaint.

77.     AMC denies the allegations contained in paragraph 77 of the Complaint.

78.     AMC states that the allegations contained in paragraph 78 of the Complaint call for a legal conclusion to which no response is necessary, and to the extent that a response is required, AMC denies each and every allegation contained in paragraph 78 of the Complaint.

79.     AMC states that the allegations contained in paragraph 79 of the Complaint call for a legal conclusion to which no response is necessary, and to the extent that a response is required, AMC denies each and every allegation contained in paragraph 79 of the Complaint.

## FIFTH CLAIM

AMC repeats and re-alleges its answers to paragraphs 1-79 of the Complaint.

80. AMC denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 80 of the Complaint and avers that they do not refer or relate to AMC.

81. AMC denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 81 of the Complaint and avers that they do not refer or relate to AMC.

82. AMC denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 82 of the Complaint and avers that they do not refer or relate to AMC.

83. AMC denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 83 of the Complaint and avers that they do not refer or relate to AMC.

84. AMC denies the allegations contained in paragraph 84 of the Complaint, and avers that the other allegations contained in paragraph 84 of the Complaint do not refer or relate to AMC.

85. AMC denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 85 of the Complaint and avers that they do not refer or relate to AMC.

15

86. AMC denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 86 of the Complaint and avers that they do not refer or relate to AMC.

87. AMC denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 87 of the Complaint and avers that they do not refer or relate to AMC.

88. AMC denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 88 of the Complaint and avers that they do not refer or relate to AMC.

89. AMC denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 89 of the Complaint and avers that they do not refer or relate to AMC.

90. AMC denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 90 of the Complaint, but to the extent the allegations relate to AMC denies the allegations contained in paragraph 90 of the Complaint.

91. AMC denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 91 of the Complaint, but to the extent the allegations relate to AMC denies the allegations contained in paragraph 91 of the Complaint.

92. AMC denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 92 of the Complaint and avers that they do not refer or relate to AMC.

93. AMC states that the allegations contained in paragraph 93 of the Complaint call for a legal conclusion to which no response is necessary, and to the extent that a response is required, AMC denies each and every allegations contained in paragraph 93 of the Complaint.

### SIXTH CLAIM

AMC repeats and re-alleges its answers to paragraphs 1-93 of the Complaint.

94. AMC states that the allegations contained in paragraph 94 of the Complaint call for a legal conclusion to which no response is necessary, and to the extent that a response is required, AMC denies each and every allegation contained in paragraph 94 of the Complaint.

95. AMC states that the allegations contained in paragraph 95 of the Complaint call for a legal conclusion to which no response is necessary, and to the extent that a response is required, AMC denies each and every allegation contained in paragraph 95 of the Complaint.

96. AMC states that the allegations contained in paragraph 96 of the Complaint call for a legal conclusion to which no response is necessary, and to the extent that a response is required, AMC denies each and every allegation contained in paragraph 96 of the Complaint.

97. AMC denies the allegations contained in paragraph 97 of the Complaint.

98. AMC denies the allegations contained in paragraph 98 of the Complaint.

99. AMC denies the allegations contained in paragraph 99 of the Complaint.

100. AMC states that the allegations contained in paragraph 100 of the Complaint call for a legal conclusion to which no response is necessary, and to the extent that a response is required, AMC denies each and every allegation contained in paragraph 100 of the Complaint.

### SEVENTH CLAIM

AMC repeats and re-alleges its answers to paragraphs 1-100 of the Complaint.

101. AMC denies the allegations in paragraph 101 of the Complaint.

102. AMC admits AMC acquired shares of SPCC Class A Common Stock and that there was certain debt forgiveness involved as part of the transaction, but otherwise denies the remaining allegations contained in paragraph 102 of the Complaint.

103. AMC states that the allegations contained in paragraph 103 of the Complaint call for a legal conclusion to which no response is necessary, and to the extent that a response is required, AMC denies each and every allegation contained in paragraph 103 of the Complaint.

104. AMC states that the allegations contained in paragraph 104 of the Complaint call for a legal conclusion to which no response is necessary, and to the extent that a response is required, AMC denies each and every allegation contained in paragraph 104 of the Complaint.

105. AMC states that the allegations contained in paragraph 105 of the Complaint call for a legal conclusion to which no response is necessary, and to the extent that a response is required, AMC denies each and every allegation contained in paragraph 105 of the Complaint.

106. AMC states that the allegations contained in paragraph 106 of the Complaint call for a legal conclusion to which no response is necessary, and to the extent that a response is required, AMC denies each and every allegation contained in paragraph 106 of the Complaint.

### EIGHTH CLAIM

AMC repeats and re-alleges its answers to paragraphs 1-106 of the Complaint.

107. AMC denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 107 of the Complaint and avers that they do not refer or relate to AMC.

108. AMC denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 108 of the Complaint and avers that they do not refer or relate to AMC.

109. AMC denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 109 of the Complaint and avers that they do not refer or relate to AMC.