TRIBUNAL SUPREMO DEL ESTADO DE NUEVA YORK
CONDADO DE NUEVA YORK

PHILLIP NELSON BURNS, MIRJANA PAVKOVICH, Administradora del Caudal Hereditario de Rade Pavkovich, Difunto, y WARREN ELMER HALFPAP,

Demandante(s),

-contra-

GRUPO MÉXICO S. A. de C.V., una corporación mexicana, SOUTHERN PERU HOLDING CORPORATION, una corporación de Delaware, SOUTHERN PERU HOLDING CORPORATION II, una corporación de Delaware, GRUPO MINERO MÉXICO INTERNACIONAL, S. A. DE C.V., una corporación mexicana, COMPAÑÍA MEXICANA de COBRE, una corporación mexicana, JP MORGAN CHASE & COMPANY antes conocido como CHASE MANHATTAN BANK & TRUST COMPANY, una corporación de Delaware, AMERICAS MINING CORPORATION, una corporación de Delaware, ERNST & YOUNG LLP, ERNST & YOUNG CORPORATE FINANCE, LLC, GERMAN LARREA MOTA-VAELASCO, Oficial y Director de ASARCO, Inc., OSCAR GONZALES ROCHA Oficial y Director de ASARCO, Inc., DANIEL TELLECHEA SALIDO Oficial y Director de ASARCO, Inc., CREDIT SUISSE FIRST BOSTON, INC., CREDIT SUISSE FIRST BOSTON, LLC y CREDIT SUISSE FIRST BOSTON (USA), INC.

Demandado(s)

A los antedichos Demandados

No. de Índice:   04/114728

CITACIÓN SUPLEMENTARIA

PRESENTADO
17 FEB 2005
NUEVA YORK
OFICINA DEL SECRETARIO
DE CONDADO

012

**Con la presente está citado** contestar la Demanda en esta acción judicial y entregar una copia de su Respuesta, o, si la Demanda no se entrega con esta Citación, entregar un Aviso de Comparecencia, al Abogado(s) de los Demandantes, dentro de 20 días a partir de la fecha de la entrega de esta citación, sin contar el día de la notificación (o dentro de 30 días después de completar la notificación si esta citación no se entrega personalmente a usted dentro del Estado de Nueva York); y en el caso de su falta de comparecer o contestar, se rendirá una sentencia en rebeldía contra usted para el desagravio exigido en la Demanda.

Con fecha:

                                            **WEITZ & LUXENBERG, P.C.**
                                            *Una Corporación Profesional de Nueva York*
                                            180 Maiden Lane
                                            Nueva York, NY 10038
                                            (212)558-5500
                                            Telefacsímil (212)344-5461

                                            Por: ___*[Firma ilegible]*___
                                                        Gary Klein, Abogado

                                          **BARON & BUDD**
                                          **UNA CORPORACIÓN PROFESIONAL**
                                          Alan B. Rich, Abogado
                                          The Centrum, Suite 1100
                                          3102 Oak Lawn Avenue
                                          Dallas, Tejas 75219
                                          (214) 521-3605
                                          Telefacsímil: (214) 520-1181

PRESENTADO
*17 / FEB / 05*
SECRETARIO DEL CONDADO
CONDADO DE NUEVA YORK

013

No. 193016
ESTADO DE NUEVA YORK.
CONDADO DE NUEVA YORK, SS:
YO, NORMAN GOODMAN,
SECRETARIO DEL CONDADO Y
SECRETARIO DEL TRIBUNAL SUPREMO,
CONDADO DE NUEVA YORK
CON LA PRESENTE CERTIFICO EL

28 MARZO 2005

QUE HE COMPARADO ESTA
COPIA CON EL ORIGINAL
ARCHIVADO EN MI OFICINA EL

17/FEB/05
Y QUE LA MISMA ES UNA
TRANSCRIPCION CORRECTA
DE ESO Y DE LA
TOTALIDAD DE TAL ORIGINAL.
EN TESTIMONIO DE LO CUAL.
A LA PRESENTE HE PUESTO
MI FIRMA Y SELLO OFICIAL.
*Norman Goodman*
SECRETARIO DEL CONDADO Y SECRETARIO DEL
TRIBUNAL SUPREMO, CONDADO DE NUEVA YORK
FIRMA FACSIMILAR EMPLEADA
CONFORME A LA SECCION 903,
LEY DEL CONDADO
HONORARIO PAGADO