**FILED FEB 22 2005 COUNTY CLERK'S OFFICE**

COMMERCIAL DIVISION SUPPORT OFFICE
SUPREME COURT OF THE STATE OF NEW YORK
60 CENTRE STREET ROOM 148
NEW YORK, NEW YORK 10007-1474

Motion Sequence Number 002

TO JUSTICE: Fried

ROOM 300   I.A.S. PART 60

IF YOUR HONOR WISHES TO GRANT THIS EX-PARTE ORDER FOR:

extension of time to serve per Hague Convention

PLEASE SIGN THE ORDER.

Please return the order to **room 148** for processing.

264824

*Order is approved as to form.*

None of the Δs have appeared in this action
Recommend 120 day extension

[Clerk's stamp: STATE OF NEW YORK, NORMAN GOODMAN, COUNTY CLERK AND CLERK OF THE SUPREME COURT, NEW YORK COUNTY, DO HEREBY CERTIFY... FEB. 27 2007 ... 2/22/05 ... FACSIMILE SIGNATURE USED PURSUANT TO SEC. 803, COUNTY LAW. FEE PAID]



004

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

PHILLIP NELSON BURNS, MIRJANA PAVKOVICH, Administrator of the Estate of Rade Pavkovich, Deceased, and WARREN ELMER HALFPAP,

        Plaintiff(s),

-against-

GRUPO MEXICO S. A. de C.V., a Mexican Corporation, SOUTHERN PERU HOLDINGS CORPORATION, a Delaware Corporation, SPHC II, Incorporated, a Delaware Corporation, GRUPO MINERO MEXICO INTERNACIONAL, S. A. de C.V., a Mexican Corporation, MEXICANA de COBRE, S.A. de C.V. a Mexican Corporation, CONTROLADORA MINERA MEXICO, S.A. de C.V., a Mexican Corporation, JP MORGAN CHASE & COMPANY f/k/a CHASE MANHATTAN BANK & TRUST COMPANY, a Delaware Corporation, AMERICAS MINING CORPORATION, a Delaware Corporation, ERNST & YOUNG LLP, ERNST & YOUNG CORPORATE FINANCE, LLC, GERMAN LARREA MOTA-VELASCO, Officer and Director of ASARCO, Inc., OSCAR GONZALEZ ROCHA Officer and Director of ASARCO, Inc., CREDIT SUISSE FIRST BOSTON, INC., CREDIT SUISSE FIRST BOSTON, LLC and CREDIT SUISSE FIRST BOSTON (USA), INC.

        Defendant(s)

Index No.: 114728/04

ORDER 306-b CPLR

---

## ORDER

The Plaintiffs having duly made application to this Court for an Order pursuant to CPLR §306-b and §2004 for an additional extension of time to serve the unauthorized foreign defendants and certain of their officers, directors, and/or employees thereof located in Mexico pursuant to the

Hague Convention, and said application being unopposed by the defendants served to date in the United States, and plaintiffs' said application having been duly submitted, and

Upon reading and filing the affirmation (affidavit) of Gary Klein, Esq. dated June 17, 2005, and all exhibits annexed thereto in support of plaintiffs' application for an extension of time to serve the unauthorized foreign corporations and certain officers, directors and/or employees thereof located in Mexico pursuant to the Hague Convention, and the matter having been duly submitted to the Court for a decision, and after due deliberation having been had thereon,

Now, on the unopposed application of the plaintiffs for an extension of time to serve the unauthorized foreign corporations and certain of their officers, directors, and/or employees in Mexico pursuant to the Hague Convention, it is hereby

ORDERED, that plaintiffs' time within which to serve the following defendants in Mexico pursuant to the Hague Convention is hereby extended ~~120~~ days from the date of June 22, 2005

        Grupo Mexico S. A. de C.V.,
        Grupo Minero Mexico Internacional, S.A. de C.V.,
        Mexicana de Cobre, S.A. de C.V.,
        Controladora Minera Mexico, S.A. de C.V.,
        German Larrea Mota-Velasco, and
        Oscar Gonzalez Rocha.

said time to expire on the 20th day of October, 2005.

_____
JUDGE

☐ DO NOT POST        HON. BERNARD J. FRIED

7/12/05

*n/15*
*1025*

SUPREME COURT OF THE STATE OF NEW YORK
NEW YORK COUNTY
EX-PARTE MOTION PART
60 CENTRE STREET -- ROOM 315
NEW YORK, NY 10007-1474

212/374-4746

TO:   JUSTICE _____

ROOM _____232_____   I.A.S. PART __49__

Whether you grant or decline the attached order to show cause, you should send (hand deliver by court personnel) this order to show cause, with supporting papers, to Room 119. **Regardless of the disposition (e.g., signed or declined), orders to show cause should not be returned to the moving attorney or party**.

☒ This order to show cause does not contain a request for any interim relief.

☐ This order to show cause contains a temporary restraining order and/or a request for other interim relief. (You should indicate in the margin of the order to show cause whether the request for such temporary restraining order and/or other interim relief has been granted or deleted.)

**IF YOU SIGN AND THEN KEEP THE ORDER TO SHOW CAUSE, PLEASE HAVE YOUR PART CLERK ON THE DAY THE ORDER IS SIGNED INFORM ROOM 119 OF THE RETURN DATE.**

ORDER IS APPROVED AS TO FORM, BUT NOT AS TO SUBSTANCE.

