SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

------------------------------------------------------------x

PHILLIP NELSON BURNS, MIRJANA PAVKOVICH,
Administrator of the Estate of Rade Pavkovich, Deceased, and
WARREN ELMER HALFPAP,

                Plaintiffs,

            -against-

GRUPO MEXICO S.A. de C.V., a Mexican Corporation,
SOUTHERN PERU HOLDINGS CORPORATION, a
Delaware Corporation, SPHC II, a Delaware Corporation,
GRUPO MINERO MEXICO INTERNACIONAL, S.A. DE
C.V., a Mexican Corporation, MEXICANA de COBRE, S.A.
de C.V., a Mexican Corporation, CONTROLADORA
MINERA MEXICO, S.A. de C.V., a Mexican Corporation, JP
MORGAN CHASE & COMPANY f/k/a CHASE
MANHATTAN BANK & TRUST COMPANY, a Delaware
Corporation AMERICAS MINING CORPORATION, a
Delaware Corporation, ERNST & YOUNG LLP, ERNST &
YOUNG CORPORATE FINANCE, LLC, CREDIT SUISSE
FIRST BOSTON, INC., CREDIT SUISSE FIRST BOSTON,
LLC and CREDIT SUISSE FIRST BOSTON (USA),
INC.,GERMAN LARREA MOTA-VELASCO, Officer and
Director of ASARCO, Inc., OSCAR GONZALES ROCHA
Officer and Director of ASARCO, Inc.,

                Defendants.

------------------------------------------------------------x

Index No. 114728/04

**STIPULATION**

FILED MAR 0 2 2005 NEW YORK COUNTY CLERK'S OFFICE

    IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel, that the time for Defendants Credit Suisse First Boston, Inc. ("CSFB, Inc."), Credit Suisse First Boston, LLC ("CSFB, LLC") and Credit Suisse First Boston (USA), Inc. ("CSFB USA") (and, collectively, "CSFB") to answer, move or otherwise respond to the live complaint in this action is the later of (i) May 15, 2005 or (ii) 30 days following Plaintiffs' written (including electronic mail) communication to counsel for CSFB requesting the responses of CSFB to the live complaint in this lawsuit; and it is further

STIPULATED AND AGREED that neither CSFB nor their counsel will raise any objections to the effectiveness of service of the live complaint in this action.

A facsimile copy of this Stipulation containing the signatures of counsel for the parties shall be deemed an original.

Dated: March 1, 2005

**Dewey Ballantine LLP**
Attorney for the CSFB Defendants

By: _____
    Leo V. Gagion, Esq.
    1301 Avenue of the Americas
    New York, New York 10019-6092
    (212) 259-8000

**WEITZ & LUXENBERG, P.C.**
Attorneys for Plaintiffs

By: _____
    Gary Klein
    180 Maiden Lane
    New York, New York 10038
    (212) 558-5500

**BARON & BUDD, P.C.**
   Alan B. Rich, Esq.
   The Centrum, Suite 1100
   3102 Oak Lawn Avenue
   Dallas, Texas 75219
   (214) 521-3605

FILED
3/2/05
COUNTY CLERK
NEW YORK COUNTY

FEB. 27 2007

*Index No.*                                  *Year 20*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

PHILLIP NELSON BURNS, MIRJANA PAVKOVICH,
Administrator of the EState of Rade Pavkovich,
Deceased, and WARREN ELMER HALFPAP,

                   Plaintiffs,

-against-

GRUPO MEXICO S.A. de C.V., a Mexican Corporation, ET AL.

                   Defendants.

FILED MAR 0 2 2005 NEW YORK COUNTY CLERK'S OFFICE

STIPULATION

**WEITZ & LUXENBERG, P.C.**

*Attorneys for* Plaintiffs

180 Maiden Lane
New York, NY 10038
(212) 558-5500

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.*

Dated:..............................     Signature.......................................

                                                          Print Signer's Name.......................................

*Service of a copy of the within*                                                                *is hereby admitted.*

Dated:

                                                          *Attorney(s) for*

*PLEASE TAKE NOTICE*

☐ NOTICE OF ENTRY
that the within is a (certified) true copy of a
entered in the office of the clerk of the within named Court on                        20

☐ NOTICE OF SETTLEMENT
that an Order of which the within is a true copy will be presented for settlement to the Hon.
one of the judges of the within named Court,
at
on                        20      , at                    M.

Dated:

To:

                                     *Attorneys for*                                                **WEITZ & LUXENBERG, P.C.**

                                                                                180 Maiden Lane
                                                                                New York, NY 10038