Weitz & Luxenberg
180 Maiden Lane
New York, NY 10038

SUPREME COURT
COUNTY OF NEW YORK

PHILIP NELSON BURNS ET AL

Plaintiff(s)

against

GRUPO MEXICO ET AL

Defendant(s)

114728/04

AFFIDAVIT OF
SERVICE OF SUMMONS
(AND COMPLAINT)

STATE OF NEW YORK, COUNTY OF NEW YORK SS: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at EAST BRUNSWICK, NJ

That on February 23, 2005 at M., at One Madison Avenue, NY New York deponent served the within summons, and complaint on Credit Suisse First Boston LLC

Supplemental Summons & 2nd Amended Complaint

**INDIVIDUAL 1.** ☐ by delivering a true copy of each to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION 2.** ☑ a corporation, by delivering thereat a true copy of each to Mary O'Riordan personally; deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be Asst.VP Legal &Compliance thereof.

**SUITABLE AGE PERSON 3.** ☐ by delivering thereat a true copy of each to a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC. 4.** ☐ by affixing a true copy of each to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4 5A.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4 5B.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, or 3** ☑
☐ Male  ☑ White Skin  ☐ Black Hair  ☐ White Hair  ☐ 14-20 Yrs.  ☐ Under 5'  ☐ Under 100 Lbs.
☑ Female  ☐ Black Skin  ☑ Brown Hair  ☐ Balding  ☐ 21-35 Yrs.  ☐ 5'0"-5'3"  ☐ 100-130 Lbs.
☐ Yellow Skin  ☐ Blonde Hair  ☐ Mustache  ☑ 36-50 Yrs.  ☑ 5'4"-5'8"  ☑ 131-160 Lbs.
☐ Brown Skin  ☐ Gray Hair  ☐ Beard  ☐ 51-65 Yrs.  ☐ 5'9"-6'0"  ☐ 161-200 Lbs.
☐ Red Skin  ☐ Red Hair  ☑ Glasses  ☐ Over 65 Yrs.  ☐ Over 6'  ☐ Over 200 Lbs.

Other identifying features:

**USE IN NYC CIVIL CT.** ☐ The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE** ☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on February 24, 2005

ANTOINETTE LIOTTI
Notary Public, State of New York
No. 31-4665114
Qualified in New York County
Commission Expires May 31, 2007

MARTY GABE
License #: 1070735

Weitz & Luxenberg
180 Maiden Lane
New York, NY 10038

SUPREME COURT
COUNTY OF NEW YORK

No. 114728/04

PHILLIP NELSON BURNS, ET AL

Plaintiff(s)

against

GRUPOMEXICO, ET AL

Defendant(s)

AFFIDAVIT OF
SERVICE OF SUMMONS
(AND COMPLAINT)

STATE OF NEW YORK, COUNTY OF NEW YORK SS: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at EAST BRUNSWICK, NJ

That on February 23, 2005 at M., at 5 Times Square, NY NY deponent served the within Supp. Summons/2nd Amended Complaint upon Ernst & Young LLP defendant therein named

**INDIVIDUAL 1.** ☐ by delivering a true copy of each to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION 2.** ☑ a corporation, by delivering thereat a true copy of each to Sylvester R. DeLitto personally; deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be Sub. Compliance Manager thereof. (212) 773-3887

**SUITABLE AGE PERSON 3.** ☐ by delivering thereat a true copy of each to a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC. 4.** ☐ by affixing a true copy of each to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

FILED MAR 0 9 2005 COUNTY CLERK'S OFFICE NEW YORK

**MAILING TO RESIDENCE USE WITH 3 OR 4.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at 264833 in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, OR 3.**
☑ Male  ☑ White Skin  ☐ Black Hair  ☐ White Hair  ☐ 14-20 Yrs.  ☐ Under 5'  ☐ Under 100 Lbs.
☐ Female  ☐ Black Skin  ☑ Brown Hair  ☐ Balding  ☐ 21-35 Yrs.  ☐ 5'0"-5'3"  ☐ 100-130 Lbs.
☐ Yellow Skin  ☐ Blonde Hair  ☐ Mustache  ☑ 36-50 Yrs.  ☑ 5'4"-5'8"  ☐ 131-160 Lbs.
☐ Brown Skin  ☐ Gray Hair  ☐ Beard  ☐ 51-65 Yrs.  ☐ 5'9"-6'0"  ☑ 161-200 Lbs.
☐ Red Skin  ☐ Red Hair  ☐ Glasses  ☐ Over 65 Yrs.  ☐ Over 6'  ☐ Over 200 Lbs.
Other identifying features:

