SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

PHILLIP NELSON BURNS, et al.,

                    Plaintiffs,                          Index No.: 114728/04

          -against-

GRUPO MEXICO S. A. de C.V., et al.,                     **ORDER WITH NOTICE OF ENTRY**

                    Defendant(s)

---

   **S I R S:**

   **PLEASE TAKE NOTICE,** that the within is a true copy of an Order duly entered in the

office of the clerk of the within named court on May 27, 2005.

Dated: New York, New York
       May 31, 2005

                                        264799

                                        WEITZ & LUXENBERG, P.C.

                                        By:

                                           Gary Klein, Esq.
                                           Attorneys for Plaintiffs
                                           180 Maiden Lane
                                           New York, New York 10038
                                           Tel. #: (212) 558-5500

TO:   Clifford Thau, Esq.
      David Lurie, Esq.
      Vinson & Elkins LLP
      Attorneys for Defendant
      ERNST & YOUNG, LLP
      666 Fifth Avenue - 26th Floor
      New York, NY 10103

James A. Beha, II, Esq.
Winston & Strawn LLP
Attorneys for Defendant
JP MORGAN CHASE BANK, N.A.
200 Park Avenue
New York, NY 10166-4193

Roger J. Hawke, Esq.
Sidley Austin Brown & Wood LLP
Attorneys for Deft.
AMERICAN MINING CORPORATION
787 Seventh Avenue
New York, NY 10019

# SUPREME COURT OF THE STATE OF NEW YORK · NEW YORK COUNTY

PRESENT: **BERNARD J. FRIED**

J.S.C. *Justice*

PART 60

---

### 0114728/2004

BURNS, PHILLIP NELSON

vs

GRUPO MEXICO S.A. DE C.V.

SEQ 3

OTHER     RELIEFS

INDEX NO.

MOTION DATE

MOTION SEQ. NO.

MOTION CAL. NO.

is motion to/for

| | PAPERS NUMBERED |
|---|---|
| Notice of Motion/ Order to Show Cause — Affidavits — Exhibits ... | |
| Answering Affidavits — Exhibits | |
| Replying Affidavits | |

Cross-Motion:   ☐ Yes   ☐ No

Upon the foregoing papers, it is ordered that this motion

This motion for admission *pro hac vice* of John M. Broaddus, Esq., is GRANTED

SO ORDERED

FILED
MAY 27 2005
NEW YORK
COUNTY CLERKS OFFICE

Dated: 5/25/05

BERNARD J. FRIED   J.S.C.

Check one:   ☐ FINAL DISPOSITION   ☒ NON-FINAL DISPOSITION

Check if appropriate:   ☐ DO NOT POST   ☐ REFERENCE

STATE OF NEW YORK    )
                     )ss:
COUNTY OF NEW YORK   )


    Maria N. Reyes, being duly sworn, deposes and says:
I am not a party to this action, I am over 18 years of age and
reside in Harriman, New York.

    On, May 31, 2005 I served the within **ORDER WITH NOTICE OF
ENTRY** on the attorneys listed below at the address designated by
said attorneys for that purpose by depositing a true copy of
same enclosed in a post paid properly addressed wrapper, and
delivering same to our mail clerk, who in turn in the ordinary
course of a business day, brought it to the mail room and then
mailed same by delivering it in an official depository under the
exclusive care and custody of the United States Post Office
Department within the State of New York.

TO:  Clifford Thau, Esq.
     David Lurie, Esq.
     VINSON & ELKINS, LLP
     Attorneys for Deft.
     ERNST & YOUNG, LLP
     666 Fifth Avenue - 26th Floor
     New York, New York 10103

     James A. Beha, II, Esq.
     WINSTON & STRAWN, LLP
     Attorneys for Deft.
     JP MORGAN CHASE BANK, N.A.
     200 Park Avenue
     New York, New York 10166-4193

     Roger J. Hawke, Esq.
     SIDLEY AUSTIN BROWN & WOOD, LLP
     Attorneys for Deft.
     AMERICAN MINING CORPORATION
     787 Seventh Avenue
     New York, New York 10019

               _____
               Maria N. Reyes

Sworn to before me this
31st day of May, 2005

_____
Notary Public

**NINA AIZMAN**
**Notary Public, State of New York**
**No. 01A15037161**
**Qualified in Kings County**
**Commission Expires December 31, 20_06_**

ALL-STATE LEGAL®
07181-BF • 07182-BL • 07183-GY • 07184-WH
www.aslegal.com

Index No. ................                     Year 20 ....

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

PHILLIP NELSON BURNS, et al.,

              Plaintiffs,

   -against-

GRUPO MEXICO S. A. de C.V., et al.

             Defendants.



FILED
JUN 0 1 2005
NEW YORK
COUNTY CLERK'S OFFICE

---

ORDER WITH NOTICE OF ENTRY

---

WEITZ & LUXENBERG, P.C.

Attorneys for   Plaintiffs

180 Maiden Lane
New York, NY 10038
(212) 558-5500

---

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.*

*Dated:* ...........................    *Signature*........................................................

                           *Print Signer's Name*.........................................

---

*Service of a copy of the within*                       *is hereby admitted.*

*Dated:*

                              .................................................

                             *Attorney(s) for*

---

*PLEASE TAKE NOTICE*

☐ **NOTICE OF ENTRY**
    *that the within is a (certified) true copy of a*
*entered in the office of the clerk of the within named Court on*        *20*

☐ **NOTICE OF SETTLEMENT**
    *that an Order of which the within is a true copy will be presented for settlement to the*
*Hon.*                    *one of the judges of the within named Court,*
*at*
*on*             *20*    *, at*        *M.*

*Dated:*

                                WEITZ & LUXENBERG, P.C.

*Attorneys for*

                                180 Maiden Lane
                                New York, NY 10038

*To:*

*Check Applicable Box*