SUPREME COURT
COUNTY OF NEW YORK

PHILLIP NELSON BURNS, ET AL

Plaintiff(s)

against

GRUPO MEXICO et al

Defendant(s)

Index No. 114728/04

AFFIDAVIT OF SERVICE OF SUMMONS (AND COMPLAINT)

STATE OF NEW YORK, COUNTY OF NEW YORK SS: The undersigned, being duly sworn, deposes and says; deponent is not party herein, is over 18 years of age and resides at EAST BRUNSWICK, NJ

That on June 15 2005 1st Amended at M., at 1209 N. Orange Street, Wilmington, DE deponent served the within summons, and complaint on CT Corporation for American Mining Corporation defendant therein named

**INDIVIDUAL 1.** ☐ by delivering a true copy of each to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION 2.** ☒ a domestic corporation, by delivering thereat a true copy of each to personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be thereof. 302-777-0220

**SUITABLE AGE PERSON 3.** ☑ by delivering thereat a true copy of each to BRIAN PENROD - SECTION HEAD PROCESS a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state

**FIXING TO DOOR, ETC. 4.** ☐ by affixing a true copy of each to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4 5A.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at 264825 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4 5B.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, OR 3**
☐ Male ☐ White Skin ☒ Black Hair ☐ White Hair ☐ 14-20 Yrs. ☐ Under 5' ☐ Under 100 Lbs.
☐ Female ☐ Black Skin ☐ Brown Hair ☐ Balding ☐ 21-35 Yrs. ☐ 5'0"-5'3" ☐ 100-130 Lbs.
☐ Yellow Skin ☐ Blonde Hair ☐ Mustache ☒ 36-50 Yrs. ☐ 5'4"-5'8" ☐ 131-160 Lbs.
☐ Brown Skin ☐ Gray Hair ☐ Beard ☐ 51-65 Yrs. ☐ 5'9"-6'0" ☐ 161-200 Lbs.
☐ Red Skin ☐ Red Hair ☐ Glasses ☐ Over 65 Yrs. ☐ Over 6' ☐ Over 200 Lbs.
Other identifying features:

**USE IN NYC CIVIL CT.** ☐ The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE** ☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on 6/15/05

ANTOINETTE LIOTTI
Notary Public, State of New York
No. 31-4665114
Qualified in New York County
Commission Expires May 31, 2006

MARTY GABE
License #: 1070735

JUN 22 2005
COUNTY CLERK'S OFFICE
NEW YORK

SUPREME COURT
COUNTY OF NEW YORK

PHILLIP NELSON BURNS, ET AL

        Plaintiff(s)

against

GRUPO MEXICO et al

        Defendant(s)

Index No. 114728/04

AFFIDAVIT OF SERVICE OF SUMMONS (AND COMPLAINT)

STATE OF NEW YORK, COUNTY OF NEW YORK SS: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at EAST BRUNSWICK, NJ

That on June 15 2005 1st Amended M., at 1209 N. Orange Street, Wilmington, DE deponent served the within summons, and complaint on CT Corporation for SPHC II defendant therein named

**INDIVIDUAL 1.** ☐ by delivering a true copy of each to said defendant personally; deponent knew the person so served to be the person described in said defendant therein.

**CORPORATION 2.** ☒ a domestic corporation, by delivering thereat a true copy of each to personally; deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be thereof.  302-777-0120

**SUITABLE AGE PERSON 3.** ☐ by delivering thereat a true copy of each to BRIAN PENROD - Section Head Process a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC. 4.** ☐ by affixing a true copy of each to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

**MAILING TO RESIDENCE USE WITH 1 OR 4**
☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at
and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4**
☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at
in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, OR 3** ☐
☐ Male ☐ White Skin ☒ Black Hair ☐ White Hair ☐ 14-20 Yrs. ☐ Under 5' ☐ Under 100 L
☐ Female ☐ Black Skin ☐ Brown Hair ☐ Balding ☐ 21-35 Yrs. ☐ 5'0"-5'3" ☐ 100-130 Lbs.
        ☐ Yellow Skin ☐ Blonde Hair ☐ Mustache ☐ 36-50 Yrs. ☒ 5'4"-5'8" ☐ 131-160 Lbs.
        ☐ Brown Skin ☐ Gray Hair ☐ Beard ☐ 51-65 Yrs. ☐ 5'9"-6'0" ☐ 161-200 Lbs.
        ☐ Red Skin ☐ Red Hair ☐ Glasses ☐ Over 65 Yrs. ☐ Over 6' ☐ Over 200 Lb
Other identifying features:

**USE IN NYC CIVIL CT.** ☐ The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE** ☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on 6/15/05

*Antoinette Liotti*
ANTOINETTE LIOTTI
Notary Public, State of New York
No. 31-4665114
Qualified in New York County
Commission Expires May 31, 2006

