004

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

PHILLIP NELSON BURNS, MIRJANA
PAVKOVICH, Administrator of the Estate of
Rade Pavkovich, Deceased, and WARREN
ELMER HALFPAP,

               Plaintiff(s),

-against-

GRUPO MEXICO S. A. de C.V., a Mexican
Corporation, SOUTHERN PERU HOLDINGS
CORPORATION, a Delaware Corporation, SPHC
II, Incorporated, a Delaware Corporation, GRUPO
MINERO MEXICO INTERNACIONAL, S. A.
de C.V., a Mexican Corporation, MEXICANA
de COBRE, S.A. de C.V. a Mexican Corporation,
CONTROLADORA MINERA MEXICO, S.A. de
C.V., a Mexican Corporation, JP MORGAN
CHASE & COMPANY f/k/a CHASE
MANHATTAN BANK & TRUST COMPANY,
a Delaware Corporation, AMERICAS MINING
CORPORATION, a Delaware Corporation,
ERNST & YOUNG LLP, ERNST & YOUNG
CORPORATE FINANCE, LLC, GERMAN
LARREA MOTA-VELASCO, Officer and
Director of ASARCO, Inc., OSCAR GONZALEZ
ROCHA Officer and Director of ASARCO, Inc.,
CREDIT SUISSE FIRST BOSTON, INC.,
CREDIT SUISSE FIRST BOSTON, LLC and
CREDIT SUISSE FIRST BOSTON (USA),
INC.

               Defendant(s)

---

Index No.: 114728/04

ORDER 306-b CPLR

FILED

JUL 12 2005

NEW YORK
COUNTY CLERK'S OFFICE

## ORDER

The Plaintiffs having duly made application to this Court for an Order pursuant to CPLR §306-b and §2004 for an additional extension of time to serve the unauthorized foreign defendants and certain of their officers, directors, and/or employees thereof located in Mexico pursuant to the

IT IS FURTHER ORDERED that plaintiffs shall have for an extension of time of /

days from the date of entry of this Order in order to effect service of process pursuant to the Hague Convention on the following unauthorized foreign defendants:

    Grupo Mexico S. A. de C.V.,
    Grupo Minero Mexico Internacional, S.A. de C.V.,
    Mexicana de Cobre, S.A. de C.V.,
    Controladora Minera Mexico, S.A. de C.V.,
    German Larrea Mota-Velasco, and
    Oscar Gonzalez Rocha.

Dated: 7/12/05

                                              JUDGE

**HON. BERNARD J. FRIED**

264814

FEB. 27, 2007

FILED

JUL 1 2 2005

NEW YORK
COUNTY CLERK'S OFFICE

2

SUPREME COURT OF THE STATE OF NEW YORK — NEW YORK COUNTY

PRESENT: _Fried_            PART 60m
                         Justice

Phillip Nelson Burns

INDEX NO. 114728/04

MOTION DATE _____

- v -

MOTION SEQ. NO. 004

Grupo Mexico

MOTION CAL. NO. _____

The following papers, numbered 1 to _____ were read on this motion to/for _____

| | PAPERS NUMBERED |
|---|---|
| Notice of Motion/ Order to Show Cause — Affidavits — Exhibits ... | |
| Answering Affidavits — Exhibits | |
| Replying Affidavits | |

Cross-Motion: ☐ Yes   ☐ No

Upon the foregoing papers, it is ordered that this motion

264822

Is Granted

So Ordered

FEB 27 2007

FILED
JUL 12 2005
NEW YORK
COUNTY CLERK'S OFFICE

Dated: 7/12/05

HON. BERNARD J. FRIED, J.S.C.

Check one:   ☐ FINAL DISPOSITION   ☐ NON-FINAL DISPOSITION

MOTION/CASE IS RESPECTFULLY REFERRED TO JUSTICE _____

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

PHILLIP NELSON BURNS, MIRJANA
PAVKOVICH, Administrator of the Estate of
Rade Pavkovich, Deceased, and WARREN
ELMER HALFPAP,

