

D.F. (T.S. DE IJ.) JUZGS. 1.

REGISTRO NÚM. 502/2005

ÍNDICE NÚM. _____

"B" _____ SECRETARÍA

**PODER JUDICIAL DEL FUERO COMÚN**

ESTADOS UNIDOS MEXICANOS · TRIBUNAL SUPERIOR DE JUSTICIA DEL DISTRITO FEDERAL · MÉXICO

**CIUDAD DE MÉXICO, D.F.**

JUZGADO TRIGÉSIMO QUINTO DE LO CIVIL

ACTOR NELSON BURNS PHILLIP Y OTROS

DEMANDADO GRUPO MÉXICO, S.A. DE C.V. Y OTRO

JUICIO OTROS

CUADERNO _____

DOMICILIO DEL ACTOR _____

DOMICILIO DEL DEMANDADO _____

JUEZ C. LIC. SANDRA LUZ DÍAZ ORTIZ

SECRETARIO C. LIC. MANUEL ALFONSO CORTES BUSTOS

AGENTE DEL MINISTERIO PÚBLICO

C. LIC. _____

COMENZÓ EL _____ DE _____ DE 20 _____

CONCLUYÓ EL _____ DE _____ DE 20 _____

SE REMITIÓ AL ARCHIVO EL _____ DE _____ DE 20 _____

FILED

SEP 14 2005

NEW YORK
COUNTY CLERKS OFFICE