| | | |
|---|---|---|
| STATE OF NEW YORK<br>SUPREME COURT<br>DISTRICT: | COUNTY OF NEW YORK | INDEX # : 04/114728<br>Date Filed: October 15, 2004  |

ATTORNEY(S): WEITZ & LUXENBERG (N.J.)   PH: 856-755-1115
ADDRESS: 210 LAKE DRIVE EAST  CHERRY HILL  NJ  08002   File No.:

*PHILLIP NELSON BURNS, MIRJANA PAVKOVICH, Administrator of the Estate of Rade Pavkovich, Deceased, et ano.*

vs

*GRUPO MEXICO S.A. de C.V, ET AL.*

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF Delaware , COUNTY OF Sussex SS.: **AFFIDAVIT OF SERVICE**

Sandra L. Hewes , being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age. On November 24-2004 at 9:50 Am

at 1209 ORANGE STREET, Wilmington, DE 19801 , deponent served the within

Summons and Verified Complaint

on: **AMERICAS MINING CORPORATION  C/O  CT CORPORATION** , **Defendant** therein named.

The index number and the filing date of the action were endorsed upon the face of the papers so served herein.

**#1 INDIVIDUAL** By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** By delivering thereat a true copy of each to CT Corporation c/o Greg Borgese personally, deponent knew said corporation/agency to be the corporation described in same as said recipient and knew said individual to be the managing/authorized agent of the corporation, and said person stated that he/she was authorized to accept service on behalf of the corporation.

**#3 SUITABLE AGE PERSON** By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business  [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by _____

**#5 MAIL COPY** On _____ , deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of _____ .

**#6 DESCRIPTION** A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex: M   Color of skin: W   Color of hair: Br   Age: 20's   Height: 5'9"
Weight: 150   Other Features: glasses

**#7 WIT. FEES** the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MIL. SRVC** Your deponent asked the person spoken to whether defendant was in the active military service of the United States; and received a negative reply. Upon information and belief I have; being based on the conversations & observations above narrated, defendant is not in the military service.

**#9 OTHER**

Sworn to before me on 11/24/04

CLAYTON W. HEWES, JR.
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Feb. 4, 2008

Notary Public

Sandra L. Hewes
Please Print Name Below Signature
SANDRA L. HEWES
Invoice·Work Order # 0095935

[FILED  OCT - 2005  COUNTY CLERK'S OFFICE NEW YORK]
[No. 264843]
[FEB. 27 2007]
[10/3/05]

**STATE OF NEW YORK**  
**SUPREME COURT**  
**DISTRICT:**  
**COUNTY OF NEW YORK**

INDEX #: 04/114728  
Date Filed: February 7, 2005

ATTORNEY(S): WEITZ & LUXENBERG (N.J.)   PH: 856-755-1115  
ADDRESS: 210 LAKE DRIVE EAST  CHERRY HILL  NJ  08002   File No.:

PHILLIP NELSON BURNS, MIRJANA PAVKOVICH, Administrator of the Estate of Rade Pavkovich, Deceased, et ano.

Plaintiff(s)/Petitioner(s)

vs

GRUPO MEXICO S.A. de C.V, ET AL.

Defendant(s)/Respondent(s)

**AFFIDAVIT OF SERVICE**

STATE OF Arizona, COUNTY OF Maricopa SS.:

Jason Stocks, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age. On 6/16/2005 at 3:15 p.m., at 2575 EAST CAMELBACK RD, Phoenix, AZ 85016, deponent served the within SUPPLEMENTAL SUMMONS AND FIRST AMENDED COMPLAINT

on: **SOUTHERN PERU HOLDING CORPORATION**  ; Defendant therein named.

The index number and the filing date of the action were endorsed upon the face of the papers so served herein.

#1 INDIVIDUAL [ ]  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORPORATION [X]  By delivering thereat a true copy of each to Lisa Keenan, Authorized Agent personally, deponent knew said corporation/agency to be the corporation described in same as said recipient and knew said individual to be the managing/authorized agent of the corporation, and said person stated that he/she was authorized to accept service on behalf of the corporation.

#3 SUITABLE AGE PERSON [ ]  By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR [ ]  By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on the ___ day of ___ at ___  
on the ___ day of ___ at ___  
on the ___ day of ___ at ___  
on the ___ day of ___ at ___  
Address confirmed by ___

#5 MAIL COPY [ ]  On ___, deponent completed service under the last two sections by depositing a copy of the ___ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of ___

#6 DESCRIPTION [X] (use with #1, 2, 3)  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:  
Sex: F   Color of skin: Hisp.   Color of hair: Blk   Age: 25   Height: 5'4"  
Weight: 100   Other Features: ___

#7 WIT. FEE [ ]  the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#8 MIL. SRVC [ ]  Your deponent asked the person spoken to whether defendant was in the active military service of the United States; and received a negative reply. Upon information and belief I have; being based on the conversations & observations above narrated, defendant is not in the military service.

