SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

_____

PHILLIP NELSON BURNS, MIRJANA
PAVKOVICH, Administrator of the Estate
of Rade Pavkovich, Deceased, and
WARREN ELMER HALFPAP,

               Plaintiffs,

          -against-

GRUPO MEXICO S.A. de C.A., a Mexican
Corporation, SOUTHERN PERU
HOLDING CORPORATION, a Delaware
Corporation, SPHC II, Incorporated, a
Delaware Corporation, GRUPO MINERO
MEXICO INTERNACIONAL, S.A.DE
C.V., a Mexican Corporation, MEXICANA
de COBRE, S.A. de C.V., a Mexican
Corporation, CONTROLADORA MINERA
MEXICO, S.A. de C.V., a Mexican
Corporation, JP MORGAN CHASE &
COMPANY f/k/a CHASE MANHATTAN
BANK & TRUST COMPANY, a Delaware
Corporation, AMERICAS MINING
CORPORATION, a Delaware Corporation,
ERNST & YOUNG LLP, ERNST &
YOUNG CORPORATE FINANCE, LLC,
GERMAN LARREA MOTA-VELASCO,
Officer and Director of ASARCO Inc.,
OSCAR GONZALEZ ROCHA, Officer and
Director of ASARCO Inc., CREDIT
SUISSE FIRST BOSTON, INC., CREDIT
SUISSE FIRST BOSTON, LLC and
CREDIT SUISSE FIRST BOSTON (USA),
INC.,

               Defendants.

_____

Index No.: 04/114728

**NOTICE OF BANKRUPTCY**

FILED

OCT 2 7 2005

NEW YORK
COUNTY CLERK'S OFFICE

     1.   ASARCO LLC (the "Debtor"), successor by February 2005 merger to

ASARCO, Inc., hereby provides notice that it filed a voluntary petition for relief under chapter

11 of title 11 of the United States Code (the "Bankruptcy Code") on August 9, 2005 (the

"Petition Date"), commencing a bankruptcy case pending in the United States Bankruptcy Court for the Southern District of Texas, Corpus Christi Division, and docketed as Case No. 05-21207 (jointly administered with Case Nos. 05-20521, 05-20522, 05-20523, 05-20524, and 05-20525 filed on April 9, 2005 by Lac d'Amiante Du Quebec Ltee, CAPCO Pipe Company, Inc., Cement Asbestos Products Company, Lake Asbestos of Quebec, Ltd., and LAQ Canada, Ltd., collectively with ASARCO LLC referred to as the "Debtors")). A copy of the coversheet of Debtor's bankruptcy petition is attached hereto as Exhibit A and is incorporated by reference into this notice.

2. Under § 362 of the Bankruptcy Code, the filing of the Debtors' bankruptcy petitions operates as a stay against, among other things, the commencement or continuation of judicial, administrative or other actions or proceedings against Debtors that were or could have been commenced before the filing of the complaint or any act to obtain possession of or exercise control over property of the estate of the Debtors.

3. Under § 541 of the Bankruptcy Code, estate property is defined to include "all legal or equitable interests of the debtor in property as of the commencement of the case." 11 U.S.C. § 541(a). Prepetition causes of action that would benefit a debtor are considered property of the estate under § 541, even if those claims could have otherwise been asserted by creditors. If a cause of action belongs to a debtor's estate, then the debtor-in-possession or the trustee has exclusive standing to assert the claim.

4. The claims asserted in this lawsuit belong to the Debtor's bankruptcy estate and can only be asserted by the debtor-in-possession or a party that has been granted standing to assert those claims on behalf of the bankruptcy estate. Accordingly, the above-captioned lawsuit is stayed under 11 U.S.C. § 362 and all proceedings in this matter should cease.

DAL02:440840

Dated: October 27, 2005

Respectfully submitted,

Thomas R. Trowbridge, III
NY State Bar No. TT 7164
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, New York 10112-4498
Telephone:  212.408.2520
Facsimile:  212.259.2520
Email: *thomas.trowbridge@bakerbotts.com*

Jack L. Kinzie
Texas State Bar No. 11492130
James R. Prince
Texas State Bar No. 00784791
Robert C. Wilmoth
Texas State Bar No. 24037717
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, Texas 75201-2980
Telephone: 214.953.6500
Facsimile: 214.661.6503
Email: *jack.kinzie@bakerbotts.com*
        *jim.prince@bakerbotts.com*
        *chris.wilmoth@bakerbotts.com*

264797

and

Tony M. Davis
Texas State Bar No. 05556320
BAKER BOTTS L.L.P.
910 Louisiana
Houston, Texas  77002
Telephone: 713.229.1547
Facsimile:  713.229.2847
Email: *tony.davis@bakerbotts.com*

COUNSEL FOR ASARCO, LLC

FILED
10/27/05
COUNTY CLERK
NEW YORK COUNTY

FEB. 27. 2007

DAL02:440840

## CERTIFICATE OF SERVICE

I certify that I served the foregoing by causing a copy thereof to be mailed, postage prepaid to:

WEITZ & LUXENBERG, P.C.
180 Maiden Lane
New York, New York 10038

BARON & BUDD
Alan B. Rich, Esq.The Centrum, Suite 1100
3102 Oak Lawn Avenue
Dallas, Texas 75219


Thomas R. Trowbridge, III

DAL02:440840

Form B1 (Official Form 1) – (Rev. 12/03)

| UNITED STATES BANKRUPTCY COURT<br>Southern District of Texas, Corpus Christi Div. | Voluntary Petition |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>ASARCO LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No.<br>(If more than one, state all):<br>81-0666284 | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No.<br>(If more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>1150 North Seventh Avenue<br>Tucson, AZ  85705 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:    Pima County, Arizona | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(If different from street address above):<br>  Arizona and Texas | |

