SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| PHILIP NELSON BURNS, MIRJANA PAVKOVICH, Administrator of the Estate of Rade Pavkovich, Deceased, and WARREN ELMER HALFPAP,<br><br>        Plaintiff(s),<br><br>  -against-<br><br>GRUPO MEXICO S. A. de C.V., a Mexican Corporation, SOUTHERN PERU HOLDING CORPORATION, a Delaware Corporation, SOUTHERN PERU HOLDING CORPORATION II, a Delaware Corporation, GRUPO MINERO MEXICO INTERNACIONAL, S. A. de C.V., a Mexican Corporation, COMPANIA MEXICANA de COBRE, a Mexican Corporation, JP MORGAN CHASE & COMPANY f/k/a CHASE MANHATTAN BANK & TRUST COMPANY, a Delaware Corporation, AMERICAS MINING CORPORATION, a Delaware Corporation, ERNST & YOUNG LLP, ERNST & YOUNG CORPORATE FINANCE, LLC, GERMAN LARREA MOTA-VAELESCO, Officer and Director of ASARCO, Inc., OSCAR GONZALES ROCHA, Officer and Director of ASARCO, Inc., DANIEL TELLECHEA SALIDO, Officer and Director of ASARCO, Inc.<br><br>        Defendant(s). | Index No. 04/114728<br>(Justice Fried)<br><br>**NOTICE OF<br>SUBSTITUTION OF COUNSEL** |



      PLEASE TAKE NOTICE, that defendants Grupo Mexico S.A. de C.V. ("Grupo Mexico") and Americas Mining Corporation ("AMC") substitute

      MILBANK, TWEED, HADLEY & McCLOY LLP
      1 Chase Manhattan Plaza
      New York, NY 10005-1413
      (212) 530-5000

as their attorney of record in this action in the place of

>SIDLEY AUSTIN LLP
>787 Seventh Avenue
>New York, NY 10019
>(212) 839-5300

Grupo Mexico and AMC request that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon

>David R. Gelfand, Esq.
>MILBANK, TWEED, HADLEY & McCLOY LLP
>1 Chase Manhattan Plaza
>New York, NY 10005-1413
>(212) 530-5000

Dated: New York, New York
February 12, 2007

MILBANK, TWEED, HADLEY & McCLOY LLP

By: /s/ David R. Gelfand
David R. Gelfand
1 Chase Manhattan Plaza
New York, New York 10005-1413
(212) 530-5000

264817

*Attorneys for Defendants Grupo Mexico S.A. de C.V. and Americas Mining Corporation*

TO:

ARTHUR LUXENBERG, ESQ.
WEITZ & LUXENBERG, P.C.
180 Maiden Lane
17th Floor
New York, NY 10038-4925
(212) 558-5500

ALAN B. RICH, ESQ.
BARON & BUDD, P.C.
The Centrum, Suite 1100
3102 Oak Lawn Avenue
Dallas, TX 75219
(212) 521-3605

FILED
2/23/07
COUNTY CLERK
NEW YORK COUNTY

FEB. 27 2007

2

JAMES BEHA, ESQ.
WINSTON & STRAWN LLP
200 Park Avenue
42nd Floor
New York, NY 10166
(212) 294-6700


VINSON & ELKINS L.L.P.
666 Fifth Avenue
27th Floor
New York, NY 10103
(917) 206-8000

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

PHILIP NELSON BURNS, MIRJANA PAVKOVICH, Administrator of the Estate of Rade Pavkovich, Deceased, and WARREN ELMER HALFPAP,

        Plaintiff(s),

-against-

GRUPO MEXICO S. A. de C.V., a Mexican Corporation, SOUTHERN PERU HOLDING CORPORATION, a Delaware Corporation, SOUTHERN PERU HOLDING CORPORATION II, a Delaware Corporation, GRUPO MINERO MEXICO INTERNACIONAL, S. A. de C.V., a Mexican Corporation, COMPANIA MEXICANA de COBRE, a Mexican Corporation, JP MORGAN CHASE & COMPANY f/k/a CHASE MANHATTAN BANK & TRUST COMPANY, a Delaware Corporation, AMERICAS MINING CORPORATION, a Delaware Corporation, ERNST & YOUNG LLP, ERNST & YOUNG CORPORATE FINANCE, LLC, GERMAN LARREA MOTA-VAELASCO, Officer and Director of ASARCO, Inc., OSCAR GONZALES ROCHA, Officer and Director of ASARCO, Inc., DANIEL TELLECHEA SALIDO, Officer and Director of ASARCO, Inc.

        Defendant(s).

Index No. 04/114728
(Justice Fried)

**CONSENT TO SUBSTITUTION OF COUNSEL**

        GRUPO MEXICO S.A. de C.V. ("Grupo Mexico") and AMERICAS MINING CORPORATION ("AMC") hereby consent to the withdrawal of Sidley Austin LLP as counsel to Grupo Mexico and AMC in the above captioned matter. Grupo Mexico and AMC also consent to the substitution of Milbank, Tweed, Hadley & McCloy LLP as new counsel to Grupo Mexico and AMC in the above-captioned matter.

Dated:   January 24, 2007

                                      GRUPO MEXICO S.A.B. de C.V.

                                      By: _____
                                              Armando F. Ortega Gómez

Dated:   January 24, 2007

                                        AMERICAS MINING CORPORATION

                                        By: _____
                                                Ernesto Durán Trinidad

SIDLEY AUSTIN LLP

By: *[signature]*
Roger J. Hawke
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

264818

FEB. 27. 2007

2/23/07

FILED
2/23/07
COUNTY CLERK
NEW YORK COUNTY

4