n la Ciudad
 día PRIM
govia Zárate
ta entidad, y
ribunal, me
UMERO DO
ISTRITO FE
quina con ca
is, puertas er
l lado derech
endiéndome
aproximada
o llamarse
mo tal con
ro, cero, cero
r el Institut
gésimo Qui
ENOMINAD
ctivamente
OTIFICACIÓ
C.V. Y QU
sideración
ificarle el au
juzgado en
CIBIDA EN
TADO DE
E DEBERÁ
CONTRA
OCUMENTO
MÚLTIPL
CIBIDO L
NVENIENT

247

n la Ciudad de México, Distrito Federal siendo las trece horas con quince minutos del día PRIMERO DE JULIO del dos mil cinco, el suscrito licenciado Neftalí Segovia Zárate, Secretario Conciliador del Juzgado Trigésimo Quinto de lo Civil de la entidad, y en uso de las facultades que me confiere la Ley Orgánica de este Tribunal, me constituí legalmente en la calle de AVENIDA BAJA CALIFORNIA NUMERO DOSCIENTOS, COLONIA ROMA SUR, C.P. 06760, EN MÉXICO DISTRITO FEDERAL, el cual tiene las siguientes características: Inmueble ubicado esquina con calle Tlacotalpan, en múltiples pisos, aluminio color oro, con mármol las, puertas en vidrios de espejo, estructura en aluminio, con una especie de estatua al lado derecho en la calle, procediendo a tocar la puerta de entrada en el inmueble atendiéndome una persona del sexo masculino, de tez blanca, complexión delgada, de aproximadamente un metro ochenta centímetros de altura, usaba anteojos, la cual dijo llamarse DANIEL ESTRADA MARTENS ESTRADA, quien se identificó como tal con credencial para votar con fotografía con número de folio cero, cero, cero, cero, cero, cero, nueve, cero, cuatro, cinco, uno, cero, cero, expedida a su favor por el Instituto Federal Electoral, persona que le comunique acudía del juzgado Trigésimo Quinto de lo Civil de esta ciudad en busca de PERSONA MORAL DENOMINADA GRUPO MÉXICO S.A. DE C.V., contestándome que efectivamente ES EL DOMICILIO MARCADO POR LA CÉDULA DE NOTIFICACIÓN, QUE SON LAS INSTALACIONES DE GRUPO MÉXICO S.A. DE C.V. Y QUE EL ES EMPLEADO DE LA SOCIEDAD, por lo que tomando en consideración lo anterior y previa identificación oficial del suscrito, procedí a notificarle el auto de fecha veintiuno de junio del año en curso, dictado por la titular del juzgado en que se actúa comunicándole sobre LA CARTA ROGATORIA RECIBIDA EN EL JUZGADO LIBRADA POR EL TRIBUNAL SUPREMO DEL ESTADO DE NUEVA YORK, CONDADO DE NUEVA YORK, E.U.A. POR LO QUE DEBERÁ DAR CONTESTACIÓN A LA DEMANDA INSTAURADA EN SU CONTRA EN LOS TÉRMINOS A QUE HACE REFERENCIA DICHO DOCUMENTO OFICIAL, para ello se le entregaron las COPIAS RESPECTIVAS EN MÚLTIPLES FOJAS. Con lo que concluyó la presente FIRMANDO DE RECIBIDO LA PERSONA QUE ME ATIENDE POR ASÍ ESTIMARLO CONVENIENTE, dando cuenta a la C. Juez para los efectos legales a que haya lugar. Doy fe.

C. NEFTALI SEGOVIA ZÁRATE
SECRETARIO CONCILIADOR DEL
JUZGADO TRIGÉSIMO QUINTO CIVIL

16

México, Distrito Federal a cinco de julio de dos mil cinco.

Agréguese a sus autos la cédula de notificación y se tiene por practicada la misma, para los efectos legales conducentes. Notifíquese. Lo proveyó y firma la C. Juez Trigésimo Quinto de lo Civil ante su Secretario (a) de Acuerdos que autoriza y da fe.

EN EL "BOLETIN JUDICIAL" No. _____ CORRESPONDIENTE AL
DIA 6 DE Julio DE 20 05
SE HIZO LA PUBLICACIÓN DE LEY. CONSTE.
EN 7 DE Julio DEL 20 05 A LAS DOCE DEL DÍA
SURTIÓ SUS EFECTOS LA NOTIFICACIÓN DEL AUTO ANTERIOR, CONSTE.

EN EL "BOLETIN JUDICIAL" No. 5 CORRESPONDIENTE AL
DIA 7 DE Julio DE 20 05
SE HIZO LA PUBLICACIÓN DE LEY. CONSTE.
EN 8 DE Julio DEL 20 05 A LAS DOCE DEL DÍA
SURTIÓ SUS EFECTOS LA NOTIFICACIÓN DEL AUTO ANTERIOR, CONSTE.



Auto tags s park Rehabitado