

**TRANSPERFECT**
T R A N S L A T I O N S

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BOSTON
BRUSSELS
CHARLOTTE
CHICAGO
DALLAS
DENVER
FRANKFURT
GENEVA
HONG KONG
HOUSTON
IRVINE
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
RESEARCH
TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SAN JOSE
SEATTLE
SINGAPORE
STOCKHOLM
SYDNEY
TOKYO
TORONTO
WASHINGTON, DC

### AFFIDAVIT OF ACCURACY

I, **Eric Brown**, hereby certify that the attached documents are, to my knowledge and belief, true and accurate translations of the "Aug. 19, 2005 letter" and the "Summons and Complaint" from Spanish into English.

*Eric Brown*

**Eric Brown**

Sworn before me on this
14th Day of June, 2007

*Paul D. Ralston*

Signature, Notary Public

PAUL D. RALSTON
Notary Public, State of New York
No. 01RA6023867
Qualified in Queens County
Commission Expires May 3, 2014

Stamp, Notary Public

|  | Directorate General of Legal Matters |
|---|---|
| Office: | Bureau of International Legal Assistance |

| Number: | ASJ-        31303 |
|---|---|
| Case: | 541-1-1404/05 |

[emblem:]

**UNITED STATES**
**OF MEXICO**
SECRETARIAT OF FOREIGN RELATIONS

**RESERVED**

Subject: **SERVICE OF LETTER ROGATORY AND CONFIRMATION OF ACTIONS PERFORMED**

Tlatelolco, F.D.    **AUG. 19, 2005**

**TO:**
**DIANE K. MYERS**
**APS INTERNATIONAL, LTD.**
**7800 Glenroy Road, Minneapolis,**
**Minnesota 55439-3122, USA**

    I am writing in reference to the letter rogatory remitted by the Supreme Court of the State of New York, County of New York, USA, in respect of Case No. 04/114728 filed by **PHILLIP NELSON BURNS ET AL** against **GRUPO MÉXICO, S.A. DE C.V. ET AL**.

    With reference to this matter, I wish to advise you that Civil Court Thirty Five of the Federal District of Mexico has forwarded the said letter rogatory to this Office, together with documentary confirmation of the respective actions taken, from which it is observed that the judicial assistance sought has been effectively rendered.

    The present notification is therefore provided to you for whatsoever legal effects as may be relevant, and we trust that your petition has been addressed. The Secretariat awaits your reply in confirmation of receipt here of.

**SINCERELY,**
**DEPARTMENTAL HEAD, REQUISITORY**
**LETTERS AND LETTERS ROGATORY.**


[Illegible signature]
**ATTY. ILLIANA OLIVARES QUIÑONES**

Annexure: indicated documentation

VGG
(DG 12751)

When replying to this letter, please quote the details set forth in the upper right hand corner

[illegible]

RECORD NO. _502/2005_

___ APPROVED ___ SECRETARIAT

INDEX NO. _____

# STATE JUDICIAL AUTHORITY

[emblem:]
**FEDERAL DISTRICT**
**SUPERIOR COURT OF JUSTICE**
**MEXICO**
UNITED STATES OF MEXICO

## MEXICO CITY F.D.

COURT __CIVIL CLAIMS COURT THIRTY FIVE_____

PLAINTIFF __NELSON BURNS PHILLIP ET AL_____

_____

RESPONDENT __GRUPO MEXICO S.A. DE C.V. ET AL_____

_____

CASE __OTHER_____

BOOK _____

_____

PLAINTIFF DOMICILE _____

RESPONDENT DOMICILE _____

JUDGE                          REGISTRAR

THE HON. __SANDRA LUZ DIAZ ORTIZ__      MR. __MANUEL ALFONSO CORTES BUSTOS__

AGENT FOR DISTRICT ATTORNEY

_____

ATTY.

