ombre del Caso: Burns contra Grupo México S.A. de C.V.
emandado: Grupo México, S.A. de C.V.
o. de Expediente del Tribunal: 04/114728

## CERTIFICACIÓN

246

a autoridad infrascrita tiene el honor de certificar, conforme al artículo 6 de dicho Convenio,

Que la petición ha sido ejecutada*

- El (fecha) Primero de Julio del dos mil cinco
- En (localidad, calle, número) Avenida Baja California número 200, Colonia Roma Sur C.P. 06760, en México Distrito Federal

- En una de las formas siguientes previstas en el artículo quinto:

  [ ] (a) Según las formas legales (artículo 5, párrafo primero, letra a)*.

  [ ] (b) Según la forma particular siguiente*: _____

  [ ] (c) Por simple entrega al destinatario que lo aceptó voluntariamente*.

documentos mencionados en la petición han sido entregados a:

(identidad y calidad de la persona) Daniel Estrada Martens Estrada, Credencial del Instituto Federal Electoral número 000000904500.

Vínculos de parentesco, subordinación y otros, con el destinatario del documento:
Dijo ser Empleado de la sociedad buscada.

Que la petición no ha sido ejecutada en razón a los hechos siguientes*: _____

forme al artículo 12, párrafo segundo, de dicho Convenio, se ruega al requirente el pago o reembolso de los gastos cuyo lle figura en la declaración adjunta*.

MERACIÓN DE LOS DOCUMENTOS: Orden Propuesta, Citación Suplementaria y Segunda Demanda Modificada Verificada, Citación mentaria y Primera Demanda Modificada Verificada, Citación y Demanda Verificada con Certificación, Elementos Esenciales del mento, Traducción

tos:

mentos reenviados: _____

Hecho en México, Distrito Federal, el Primero de Julio del dos mil cinco

caso, los documentos justificativos de la ejecución: _____

Firma

Lic. Neptalí Segovia Zarate

ar las menciones inútiles.

Case Name: Burns vs. Grupo Mexico S.A. de C.V.
Defendant: Grupo Mexico, S.A. de C.V.
Court Case No.: 04/114728

246

# CERTIFICATE

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

1) that the request has been executed*

  - the (date)   *First of July of two thousand five*

  - at (place, street, number) *Baja California Avenue number 200, [District] Colonia Roma Sur, C.P. 06760, in Mexico Federal District*

  - in one of the following methods authorised by article 5-

    [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.

    [ ] (b) in accordance with the following particular method*: _____

    [ ] (c) by delivery to the addressee, who accepted it voluntarily.*

The documents referred to in the request have been delivered to:
*[Illegible Court Seal]*

  - (identity and description of person) *Daniel Estrada Martens Estrada, ID Credentials from the Federal Electoral Institute number 0000009045001.*
  - relationship to the addressee (family, business or other):
  *Said he was an employee of the company sought.*

2) that the document has not been served, by reason of the following facts*:
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

LIST OF DOCUMENTS: Proposed Order, Supplemental Summons and Second Amended Verified Complaint, Supplemental Summons and First Amended Verified Complaint, Summons and Verified Complaint with Certification, Summary of the Document to be Served, Translation

Annexes

Documents returned:
_____
_____
_____

In appropriate cases, documents establishing the service:
_____
_____
_____

Done at *Mexico, Federal District* the *first* of *July* of *two thousand five*

Signature and/or stamp. *[Court Seal]*
  *Thirty-fifth Civil Court*
  *Mexico, D.F., United Mexican States*
*[Illegible signature]*
*Licentiate Neftali Segovia Zarate*

* Delete if inappropriate.

2