IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| ASARCO LLC, *et al* | § | CASE NO: 05-21207 |
| | § | |
| Debtor(s) | § | |
| | § | CHAPTER 11 |
| | § | |
| ASARCO LLC | § | |
| Plaintiff(s) | § | |
| | § | |
| VS. | § | ADVERSARY NO. 07-2009 |
| | § | |
| AMERICAS MINING CORPORATION | § | |
| Defendant(s) | § | |

## ORDER

By agreement of the United States District Court and the United State Bankruptcy Court for the Southern District of Texas, the above-captioned adversary proceeding is hereby transferred to Judge Andrew S. Hanen, United States District Judge for the Southern District of Texas, Brownsville Division, and the reference to the Bankruptcy Court of this Adversary Proceeding only, is hereby withdrawn.

It is so ORDERED.   3/2/07

_____
RICHARD S. SCHMIDT
United States Bankruptcy Judge
Date: 2/26/07

_____
ANDREW S. HANEN
United States District Judge
Date: 2/27/07

1 / 1