IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
–BROWNSVILLE DIVISION–

| | | |
|---|---|---|
| ASARCO LLC,<br>Plaintiff, | § § § | |
| VS. | § | CIVIL NO. B-07cv00018 |
| AMERICAS MINING CORPORATION,<br>Defendants. | § § § § | |

## ORDER

On March 13, 2007, the Court held a status conference, attended by attorneys representing Plaintiff, ASARCO LLC, Defendant, Americas Mining Corporation, the "Committee Representing Known Unsecured Creditors," the "Committee Representing Unknown Unsecured Creditors," and the "Committee Representing Unsecured Creditors with respect to Capco and LAQ." The Court heard oral argument from the parties and other potential interested parties on the two pending motions, Asarco's Amended Emergency Motion for Expedited Discovery and Scheduling Order, [Doc. No. 2], and Motion of Defendant Americas Mining Corporation For Order Pursuant to 11 U.S.C. § 105(A) Staying All Proceedings in Adversary Proceeding. [Doc. No. 35]. After considering all arguments and objections, the Court hereby DENIES both aforementioned pending motions. The Scheduling Order to govern this case is issued in a separate order.

At the March 13, 2007 hearing, Defendants agreed to continue the "non-transferability period" of the agreed Order entered by Judge Schmidt on February 7, 2007. [Doc. No. 15]. This Court therefore adopts that agreed Order and holds that the Order will remain in place until this Court issues a subsequent order.

Therefore, the AMC Parties shall not transfer, sell, exchange, otherwise dispose of, or encumber any interest AMC has in 54.2% of the shares of SCC from the date hereof, until an order of this Court is entered relieving AMC of these obligations (the "Non-Transferability Period");

It is hereby ordered that, on or before 5:00 p.m. May 15, 2007, AMC shall advise the Court and the parties whether it will consent to a further extension of the Non-Transferability Period or whether it wishes to proceed with a preliminary injunction hearing.

Signed this 15th day of March, 2007.

Andrew S. Hanen
United States District Judge