IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
–BROWNSVILLE DIVISION–

| | | |
|---|---|---|
| ASARCO LLC, Plaintiff, | § § § | |
| VS. | § § | CIVIL NO. B-07cv00018 |
| AMERICAS MINING CORPORATION, Defendant. | § § § | |

## SCHEDULING ORDER

At a hearing held on March 13, 2007, the Court and parties by and through their attorneys arrived at the following deadlines that will govern the above referenced case. The Defendant will have until April 5, 2007 to respond to the Complaint currently on file. Plaintiff has until May 4, 2007 to amend the current Complaint and add new parties. Any parties interested in intervening should file their motions to intervene by May 4, 2007. Defendant has until May 18, 2007 to respond to any Amended Complaint and add new parties. The parties are instructed to serve potential third parties immediately, including with service a copy of this order.

Defendant has until April 20, 2007 to provide its document production in response to Plaintiff's pending document request. All parties must also produce initial disclosures for documents pursuant to Fed. R. Civ. P. 26(a) by April 20, 2007. Deadlines for subsequent discovery requests will be governed by the Federal Rules of Civil Procedure. Parties may begin taking depositions on June 22, 2007. Each party may select five witnesses for which two days of deposition testimony are allowed without leave of the Court. All other depositions should be completed in one day. The parties shall exchange a list of experts complying with all of the

requirements of Rule 26(a)(2) by December 14, 2007. Fed. R. Civ. P. 26(a)(2). Rebuttal experts for both parties will be disclosed in a manner consistent with Rule 26(a)(2) by January 18, 2008. *Id.* Discovery must be completed by February 15, 2008. Dispositive motions should be filed by March 7, 2008. Non-dispositive motions should be filed by April 4, 2008. A joint pretrial order is due April 4, 2008. Docket call is set for 1:30 p.m. on April 30, 2008. At docket call, the Court will address all pretrial matters including pending motions, the introduction of exhibits, and the exact trial schedule. The parties anticipate ten trial days per side, and the Court, taking into consideration its responsibilities to the other cases on its docket, will endeavor to provide ample time for the parties to present their evidence.

Signed this 15th day of March, 2007.

Andrew S. Hanen
United States District Judge