: **About Us** / Offices

Home : Contact Us : Site Map : Español

About Us | Financial Information

Monday June 25 2007



:Company History
:Board of Directors
:Offices
:Operations Railroad Division
:Operations Mining Division

## Offices

**GRUPO MÉXICO**
Av. Baja California No. 200
Colonia Roma Sur
06760 México, D.F.
Tel. Conm. 52 (55) 5080-0050

**MINERA MÉXICO, S.A. DE C.V.**
Av. Baja California No. 200
Colonia Roma Sur
06760 México, D.F.
Tel. Conm. 52 (55) 5080-0050

**SOUTHERN COPPER CORPORATION**
11811 North Tantum Blvd.,
Suite 2500,
Phoenix, AZ 85028
Tel. Conm. (602) 977-65-95

**SOUTHERN PERU COPPER CORP.**
Av. Caminos del Inca 171
Chacarilla del Estanque,
Distrito Surco
Lima 33, Perú
Tel. Conm. 51 (1) 372-1414

**FERROCARRIL MEXICANO, S.A. De C.V.**
Bosques de Ciruelos 99
Colonia Bosques de las Lomas
11700 México, D. F.
Tel. Conm. 52 (55) 5246-3700

D.R. © Grupo México, S.A.B. de C.V. | Legal | Trademarks | Privacy Statement