IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ASARCO LLC, § § § Plaintiff, § v. § § AMERICAS MINING CORPORATION, § § Defendant. § § | Civil Action No. 1:07-cv-00018 (prior Adversary No. 07-2009) |

## PLAINTIFF ASARCO LLC'S INITIAL DISCLOSURES

In accordance with Rule 26(a) of the Federal Rules of Civil Procedure (the "Federal Rules") made applicable to this proceeding by Rule 7026 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Plaintiff ASARCO LLC ("Plaintiff") makes these initial disclosures. These disclosures are based on the information presently available to Plaintiff and may, upon further investigation and discovery, be supplemented or amended in accordance with the Federal Rules and the Bankruptcy Rules.

A. The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

| INDIVIDUAL | SUBJECTS OF INFORMATION |
|---|---|
| Douglas E. McAllister ASARCO LLC c/o Baker Botts L.L.P. | • Grupo Mexico S.A. de C.V.'s ("Grupo Mexico") acquisition of ASARCO <br> • Grupo Mexico's and Americas Mining Corporation's ("AMC") control of ASARCO <br> • Southern Peru Copper Corporation ("SPCC") transaction <br> • Payment of Yankee Bonds <br> • Sales of ASARCO real estate, inventory, and/or equipment |

DAL01:952112.3

| | |
|---|---|
| | - ASARCO's financial condition<br>- Loss of ASARCO's interest in Montana Resources<br>- Financial and legal advisors to Grupo Mexico, AMC, and ASARCO<br>- Monetization of ASARCO insurance policies<br>- Restructuring of ASARCO, AMC, and/or SPCC<br>- Disposition of SPCC Stock<br>- Placing ASARCO into bankruptcy |
| Jack Gracie<br>ASARCO LLC<br>c/o Baker Botts L.L.P. | - Grupo Mexico's and AMC's control of ASARCO<br>- Sales of ASARCO real estate, inventory, and/or equipment<br>- ASARCO's financial condition |
| James C. Watts<br>ASARCO LLC<br>c/o Baker Botts L.L.P. | - Grupo Mexico's and AMC's control of ASARCO<br>- SPCC transaction<br>- Sales of ASARCO real estate, inventory, and/or equipment<br>- ASARCO's financial condition |
| Gary Miller<br>ASARCO LLC<br>c/o Baker Botts L.L.P. | - Grupo Mexico's acquisition of ASARCO<br>- Grupo Mexico's and AMC's control of ASARCO<br>- SPCC transaction<br>- Sales of ASARCO real estate, inventory, and/or equipment<br>- ASARCO's financial condition |
| Oscar Gonzalez<br>ASARCO LLC<br>c/o Baker Botts L.L.P. | - ASARCO's financial condition |
| Ruth Kern<br>ASARCO LLC<br>c/o Baker Botts L.L.P. | - Grupo Mexico's and AMC's control of ASARCO<br>- SPCC transaction<br>- Sales of ASARCO real estate, inventory, and/or equipment<br>- ASARCO's financial condition<br>- Loss of ASARCO's interest in Montana Resources<br>- Financial and legal advisors to Grupo Mexico, AMC, and ASARCO<br>- Monetization of ASARCO insurance policies |
| Rob Kastelic<br>ASARCO LLC<br>c/o Baker Botts L.L.P. | - Grupo Mexico's and AMC's control of ASARCO<br>- Sales of ASARCO real estate, inventory, and/or equipment<br>- ASARCO's financial condition |
| German Larrea Mota-Velasco<br>Grupo Mexico S.A. de C.V.<br>Avenida Baja California 200<br>Colonia Roma Sur 06760<br>Mexico, D.F. | - Grupo Mexico's acquisition of ASARCO<br>- Grupo Mexico's and AMC's control of ASARCO<br>- SPCC transaction<br>- Payment of Yankee Bonds<br>- Sales of ASARCO real estate, inventory, and/or |

