UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP NELSON BURNS, MIRJANA
PAVKOVICH, Administrator of the Estate of
Rade Pavkovich, Deceased, and WARREN
ELMER HALPAP,

        Plaintiffs,                              Case No. 1:07-CV-3496 (WHP)

-against-

GRUPO MEXICO, S.A. de C.V., a Mexican
Corporation,

        Defendant.

## ORDER TRANSFERRING VENUE

The motion of ASARCO LLC and Southern Peru Holdings, LLC seeking an order transferring this proceeding to the United States District Court for the Southern District of Texas pursuant to 28 U.S.C. § 1412 and Rule 7087 of the Federal Rules of Bankruptcy Procedure came on for hearing on _____, 2007.

The Court has reviewed the papers submitted in connection with the motion, and considered the authorities cited and the argument of counsel. Being so informed, the Court finds that the interest of justice and the convenience of the parties require transfer of this proceeding to the United States District Court for the Southern District of Texas.

Therefore, IT IS ORDERED, pursuant to 28 U.S.C. § 1412 and Rule 7087 of the Federal Rules of Bankruptcy Procedure, that this proceeding be transferred to the United States District Court for the Southern District of Texas. IT IS FURTHER ORDERED that the Clerk of this Court transmit to the Clerk of the United States District Court for the Southern of Texas a certified copy of this Order and all the pleadings and papers on file in the Clerk's office relating

to this proceeding.


Dated: _____                          _____
                                                      William H. Pauley III
                                                      United States District Judge