UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILLIP NELSON BURNS, MIRJANA PAVKOVICH, Administrator of the Estate of Rade Pavkovich, Deceased, and WARREN ELMER HALPAP,<br><br>              Plaintiffs,<br><br>            -against-<br><br>GRUPO MÉXICO, S.A. de C.V., a Mexican Corporation,<br><br>              Defendant. | Case No. 1:07-CV-3496(WHP)<br><br>**NOTICE OF DEFENDANT GRUPO MÉXICO, S.A. DE C.V.'S MOTION TO REMAND AND, IN THE ALTERNATIVE, TO DISMISS THE AMENDED COMPLAINT FOR IMPROPER SERVICE AND LACK OF PERSONAL <u>JURISDICTION</u>**<br><br>**(Oral Argument Requested)** |

       PLEASE TAKE NOTICE THAT upon the accompanying: (i) Defendant Grupo México S.A. de C.V.'s Memorandum of Law in Support of Its Motion to Remand and, in the Alternative, to Dismiss the Amended Complaint for Lack of Personal Jurisdiction and (ii) the Declaration of Alberto de la Parra Zavala, dated June 26, 2007, Defendant Grupo México S.A. de C.V. moves this Court for an order remanding this case to New York state court, or in the alternative, for an order pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, dismissing the First Amended Verified Complaint in its entirety with prejudice, and awarding such further relief as this Court deems just and proper.

       Grupo México S.A. de C.V. respectfully requests oral argument on the Motion, with the date and time to be established thereafter by the Court.

Dated: June 26, 2007

MILBANK, TWEED, HADLEY & McCLOY LLP

By: _____
Luc A. Despins (LD 5143)
Stacey J. Rappaport (SR 9973)
Alan J. Stone (AS 2045)
J. Ryan Miller (JM 3370)
1 Chase Manhattan Plaza
New York, NY 10005-1413
(212) 530-5000
(212) 530-5219 (facsimile)

David S. Cohen (DC 1268)
Donna F. Mulvihill (DM 6644)
International Square Building
1850 K Street, NW, Suite 1100
Washington D.C. 20006
(202) 835-7500
(202) 835-7586 (facsimile)

Attorneys for Defendant
GRUPO MÉXICO, S.A. DE C.V., A MEXICAN
CORPORATION

TO:

G. Irvin Terrell
Samuel W. Cooper
Michael Massengale
Rebeca Huddle
Baker Botts, LLC
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002
irv.terrell@bakerbotts.com
samuel.cooper@bakerbotts.com
michael.massengale@bakerbotts.com
rebeca.huddle@bakerbotts.com

Jack Kinzie
Fernando Rodriguez
Eric Soderlund
Tom O'Brien
Baker Botts, LLC
2001 Ross Avenue
Dallas, Texas 75201
(214)661- 6500
jack.kinzie@bakerbotts.com
fernando.rodriguez@bakerbotts.com
eric.soderlund@bakerbotts.com
tom.obrien@bakerbotts.com

Attorneys for Non-party
ASARCO LLC