USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
PHILLIP NELSON BURNS, et al.,      :

              Plaintiffs,      :   07 Civ. 3496 (WHP)

      -against-               :   ORDER GRANTING
                                         ADMISSION PRO HAC VICE

GRUPO MEXICO S.A. DE C.V., et al., :

             Defendants.     :
----------------------------------X

WILLIAM H. PAULEY III, District Judge:

       Having reviewed the Notice of Motion and the affidavit of G. Irvin Terrell, sworn to on June 8, 2007, in support of admitting Eric Söderlund to appear pro hac vice, it is hereby ORDERED that Mr. Söderlund be admitted to this Court pro hac vice to represent interested party Asarco, LLC in the above-captioned action.

       The attorney admitted pro hac vice must serve a copy of this Order on all other parties who have appeared in this action.

Dated:   June 22, 2007
           New York, New York

                              SO ORDERED:

                              WILLIAM H. PAULEY III
                              U.S.D.J.

*Counsel of Record*:

Alan B. Rich, Esq.
Baron & Budd, P.C.
The Centrum
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
*Counsel for Plaintiffs Burns and Pavkovich*

David S. Cohen, Esq.
Milbank Tweed Hadley & McCloy LLP
International Square Building
1850 K Street, NW
Washington, DC 20006

Luc A. Despins, Esq.
Milbank Tweed Hadley & McCloy
One Chase Manhattan Plaza
New York, NY 10005
*Counsel for Defendant Grupo Mexico, S.A.*

George Irvin Terrell Jr., Esq.
Baker & Botts L.L.P.
One Shell Plaza
910 Louisiana
Houston, TX 77002
*Counsel for Interested Party Asarco, LLC*