```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
PHILLIP NELSON BURNS, et al.,            :

                        Plaintiffs,      :        07 Civ. 3496 (WHP)

           -against-                     :        ORDER GRANTING
                                                  ADMISSION PRO HAC VICE
GRUPO MEXICO S.A. DE C.V., et al.,       :

                        Defendants.      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/07

WILLIAM H. PAULEY III, District Judge:

        Having reviewed the Notice of Motion and the affidavit of G. Irvin Terrell, sworn to on June 8, 2007, in support of admitting Michael C. Massengale to appear <u>pro hac vice</u>, it is hereby ORDERED that Mr. Massengale be admitted to this Court <u>pro hac vice</u> to represent interested party Asarco, LLC in the above-captioned action.

        The attorney admitted <u>pro hac vice</u> must serve a copy of this Order on all other parties who have appeared in this action.

Dated: June 22, 2007
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record*:

Alan B. Rich, Esq.
Baron & Budd, P.C.
The Centrum
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
*Counsel for Plaintiffs Burns and Pavkovich*

David S. Cohen, Esq.
Milbank Tweed Hadley & McCloy LLP
International Square Building
1850 K Street, NW
Washington, DC 20006

Luc A. Despins, Esq.
Milbank Tweed Hadley & McCloy
One Chase Manhattan Plaza
New York, NY 10005
*Counsel for Defendant Grupo Mexico, S.A.*

George Irvin Terrell Jr., Esq.
Baker & Botts L.L.P.
One Shell Plaza
910 Louisiana
Houston, TX 77002
*Counsel for Interested Party Asarco, LLC*