UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILLIP NELSON BURNS, MIRJANA PAVKOVICH, Administrator of the Estate of Rade Pavkovich, Deceased, and WARREN ELMER HALPAP,<br><br>Plaintiffs,<br><br>-against-<br><br>GRUPO MÉXICO, S.A. de C.V., a Mexican Corporation,<br><br>Defendant. | Case No. 1:07-CV-3496(WHP)<br><br>**JOINT MOTION BY GRUPO MÉXICO S.A.B. DE C.V., ASARCO LLC AND SOUTHERN PERU HOLDINGS, LLC TO EXTEND TIME TO FILE MEMORANDA OF LAW IN OPPOSITION TO PENDING MOTIONS** |

Defendant Grupo México S.A.B. de C.V. ("Grupo México") and ASARCO LLC and Southern Peru Holdings, LLC (together with Grupo México, the "Movants"), submit this unopposed motion for the extension of time for:

> Grupo México to file its response to ASARCO LLC and Southern Peru Holdings, LLC's Motions to Substitute Plaintiffs and to Transfer Venue; and for

> ASARCO LLC and Southern Peru Holdings, LLC to file their response to Grupo México's Motion to Remand or in the Alternative, to Dismiss the Amended Complaint for Improper Service and Lack of Personal Jurisdiction.

The Movants agree that responses shall be filed with the Court and served upon each other on Tuesday, July 10, 2007.

Dated: July 9, 2007

| BAKER BOTTS L.L.P. | MILBANK, TWEED, HADLEY & McCLOY LLP |
|---|---|
| By: *[signature]*<br>G. Irvin Terrell, Jr. (GT-3459)<br>Attorney-in-Charge<br>Texas State Bar No. 19794500<br>Samuel Cooper<br>Texas State Bar No. 00792427<br>Michael Massengale<br>Texas State Bar No. 24003704<br>Rebeca Huddle<br>Texas State Bar No. 24012197<br>910 Louisiana Street<br>One Shell Plaza<br>Houston, Texas 77002-4995<br>(713) 229-1231<br>(713) 229-2831 (facsimile)<br><br>Jack Kinzie<br>Texas State Bar No. 11492130<br>Fernando Rodriguez<br>Texas State Bar No. 24005048<br>Eric A. Söderlund<br>Texas State Bar No. 24037525<br>Thomas E. O'Brien<br>Texas State Bar No. 24046543<br>2001 Ross Avenue<br>Dallas, Texas 75201-2980<br>(214) 953-6500<br>(214) 661-6503 (facsimile) | By: *[signature]*<br>Luc A. Despins (LD 5143)<br>Stacey J. Rappaport (SR 9973)<br>Alan J. Stone (AS 2045)<br>J. Ryan Miller (JM 3370)<br>1 Chase Manhattan Plaza<br>New York, NY 10005-1413<br>(212) 530-5000<br>(212) 530-5219 (facsimile)<br><br>David S. Cohen (DC 1268)<br>Donna F. Mulvihill (DM 6644)<br>International Square Building<br>1850 K Street, NW, Suite 1100<br>Washington D.C. 20006<br>(202) 835-7500<br>(202) 835-7586 (facsimile)<br><br>Attorneys for Defendant<br>GRUPO MÉXICO, S.A. DE C.V., A<br>MEXICAN CORPORATION |

JORDAN, HYDEN, WOMBLE,
CULBRETH & HOLZER, P.C.

Shelby A. Jordan
Texas State Bar No. 11016700
Suite 900, Bank of America
500 North Shoreline
Corpus Christi, Texas 78471
(361) 884-5678
(361) 888-5555 (facsimile)

-and-

Michael J. Urbis
Texas State Bar No. 20414130
1534 E. 6th Street, Suite 104
Brownsville, Texas 78520
(956) 542-1161
(956) 542-0051

Counsel to ASARCO LLC and Southern
Peru Holdings, LLC