*No Part-130 certification*

Reviewed by ELAINE E. DRACH
PRINCIPAL COURT CLERK
EX PARTE MOTION DEPT

Fm. EP-2

SUPREME COURT OF THE STATE OF NEW YORK — NEW YORK COUNTY

PRESENT: Fried **HON. BERNARD J. FRIED**   PART 60m
                        *Justice*

Phillip Nelson Burns

- v -

Grupo Mexico S.A. et al

INDEX NO. 114728/04

MOTION DATE _____

MOTION SEQ. NO. 002

MOTION CAL. NO. _____

The following papers, numbered 1 to _____ were read on this motion to/for _____

**PAPERS NUMBERED**

Notice of Motion/ Order to Show Cause — Affidavits — Exhibits ... _____

Answering Affidavits — Exhibits _____

Replying Affidavits _____

**Cross-Motion:**   ☐ Yes   ☐ No

Upon the foregoing papers, it is ordered that this motion

This motion is GRANTED as follows: time for the service of process is extended by 120 days from the date of the entry of this Order

SO ORDERED

FILED
FEB 22 2005
OFFICE

MOTION/CASE IS RESPECTFULLY REFERRED TO JUSTICE

Dated: 2/16/05

HON. BERNARD J. FRIED
                                            J.S.C.

Check one:   ☐ FINAL DISPOSITION   ☒ NON-FINAL DISPOSITION



MOTION SEQUENCE # 002

At an IAS Part ___ of the Supreme Court of the State of New York, County of New York, at the Courthouse located at, 60 Centre Street, New York, New York on the ____ day of _____ 2005.

PRESENT:  Hon. B.J. Fried       ,
                    Justice

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

PHILLIP NELSON BURNS, MIRJANA PAVKOVICH, Administrator of the Estate of Rade Pavkovich, Deceased, and WARREN ELMER HALFPAP,

          Plaintiff(s),

    -against-

GRUPO MEXICO S. A. de C.V., a Mexican Corporation, SOUTHERN PERU HOLDINGS CORPORATION, a Delaware Corporation, SPHC II, Incorporated, a Delaware Corporation, GRUPO MINERO MEXICO INTERNACIONAL, S. A. de C.V., a Mexican Corporation, MEXICANA de COBRE, S.A. de C.V. a Mexican Corporation, CONTROLADORA MINERA MEXICO, S.A. de C.V., a Mexican Corporation, JP MORGAN CHASE & COMPANY f/k/a CHASE MANHATTAN BANK & TRUST COMPANY, a Delaware Corporation, AMERICAS MINING CORPORATION, a Delaware Corporation, ERNST & YOUNG LLP, ERNST & YOUNG CORPORATE FINANCE, LLC, GERMAN LARREA MOTA-VELASCO, Officer and Director of ASARCO, Inc., OSCAR GONZALEZ ROCHA Officer and Director of ASARCO, Inc., CREDIT SUISSE FIRST BOSTON, INC., CREDIT SUISSE FIRST BOSTON, LLC and CREDIT SUISSE FIRST BOSTON (USA), INC.

          Defendant(s)

Index No.: 114728/04

**EX PARTE ORDER**

COUNTY CLERK'S OFFICE
NEW YORK

FILED FEB 22 2005

---

## ORDER

Plaintiffs, Phillip Nelson Burns, Mirjana Pavkovich, and Warren Elmer Halfpap, by their attorneys, WEITZ & LUXENBERG, P.C., having moved for an order to Extend Time for Service of Process on Unauthorized Foreign Corporations Pursuant to the Hague Convention.

**NOW**, upon reading the Ex Parte Application dated February 7, 2005, the affirmation of Gary Klein, Esq., affirmed the 7th day of February, 2005 in support of said application, and there being no opposition thereto it is hereby

**ORDERED**, that plaintiffs' *Ex Parte* Application, pursuant to CPLR § 311(b), to Extend Time for Service of Process on Unauthorized Foreign Corporations Pursuant to the Hague Convention, is hereby GRANTED, and it is further

**ORDERED**, that plaintiffs shall have for an extension of time of _____ days from the date of entry of this Order in order to effect service of process pursuant to the Hague Convention on the following unauthorized foreign defendants:

> Grupo Mexico S. A. de C.V.,
> Grupo Minero Mexico Internacional, S.A. de C.V.,
> Mexicana de Cobre, S.A. de C.V.,
> Contoladora Minera Mexico, S.A. de C.V.,
> German Larrea Mota-Velasco, and
> Oscar Gonzalez Rocha.

Enter

_____
J.S.C.

Index No. ................   Year 20......

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

PHILLIP NELSON BURNS, MIRJANA PAVKOVICH, Administrator of the
Estate of Rade Pavkovich, Deceased, and WARREN ELMER HALFPAP,

                                 Plaintiffs,

   -against-

GRUPO MEXICO S.A. de C.V., a Mexican Corporation, et al.

EX PARTE ORDER

*Attorneys for* Plaintiffs

**WEITZ & LUXENBERG, P.C.**

180 Maiden Lane
New York, NY 10038
(212) 558-5500

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.*

Dated: ..................................   Signature ..................................

                            Print Signer's Name ..................................

*Service of a copy of the within*                         *is hereby admitted.*

Dated:

                              *Attorney(s) for*

**PLEASE TAKE NOTICE**

☐ NOTICE OF ENTRY

that the within is a (certified) true copy of a
entered in the office of the clerk of the within named Court on     20

☐ NOTICE OF SETTLEMENT

that an Order of which the within is a true copy will be presented for settlement to the Hon.    one of the judges of the within named Court,
at
on              20    , at        M.

Dated:

                                                     **WEITZ & LUXENBERG, P.C.**
                              *Attorneys for*

                                                     180 Maiden Lane
To:                                                    New York, NY 10038