**USE IN NYC CIVIL CT.** ☐ The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE** ☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on February 24, 2005

ANTOINETTE LIOTTI
Notary Public, State of New York
No. 31-4665114
Qualified in New York County
Commission Expires May 31, 2006

MARTY GABE
License # 1070735

Weitz & Luxenberg
180 Maiden Lane
New York, NY 10038

SUPREME COURT
COUNTY OF NEW YORK
_____

PHILLIP NELSON BURNS, ET AL

      against         Plaintiff(s)

GRUPO MEXICO et al

                  Defendant(s)
_____

Index No. 114728/04

AFFIDAVIT OF SERVICE OF SUMMONS (AND COMPLAINT)

STATE OF NEW YORK, COUNTY OF NEW YORK SS: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at EAST BRUNSWICK, NJ

That on February 23, 2005 at ___ M., at 5 Times Square, NY NY deponent served the within Supp. Summons/ 1st Amended Complaint upon Guliani Partners for Corporate Finance Ernst & Young defendant therein named,

INDIVIDUAL 1. ☐ by delivering a true copy of each to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

CORPORATION 2. ☐ a _____ corporation, by delivering thereat a true copy of each to Rachel Goldman personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be Attorney thereof.

SUITABLE AGE PERSON 3. ☐ by delivering thereat a true copy of each to _____ a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

AFFIXING TO DOOR, ETC. 4. ☐ by affixing a true copy of each to the door of said premises; which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

MAILING TO RESIDENCE USE WITH 3 OR 4. 5A. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at _____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

MAILING TO BUSINESS USE WITH 3 OR 4 5B. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of _____ in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at _____ in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

DESCRIPTION USE WITH 1, 2, OR 3

☐ Male   ☒ White Skin   ☐ Black Hair   ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'   ☐ Under 100 Lbs.
☒ Female   ☐ Black Skin   ☒ Brown Hair   ☐ Balding   ☒ 21-35 Yrs.   ☐ 5'0"-5'3"   ☒ 100-130 Lbs.
      ☐ Yellow Skin   ☐ Blonde Hair   ☐ Mustache   ☐ 36-50 Yrs.   ☐ 5'4"-5'8"   ☐ 131-160 Lbs.
      ☐ Brown Skin   ☐ Gray Hair   ☐ Beard   ☐ 51-65 Yrs.   ☐ 5'9"-6'0"   ☐ 161-200 Lbs.
      ☐ Red Skin   ☐ Red Hair   ☐ Glasses   ☐ Over 65 Yrs.   ☐ Over 6'   ☐ Over 200 Lbs.

Other identifying features:

USE IN NYC CIVIL CT. ☐ The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

MILITARY SERVICE ☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on February 24, 2005

ANTOINETTE LIOTTI
Notary Public, State of New York
No. 31-4665114
Qualified in New York County
Commission Expires May 31, 2006

MARTY GABE
License #: 1070735

FILED MAR 09 2005 COUNTY CLERK'S OFFICE NEW YORK

Law Products    Method: Cup. of Italy Reliably Service, 10 pt. type, 1-95    Weitz & Luxenberg    PUBLISHER, NYC 10013
180 Maiden Lane
New York, NY 10038

SUPREME COURT
COUNTY OF NEW YORK

PHILLIP NELSON BURNS, ET AL

against

GRUPOMEXICO, ET AL

Index No. 114728/04

Plaintiff(s)

**AFFIDAVIT OF SERVICE OF SUMMONS (AND COMPLAINT)**

Defendant(s)