MARTY GABE
License #: 1070735

SUPREME COURT
COUNTY OF NEW YORK

PHILLIP NELSON BURNS, ET AL

*Plaintiff(s)*

against

GRUPO MEXICO et al

*Defendant(s)*

Index No. 114728/04

*AFFIDAVIT OF SERVICE OF SUMMONS (AND COMPLAINT)*

STATE OF NEW YORK, COUNTY OF NEW YORK SS: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at EAST BRUNSWICK, NJ
That on June 14, 2005 2nd Amended at 9:45 A.M., at 1209 N. Orange Street, Wilmington, DE deponent served the within summons, *and complaint* on CT Corporation for American Mining Corporation defendant therein named

**INDIVIDUAL 1.** ☐ by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described in said defendant therein.

**CORPORATION 2.** ☒ a domestic corporation, by delivering thereat a true copy *of each* to personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be _____ thereof. 302-777-0220

**SUITABLE AGE PERSON 3.** ☐ by delivering thereat a true copy *of each* to BRIAN PENROD - SECTION HEAD PROCESS a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC. 4.** ☐ by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4. 5A.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at _____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4. 5B.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at _____ in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, OR 3**
☐ Male   ☐ White Skin   ☒ Black Hair   ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'   ☐ Under 100 Lbs
☐ Female   ☐ Black Skin   ☐ Brown Hair   ☐ Balding   ☐ 21-35 Yrs.   ☐ 5'0"-5'3"   ☐ 100-130 Lbs.
       ☐ Yellow Skin   ☐ Blonde Hair   ☒ Mustache   ☐ 36-50 Yrs.   ☐ 5'4"-5'8"   ☐ 131-160 Lbs.
       ☐ Brown Skin   ☐ Gray Hair   ☐ Beard   ☒ 51-65 Yrs.   ☐ 5'9"-6'0"   ☐ 161-200 Lbs.
       ☐ Red Skin   ☐ Red Hair   ☐ Glasses   ☐ Over 65 Yrs.   ☐ Over 6'   ☐ Over 200 Lbs.
Other identifying features:

**USE IN NYC CIVIL CT.** ☐ The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE** ☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on 6/15/05

*Antoinette Liotti*
ANTOINETTE LIOTTI
Notary Public, State of New York
No. 31-4665114
Qualified in New York County
Commission Expires May 31, 2006

MARTY GABE
License #: 1070735

SUPREME COURT
COUNTY OF NEW YORK

|  |  |
|---|---|
| PHILLIP NELSON BURNS, ET AL | Index No. 114728/04 |
| against  Plaintiff(s) | AFFIDAVIT OF SERVICE OF SUMMONS (AND COMPLAINT) |
| GRUPO MEXICO et al |  |
| Defendant(s) |  |

STATE OF NEW YORK, COUNTY OF NEW YORK SS: The undersigned, being duly sworn, deposes and says; deponent is party herein, is over 18 years of age and resides at EAST BRUNSWICK, NJ.
That on June 14, 2005 2nd Amended 7 AM. at 1209 N. Orange Street, Wilmington, DE deponent served the within summons, and complaint on CT Corporation for SPHC II defendant therein na

**INDIVIDUAL**
1. ☐ by delivering a true copy of each to said defendant personally; deponent knew the person so served to be the person describ said defendant therein.

**CORPORATION**
2. ☒ a domestic corporation, by delivering thereat a true copy of each to personally; deponent knew said corporation so served to be the corporation described in said summons as said defendan knew said individual to be thereof.

**SUITABLE AGE PERSON**
3. ☐ by delivering thereat a true copy of each to BRIAN PENROD - SECTION HEAD PROCESS 302-777-0220 a person of suitable and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the s

**FIXING TO DOOR, ETC.**
4. ☐ by affixing a true copy of each to the door of said premises, which is defendant's—actual place of business—dwelling pla usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable and discretion thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4**
5a. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addresse defendant at defendant's last known residence, at and depos said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4**
5b. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope prop addressed to defendant at defendant's actual place of business, at in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, OR 3**
☐ Male ☐ White Skin ☒ Black Hair ☐ White Hair ☐ 14-20 Yrs. ☐ Under 5' ☐ Under 100 L
☐ Female ☐ Black Skin ☐ Brown Hair ☐ Balding ☐ 21-35 Yrs. ☒ 5'0"-5'3" ☐ 100-130 Lbs.
☐ Yellow Skin ☐ Blonde Hair ☐ Mustache ☐ 36-50 Yrs. ☐ 5'4"-5'8" ☐ 131-160 Lbs.
☐ Brown Skin ☐ Gray Hair ☐ Beard ☐ 51-65 Yrs. ☒ 5'9"-6'0" ☐ 161-200 Lbs.
☐ Red Skin ☐ Red Hair ☐ Glasses ☐ Over 65 Yrs. ☐ Over 6' ☐ Over 200 Lb
Other identifying features:

6/22/05

**USE IN NYC CIVIL CT.**
☐ The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additic legend was printed in not less than 12 point bold upper case type on the summons(es), pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE**
☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source my information and the grounds of my belief are the conversations and observations above narrated. Upon information belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in eit the State or in the Federal statutes.

Sworn to before me on 6/15/05

Antoinette Liotti
Notary Public, State of New York
No. 31-4665114
Qualified in New York County
Commission Expires May 31, 2006

MARTY GABE
License #: 1070735