                Plaintiff(s),

   -against-

GRUPO MEXICO S. A. de C.V., a Mexican
Corporation, SOUTHERN PERU HOLDINGS
CORPORATION, a Delaware Corporation, SPHC
II, Incorporated, a Delaware Corporation, GRUPO
MINERO MEXICO INTERNACIONAL, S. A.
de C.V., a Mexican Corporation, MEXICANA
de COBRE, S.A. de C.V. a Mexican Corporation,
CONTROLADORA MINERA MEXICO, S.A. de
C.V., a Mexican Corporation, JP MORGAN
CHASE & COMPANY f/k/a CHASE
MANHATTAN BANK & TRUST COMPANY,
a Delaware Corporation, AMERICAS MINING
CORPORATION, a Delaware Corporation,
ERNST & YOUNG LLP, ERNST & YOUNG
CORPORATE FINANCE, LLC, GERMAN
LARREA MOTA-VELASCO, Officer and
Director of ASARCO, Inc., OSCAR GONZALEZ
ROCHA Officer and Director of ASARCO, Inc.,
CREDIT SUISSE FIRST BOSTON, INC.,
CREDIT SUISSE FIRST BOSTON, LLC and
CREDIT SUISSE FIRST BOSTON (USA),
INC.

                Defendant(s)

---

Index No.: 114728/04

**EX PARTE ORDER**

*[Stamp: APPROVED FOR THE PAYMENT OF MOTION FEE ONLY]*

*[Stamp: 015768]*

## ORDER

IT IS HEREBY ORDERED, that plaintiffs' *Ex Parte* Application, pursuant to CPLR § 311(b), for Additional Extension of Time for Service of Process on Unauthorized Foreign Corporations Pursuant to the Hague Convention, is hereby GRANTED.

IT IS FURTHER ORDERED that plaintiffs shall have for an extension of time of /  days from the date of entry of this Order in order to effect service of process pursuant to the Hague Convention on the following unauthorized foreign defendants:

    Grupo Mexico S. A. de C.V.,
    Grupo Minero Mexico Internacional, S.A. de C.V.,
    Mexicana de Cobre, S.A. de C.V.,
    Controladora Minera Mexico, S.A. de C.V.,
    German Larrea Mota-Velasco, and
    Oscar Gonzalez Rocha.

Dated: 7/12/05

                                                JUDGE

**HON. BERNARD J. FRIED**



SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

PHILLIP NELSON BURNS, MIRJANA PAVKOVICH, Administrator of the Estate of Rade Pavkovich, Deceased, and WARREN ELMER HALFPAP,

        Plaintiff(s),

-against-

GRUPO MEXICO S. A. de C.V., a Mexican Corporation, SOUTHERN PERU HOLDINGS CORPORATION, a Delaware Corporation, SPHC II, Incorporated, a Delaware Corporation, GRUPO MINERO MEXICO INTERNACIONAL, S. A. de C.V., a Mexican Corporation, MEXICANA de COBRE, S.A. de C.V. a Mexican Corporation, CONTROLADORA MINERA MEXICO, S.A. de C.V., a Mexican Corporation, JP MORGAN CHASE & COMPANY f/k/a CHASE MANHATTAN BANK & TRUST COMPANY, a Delaware Corporation, AMERICAS MINING CORPORATION, a Delaware Corporation, ERNST & YOUNG LLP, ERNST & YOUNG CORPORATE FINANCE, LLC, GERMAN LARREA MOTA-VELASCO, Officer and Director of ASARCO, Inc., OSCAR GONZALEZ ROCHA Officer and Director of ASARCO, Inc., CREDIT SUISSE FIRST BOSTON, INC., CREDIT SUISSE FIRST BOSTON, LLC and CREDIT SUISSE FIRST BOSTON (USA), INC.

        Defendant(s)

Index No.: 114728/04

ORDER  306-b CPLR

---

## ORDER

The Plaintiffs having duly made application to this Court for an Order pursuant to CPLR §306-b and §2004 for an additional extension of time to serve the unauthorized foreign defendants and certain of their officers, directors, and/or employees thereof located in Mexico pursuant to the

Hague Convention, and said application being unopposed by the defendants served to date in the United States, and plaintiffs' said application having been duly submitted, and

Upon reading and filing the affirmation (affidavit) of Gary Klein, Esq. dated June 17, 2005, and all exhibits annexed thereto in support of plaintiffs' application for an extension of time to serve the unauthorized foreign corporations and certain officers, directors and/or employees thereof located in Mexico pursuant to the Hague Convention, and the matter having been duly submitted to the Court for a decision, and after due deliberation having been had thereon,

Now, on the unopposed application of the plaintiffs for an extension of time to serve the unauthorized foreign corporations and certain of their officers, directors, and/or employees in Mexico pursuant to the Hague Convention, it is hereby

ORDERED, that plaintiffs' time within which to serve the following defendants in Mexico pursuant to the Hague Convention is hereby extended 120 days from the date of June 22, 2005

        Grupo Mexico S. A. de C.V.,
        Grupo Minero Mexico Internacional, S.A. de C.V.,
        Mexicana de Cobre, S.A. de C.V.,
        Controladora Minera Mexico, S.A. de C.V.,
        German Larrea Mota-Velasco, and
        Oscar Gonzalez Rocha.

said time to expire on the 20th day of October, 2005.