#9 OTHER [ ]

Sworn to before me on 6-20-2005

Notary Public — Scott Decker, Notary Public - State of Arizona, MARICOPA COUNTY, My Comm. Expires April 9, 2006

264844   FILED OCT - 3 2005 COUNTY CLERK'S OFFICE NEW YORK

FEB 27 2007

10/5/05

Please Print Name Below Signature  
Jason Stocks, Lic. #5953  
Invoice•Work Order # 0107003

9-23-2008

| | | |
|---|---|---|
| STATE OF NEW YORK<br>SUPREME COURT<br>DISTRICT: | COUNTY OF NEW YORK | INDEX #: 04/114728<br>Date Filed: October 15, 2004 |

ATTORNEY(S): WEITZ & LUXENBERG (N.J.)   PH: 856-755-1115
ADDRESS: 210 LAKE DRIVE EAST  CHERRY HILL  NJ  08002   File No.:

*PHILLIP NELSON BURNS, MIRJANA PAVKOVICH, Administrator of the Estate of Rade Pavkovich, Deceased, et ano.*

*Plaintiff(s)/Petitioner(s)*

vs

*GRUPO MEXICO S.A. de C.V, ET AL.*

*Defendant(s)/Respondent(s)*

STATE OF **ARIZONA**, COUNTY OF **MARICOPA**   SS.:   **AFFIDAVIT OF SERVICE**

**Scott Decker**, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age. On **11/03/2004** at **9:50 a.m.**, at **2575 EAST CAMELBACK RD, PHOENIX, AZ**, deponent served the within **Summons and Verified Complaint**

on: **SOUTHERN PERU HOLDING CORPORATION**, **Defendant** therein named.

The index number and the filing date of the action were endorsed upon the face of the papers so served herein.

**#1 INDIVIDUAL** By delivering a true copy of each to said recipient personally; deponent knew the person so served to be the person described as said person therein.

**#2 CORPORATION** ✓ By delivering thereat a true copy of each to **Michelle Pechan, Paralegal** personally deponent knew said corporation/agency to be the corporation described in same as said recipient and knew said individual to be the managing/authorized agent of the corporation, and said person stated that he/she was authorized to accept service on behalf of the corporation.

**#3 SUITABLE AGE PERSON** By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by _____

**#5 MAIL COPY** On _____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of _____.

**#6 DESCRIPTION** ✓ A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3)   Sex: **F**   Color of skin: **Cauc.**   Color of hair: **Blk**   Age: **35**   Height: **5'7"**
Weight: **140#**   Other Features: _____

**#7 WIT. FEES** the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MIL. SRVC** Your deponent asked the person spoken to whether defendant was in the active military service of the United States; and received a negative reply. Upon information and belief I have; being based on the conversations & observations above narrated, defendant is not in the military service.

**#9 OTHER**

Sworn to before me on **Nov. 5, 2004**

Notary Public _____ (signature)
JENNIFER HIPPEN
Notary Public - Arizona
Maricopa County
My Comm. Expires Oct 12, 200_

_____ (signature)
Please Print Name Below Signature
**Scott Decker #5866**
Invoice·Work Order # 0094696

STATE OF NEW YORK   COUNTY OF NEW YORK   INDEX #: 04/114728
SUPREME COURT   Date Filed: February 17, 2005
DISTRICT:



ATTORNEY(S): WEITZ & LUXENBERG (N.J.)   PH: 856-755-1115
ADDRESS: 210 LAKE DRIVE EAST  CHERRY HILL  NJ  08002   File No.:

PHILLIP NELSON BURNS, MIRJANA PAVKOVICH, Administrator of the Estate of Rade Pavkovich, Deceased, et ano.

Plaintiff(s)/Petitioner(s)

vs

GRUPO MEXICO S.A. de C.V, ET AL.

Defendant(s)/Respondent(s)

STATE Arizona, COUNTY OF Maricopa SS.:   **AFFIDAVIT OF SERVICE**

Jason Stocks, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age. On 6/16/2005 at 3:15 p.m., at 2575 EAST CAMELBACK RD, Phoenix, AZ 85016, deponent served the within SUPPLEMENTAL SUMMONS AND SECOND AMENDED COMPLAINT

on: **SOUTHERN PERU HOLDING CORPORATION**, Defendant therein named.

The index number and the filing date of the action were endorsed upon the face of the papers so served herein.

**#1 INDIVIDUAL** [ ]  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [X]  By delivering thereat a true copy of each to Lisa Keenan, Authorized Agent personally, deponent knew said corporation/agency to be the corporation described in same as said recipient and knew said individual to be the managing/authorized agent of the corporation, and said person stated that he/she was authorized to accept service on behalf of the corporation.

**#3 SUITABLE AGE PERSON** [ ]  By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ]  By affixing a true copy of each to the door of said premises, which is recipient's:  [ ] actual place of business  [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by _____

**#5 MAIL COPY** [ ]  On _____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of _____.

**#6 DESCRIPTION** [X]  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: F / Color of skin: Hisp. / Color of hair: Blk / Age: 25 / Height: 5'4"
Weight: 100 / Other Features:

**#7 WIT. FEE** [ ]  the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MIL. SRVC** [ ]  Your deponent asked the person spoken to whether defendant was in the active military service of the United States; and received a negative reply. Upon information and belief I have, being based on the conversations & observations above narrated, defendant is not in the military service.

**#9 OTHER**

Sworn before me on 6-20-2005

OFFICIAL SEAL
SCOTT DECKER
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires April 9, 2006

Please Print Name Below Signature
Jason Stocks Lic# 5953
Invoice • Work Order # 0107001

7.23.2008