### Information Regarding the Debtor (Check the Applicable Boxes)

Venue (Check any applicable box)

⬜ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

X . There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which the<br>Petition is Filed (Check one box) |
|---|---|---|
| ⬜ Individual(s)<br>X Corporation<br>⬜ Partnership<br>⬜ Other _____ | ⬜ Railroad<br>⬜ Stockbroker<br>⬜ Commodity Broker<br>⬜ Clearing Bankr | ⬜ Chapter 7    X Chapter 11    ⬜ Chapter 13<br>⬜ Chapter 9    ⬜ Chapter 12<br>⬜ Sec. 304 – Case anciliary to foreign proceeding |
| Nature of Debts (Check one box) | | Filing Fee (Check one box) |
| ⬜ Consumer/Non-Business    X Business | | X   Full Filing Fee attached |
| Chapter 11 Small Business (Check all boxes that apply)<br><br>⬜ Debtor is a small business as defined in 11 U.S.C. § 101<br>⬜ Debtor is and elects to be considered a small business under<br>    11 U.S.C. § 1121(e) (Optional) | | ⬜   Filing Fee to be paid in installments (Applicable to<br>    individuals only)  Must attach signed application for the<br>    court's consideration certifying that the debtor is unable<br>    to pay fee except in installments. Rule 1006(b). See<br>    Official Form No. 3. |
| Statistical/Administrative Information (Estimates only)<br><br>X  Debtor estimates that funds will be available for distribution to unsecured creditors.<br>⬜ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>   there will be no funds available for distribution to unsecured creditors. | | THIS SPACE FOR<br>COURT USE ONLY |

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ⬜ | ⬜ | ⬜ | ⬜ | ⬜ | X |

Estimated Assets

| $0-<br>50,000 | $50,001-<br>$100,000 | $100,001-<br>$500,000 | $500,001-<br>$1 million | $1,000,001-<br>$10 million | $10,000,001-<br>$50 million | $50,000,001-<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ⬜ | ⬜ | ⬜ | ⬜ | ⬜ | ⬜ | ⬜ | X |

Estimated Debts

| $0-<br>50,000 | $50,001-<br>$100,000 | $100,001-<br>$500,000 | $500,001-<br>$1 million | $1,000,001-<br>$10 million | $10,000,001-<br>$50 million | $50,000,001-<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ⬜ | ⬜ | ⬜ | ⬜ | ⬜ | ⬜ | ⬜ | X |

DAL02:420257.1

Form B1 (Official Form 1) Page 2– (Rev. 12/03)

| Voluntary Petition<br>(This page must be completed and filed in every case) | Name of Debtor(s)<br>ASARCO LLC. | FORM B1, Page 2 |
|---|---|---|

| Location<br>Where Filed: | Case Number: | Date Filed: |
|---|---|---|

| Name of Debtor:<br><br>SEE EXHIBIT A ATTACHED HERETO<br>District: | Case Number:<br><br>Relationship: | Date Filed:<br><br>Judge: |
|---|---|---|

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

    Telephone Number (if not represented by attorney)

    Date

### Signature of Attorney

X _Chris R Prince_
    Signature of Attorney for Debtor(s)
    Jack L. Kinzie/James R. Prince
    Printed Name of Attorney for Debtor(s)
    Baker Botts L.L.P.
    Firm Name
    2001 Ross Avenue
    Address
    Dallas, Texas 75201

    (214) 953-6500
    Telephone Number
    August 9 , 2005
    Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Authorized Individual

    Daniel Tellechea Salido
    Printed Name of Authorized Individual

    Chief Executive Officer and President
    Title of Authorized Individual

    August 9, 2005
    Date

### Exhibit "A"

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit "B"

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
    Signature of Attorney for Debtor(s)    Date

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed or Typed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. . § 110(c))

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document; attach additional sheets conforming to the appropriate official form for each person.

X _____
    Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

DAL02:420257.1

**Exhibit A**
**Pending Bankruptcy Cases Filed by any Partner or Affiliate of the Debtor**

| | |
|---|---|
| Name of Debtor: | Lac d'Amiante du Québec Ltée |
| Case Number: | 05-20521 |
| Date Filed: | 4/11/2005 |
| District: | Southern District of Texas, Corpus Christi Division |
| Relationship: | Affiliate |
| Judge: | The Honorable Richard Schmidt |

| | |
|---|---|
| Name of Debtor: | CAPCO Pipe Company, Inc. |
| Case Number: | 05-20522 |
| Date Filed: | 4/11/2005 |
| District: | Southern District of Texas, Corpus Christi Division |
| Relationship: | Affiliate |
| Judge: | The Honorable Richard Schmidt |

| | |
|---|---|
| Name of Debtor: | Cement Asbestos Products Co. |
| Case Number: | 05-20523 |
| Date Filed: | 4/11/2005 |
| District: | Southern District of Texas, Corpus Christi Division |
| Relationship: | Affiliate |
| Judge: | The Honorable Richard Schmidt |

| | |
|---|---|
| Name of Debtor: | Lake Asbestos of Quebec, Ltd. |
| Case Number: | 05-20524 |
| Date Filed: | 4/11/2005 |
| District: | Southern District of Texas, Corpus Christi Division |
| Relationship: | Affiliate |
| Judge: | The Honorable Richard Schmidt |

| | |
|---|---|
| Name of Debtor: | LAQ Canada, Ltd. |
| Case Number: | 05-20525 |
| Date Filed: | 4/11/2005 |
| District: | Southern District of Texas, Corpus Christi Division |
| Judge: | The Honorable Richard Schmidt |

DAL02:420257.1