COMMENCED (DAY) _____ (MONTH) _____ (YEAR) 20 _____

FINALIZED (DAY) _____ (MONTH) _____ (YEAR) 20 _____

ARCHIVED (DAY) _____ (MONTH) _____ (YEAR) 20 _____

"150 YEARS OF DISPENSING JUSTICE"

F.D. (SUPERIOR COURT) Presid -5

**001**

[emblem:]
FEDERAL DISTRICT
SUPERIOR COURT
OF JUSTICE
MEXICO
UNITED STATES
OF MEXICO

**COURT
PRESIDENCY**

5299

[emblem:]
FEDERAL DISTRICT
SUPERIOR COURT
OF JUSTICE
MEXICO
UNITED STATES
OF MEXICO

CIVIL COURT
THIRTY FIVE

**FEDERAL DISTRICT
SUPERIOR COURT
OF JUSTICE**

JUN 20, 2005 A 11:24

**CIVIL CLAIMS COURT
NO. THIRTY FIVE**

TO:
CIVIL CLAIMS JUDGE THIRTY FIVE, F.D.

[handwritten:]
Letter rogatory
[illegible]

Under official correspondence number ASJ-22021 dated June fourteenth 2005, and signed by ATTY. MARIA CRISTINA AYALA PALACIOS – DEPUTY DIRECTOR OF INTERNATIONAL JUDICIAL ASSISTANCE, the Secretariat of Foreign Relations has forwarded a letter rogatory consisting of TWO HUNDRED THIRTY NINE PAGES AND ONE SET OF COPIES OF [ILLEGIBLE] SERVICE, issued by the Supreme Court of the State of New York, County of New York, USA, in respect of Case number 04/114728 filed by PHILLIP NELSON BURNS ET AL against GRUPO MEXICO, S.A. DE C.V. ET AL. On the grounds of article 36, part VI and article 50 part V of the Organic Law of the Superior Court of Justice of the Federal District, I herewith forward said request to you to examine same and address its terms as may be appropriate at law.

[stamp:] **O R I G I N A L**

In closing, I would like to take this opportunity to convey my sincerest regards.

[stamp:]
**COURT PRESIDENCY**

FEDERAL DISTRICT
SUPERIOR COURT OF
JUSTICE
MEXICO
UNITED STATES
OF MEXICO

**FILING OFFICE**

EFFECTIVE SUFFRAGE, NO RE-ELECTION
Mexico, F.D. June 17, 2005
HEAD, FILING OFFICE, COURT PRESIDENCY

ATTY. PILAR ISABEL SANCHEZ.

Cc Dir. Gen. of Legal Matters, Bureau of International Legal Assistance as acknowledgement of receipt of Correspondence No. ASJ -22021 of June 14, 2005.

/ehs.

[emblem:]
**UNITED STATES**
**OF MEXICO**
SECRETARIAT OF FOREIGN RELATIONS

DIRECTORATE GENERAL OF
LEGAL MATTERS
_Office:_ BUREAU OF INTERNATIONAL
LEGAL ASSISTANCE [illegible] **002**
_Number:_ ASJ-
_Case:_ 541-1-1404/05

**22021**

[stamp:]
**SUPERIOR COURT OF**
**JUSTICE OF**
**THE FEDERAL DISTRICT**

**RESERVED**

SERVICE OF REQUISITORY
_Subject:_ LETTER FOR PROCESSING

JUN [ILL.] P. 12:18
PRESIDENCY
FILING DESK

_Tlatelolco, F.D._ **JUN. 14, 2005**

[handwritten:]

**TO:**
**HIS HONOR JOSÉ GUADALUPE CARRERA DOMÍNGUEZ.**
**PRESIDENT, SUPERIOR COURT OF**
**JUSTICE OF THE FEDERAL DISTRICT**

**239 PAGES**
**[ILL.] SERVICE**

**016299**

        Attached hereto please find a letter rogatory issued by the Supreme Court of the State of New York, County of New York, U.S.A., in respect of Case number 04/114728 filed by **PHILLIP NELSON BURNS ET AL** against **GRUPO MÉXICO, S.A. DE C.V. ET AL.**

        With reference to this matter, it is found that the said letter rogatory meets the legal requirements established under articles 1, 2, 3 and 5 of the Convention on the Notification or Service Abroad of Judicial or Extrajudicial Documents in Civil or Commercial Matters, (published in the Official Gazette of the Federation on February 16, 2001), by virtue of the following:

-   the letter deals with a civil proceedings, and seeks issuance of a summons to the respondent party in connection with a lawsuit filed in the Supreme Court of the State of New York, County of New York, United States Of America;

-   the aforesaid letter rogatory was submitted to the Directorate General of Legal Matters under the Secretariat of Foreign Relations, being the Central Authority designated by the Government of Mexico for the receipt of petitions for notification or service of judicial or extrajudicial documents originating from other Party States;