| | |
|---|---|
| 52-55-5080-0050 | • equipment<br>• ASARCO's financial condition<br>• Loss of ASARCO's interest in Montana Resources<br>• Financial and legal advisors to Grupo Mexico, AMC, and ASARCO<br>• Monetization of ASARCO insurance policies<br>• Restructuring of ASARCO, AMC, and/or SPCC<br>• Disposition of SPC Stock<br>• Placing ASARCO into bankruptcy |
| Genaro Larrea Mota-Velasco<br>Grupo Mexico S.A. de C.V.<br>Avenida Baja California 200<br>Colonia Roma Sur 06760<br>Mexico, D.F.<br>52-55-5080-0050 | • Grupo Mexico's acquisition of ASARCO<br>• Grupo Mexico's and AMC's control of ASARCO<br>• SPCC transaction<br>• Payment of Yankee Bonds<br>• Sales of ASARCO real estate, inventory, and/or equipment<br>• ASARCO's financial condition<br>• Loss of ASARCO's interest in Montana Resources<br>• Financial and legal advisors to Grupo Mexico, AMC, and ASARCO<br>• Monetization of ASARCO insurance policies<br>• Restructuring of ASARCO, AMC, and/or SPCC<br>• Disposition of SPC Stock<br>• Placing ASARCO into bankruptcy |
| Armando Ortega<br>Grupo Mexico S.A. de C.V.<br>Avenida Baja California 200<br>Colonia Roma Sur 06760<br>Mexico, D.F.<br>52-55-5080-0050 | • Grupo Mexico's acquisition of ASARCO<br>• Grupo Mexico's and AMC's control of ASARCO<br>• SPCC transaction<br>• Sales of ASARCO real estate, inventory, and/or equipment<br>• ASARCO's financial condition<br>• Loss of ASARCO's interest in Montana Resources<br>• Financial and legal advisors to Grupo Mexico, AMC, and ASARCO<br>• Monetization of ASARCO insurance policies<br>• Restructuring of ASARCO, AMC, and/or SPCC<br>• Disposition of SPC Stock<br>• Placing ASARCO into bankruptcy |
| Ernesto Duran<br>Grupo Mexico S.A. de C.V.<br>Avenida Baja California 200<br>Colonia Roma Sur 06760<br>Mexico, D.F.<br>52-55-5080-0050 | • Grupo Mexico's and AMC's control of ASARCO<br>• SPCC transaction<br>• ASARCO's financial condition<br>• Restructuring of ASARCO, AMC, and/or SPCC<br>• Disposition of SPC Stock<br>• Placing ASARCO into bankruptcy |
| Hector Garcia de Quevedo<br>Grupo Mexico S.A. de C.V. | • Grupo Mexico's and AMC's control of ASARCO<br>• SPCC transaction |

| | |
|---|---|
| Avenida Baja California 200<br>Colonia Roma Sur 06760<br>Mexico, D.F.<br>52-55-5080-0050 | • Monetization of ASARCO insurance policies |
| Jesus Eduardo Gonzalez<br>Grupo Mexico S.A. de C.V.<br>Avenida Baja California 200<br>Colonia Roma Sur 06760<br>Mexico, D.F.<br>52-55-5080-0050 | • Grupo Mexico's and AMC's control of ASARCO<br>• SPCC transaction<br>• ASARCO's financial condition |
| Jock Patton<br>5430 East Arcadia Lane<br>Phoenix, AZ 85018<br>(602) 840-2322 | • Grupo Mexico's and AMC's control of ASARCO<br>• SPCC transaction<br>• Payment of Yankee Bonds<br>• ASARCO's financial condition |
| Alphonse E. Frei<br>5226 South 31st Place<br>Phoenix, AZ 85040<br>(602) 952-9159 | • Grupo Mexico's and AMC's control of ASARCO<br>• SPCC transaction<br>• Payment of Yankee Bonds<br>• ASARCO's financial condition |
| Daniel Tellechea<br>[current address unknown]<br>(602) 320-9621 | • Grupo Mexico's acquisition of ASARCO<br>• Grupo Mexico's and AMC's control of ASARCO<br>• SPCC transaction<br>• Payment of Yankee Bonds<br>• Sales of ASARCO real estate, inventory, and/or equipment<br>• ASARCO's financial condition<br>• Loss of ASARCO's interest in Montana Resources<br>• Financial and legal advisors to Grupo Mexico, AMC, and ASARCO<br>• Monetization of ASARCO insurance policies<br>• Restructuring of ASARCO, AMC, and/or SPCC<br>• Disposition of SPC Stock<br>• Placing ASARCO into bankruptcy |
| Craig D. Hansen<br>Squire, Sanders & Dempsey, LLP<br>Two Renaissance Square<br>40 North Central Avenue, Suite 2700<br>Phoenix, Arizona 85004<br>(602) 528-4085 | • Grupo Mexico's and AMC's control of ASARCO<br>• SPCC transaction<br>• Payment of Yankee Bonds<br>• ASARCO's financial condition<br>• Financial and legal advisors to Grupo Mexico, AMC, and ASARCO<br>• Restructuring of ASARCO, AMC, and/or SPCC |
| Christopher D. Johnson<br>Squire, Sanders & Dempsey, LLP<br>Two Renaissance Square<br>40 North Central Avenue, Suite 2700 | • Grupo Mexico's and AMC's control of ASARCO<br>• SPCC transaction<br>• Payment of Yankee Bonds<br>• ASARCO's financial condition |