STATE OF NEW YORK, COUNTY OF NEW YORK SS: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at EAST BRUNSWICK, NJ

That on February 23, 2005 at M., at 5 Times Square, NY NY deponent served the within Supp.Summons/1stAmended Complaint upon Ernst & Young LLP defendant therein named,

INDIVIDUAL 1. ☐ by delivering a true copy of each to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

CORPORATION 2. ☑ a corporation, by delivering thereat a true copy of each to Sylvester R. DeLitto personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be Sub.Compliance Manager thereof. (212) 773-3885

SUITABLE AGE PERSON 3. ☐ by delivering thereat a true copy of each to a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

AFFIXING TO DOOR, ETC. 4. ☐ by affixing a true copy of each to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

MAILING TO RESIDENCE USE WITH 3 OR 4 5A. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at
and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

MAILING TO BUSINESS USE WITH 3 OR 4 5B. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at
in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

DESCRIPTION USE WITH 1, 2, OR 3
☑ Male ☑ White Skin ☐ Black Hair ☐ White Hair ☐ 14-20 Yrs. ☐ Under 5' ☐ Under 100 Lbs.
☐ Female ☐ Black Skin ☑ Brown Hair ☐ Balding ☐ 21-35 Yrs. ☐ 5'0"-5'3" ☐ 100-130 Lbs.
 ☐ Yellow Skin ☐ Blonde Hair ☐ Mustache ☑ 36-50 Yrs. ☑ 5'4"-5'8" ☐ 131-160 Lbs.
 ☐ Brown Skin ☐ Gray Hair ☐ Beard ☐ 51-65 Yrs. ☐ 5'9"-6'0" ☑ 161-200 Lbs.
 ☐ Red Skin ☐ Red Hair ☐ Glasses ☐ Over 65 Yrs. ☐ Over 6' ☐ Over 200 Lbs.

Other identifying features:

USE IN NYC CIVIL CT. ☐ The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

MILITARY SERVICE ☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on February 24, 2005

ANTOINETTE LIOTT
Notary Public, State of New York
No. 31-4665114
Qualified in New York County
Commission Expires May 31, 20__

MARTY GABE
License # 1070735

Weitz & Luxenberg
180 Maiden Lane
New York, NY 10038

SUPREME COURT
COUNTY OF NEW YORK

PHILIP NELSON BURNS ET AL

Plaintiff(s)

against

GRUPO MEXICO ET AL

Defendant(s)

Index No. 114728/04

**AFFIDAVIT OF SERVICE OF SUMMONS (AND COMPLAINT)**

STATE OF NEW YORK, COUNTY OF NEW YORK SS: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at EAST BRUNSWICK, NJ

That on February 23, 2005 at M., at One Madison Avenue, NY New York deponent served the within summons, *and complaint on* Credit Suisse First Boston USA Inc. Supplemental Summons & 2nd Amended Complaint defendant therein named,

**INDIVIDUAL 1.** ☐ by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION 2.** ☒ a corporation, by delivering thereat a true copy *of each* to Mary O'Riordan personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be Asst. VP Legal & Compliance thereof.

**SUITABLE AGE PERSON 3.** ☐ by delivering thereat a true copy *of each* to a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC. 4.** ☐ by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4 5A.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4 5B.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, OR 3** ☒

☐ Male    ☒ White Skin    ☐ Black Hair    ☐ White Hair    ☐ 14-20 Yrs.    ☐ Under 5'    ☐ Under 100 Lbs.
☒ Female  ☐ Black Skin    ☒ Brown Hair    ☐ Balding       ☐ 21-35 Yrs.    ☐ 5'0"-5'3"   ☐ 100-130 Lbs.
          ☐ Yellow Skin   ☐ Blonde Hair   ☐ Mustache      ☒ 36-50 Yrs.    ☒ 5'4"-5'8"   ☒ 131-160 Lbs.
          ☐ Brown Skin    ☐ Gray Hair     ☐ Beard         ☐ 51-65 Yrs.    ☐ 5'9"-6'0"   ☐ 161-200 Lbs.
          ☐ Red Skin      ☐ Red Hair      ☒ Glasses       ☐ Over 65 Yrs.  ☐ Over 6'     ☐ Over 200 Lbs.