_____
JUDGE

☐ DO NOT POST        HON. BERNARD J. FRIED

7/12/05

2

COMMERCIAL DIVISION SUPPORT OFFICE
SUPREME COURT OF THE STATE OF NEW YORK
60 CENTRE STREET ROOM 148
NEW YORK, NEW YORK 10007-1474

Motion Sequence Number __004__

TO JUSTICE: __Fried__

ROOM __380__   I.A.S. PART __60__

**FILED**
JUL 1 2 2005
NEW YORK
COUNTY CLERK'S OFFICE

IF YOUR HONOR WISHES TO GRANT THIS EX-PARTE ORDER FOR

__an extension of time to serve the__
__foreign defendants__

PLEASE SIGN THE ORDER.

Please return the order to **room 148** for processing.

*Order is approved as to form.*

SUPREME COURT OF THE STATE OF NEW YORK — NEW YORK COUNTY

PRESENT: Fried                                                                PART 60m
                          Justice

Phillip Nelson Burns                    INDEX NO.  114728/04

                - v -                   MOTION DATE _____

                                        MOTION SEQ. NO.  004

Grupo Mexico                            MOTION CAL. NO.  _____

The following papers, numbered 1 to _____ were read on this motion to/for _____

|                                                                           | PAPERS NUMBERED |
|---|---|
| Notice of Motion/ Order to Show Cause — Affidavits — Exhibits ...         |                 |
| Answering Affidavits — Exhibits                                            |                 |
| Replying Affidavits                                                        |                 |

Cross-Motion:   ☐ Yes    ☐ No

Upon the foregoing papers, it is ordered that this motion

Is Granted

So Ordered

FILED
JUL 12 2005
NEW YORK
COUNTY CLERK'S OFFICE

Dated: 7/12/05

HON. BERNARD J. FRIED

MOTION/CASE IS RESPECTFULLY REFERRED TO JUSTICE _____

Check one:   ☐ FINAL DISPOSITION    ☐ NON-FINAL DISPOSITION

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

PHILLIP NELSON BURNS, MIRJANA PAVKOVICH, Administrator of the Estate of Rade Pavkovich, Deceased, and WARREN ELMER HALFPAP,

                Plaintiff(s),

                -against-

GRUPO MEXICO S. A. de C.V., a Mexican Corporation, SOUTHERN PERU HOLDINGS CORPORATION, a Delaware Corporation, SPHC II, Incorporated, a Delaware Corporation, GRUPO MINERO MEXICO INTERNACIONAL, S. A. de C.V., a Mexican Corporation, MEXICANA de COBRE, S.A. de C.V. a Mexican Corporation, CONTROLADORA MINERA MEXICO, S.A. de C.V., a Mexican Corporation, JP MORGAN CHASE & COMPANY f/k/a CHASE MANHATTAN BANK & TRUST COMPANY, a Delaware Corporation, AMERICAS MINING CORPORATION, a Delaware Corporation, ERNST & YOUNG LLP, ERNST & YOUNG CORPORATE FINANCE, LLC, GERMAN LARREA MOTA-VELASCO, Officer and Director of ASARCO, Inc., OSCAR GONZALEZ ROCHA Officer and Director of ASARCO, Inc., CREDIT SUISSE FIRST BOSTON, INC., CREDIT SUISSE FIRST BOSTON, LLC and CREDIT SUISSE FIRST BOSTON (USA), INC.

                Defendant(s)

---

Index No.: 114728/04

**NOTICE OF MOTION**

FILED

JUL 1 2 2005

NEW YORK
COUNTY CLERK'S OFFICE

**NOTICE OF UNOPPOSED MOTION FOR ADDITIONAL EXTENSION OF TIME FOR SERVICE OF PROCESS ON UNAUTHORIZED FOREIGN CORPORATIONS PURSUANT TO THE HAGUE CONVENTION**

    PLEASE TAKE NOTICE that, on behalf of plaintiffs, and upon the annexed affirmation of Gary Klein, Esq., dated June 17, 2005, plaintiffs will move in the Supreme Court of the

State of New York, County of New York, at the courthouse located at 60 Centre Street, Room 130, New York, New York on July 8, 2005 at 9:30 a.m. or as soon thereafter as counsel can be heard, for an extension of time of an additional 180 days from the date of the Order herein, without prejudice to seeking further extension, or to whichever date the Court may direct, to effect service pursuant to the Hague Convention on the following unauthorized foreign defendants, and certain of their officers, directors, and/or employees located in Mexico:

Grupo Mexico S. A. de C.V.,
Grupo Minero Mexico Internacional, S.A. de C.V.,
Mexicana de Cobre, S.A. de C.V.,
Controladora Minera Mexico, S.A. de C.V.,
German Larrea Mota-Velasco, and
Oscar Gonzalez Rocha.