-   the petition has been submitted in accordance with the model established by the Convention on the Notification or Service Abroad of Judicial or Extrajudicial Documents in Civil or Commercial Matters, without entailing the necessity for certification of the documents nor any other similar formality;

-   the documents received are duly accompanied by the respective Spanish-language translation;

-   the petition is accompanied by a copy of the court document in duplicate;

016299

[emblem:]

**UNITED STATES
OF MEXICO**
SECRETARIAT OF FOREIGN RELATIONS

DIRECTORATE GENERAL OF
LEGAL MATTERS

Office:  BUREAU OF INTERNATIONAL
LEGAL ASSISTANCE    **003**
Number:  ASJ-
Case:

Subject:    **22021**

-2-

In view of the foregoing, and pursuant to the ground set forth in article 5 of the Convention on the Notification or Service Abroad of Judicial or Extrajudicial Documents in Civil or Commercial Matters, article 28 part XI of the Organic Law of the Federal Public Administration and article 34 part IX of the Internal Regulations of the Secretariat of Foreign Relations, I therefore ask you to accept said letter as legally valid, and remit same to the corresponding Judge, in order to address the respective petition and conduct the procedures sought therein, namely to notify the company GRUPO MEXICO, S.A. DE C.V., domiciled at Avenida Baja California number 200, Colonia Roma Sur, 06760, Mexico, F.D., of the contents of the documents attached to the present letter, and advising the recipient that it has a period of 30 days following notification in which to deliver a copy of its answer to the plaintiffs attorneys, subject to the legal caution set forth in the letter rogatory in question.

It should be noted that in accordance with the terms of the statement formulated by Mexico with respect to article 6 of the aforesaid international Convention, the Court examining the letter rogatory received shall be required to issue a certification as per the sample form attached hereto, which must show verification of the manner, place and date of compliance with the request, and also the person to whom the document has been forwarded - or, failing this, the reasons for which the requested service could not be effected.

Once the procedure has been completed, I would be grateful if you would forward documents verifying performance of the respective actions to this Judicial Office, and the original of the requisitory letter so is to proceed with its return to the requesting court.

SINCERELY, DEPUTY DIRECTOR, INTERNATIONAL JUDICIAL
ASSISTANCE

[Illegible signature]
ATTY. MARIA CRISTINA AYALA PALACIOS

ANNEX: INDICATED DOCUMENTATION

Cc. Diane Myers, International Section, APS International Plaza. 7800 Glenroy Rd, Minneapolis, Minnesota, U.S.A.- for your information.
[ill.] JMMG
(DG09132)

TSJDF [Superior Court of Justice of the Federal District]/C35/0502/2005      OFIC: 016299
OED 7779              06/17/2005        12:20:2082
OED 7779      COURT:        35 – THIRTY FIVE TSJDF
OED 7779              199      CIVIL          0502/2005


[partially over-copied page – see following page]

[cut-off] REQUESTING PARTY IS AUTHORIZED TO EFFECT JUDICIAL NOTIFICATIONS UNDER THE FEDERAL CODE OF CIVIL PROCEDURES OF THE UNITED STATES AND UNDER THE CODE OF CIVIL PROCEDURES OF THE STATE OF: New York

[illegible] 004

# PETITION

## FOR THE PURPOSES OF NOTIFICATION OR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENT

Convention in respect of the Notification of Service Abroad of Judicial or Extrajudicial Documents in Civil or Commercial Matters, subscribed at The Hague, November 15, 1965.

| Identity and address of requesting party: | Address of recipient authority: |
|---|---|
| [...]ne K. Myers<br>[...] INTERNATIONAL, Ltd<br>[...] International Plaza<br>[...]0 Glenroy Road<br>[...]eapolis, Minnesota, 55439-3122<br>[...] (USA)<br>[...] 952.831.7776      fax: 952.831.8150<br>[...]ail: DMyers@CivilActionGroup.com | Secretariat of Foreign Relations<br>Directorate General of Legal Matters<br>Department of Letters Rogatory and Embassy Relations<br>Flores Magon No. 1, col. Tlatelolco<br>Mexico F.D.<br>06995<br>Mexico |

[The] undersigned requesting party respectfully submits to the recipient authority duplicate copies of the documents detailed below, and seeks that in accordance with article 5 of the aforementioned Convention, one copy of the said documents be served without delay upon the addressee, namely:

(identity and address)   Grupo México, S.A. de C.V.