| | |
|---|---|
| Phoenix, Arizona 85004<br>(602) 528-4046 | • Financial and legal advisors to Grupo Mexico, AMC, and ASARCO<br>• Restructuring of ASARCO, AMC, and/or SPCC |
| Tom Salerno<br>Squire, Sanders & Dempsey, LLP<br>Two Renaissance Square<br>40 North Central Avenue, Suite 2700<br>Phoenix, Arizona 85004<br>(602) 528-4000 | • Grupo Mexico's acquisition of ASARCO<br>• Grupo Mexico's and AMC's control of ASARCO<br>• SPCC transaction<br>• ASARCO's financial condition<br>• Financial and legal advisors to Grupo Mexico, AMC, and ASARCO<br>• Restructuring of ASARCO, AMC, and/or SPCC |
| Kevin Collins<br>Houlihan Lokey Howard & Zukin<br>245 Park Avenue<br>New York, NY 10167<br>(212) 497-4100 | • Grupo Mexico's and AMC's control of ASARCO<br>• SPCC transaction<br>• Sales of ASARCO real estate, inventory, and/or equipment<br>• ASARCO's financial condition<br>• Financial and legal advisors to Grupo Mexico, AMC, and ASARCO<br>• Monetization of ASARCO insurance policies<br>• Restructuring of ASARCO, AMC, and/or SPCC |
| Michael Fitzgerald<br>Milbank, Tweed, Hadley & McCoy LLP<br>One Chase Manhattan Plaza<br>New York, NY 10005<br>(212) 530-5000 | • Grupo Mexico's acquisition of ASARCO<br>• Grupo Mexico's and AMC's control of ASARCO<br>• SPCC transaction<br>• Payment of Yankee Bonds<br>• ASARCO's financial condition<br>• Financial and legal advisors to Grupo Mexico, AMC, and ASARCO<br>• Restructuring of ASARCO, AMC, and/or SPCC<br>• Disposition of SPC Stock<br>• Placing ASARCO into bankruptcy |
| Richard S. Brach<br>Milbank, Tweed, Hadley & McCoy LLP<br>One Chase Manhattan Plaza<br>New York, NY 10005<br>(212) 530-5350 | • Grupo Mexico's acquisition of ASARCO<br>• Grupo Mexico's and AMC's control of ASARCO<br>• SPCC transaction<br>• ASARCO's financial condition<br>• Financial and legal advisors to Grupo Mexico, AMC, and ASARCO |
| John T. O'Connor<br>Milbank, Tweed, Hadley & McCoy LLP<br>One Chase Manhattan Plaza<br>New York, NY 10005<br>(212) 530-5548 | • Grupo Mexico's acquisition of ASARCO<br>• ASARCO's financial condition<br>• Financial and legal advisors to Grupo Mexico, AMC, and ASARCO |
| Luc A. Despins<br>Milbank, Tweed, Hadley & McCoy LLP | • Grupo Mexico's and AMC's control of ASARCO<br>• SPCC transaction<br>• ASARCO's financial condition |