Other identifying features:

**USE IN NYC CIVIL CT.** ☐ The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE** ☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes and no military uniform*. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on February 24, 2005

ANTOINETTE LIOTTI
Notary Public, State of New York
No. 31-4665114
Qualified in New York County
Commission Expires May 31, 2006

MARTY GABE
License #: 1070735

Weitz & Luxenberg
180 Maiden Lane
New York, NY 10038

SUPREME COURT
COUNTY OF NEW YORK

PHILLIP NELSON BURNS, ET AL

*Plaintiff(s)*

against

GRUPO MEXICO et al

*Defendant(s)*

Index No. 114728/04

**AFFIDAVIT OF SERVICE OF SUMMONS (AND COMPLAINT)**

STATE OF NEW YORK, COUNTY OF NEW YORK SS: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at EAST BRUNSWICK, NJ

That on February 23, 2005 at M., at 5 Times Square, NY NY deponent served the within Supp.Summons/2nd Amended Complaint upon Guliani Partners for Ernst & Young Corporate Finance defendant therein named,

**INDIVIDUAL 1.** ☐ by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION 2.** ☐ a corporation, by delivering thereat a true copy *of each* to Rachel Goldman personally; deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be Attorney thereof.

**SUITABLE AGE PERSON 3.** ☐ by delivering thereat a true copy *of each* to a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC. 4.** ☐ by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4 5A.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at                            and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4 5B.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at
in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2 OR 3**
☐ Male ☒ White Skin ☐ Black Hair ☐ White Hair ☐ 14-20 Yrs. ☐ Under 5' ☐ Under 100 Lbs.
☒ Female ☐ Black Skin ☒ Brown Hair ☐ Balding ☒ 21-35 Yrs. ☐ 5'0"-5'3" XXX 100-130 Lbs.
☐ Yellow Skin ☐ Blonde Hair ☐ Mustache ☐ 36-50 Yrs. ☐ 5'4"-5'8" ☐ 131-160 Lbs.
☐ Brown Skin ☐ Gray Hair ☐ Beard ☐ 51-65 Yrs. ☒ 5'9"-6'0" ☐ 161-200 Lbs.
☐ Red Skin ☐ Red Hair ☐ Glasses ☐ Over 65 Yrs. ☐ Over 6' ☐ Over 200 Lbs.

Other identifying features:

**USE IN NYC CIVIL CT.** ☐ The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE** ☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes and no military uniform.* The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on February 24, 2005

ANTOINETTE LIOTTI
Notary Public, State of New York
No. 31-4665114
Qualified in New York County
Commission Expires May 31, 2006

MARTY GABE
License #: 1070735

*Filed MAR 0 9 2005 COUNTY CLERK'S OFFICE NEW YORK*
264839
3/9/05

SUPREME COURT
COUNTY OF NEW YORK

Weitz & Luxenberg
180 Maiden Lane
New York, NY 10038

No. 114728/04

PHILLIP NELSON BURNS, ET AL

Plaintiff(s)

against

GRUPO MEXICO ET AL

Defendant(s)

**AFFIDAVIT OF SERVICE OF SUMMONS (AND COMPLAINT)**

STATE OF NEW YORK, COUNTY OF NEW YORK SS: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at EAST BRUNSWICK, NJ

That on February 23, 2005 at M., at CT Corp. 111 8th Ave NY NY deponent served the within Supp. Summons/2nd Amended Complaint upon JP Morgan Chase & Company defendant therein named.