This motion is unopposed by the defendants in the United States who have been served to date.

Dated: New York, New York
       June 17, 2005

FILED
7/12/05
COUNTY CLERK
NEW YORK COUNTY

Respectfully submitted,

WEITZ & LUXENBERG, P.C.

By: _____
Gary Klein, Esq.
John M. Broaddus, Esq.
180 Maiden Lane, 17th Floor
New York, New York 10038
Telephone: (212) 558-5500

Attorneys for Plaintiffs

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

PHILLIP NELSON BURNS, MIRJANA PAVKOVICH, Administrator of the Estate of Rade Pavkovich, Deceased, and WARREN ELMER HALFPAP,

                Plaintiff(s),

             -against-

GRUPO MEXICO S. A. de C.V., a Mexican Corporation, SOUTHERN PERU HOLDING CORPORATION, a Delaware Corporation, SOUTHERN PERU HOLDING CORPORATION II, a Delaware Corporation, GRUPO MINERO MEXICO INTERNACIONAL, S. A. DE C.V., a Mexican Corporation, COMPANIA MEXICANA de COBRE, a Mexican Corporation, JP MORGAN CHASE & COMPANY f/k/a CHASE MANHATTAN BANK & TRUST COMPANY, a Delaware Corporation AMERICAS MINING CORPORATION, a Delaware Corporation, ERNST & YOUNG LLP, ERNST & YOUNG CORPORATE FINANCE, LLC, GERMAN LARREA MOTA-VAELASCO, Officer and Director of ASARCO, Inc., OSCAR GONZALES ROCHA Officer and Director of ASARCO, Inc., DANIEL TELLECHEA SALIDO Officer and Director of ASARCO, Inc., CREDIT SUISSE FIRST BOSTON, INC., CREDIT SUISSE FIRST BOSTON, LLC and CREDIT SUISSE FIRST BOSTON (USA), INC.

                Defendant(s)

Index No.: 114728/04

---

**AFFIRMATION IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR ADDITIONAL EXTENSION OF TIME FOR SERVICE OF PROCESS ON UNAUTHORIZED FOREIGN CORPORATIONS <u>PURSUANT TO THE HAGUE CONVENTION</u>**

GARY KLEIN, an attorney duly admitted to practice law before the Courts of the State of New York, affirms the following to be true under penalty of perjury:

1. I am an attorney with the firm of WEITZ & LUXENBERG, P.C. attorneys for the plaintiffs Phillip Nelson Burns, Mirjana Pavkovich, and Warren Elmer Halfpap, in this action. I submit this affirmation in support of Plaintiffs' Unopposed Motion for Additional Extension of Time for Service of Process on Unauthorized Foreign Corporations Pursuant to the Hague Convention.

2. On February 5, 2005, plaintiffs filed an Ex Parte Application for Extension of Time to Effect Service on An Unauthorized Foreign Corporation pursuant to CPLR § 311(b). At that time, plaintiffs requested an additional 180 days to complete the service in Mexico.

3. Attached hereto as Exhibit A is a true and correct copy of this Court's Order dated and signed February 16, 2005 in which this Court granted plaintiffs an additional 120 days from the date of the entry of the Order to effect service of process on the defendants located in Mexico. The Order was filed in the Clerk's office on February 22, 2005.

4. On June 15, 2005, plaintiffs filed their "Ex Parte Application for Additional Extension of Time for Service of Process on Unauthorized Foreign Corporations Pursuant to the Hague Convention." Plaintiffs thereafter received a memorandum from the Clerk of the Ex Parte Motion Part dated June 15, 2005 with accompanying draft order requiring plaintiffs to redraft and resubmit the motion pursuant to CPLR §§ 306-b and 2004. Attached hereto as Exhibit B is a true and correct copy of the Clerk's June 15, 2005 memorandum with accompanying draft order.

5. Attached hereto as Exhibit C is a true and correct copy of correspondence dated June 7, 2005 from APS International stating that service of process upon a corporation located in

Mexico pursuant to the Hague Convention "generally takes 4-6 months or longer from the time the request for service is submitted to the Mexican Central Authority (Ministry of Foreign Relations)," that the request for service was received by the Mexican Central Authority from APS on May 20, 2005, and that additional time is needed to effect service of process in Mexico.