  Avenida Baja California, 200, Colonia Roma Sur, 06760 Mexico City, Mexico

Telephone:

a) As per the legal means (article 5, paragraph one, item a)*.

b) As per the following particular means (article 5, paragraph one, item b)*: _____

_____

c) If applicable, by direct delivery to recipient, if accepted voluntarily by same (article 5, paragraph two)*.

[...]lease send or arrange sending to the requesting court of a copy of the document - and annexures thereto – with the [...]ting shown on the reverse side.

[...]ting of documents

[...] Sought
Supplementary [...] and Second Claim
[...] Verified
Supplementary [...] and First Claim
[...] Verified
[...] And Verified Claim with Certification
Essential [...] of Document
[...]tion

Made at  Minneapolis, Minnesota, U.S.A.  ,  17th  of __ May __
                                                                   (Year) __ 2005 __

Signature and/or stamp.

[...] invalid mentions.

### Diane K. Myers
(Previously OBD-116 which was previously LAA-116, both may be used)

USM-94
(Est. 11/22/77)

Case: Burns versus Grupo México S.A. de C.V.
[Gru]po México, S.A. de C.V.
Court [File] No: 04/114728

[illegible] **005**

### CERTIFICATION

[...] undersigned is pleased to advise, pursuant to article 6 of the said Convention,

[...] petition has been executed*

[...] (date) _____

[...] (place, street, number) _____

_____

[o]ne of the means described under article five:

[ ] (a) As per the legal means (article 5, paragraph one, item a)*.

[ ] (b) As per the following particular means*: _____

_____

[ ] (c) By direct delivery to recipient and accepted voluntarily by same*.

[...] mentioned in the petition have been delivered to:

(Identity and capacity of person) _____

_____

[...] blood relationship, subordinate position, etc to intended recipient:

_____

[...] petition has not been executed by reason of the following facts:

_____
_____
_____

[...] Article 12, paragraph two, of said Convention, petitioner is requested to pay or reimburse the expenses whose
[...] in the attached declaration*.

[...] OF DOCUMENTS: Orders Sought, Supplementary Citation and Second Modified and Verified Claim, citation
[...] First Modified and Verified Claim, Citation and Verified Claim with Certification, Essential Elements of the
[...] Translation

Forwarded:

_____

_____    Given at _____ this _____

_____    day of _____ Year _____

[...] documents supporting execution:

_____    Signature and/or stamp

_____

_____

[...] invalid mentions                  2

**ESSENTIAL ELEMENTS OF DOCUMENT**

[illegible] **006**

**Convention in respect of the Notification or Service Abroad of Judicial or Extrajudicial Documents in Civil or Commercial Matters, subscribed at The Hague, November 15, 1965.**

**(Article 5, paragraph four)**

Address of requesting authority:    Diane K. Myers
                                    APS INTERNATIONAL, LTD
                    APS International Plaza. 7800 Glenroy Road, Minneapolis, MN 55439-3122, USA

[...] of the parties*:    Burns versus Grupo México S.A. de C.V.

[...]ING OF DOCUMENTS: Orders Sought, Supplementary Citation and Second Modified and Verified Claim, Citation
[...] and First Modified and Verified Claim, Citation and Verified Claim with Certification, Essential Elements of the
[...] Translation

**JUDICIAL DOCUMENT****

[...] and object of document: the object of this document is to inform **Grupo México, S.A. de CV.**
[...]enced against it in a civil action and to which it has been joined as a respondent
[...] and object of proceedings and, if applicable, quantum of claim:
[...] of the plaintiffs against the respondent is forward damages and losses and other restitution in an amount to be determined
[...]esulting from implicit fraud, effective fraud and fraudulent transfer by the respondent.

[...] to verify appearance **:
[...]ent must reply to the claim and deliver a copy of its replied to the lawyers for the plaintiffs, WEITZ &
[...]RG, P.C. 180 Maiden Lane, New York, NY, 10038 USA / BARON & BUDD, The Centrum, Suite 1100, 3102 Oak
[...]ue, Dallas, TX 75219 USA within 30 days following notification of the attached documents.
[...] judicial that has issued the resolution **:
                    not applicable

[...] resolution **:         not applicable
[...] of the periods shown on the document **:
[...]ent has 30 days following service of the attached documents to reply to the claim and deliver a copy of
[...]tion to the lawyers for the plaintiffs
[...] do so may result in the plaintiff(s) receiving an in absentia judgment against the respondent for the satisfaction of
[...] the claim.