| | |
|---|---|
| One Chase Manhattan Plaza<br>New York, NY 10005<br>(212) 530-5000 | • Financial and legal advisors to Grupo Mexico, AMC, and ASARCO |
| Jonathan P. Williams<br>Sidley Austin Brown & Wood LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>(212) 839-5310 | • Grupo Mexico's and AMC's control of ASARCO<br>• SPCC transaction<br>• Payment of Yankee Bonds<br>• ASARCO's financial condition<br>• Financial and legal advisors to Grupo Mexico, AMC, and ASARCO<br>• Restructuring of ASARCO, AMC, and/or SPCC<br>• Placing ASARCO into bankruptcy |
| Richard Havel<br>Sidley Austin Brown & Wood LLP<br>555 West Fifth Street<br>Los Angeles, California 90013<br>(213) 896-6017 | • Grupo Mexico's and AMC's control of ASARCO<br>• SPCC transaction<br>• ASARCO's financial condition<br>• Financial and legal advisors to Grupo Mexico, AMC, and ASARCO<br>• Restructuring of ASARCO, AMC, and/or SPCC |
| Geoffrey Raicht<br>Sidley Austin Brown & Wood LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>(212) 839-5448 | • Grupo Mexico's and AMC's control of ASARCO<br>• SPCC transaction<br>• ASARCO's financial condition<br>• Financial and legal advisors to Grupo Mexico, AMC, and ASARCO<br>• Restructuring of ASARCO, AMC, and/or SPCC |
| Kalinka H. Moudrova-Rothman<br>Sidley Austin Brown & Wood LLP<br>787 Seventh Avenue<br>New York, New York 10019<br>(212) 839-8756 | • SPCC transaction<br>• Financial and legal advisors to Grupo Mexico, AMC, and ASARCO |
| Lori A. Czepiel<br>Sidley Austin Brown & Wood LLP<br>787 Seventh Avenue<br>New York, New York 10019<br>(212) 839-8768 | • Grupo Mexico's and AMC's control of ASARCO<br>• SPCC transaction<br>• ASARCO's financial condition<br>• Financial and legal advisors to Grupo Mexico, AMC, and ASARCO<br>• Restructuring of ASARCO, AMC, and/or SPCC |
| Peter Nickles<br>Office of the Mayor of Washington, D.C.<br>John A. Wilson Building<br>1350 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>(202) 727-1597 | • Grupo Mexico's and AMC's control of ASARCO<br>• Sales of ASARCO real estate, inventory, and/or equipment<br>• ASARCO's financial condition<br>• Financial and legal advisors to Grupo Mexico, AMC, and ASARCO<br>• Monetization of ASARCO insurance policies |
| Leonard Chazen<br>Covington & Burling LLP | • Grupo Mexico's and AMC's control of ASARCO<br>• Sales of ASARCO real estate, inventory, or |

| | |
|---|---|
| 1330 Avenue of the Americas<br>New York, NY 10019<br>(212) 841-1096 | equipment<br>• ASARCO's financial condition<br>• Financial and legal advisors to Grupo Mexico, AMC, and ASARCO<br>• Monetization of ASARCO insurance policies |
| PricewaterhouseCoopers<br>3 Embarcadero Center<br>San Francisco, CA 94111<br>(415) 498-5000 | • Grupo Mexico's acquisition of ASARCO<br>• Grupo Mexico's and AMC's control of ASARCO<br>• SPCC transaction<br>• ASARCO's financial condition<br>• Financial and legal advisors to Grupo Mexico, AMC, and ASARCO |
| Dr. Harry S. Winters<br>Winters, Dorsey & Company<br>5151 East Broadway Suite 1506<br>Tucson, AZ 85711<br>(520) 722-5600 | • ASARCO's financial condition<br>• Financial and legal advisors to Grupo Mexico, AMC, and ASARCO |
| Carlos Slim<br>Banco Inbursa<br>Insurgente Sur 3500<br>Colonia Pena Pobre<br>Mexico DF 14060, Mexico<br>52-55-5325-0505 | • Grupo Mexico's and AMC's control of ASARCO<br>• SPCC transaction<br>• Payment of Yankee Bonds |
| Juan Griera<br>Banco Inbursa<br>Insurgente Sur 3500<br>Colonia Pena Pobre<br>Mexico DF 14060, Mexico<br>52-55-5325-0505 | • Grupo Mexico's and AMC's control of ASARCO<br>• SPCC transaction<br>• Payment of Yankee Bonds |
| Kevin McAffrey<br>The Washington Group<br>720 Park Blvd.<br>P.O. Box 73<br>Boise ID 83729<br>(208) 386-5000 | • Grupo Mexico's and AMC's control of ASARCO<br>• SPCC transaction<br>• Sales of ASARCO real estate, inventory, and/or equipment<br>• ASARCO's financial condition<br>• Loss of ASARCO's interest in Montana Resources<br>• Financial and legal advisors to Grupo Mexico, AMC, and ASARCO<br>• Monetization of ASARCO insurance policies |
| Grant Lyon<br>Odyssey Capital Group, LLC<br>302 North First Avenue, 9th Floor<br>Phoenix, Arizona 85003<br>(602) 432-7971 | • Grupo Mexico's and AMC's control of ASARCO<br>• SPCC transaction<br>• Payment of Yankee Bonds<br>• ASARCO's financial condition<br>• Financial and legal advisors to Grupo Mexico, AMC, and ASARCO<br>• Restructuring of ASARCO, AMC, and/or SPCC |
| David C. Uebelhack | • Grupo Mexico's and AMC's control of ASARCO |