1. INDIVIDUAL ☐ by delivering a true copy of each to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

2. CORPORATION ☑ a _____ corporation, by delivering thereat a true copy of each to Paula T. Kash personally; deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be Sen. Process Specialist thereof. (212) 894-8912

3. SUITABLE AGE PERSON ☐ by delivering thereat a true copy of each to _____ a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

4. AFFIXING TO DOOR, ETC. ☐ by affixing a true copy of each to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

FILED
MAR 09 2005
COUNTY CLERK'S OFFICE
NEW YORK
264838

5a. MAILING TO RESIDENCE ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at _____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

5b. MAILING TO BUSINESS ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at _____ in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

DESCRIPTION USE WITH 1, 2, or 3 ☑
- ☐ Male  ☑ White Skin  ☐ Black Hair  ☐ White Hair  ☐ 14-20 Yrs.  ☐ Under 5'  ☐ Under 100 Lbs.
- ☑ Female  ☐ Black Skin  ☐ Brown Hair  ☐ Balding  ☐ 21-35 Yrs.  ☐ 5'0"-5'3"  ☑ 100-130 Lbs.
- ☐ Yellow Skin  ☐ Blonde Hair  ☐ Mustache  ☑ 36-50 Yrs.  ☑ 5'4"-5'8"  ☐ 131-160 Lbs.
- ☐ Brown Skin  ☑ Gray Hair  ☐ Beard  ☐ 51-65 Yrs.  ☐ 5'9"-6'0"  ☐ 161-200 Lbs.
- ☐ Red Skin  ☐ Red Hair  ☑ Glasses  ☐ Over 65 Yrs.  ☐ Over 6'  ☐ Over 200 Lbs.

Other identifying features: _____

USE IN NYC CIVIL CT. ☐ The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

MILITARY SERVICE ☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on February 24, 2005

ANTOINETTE LIOTTI
Notary Public, State of New York
No. 31-4665114
Qualified in New York County
Commission Expires May 31, 2006

MARTY GABE
License # 1070735

Weitz & Luxenberg
180 Maiden Lane
New York, NY 10038

SUPREME COURT
COUNTY OF NEW YORK

PHILLIP NELSON BURNS, ET AL

Plaintiff(s)

against

GRUPO MEXICO, ET AL

Defendant(s)

Index No. 114728/04

AFFIDAVIT OF
SERVICE OF SUMMONS
(AND COMPLAINT)

STATE OF NEW YORK, COUNTY OF NEW YORK SS: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at EAST BRUNSWICK, NJ
That on February 23, 2005 at M., at c/o CT Corp. 111 8th Ave NY NY
deponent served the within Supp.Summons/1stAmended Complaint upon JP Morgan Chase & Company defendant therein named,

**INDIVIDUAL 1.** ☐ by delivering a true copy of each to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION 2.** ☒ a                   corporation, by delivering thereat a true copy of each to Paula T. Kash personally; deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be Sen. Process Specialist thereof (214) 584-8912

**SUITABLE AGE PERSON 3.** ☒ by delivering thereat a true copy of each to                                                                   a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC. 4.** ☐ by affixing a true copy of each to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

FILED MAR 09 2005 COUNTY CLERK'S OFFICE NEW YORK

**MAILING TO RESIDENCE USE WITH 3 OR 4. 5A.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at                                                        and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4. 5B.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at                                    in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, OR 3**
☐ Male     ☒ White Skin    ☐ Black Hair    ☐ White Hair    ☐ 14-20 Yrs.    ☐ Under 5'      ☐ Under 100 Lbs.
☒ Female   ☐ Black Skin    ☐ Brown Hair    ☐ Balding       ☐ 21-35 Yrs.    ☐ 5'0"-5'3"     ☒ 100-130 Lbs.
           ☐ Yellow Skin   ☐ Blonde Hair   ☐ Mustache      ☒ 36-50 Yrs.    ☒ 5'4"-5'8"     ☐ 131-160 Lbs.
           ☐ Brown Skin    ☒ Gray Hair     ☐ Beard         ☐ 51-65 Yrs.    ☐ 5'9"-6'0"     ☐ 161-200 Lbs.
           ☐ Red Skin      ☐ Red Hair      ☒ Glasses       ☐ Over 65 Yrs.  ☐ Over 6'       ☐ Over 200 Lbs.

Other identifying features:

**USE IN NYC CIVIL CT.** ☐ The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE** ☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on    February 24, 2005

ANTOINETTE LIOTTI
Notary Public, State of New York
No. 31-4665114
Qualified in New York County
Commission Expires May 31, 2006

MARTY GABE
License # 1070735