6. Based on the information provided by APS International, Plaintiffs respectfully request that the Court extend the time to effect service and file proof thereof for a period of 180 days from the date of the Order herein, without prejudice to plaintiffs seeking further extensions should service of process be impracticable within the time limit set forth.

Dated: New York, New York
       June 17, 2005

Respectfully submitted,

WEITZ & LUXENBERG, P.C.

By: _____  264811
Gary Klein, Esq.
John M. Broaddus, Esq.
180 Maiden Lane, 17th Floor
New York, New York, 10038
Telephone: (212) 558-5500

BARON & BUDD         FEB. 27 2007
A PROFESSIONAL CORPORATION
Alan B. Rich, Esq.
The Centrum, Suite 1100
3102 Oak Lawn Avenue
Dallas, Texas 75219
(214) 521-3605
FAX: (214) 520-1181

Attorneys for Plaintiffs

FILED
7/12/05
COUNTY CLERK
NEW YORK COUNTY

3

# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK — NEW YORK COUNTY

PRESENT:  Fried  **HON. BERNARD J. FRIED**  PART 60m
                            *Justice*

Phillip Nelson Burns

- v -

Grupo Mexico S.A. Et al

INDEX NO. 114728/04

MOTION DATE _____

MOTION SEQ. NO. 002

MOTION CAL. NO. _____

The following papers, numbered 1 to _____ were read on this motion to/for _____

| | PAPERS NUMBERED |
|---|---|
| Notice of Motion/ Order to Show Cause — Affidavits — Exhibits ... | |
| Answering Affidavits — Exhibits | |
| Replying Affidavits | |

Cross-Motion:  ☐ Yes   ☐ No

Upon the foregoing papers, it is ordered that this motion    264810

This motion is GRANTED as follows: time for the service of process is extended by 120 days from the date of the entry of this Order

SO ORDERED

FILED
7/12/05
COUNTY CLERK
NEW YORK COUNTY
AS AN EXHIBIT

FILED
FEB 22 2005

FEB. 27 2007

7/12/05 } AS AN EXHIBIT

Dated: 2/16/05

HON. BERNARD J. FRIED
J.S.C.

Check one:  ☐ FINAL DISPOSITION   ☒ NON-FINAL DISPOSITION

MOTION/CASE IS RESPECTFULLY REFERRED TO JUSTICE

# EXHIBIT B

June 15, '05

# NYS SUPREME COURT
## EX PARTE MOTION PART
## ROOM 315

311(b) is solely for service by alternate means as permitted by the court; extensions of time to complete service is per 306-b, §20.07, ect. (see statutes cited in sample).

Redraft order and affirmation to reflect proper statutes for this relief.

(The motion fee paid is still valid for this relief; just attach top page with proof of payment as an exhibit.)

264809

FEB. 27 2007

KINDLY RETURN THIS MEMORANDUM
WHEN PAPERS ARE RESUBMITTED

FILED
7/12/05
COUNTY CLERK
NEW YORK COUNTY
AS AN EXHIBIT

AS AN EXHIBIT

At an Ex-Parte Motion Part of the Supreme Court of the State of New York, held in and for the County of New York at the Courthouse, 60 Centre Street, Borough of Manhattan, City and State of New York, on the ____ day of _____ 20___

PRESENT Hon. _____
                              Justice

----------------------------------x
                                  |
_____        |
                                  |
                    Plaintiff(s)  |
        against                   |        Index No. _____
                                  |
_____        |        ORDER
                                  |
                    Defendant(s)  |
----------------------------------x

The Plaintiff having duly made application to this Court for an Order pursuant to CPLR §306-b, §2004, §3012(d), and /or §2005, for an extension of time to serve the defendant with the Summons and Complaint, and plaintiff's said application having been duly submitted to the office of the *Ex Parte Clerk*, and

Upon reading and filing the affirmation (affidavit) of _____ dated___

_____ and all the exhibits annexed thereto in support of plaintiff's application for an extension of time to serve the defendant with the Summons and Complaint in this action and the matter having been duly submitted to the Court for a decision, and after due deliberation having been had thereon,

Now, on the motion of _____ plaintiff, it is

ORDERED, that plaintiffs' time within which to serve defendant with the Summons and Complaint in this action, and file an affidavit of service, is hereby extended 120 days from the date of this Order, said time to expire on _____.

ENTER!

_____
JSC