**EXTRAJUDICIAL DOCUMENT****

[...] and object of document:        not applicable

[...] of the periods shown on the document **:    not applicable

[..] identity and address of the person concerned in the service of the document.

[...] invalid mentions.                3

Index No.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

PHILLIP NELSON BURNS, MIRJANA PAVKOVICH
Administrator of the Estate of Rade Pavkovich, Deceased,
And WARREN ELMER HALFPAP,

Plaintiff(s),

-against-

GROUP MEXICO S.A de C.V., a Mexican Corporation, et. al.,

Defendants

**SUMMONS and COMPLAINT**

**WEITZ & LUXENBERG, P.C.**
Attorneys for PLAINTIFFS
180 Maiden Lane
New York, NY 10038
212-558-5500

**BARON & BUDD**
A Professional Corporation
The Centrum, Suite 1100
3102 Oak Lawn Avenue
Dallas, TX 75219
(214) 521-3605

To
Attorney(s) for

Service of a copy of the within
              is hereby admitted.
Dated, October 15, 2004

244

**MEXICO, FEDERAL DISTRICT, JUNE TWENTY-ONE TWO THOUSAND FIVE**

04114728

Index No.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

Through the present correspondence please be advised that this Honorable Court has received the letter rogatory remitted by the Supreme Court of the State of New York, County of New York, USA via the Secretariat of Foreign Relations. A case file has therefore been opened and registered in the court Docket Book under number 502/2005 and, in accordance with the petition of the Requesting Court, it is hereby ordered as follows: that a summons be issued in the form and according to the terms contained in the attached apostille, to the Juristic Person known as GRUPO MEXICO, S.A. DE C.V., at the indicated domicile, through the offices of the Notifications Clerk attached to this Court, pursuant to the terms of part V, article 60 of the Organic Law of the Superior Court of Justice of the Federal District. Once served, [the documentation] shall be returned to the Secretariat of Foreign Affairs for subsequent forwarding to the original petitioner via the due legal channels.-

Be it so notified, as ordered by the undersigned Judge Thirty-Five of the Civil Branch, Federal District of Mexico, in the presence of the Court Registrar, in witness whereof.-

[round stamp:]
SUPERIOR COURT
MEXICO FEDERAL
DISTRICT
CIVIL COURT
THIRTY FIVE

[illegible signature]

[stamp]
OFFICIAL LEGAL GAZETTE No.___ 119 ____ CORRESPONDING TO
THE __ 22ᴿᴰ __ DAY OF __JUNE___ YEAR ____2005 _____
CONTAINS THE REQUIRED LEGAL PUBLICATION
ON THE ___23ᴿᴰ____ DAY OF __ June __ YEAR __ 2005 __ AT TWELVE MIDDAY
THE NOTIFICATION OF THE ABOVE ORDERS TOOK EFFECT. SO GIVEN.

[initials]

[handwritten:]
Received Letter Rogatory
[illegible handwriting]

[illegible signature] 27 June 05

[round stamps:]
SUPERIOR COURT
MEXICO FEDERAL
DISTRICT
CIVIL COURT
THIRTY FIVE

[partially over-copied
page -- see following]

[round stamps:]
SUPERIOR COURT
MEXICO FEDERAL
DISTRICT
CIVIL COURT
THIRTY FIVE

"150 years of delivering justice"

[stamp:]
[illegible]
FEDERAL DISTRICT

2005 JUL 4   10:09
CIVIL COURT No. 35
Office of the Registrar
Case 502/2005

DOMICILE: AVENIDA BAJA CALIFORNIA NUMBER 200, COLONIA ROMA SUR, 50, MEXICO FEDERAL DISTRICT

RECORD OF NOTIFICATION

BY: JURISTIC PERSON KNOWN AS GRUPO MEXICO S.A. DE C.V.

[round stamps:]
SUPERIOR COURT
MEXICO FEDERAL
DISTRICT
CIVIL COURT
THIRTY FIVE

[IN] PROCEEDINGS IN RESPECT OF LETTER ROGATORY NUMBER 04/114728 brought by NELSON BURNS PHILLIP ET AL against GRUPO MEXICO, S.A. DE C.V. ET AL, HER HONOR JUDGE THIRTY FIVE OF CIVIL CLAIMS ISSUED ORDERS WHICH TEXTUALLY STATE:

MEXICO, FEDERAL DISTRICT, JUNE TWENTY-ONE, TWO THOUSAND FIVE.