| | |
|---|---|
| Ernst & Young LLP<br>725 S Figueroa, Suite 600<br>Los Angeles, CA 90017<br>(213) 977-3223 | • SPCC transaction<br>• Payment of Yankee Bonds<br>• ASARCO's financial condition<br>• Financial and legal advisors to Grupo Mexico, AMC, and ASARCO<br>• Restructuring of ASARCO, AMC, and/or SPCC |
| David Harbour<br>Current contact information unknown | • SPCC transaction<br>• Payment of Yankee Bonds<br>• ASARCO's financial condition<br>• Financial and legal advisors to Grupo Mexico, AMC, and ASARCO |
| Michael W. Tully<br>Ernst & Young LLP<br>725 S Figueroa, Suite 600<br>Los Angeles, CA 90017<br>(213) 977-3527 | • SPCC transaction<br>• Payment of Yankee Bonds<br>• ASARCO's financial condition<br>• Financial and legal advisors to Grupo Mexico, AMC, and ASARCO |
| Brendan P. Gallagher<br>Current contact information unknown | • SPCC transaction<br>• Payment of Yankee Bonds<br>• ASARCO's financial condition<br>• Financial and legal advisors to Grupo Mexico, AMC, and ASARCO |
| Anthony V. Aaron<br>Ernst & Young LLP<br>725 S Figueroa Street, 7th Floor<br>Los Angeles, CA 90017<br>(213) 977-3200 | • SPCC transaction<br>• Payment of Yankee Bonds<br>• ASARCO's financial condition<br>• Financial and legal advisors to Grupo Mexico, AMC, and ASARCO |
| David Dain<br>Department of Justice<br>Environmental and Natural Resources Division<br>Law and Policy Section<br>P.O. Box 4390<br>Ben Franklin Station<br>Washington, D.C. 20044-4390<br>(202) 514-3644 | • Grupo Mexico's and AMC's control of ASARCO<br>• SPCC transaction<br>• ASARCO's financial condition |
| John Cruden<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530-0001 | • Grupo Mexico's and AMC's control of ASARCO<br>• SPCC transaction<br>• ASARCO's financial condition |
| Brian Boylan<br>c/o JDA Software<br>14400 N. 87th Street | • Grupo Mexico's and AMC's control of ASARCO<br>• SPCC transaction<br>• Payment of Yankee Bonds |

| | |
|---|---|
| Scottsdale, AZ  85260<br>(480) 308-3073 | • Sales of ASARCO real estate, inventory, and/or equipment<br>• ASARCO's financial condition |
| Genaro Guerrero<br>Current address unknown<br>Last known phone number:<br>(520) 229-3564 | • Grupo Mexico's and AMC's control of ASARCO<br>• ASARCO's financial condition<br>• Placing ASARCO into bankruptcy |
| Karen Paul<br>2839 E. Yucca St.<br>Phoenix, AZ 85028<br>(602) 861-0765 | • ASARCO's financial condition<br>• Financial and legal advisors to Grupo Mexico, AMC, and ASARCO<br>• Restructuring of ASARCO, AMC, and/or SPCC<br>• Placing ASARCO into bankruptcy |
| James T. O'Neil, Jr.<br>c/o Apollo Gold Corporation<br>5655 S. Yosemite Street, Suite 200<br>Greenwood Village, CO 80111<br>(303) 884-5127 | • Grupo Mexico's and AMC's control of ASARCO<br>• Sales of ASARCO real estate, inventory, and/or equipment<br>• ASARCO's financial condition |
| Dennis Morneau<br>Current address unknown<br>Last known phone number:<br>(520) 229-8752 | • Grupo Mexico's and AMC's control of ASARCO<br>• SPCC transaction<br>• ASARCO's financial condition |

B.   **A copy of, or a description by category and location of, all documents, electronically stored information, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

ASARCO is producing responsive materials simultaneously with this disclosure. ASARCO will produce its documents, including electronically stored information, pursuant to the parties' letter agreement dated April 18, 2007.

C. **A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of the injuries suffered.**

ASARCO seeks to recover 54.2% of the outstanding shares of SPCC at the time of the final judgment in this action. In the alternative, ASARCO seeks to recover the outstanding shares of SPCC that the Court awards and the value of any diminution of ASARCO's ownership rights in SPCC. If ASARCO does not receive any of the outstanding SPCC shares, ASARCO seeks to recover the value at the time of the final judgment in this action of whatever the Court finds is ASARCO's correct ownership interest in SPCC.