Through the present correspondence please be advised that this Honorable Court has received the letter rogatory remitted by the Supreme Court of the State of New York, County of New York, USA via the Secretariat of Foreign Relations. A case file has therefore been opened and registered in the court Docket Book under number 502/2005 and, in accordance with the petition of the Requesting Court, it is hereby ordered as follows: that a summons be issued, in the form and according to the terms contained in the attached apostille, to the Juristic Person known as GRUPO MEXICO, S.A. DE C.V. at the indicated domicile, through the offices of the Notifications Clerk attached to this Court, pursuant to the terms of part V, article 60 of the Organic Law of the Superior Court of Justice of the Federal District. Once served, [the documentation] shall be returned to the Secretariat of Foreign Affairs for subsequent forwarding to the original petitioner via the due legal channels.- Be it so notified, as ordered by the undersigned Judge Thirteen of the Civil Branch, Federal District of Mexico, in the presence of the Court Registrar, in witness whereof.-

ILLEGIBLE SIGNATURES, STAMPS SEALS. - - - - - - - - - - - - - - - - - - - - - -

WITH DOCUMENTS FOR NOTIFICATION ATTACHED PURSUANT TO THE ABOVE

[Which] is notified to you by means of the present document, since you have failed to receive the undersigned Clerk in person. Lodged with __ Daniel Estrada Martens Estrada _____

[illegible]  00000090451001.    Stated  himself  to  be  employee  of  the summonsed Corporation

Mexico, D.F. this __ [illegible] __ day of __ July ____ year 2005

Court Clerk

[round stamps:]
SUPERIOR COURT
MEXICO FEDERAL
DISTRICT
CIVIL COURT

[illegible initials]
[illegible writing]

[handwritten:]
1:15pm [initials]
[illegible]          Letter
Rogatory
[illegible]

[obscured stamp]
[handwritten:]
Daniel Martens
Estrada

0702005

[round stamps:]
SUPERIOR COURT
MEXICO FEDERAL
DISTRICT
CIVIL COURT
THIRTY FIVE

[partially over-copied
page – see following]

[illegible handwriting]

Burns versus Grupo Mexico S.A. de C.V.
Grupo Mexico, S.A. de C.V.
[illegible] of the Court: 04/114728

## CERTIFICATION

246

[...] undersigned is pleased to advise, pursuant to article 6 of the said Convention,

[...] petition has been executed*

[...] date) __ July first Two Thousand Five _____

[...] place, street, number) __ Avenida Baja California number 200, Colonia Roma Sur

__    06760,    in    Federal    District    of    Mexico

one of the means described under article five:

(a) As per the legal means (article 5, paragraph one, item a)*.

(b) As per the following particular means*: _____

(c) By direct delivery to recipient and accepted voluntarily by same*.

[...] mentioned in the petition have been delivered to:

Identity and capacity of person) __ Daniel Estrada Martens Estrada, Federal Voter

_ Electoral Card number 0000009045001 _____

[...] blood relationship, subordinate position, etc. to intended recipient:

_ Stated himself to be an employee of the summonsed Corporation

petition has not been executed by reason of the following facts:

_____
_____
_____

[...] Article 12, paragraph two of said Convention, petitioner is requested to pay or reimburse the expenses whose

[...] in the attached declaration*.

[...] OF DOCUMENTS: Orders Sought, Supplementary Citation and Second Modified and Verified Claim, citation

[...] First Modified and Verified Claim, Citation and Verified Claim with Certification, Essential Elements of the

[...]uction

Forwarded:

_____

_____

_____          Given at __ Mexico, Federal District _

                                         this _ First _

[...] documents supporting execution:      day of __ July __ Year __ Two Thousand

                                         Five _

_____

_____          [round stamp:] COURT THIRTY FIVE

[...] invalid actions.                   Signed [illegible]

                                                   [illegible signature]

                                         __ Atty. Neftali Segovia Zarate

[round stamps:]
SUPERIOR COURT
MEXICO FEDERAL
DISTRICT
CIVIL COURT
THIRTY FIVE

[partially over-copied
page – see following]