ASARCO also seeks the dividends that it would have received but for the transfer in 2003.

ASARCO also seeks an award of its attorneys' fees, prejudgment and postjudgment interest, and costs to the fullest extent permitted by law.

Within the time permitted by the Court's Scheduling Order dated March 15, 2007, ASARCO will provide one or more expert reports and related documentation demonstrating the computation of monetary damages to which ASARCO is entitled.

D. **Any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part of all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

Plaintiff is unaware of any applicable insurance agreement.

Dated: April 20, 2007                                    Respectfully submitted,

| | |
|---|---|
| **BAKER BOTTS L.L.P.**<br><br>*/s/ Frank Rodriguez, Jr.*<br>G. Irvin Terrell<br>Attorney-in-Charge<br>State Bar No. 19794500<br>Southern District of Texas Bar No. 10004<br>Samuel Cooper<br>State Bar No. 00792427<br>Southern District of Texas Bar No. 19954<br>Michael Massengale<br>State Bar No. 24003704<br>Southern District of Texas Bar No. 23746<br>Rebeca Huddle<br>State Bar No. 24012197<br>Southern District of Texas Bar No. 25827<br>910 Louisiana Street<br>One Shell Plaza<br>Houston, Texas 77002-4995<br>Telephone: 713.229.1231<br>Facsimile: 713.229.2831<br>Email: *irv.terrell@bakerbotts.com*<br>       *samuel.cooper@bakerbotts.com*<br>       *michael.massengale@bakerbotts.com*<br>       *rebeca.huddle@bakerbotts.com*<br><br>and<br><br>**BAKER BOTTS L.L.P.**<br>Jack L. Kinzie<br>State Bar No. 11492130<br>Southern District of Texas Bar No. 14771<br>Fernando Rodriguez, Jr.<br>State Bar No. 24005048<br>Southern District of Texas Bar No. 725760<br>Eric A. Söderlund<br>State Bar No. 24037525<br>Southern District of Texas Bar No. 577300<br>Thomas E. O'Brien<br>State Bar No. 24046543<br>Southern District of Texas Bar No. 725795<br>2001 Ross Avenue<br>Dallas, Texas 75201-2980<br>Telephone: 214.953.6500 | Facsimile: 214.661.6503<br>Email: *jack.kinzie@bakerbotts.com*<br>       *fernando.rodriguez@bakerbotts.com*<br>       *eric.soderlund@bakerbotts.com*<br>       *tom.obrien@bakerbotts.com*<br><br>**JORDAN, HYDEN, WOMBLE**<br>**CULBRETH & HOLZER, P.C.**<br><br>Shelby A. Jordan<br>State Bar No. 11016700<br>Suite 900, Bank of America<br>500 North Shoreline<br>Corpus Christi, Texas 78471<br>Telephone: 361.884.5678<br>Facsimile: 361.888.5555<br>Email: *sjordan@jhwclaw.com*<br><br>and<br><br>**JORDAN, HYDEN, WOMBLE**<br>**CULBRETH & HOLZER, P.C.**<br><br>Michael J. Urbis<br>State Bar No. 20414130<br>1534 E. 6th Street, Suite 104<br>Brownsville, Texas 78520<br>Telephone: 956.542.1161<br>Facsimile: 956.542.0051<br>Email: *murbis@jhwclaw.com*<br><br>COUNSEL TO ASARCO LLC |

## CERTIFICATE OF SERVICE

I certify that on April 20, 2007, the foregoing document was served electronically by e-mail and/or via overnight Federal Express on the following counsel for Defendant Americas Mining Corporation:

>Charles A. Beckham, Jr.
>Elizabeth Brooks Hamilton
>Haynes and Boone, LLP
>1 Houston Center
>1221 McKinney, Suite 2100
>Houston, Texas  77010
>charles.beckham@haynesboone.com
>brooks.hamilton@haynesboone.com
>
>Luc A. Despins
>Robert Winter
>David R. Gelfand
>Stacey J. Rappaport
>Melanie Westover
>Milbank, Tweed, Hadley & McCloy LLP
>1 Chase Manhattan Plaza
>New York, New York  10005
>ldespins@milbank.com
>rwinter@milbank.com
>dgelfand@milbank.com
>srappaport@milbank.com
>mwestove@milbank.com

_____
Fernando Rodriguez, Jr.