[round stamp:]
SUPERIOR COURT
MEXICO FEDERAL
DISTRICT
CIVIL COURT
THIRTY FIVE

247

In the City of Mexico, Federal District, at One Fifteen PM in the afternoon
of JUNE FIRST, year Two Thousand Five, I the undersigned attorney, Neftali
Segovia Zarate, Notifications Clerk of Civil Claims Court Thirty-Five of this
jurisdiction, acting pursuant to my authority under the Organic Law regulating this
Court, duly attended upon the address AVENIDA BAJA CALIFORNIA
NUMBER TWO HUNDRED, COLONIA ROMA SUR, C.P. 06760, IN MEXICO
FEDERAL DISTRICT, which is distinguished as follows: Premises located at the
corner calle Tlacotalpan, comprising various levels, gold colored aluminum, marble
[illegible], mirror glass doors, aluminum structure, with a kind of statue on
the right hand side of the street. I knocked at the entry door of the premises and
was met by a male person, of pale complexion, slender build,
of approximately one meter eighty centimeters in height, wearing eyeglasses, who
stated his name as DANIEL ESTRADA MARTENS ESTRADA, duly identified
by a voter identity card with photograph and electoral registration number zero zero
zero zero zero zero nine zero four five one zero zero, issued in his name by
the Federal Electoral Institute. I informed this person that I was attending from court
Thirty Five of Civil Claims in this city and was seeking the JURISTIC PERSON
NAMED GRUPO MEXICO S.A. DE C.V., and he effectively answered
me saying THIS IS THE DOMICILE SHOWN ON THE IDENTIFICATION
CARD, AND THESE ARE THE INSTALLATIONS OF GRUPO MEXICO S.A.
DE C.V. AND THAT HE IS AN EMPLOYEE OF THE COMPANY. Therefore
in view of the above and having identified myself, I proceeded to
notify him of the orders dated June Twenty One this year, issued by the judge
of the aforesaid court and advising of the LETTER ROGATORY
RECEIVED AT THE COURT AND ISSUED BY THE SUPREME COURT OF
THE STATE OF NEW YORK, COUNTY OF NEW YORK, USA AND THAT
ANSWER WAS REQUIRED TO THE SUIT FILED AGAINST
[RECIPIENT] AS PER THE TERMS REFERRED TO IN THE SAID
LETTER ROGATORY, and accordingly I handed him the RESPECTIVE COPIES
ON MULTIPLE PAGES. Thus concluded the present notification, THE PERSON
WHO ACCEPTED SERVICE SIGNS BELOW OF HIS OWN
VOLITION, and the Judge is advised for all due and pertinent
effects. So attested.

[illegible signature]
NEFTALI SEGOVIA ZARATE
NOTIFICATIONS CLERK
CIVIL COURT THIRTY FIVE

[round stamp:]
SUPERIOR
COURT
MEXICO
FEDERAL
DISTRICT
CIVIL COURT
THIRTY FIVE

[illegible writing]

16

Mexico Federal District, July Fifth Two Thousand Five.

The record of notification shall hereby be attached to the case file

and is deemed to have been performed to all due legal effects.

Be it so notified. So ordered by the undersigned Judge Thirty Five of

Civil Claims in the presence of the Court Registrar, in witness whereof.

[round stamp:]
SUPERIOR
COURT
MEXICO
FEDERAL
DISTRICT
CIVIL COURT
THIRTY FIVE

[illegible signature]

[stamp]
OFFICIAL LEGAL GAZETTE No.___4___ CORRESPONDING TO
THE ___6TH___ DAY OF ___June_____ YEAR _____2005_____
CONTAINS THE REQUIRED LEGAL PUBLICATION
ON THE ___7th___ DAY OF ___June___ YEAR ___2005___ AT TWELVE
MIDDAY
THE NOTIFICATION OF THE ABOVE ORDERS TOOK EFFECT. SO GIVEN.

[stamp]
OFFICIAL LEGAL GAZETTE No.___5___ CORRESPONDING TO
THE ___7TH___ DAY OF ___June_____ YEAR _____2005_____
CONTAINS THE REQUIRED LEGAL PUBLICATION
ON THE ___8th___ DAY OF ___June___ YEAR ___2005___ AT TWELVE
MIDDAY
THE NOTIFICATION OF THE ABOVE ORDERS TOOK EFFECT. SO GIVEN.

