# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILLIP NELSON BURNS, MIRJANA PAVKOVICH, Administrator of the Estate of Rade Pavkovich, Deceased, and Warren Elmer Halpap,<br><br>               Plaintiffs,<br><br>   -against-<br><br>GRUPO MEXICO, S.A. de C.V., a Mexican Corporation,<br><br>               Defendant. | Case No. 1:07-CV-3496(WHP)<br><br>Affidavit of Jeff Karsten<br>Regarding Service of Process<br>in Mexico in accordance with the<br>Hague Service Convention |

State of Minnesota      )
                        ) s.s
County of Hennepin    )

The affiant hereby states:

      1.     I am the Manager of the International Division of Civil Action Group/APS International, Ltd. ("CAG"). I am over the age of eighteen and am competent in all respects to attest to the matters set forth herein. I have personal knowledge of the matters set forth herein.

      2.     In my capacity, I have assisted in and effectuated service of thousands of documents abroad, and specifically in Mexico.

      3.     CAG received the documents for service in the above-referenced case, including the Proposed Order, Supplemental Summons and Second Amended Verified Complaint, Supplemental Summons and First Amended Verified Complaint, and the Summons and Verified Complaint with Certification, on or about May 5, 2005 from

plaintiff's counsel Weitz & Luxemberg, P.C. to be served on defendant Grupo Mexico, S.A. de C.V. in accordance with the Hague Convention on the Service of Judicial and Extrajudicial Documents on Civil or Commercial Matters, TIAS #10072, 20 UST 361 (2/10/69) 28 USCA, 1988 Sup. pamphlet page 121.

4.    Upon receipt of the foregoing documents, such documents were translated into Spanish. CAG forwarded two copies of both the English and the Spanish versions of the foregoing documents together with the necessary Hague Service Convention request forms (USM-94) to the Secretaria de Relaciones Exteriores, Direccion General de Asuntos Juridicos, Departamento de Exhortos y Relaciones con Embajadas, the designated Central Authority for Mexico, on May 17, 2005 in accordance with the Hague Service Convention.

5.    Attached as Exhibit A hereto is a true and correct copy of the transmittal letter from the Central Authority to the Local Court to perfect service on the defendant Grupo Mexico, S.A. de C.V. in this matter. The letter reflects that after receipt and review for compliance with the provisions of the Hague Service Convention, the Central Authority then forwarded these documents to a Judicial Clerk assigned to the Local Court for service upon the defendant. It also states that the Request complies with all applicable provisions of the Hague Service Convention.

6.    Attached hereto as Exhibit B is a true and correct copy of the Hague Service Convention Certificate of Service on Grupo Mexico, S.A. de C.V. in Spanish with a translation into English. The Certificate reflects that once the judicial officer perfected service of the foregoing documents upon the defendant Grupo Mexico, S.A. de C.V., he completed the Certificate in accordance with the provisions of Article 6 of

the Hague Service Convention. The Certificate was received by CAG on August 22, 2005, and was thereafter translated into English at the request of Plaintiff's counsel and sent to Plaintiff's counsel on August 23, 2005.

7.    Attached as Exhibit C is a true and correct copy of the transmittal documentation received from the Mexican Central Authority in Spanish with regard to their procedural efforts to serve the defendant Grupo Mexico, S.A. de C.V. in this matter.

8.    Service in the instant matter was requested by Diane Myers of Civil Action Group, who is not a party and is not less than 18 years of age.  Attached hereto as Exhibit D is a true and correct copy of Page 1 of the completed Hague Service Request (USM-94) in the instant matter.  CAG did not hire nor retain any third-party process server to perfect service on the defendant Grupo Mexico, S.A. de C.V. in this matter.

9.    The Order entered by the court to appoint CAG as Special Process Server is not required by New York law and was not intended for the purpose of authorizing a form of service outside of the Hague Service Convention.  The Mexican Government has informed CAG that all Requests for service submitted in accordance with the Hague Service Convention must be accompanied by an Order from the originating court authorizing CAG to request service on a Mexican defendant.

10.    There is no requirement under the Hague Service Convention with regard to any country, including Mexico, that translations be completed by an authorized translator under the Mexican federal courts, nor does Mexico make any such requirement in its Declaration to the Convention. Attached as Exhibit E is a true and correct copy of Mexico's Declaration and Article 5 of the Convention.

3

11.    Based on my experience, if <u>any</u> part of the Request in the instant matter did not comply with the Mexican government's standards, the Request would have been returned unexecuted in accordance with Article 4 of the Hague Service Convention with an accompanying letter listing any deficiencies.

12.    In this matter, however, the Certificate completed by the Mexican judicial official of the Thirty-fifth Civil Court reflects that service was done in accordance with the Hague Service Convention, the laws of Mexico and the laws of the United States.

Further affiant sayeth naught.

Subscribed and sworn
before me this 5th
day of July, 2007.

by _Glenda Fichtner_
        Notary Public

GLENDA E. FICHTNER
NOTARY PUBLIC-MINNESOTA
MY COMMISSION EXPIRES 1-31-2010

_Jeff Karsten_
Civil Action Group
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122
(800) 328-7171

4

# EXHIBIT A
# TO
# EXHIBIT 1



SECRETARIA DE RELACIONES EXTERIORES

Dependencia: **DIRECCIÓN GENERAL DE ASUNTOS JURÍDICOS. DIRECCIÓN DE ASISTENCIA JURÍDICA INTERNACIONAL**

Número: ASJ-

Expediente: 541-1-1404/05    22021

**RESERVADA**

**Asunto:** SE REMITE EXHORTO PARA SU DILIGENCIACIÓN.

Tlatelolco, D.F., a    1 4 ....

**MAGDO. DR. JOSÉ GUADALUPE CARRERA DOMÍNGUEZ.**
**PRESIDENTE DEL TRIBUNAL SUPERIOR DE**
**JUSTICIA DEL DISTRITO FEDERAL.**
**P R E S E N T E.**

           Se acompaña al presente carta rogatoria librada por el Tribunal Supremo del Estado de Nueva York, Condado de Nueva York, E.U.A., deducida de la Causa No. 04/114728 promovida por **PHILLIP NELSON BURNS Y OTROS** en contra de **GRUPO MÉXICO, S.A. DE C.V. Y OTROS.**

           Sobre el particular, se considera que la rogatoria de mérito cumple con los requisitos legales establecidos en los artículos 1, 2, 3 y 5 del Convenio Sobre la Notificación o el Traslado en el Extranjero de Documentos Judiciales o Extrajudiciales en Materia Civil o Comercial, (publicado en el Diario Oficial de la Federación el 16 de febrero del 2001) en virtud de lo siguiente:

- Que se trata de un asunto en materia civil, en virtud de que se solicita el emplazamiento a la parte demandada en conexión con una acción entablada en el Tribunal Supremo del Estado de Nueva York, Condado de Nueva York, Estados Unidos de América;

- Que dicha carta rogatoria fue presentada ante la Dirección General de Asuntos Jurídicos de la Secretaría de Relaciones Exteriores, quien es la Autoridad Central designada por el gobierno de México para la recepción de las peticiones de notificación o traslado de documentos judiciales o extrajudiciales provenientes de otros Estados Parte;

- Que la petición se presenta conforme a la fórmula modelo que establece el Convenio Sobre la Notificación o el Traslado en el Extranjero de Documentos Judiciales o Extrajudiciales en Materia Civil o Comercial, sin que sea necesaria la legalización de los documentos ni otra formalidad análoga;

- Que los documentos enviados se encuentran acompañados con su debida traducción al idioma español;

- Que a la petición se acompaña copia del documento judicial en doble ejemplar;

...



SECRETARIA DE RELACIONES EXTERIORES

Dependencia: DIRECCIÓN GENERAL DE ASUNTOS JURÍDICOS. DIRECCIÓN DE ASISTENCIA JURÍDICA INTERNACIONAL

Número: ASJ

Expediente:

Asunto: 22021

-2-

Dado lo anterior, con fundamento en lo establecido en los artículos 5 del Convenio Sobre la Notificación o el Traslado en el Extranjero de Documentos Judiciales o Extrajudiciales en Materia Civil o Comercial, 28 fracción XI de la Ley Orgánica de la Administración Pública Federal y 34 fracción IX del Reglamento Interior de la Secretaría de Relaciones Exteriores, solicito a usted que de encontrarla ajustada a derecho, la remita al Juez que corresponda, a fin de que se acuerde su despacho y se practique la diligencia solicitada consistente en notificar a la empresa GRUPO MÉXICO, S.A. DE C.V., con domicilio en Avenida Baja California No. 200, Colonia Roma Sur, 06760, México, D.F., el contenido de los documentos que se acompañan al presente, haciendo de su conocimiento que tiene un término de 30 días después de la notificación, para entregar una copia de contestación a los abogados demandantes, con el apercibimiento decretado en la rogatoria que nos ocupa.

Cabe señalar que de conformidad con lo establecido en la declaración formulada por México al artículo 6 del instrumento internacional en cita, el Juzgado que tenga conocimiento de la rogatoria que se envía será el encargado de expedir una certificación conforme a la fórmula modelo que se anexa, en la que se debe hacer constar: la forma, lugar y fecha del cumplimiento, así como la persona a la que el documento haya sido remitido, o en su caso los motivos por los cuales no se pudo llevar a cabo la notificación solicitada.

Una vez efectuada la diligencia, le agradeceré remitir a la brevedad a esta Area Jurídica las constancias de lo actuado y el original del documento exhortatorio para proceder a su devolución a la autoridad requirente.

ATENTAMENTE,
LA SUBDIRECTORA DE AUXILIO
JUDICIAL INTERNACIONAL,

LIC. MARÍA CRISTINA AYALA PALACIOS.

ANEXO: DOCUMENTACIÓN SEÑALADA.

C.c.p. Arlene Myers, Sección Internacional, APS International Plaza. 7800 Glenroy Road, Minneapolis, Minnesota, E.U.A.- Para su Conocimiento.
MCA/JM/MG
(DG09182)

Al contestar este oficio, exciter los datos contenidos en el ángulo superior derecho.

| | | |
|---|---|---|
| UNITED MEXICAN STATES | **Department:** | OFFICE OF THE GENERAL DIRECTORATE |
| MINISTRY OF FOREIGN RELATIONS | | OF LEGAL MATTERS. |
| | | INTERNATIONAL JUDICIAL ASSISTANCE |
| | **Number:** | ASJ- |
| | **File:** | 541-1-1404/05        22021 |
| | | RESERVED |
| | **Matter:** | LETTER ROGATORY IS SENT FOR |
| | | SERVICE PROCEEDINGS. |

Tlatelolco, D.F., on   JUNE 14, 2005

**MAGISTRATE DR. JOSÉ GUADALUPE CARRERA DOMIÍNGUEZ.**
**PRESIDENT OF THE SUPERIOR COURT OF**
**JUSTICE OF THE FEDERAL DISTRICT.**
**PRESENT.**

A Letter Rogatory is attached to the present, issued by the Supreme Court of the State of New York, New York County, U.S.A., from Cause No. 04/114728 brought by **PHILLIP NELSON BURNS ET AL.** against **GRUPO MEXICO, S.A. DE C.V. ET AL.**

About the matter, the Letter Rogatory is considered to comply with the legal requirements established in articles 1, 2, 3 and 5 of the Convention on the Service Abroad of Judicial or Extrajudicial Documents in Civil or Commercial Matters, (published in the Official Daily News of the Federation on February 16, 2001) by virtue of the following:

- That it deals with a civil matter, by virtue of which it requests summonsing of a defendant in connection with an action filed in the Supreme Court of the State of New York, New York County, United States of America;

- That said Letter Rogatory was presented to the Office of the General Directorate of Legal Matters of the Ministry of Foreign Relations, who is the Central Authority designated by the Mexican government to receive requests for service of judicial or extrajudicial documents coming from other State Parties;

- That the request is presented conforming to the model form established by the Convention on the Service Abroad of Judicial or Extrajudicial Documents in Civil or Commercial Matters, without any requirement of legalization of the documents or other equivalent formality;

- That the documents sent are accompanied by their proper translation to the Spanish language;

- That the request is accompanied by a copy of the judicial document, in duplicate;

UNITED MEXICAN STATES  **Department:**  OFFICE OF THE GENERAL DIRECTORATE
MINISTRY OF FOREIGN RELATIONS    OF LEGAL MATTERS.
               INTERNATIONAL JUDICIAL ASSISTANCE
        **Number:**  ASJ
        **File:**

        **Matter:**  **22021**

-2-

   Given the foregoing, with basis in what is established in article 5 of the Convention on the Service Abroad of Judicial or Extrajudicial Documents in Civil or Commercial Matters, 28 section XI of the Organic Law of Federal Public Administration and 34 section IX of the Internal Regulations of the Ministry of Foreign Relations, I request that you, upon finding it in agreement with law, send it to the corresponding judge, so that court order be accorded and the proceedings requested be carried out, consisting of serving the company GRUPO MEXICO, S.A. DE C.V., with address at 'Avenida Baja California No. 200, Colonia Roma Sur, 06760 Mexico, D.F.', the content of the documents that accompany the present, letting them know that they have a 30 day period after service, to serve a copy of their answer on plaintiffs' attorneys, with the warning decreed in the Letter Rogatory we are dealing with.

   It is worth indicating that in accordance with what is established in the declaration formulated by Mexico to article 6 of the aforementioned international convention, the Court having knowledge of the Letter Rogatory to which it is sent, will be in charge of issuing a Certificate conforming to the attached model form, in which should be put on record: the manner, place and date of completion, as well as the person to whom the document has been remitted, or in the alternate the reasons for which the requested service could not be carried out.

   Once the proceedings are completed, please send the record of the proceedings undertaken and the original request document to this Judicial Area as soon as possible, in order to proceed to its return to the requesting authority.

**SINCERELY,**
**THE SUB-DIRECTOR OF INTERNATIONAL**
**JUDICIAL ASSISTANCE,**

*[Illegible signature]*
**Licentiate MARIA CRISTINA AYALA PALACIOS.**

**ENCLOSURE:** DOCUMENTS INDICATED.

CC: Diane Myers, International Section, APS International Plaza, 7800 Glenroy Road, Minneapolis, Minnesota, U.S.A. -
For your information.
[Illegible] JMMG
(DG09132)

# EXHIBIT B
# TO
# EXHIBIT 1

bre del Caso: Burns  contra  Grupo México S.A. de C.V.
mandado: Grupo México, S.A. de C.V.
ro. de Expediente del Tribunal: 04/114728

## CERTIFICACIÓN/

246

a autoridad infrascrita tiene el honor de certificar, conforme al artículo 6 de dicho Convenio,

Que la petición ha sido ejecutada*

- El (fecha) *Primero de Julio del Dos mil cinco*

- En (localidad, calle, número) *Avenida Baja California número 200, Colonia Roma Sur*
*C.P. 06760, en México Distrito Federal*

- En una de las formas siguientes previstas en el artículo quinto:

[ ] (a)  Según las formas legales (artículo 5, párrafo primero, letra a)*.

[ ] (b)  Según la forma particular siguiente*:

_____

[ ] (c)  Por simple entrega al destinatario que lo aceptó voluntariamente*.

s documentos mencionados en la petición han sido entregados a:

(identidad y calidad de la persona) *Daniel Estrada Martens Estrada. Credencial del*
*Instituto Federal Electoral número 0000009045001.*

Vínculos de parentesco, subordinación y otros, con el destinatario del documento:

*Dijo ser Empleado de la sociedad buscada.*

Que la petición no ha sido ejecutada en razón a los hechos siguientes*:

_____
_____

Iforme al artículo 12, párrafo segundo, de dicho Convenio, se ruega al requirente el pago o reembolso de los gastos cuyo
Ile figura en la declaración adjunta*.

MERACIÓN DE LOS DOCUMENTOS: Orden Propuesta, Citación Suplementaria y Segunda Demanda Modificada Verificada, Citación
ementaria y Primera Demanda Modificada Verificada, Citación y Demanda Verificada con Certificación, Elementos Esenciales del
mento, Traducción

tos:
_____

mentos reenviados:
_____

I caso, los documentos justificativos de la ejecución:
_____
_____

Hecho en *México, Distrito Federal*
de *Julio*    el *Primero*
                          de *Dos mil cinco*

Firma y sello

*Lic. Neftali Segovia Zárate*

Name: Burns  vs.  Grupo Mexico S.A. de C.V.
Defendant:  Grupo Mexico, S.A. de C.V.
Court Case No.:  04/114728                                                                          *246*

## CERTIFICATE

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

1)    that the request has been executed*

        - the (date)    _First  of  July  of  two  thousand  five_

        - at (place, street, number)   _Baja California Avenue number 200, [District] Colonia Roma Sur,_
_C. P.  06760, in  Mexico  Federal District_

        - in one of the following methods authorised by article 5-

        [  ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.

        [  ]  (b)  in accordance with the following particular method*: _____

        [  ]  (c)  by delivery to the addressee, who accepted it voluntarily.*

The documents referred to in the request have been delivered to:
_[Illegible Court Seal]_

        - (identity and description of person)   _Daniel Estrada Martens Estrada, ID Credentials from the_
_Federal Electoral Institute number  0000009045001._
        - relationship to the addressee (family, business or other):
_Said he was an employee of the company sought._

2)    that the document has not been served, by reason of the following facts*:

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

LIST OF DOCUMENTS: Proposed Order, Supplemental Summons and Second Amended Verified Complaint, Supplemental Summons and First Amended Verified Complaint, Summons and Verified Complaint with Certification, Summary of the Document to be Served, Translation

Annexes

Documents returned:

_____
_____
_____

In appropriate cases, documents establishing the service:

_____
_____
_____

Done at _Mexico, Federal District_  the  _first_
of  ___July___  of  _two thousand five_

Signature and/or stamp.   _[Court Seal]_
        _Thirty-fifth Civil Court_
        _Mexico, D.F., United Mexican States_
_[Illegible signature]_
_Licentiate Neftali Segovia Zarate_

*    Delete if inappropriate.                              2

# EXHIBIT C
# TO
# EXHIBIT 1



SECRETARIA DE RELACIONES EXTERIORES

Dependencia: Dirección General de Asuntos Jurídicos. Dirección de Asistencia Jurídica Internacional.

Número: ASJ – **31303**
Expediente: 541-1-1404/05

**R E S E R V A D A**

Asunto: **SE REMITE CARTA ROGATORIA Y CONSTANCIAS DE LO ACTUADO.**

Tlatelolco, D.F., **1 9 AGO. 2005**

DIANE K. MYERS.
APS INTERNATIONAL, LTD.
7800 Glenroy Road, Minneapolis,
Minnesota 55439-3122, E.U.A.
P R E S E N T E.

Me refiero a la carta rogatoria librada por el Tribunal Supremo del Estado de Nueva York, Condado de Nueva York, E.U.A., deducida de la Causa No. 04/114728, promovida por **PHILLIP NELSON BURNS Y OTROS**, en contra de **GRUPO MÉXICO, S.A. DE C.V. Y OTROS.**

Sobre el particular, me permito comunicarle que el Juzgado Trigésimo Quinto de lo Civil del Distrito Federal, remitió a esta Área Jurídica la rogatoria de mérito, junto con las constancias de lo actuado, de las que se desprende que se dio cumplimiento con el auxilio jurídico solicitado.

Lo anterior se comunica y remite a usted, para los efectos legales a que haya lugar, esperando con ello tener por atendida su petición. Se solicita enviar a esta Secretaría el acuse de recibo correspondiente.

A T E N T A M E N T E,
LA ENCARGADA DEL DEPARTAMENTO
DE EXHORTOS Y CARTAS ROGATORIAS.

LIC. ILLIANA OLIVARES QUIÑONES.

Anexo: Documentación señalada.

VGG
(DG12751)

Al contestar este oficio, cítense los datos contenidos en el ángulo superior derecho.

_____ **SECRETARÍA**

**INDICE NÚM.** _____



**PODER JUDICIAL DEL FUERO COMUN**

## CIUDAD DE MÉXICO, D.F.

**JUZGADO** TRIGESIMO QUINTO DE LO CIVIL

**ACTOR** NELSON BURNS PHILLIP Y OTROS

**DEMANDADO** GRUPO MEXICO, S.A. DE C.V. Y OTRO

**JUICIO** OTROS

**CUADERNO** _____

**DOMICILIO DEL ACTOR** _____

**DOMICILIO DEL DEMANDADO** _____

**JUEZ**                                    **SECRETARIO**

**C. LIC.** SANDRA LUZ DIAZ ORTIZ          **C. LIC.** MANUEL ALFONSO CORTES BUSTOS

**AGENTE DEL MINISTERIO PÚBLICO**

**C. LIC.** _____

**COMENZÓ EL** _____ DE _____ DE 20 ___

**CONCLUYÓ EL** _____ DE _____ DE 20 ___

" 150 AÑOS IMPARTIENDO JUSTICIA "

D.F. (T. S. de J.) Presid.-5.

001

TRIBUNAL SUPERIOR
DE JUSTICIA
DISTRITO...

2 5 JUN 20  A.11: 24

C. JUEZ TRIGESIMO QUINTO CIVIL DEL D.F.
P R E S E N T E.

PRESIDENCIA

299

Con el oficio número ASJ.-22021 de fecha catorce
de junio de 2005, suscrito por la C. LIC. MARIA CRISTINA AYALA
PALACIOS SUBDIRECTORA DE AUXILIO JUDICIAL INTERNACIONAL, remite
la Secretaría de Relaciones Exteriores carta rogatoria en
DOSCIENTOS TREINTA Y NUEVE FOJAS Y UN JUEGO DE COPIAS DE
TRASLADO, librada por el Tribunal Supremo del Estado de Nueva
York, Condado de Nueva York, E.U.A. deducida de la Causa No.
04/114728 promovida por PHILLIP NELSON BURNS Y OTROS en contra
de GRUPO MEXICO, S.A. DE C.V. Y OTROS. Con fundamento en
el artículo 36 fracción VI de la Ley Orgánica del Tribunal
Superior de Justicia del Distrito Federal, y 50 fracción
V de la propia Ley, la remito a Usted para que se sirva diligen-
ciarla en sus términos en caso de encontrarla ajustada a derecho.

Reitero a Usted, mi más atenta y distinguida
consideración.

PRESIDENCIA

SUFRAGIO EFECTIVO. NO REELECCION.
...co, D.F. a 17 de junio de 2005
JEFE DE LA OFICIALIA DE PARTES DE
LA PRESIDENCIA.

LIC. PILAR ISABEL SANCHEZ.

OFICIALIA DE PARTES

c.c.p. C. Direc. Gral. de Asuntos Jurídicos Dirección de Asisten
cia Jurídica Internacional como acuse al Of. No.ASJ.-22021
de fecha 14 de junio de 2005.

/ehs.



SECRETARÍA DE RELACIONES EXTERIORES

Dependencia: **DIRECCIÓN GENERAL DE ASUNTOS JURÍDICOS. - DIRECCIÓN DE ASISTENCIA JURÍDICA INTERNACIONAL**

Número: ASJ                                003

Expediente:

Asunto:                                22021

-2-

Dado lo anterior, con fundamento en lo establecido en los artículos 5 del Convenio Sobre la Notificación o el Traslado en el Extranjero de Documentos Judiciales o Extrajudiciales en Materia Civil o Comercial, 28 fracción XI de la Ley Orgánica de la Administración Pública Federal y 34 fracción IX del Reglamento Interior de la Secretaría de Relaciones Exteriores, solicito a usted que de encontrarla ajustada a derecho, la remita al Juez que corresponda, a fin de que se acuerde su despacho y se practique la diligencia solicitada consistente en notificar a la empresa GRUPO MÉXICO, S.A. DE C.V., con domicilio en Avenida Baja California No. 200, Colonia Roma Sur, 06760, México, D.F., el contenido de los documentos que se acompañan al presente, haciendo de su conocimiento que tiene un término de 30 días después de la notificación, para entregar una copia de contestación a los abogados demandantes, con el apercibimiento decretado en la rogatoria que nos ocupa.

Cabe señalar que de conformidad con lo establecido en la declaración formulada por México al artículo 6 del instrumento internacional en cita, el Juzgado que tenga conocimiento de la rogatoria que se envía será el encargado de expedir una certificación conforme a la fórmula modelo que se anexa, en la que se debe hacer constar: la forma, lugar y fecha del cumplimiento, así como la persona a la que el documento haya sido remitido, o en su caso los motivos por los cuales no se pudo llevar a cabo la notificación solicitada.

Una vez efectuada la diligencia, le agradeceré remitir a la brevedad a esta Area Jurídica las constancias de lo actuado y el original del documento exhortatorio para proceder a su devolución a la autoridad requirente.

ATENTAMENTE,
LA SUBDIRECTORA DE AUXILIO
JUDICIAL INTERNACIONAL,

LIC. MARÍA CRISTINA AYALA PALACIOS.

ANEXO: DOCUMENTACIÓN SEÑALADA.

C.c.p. Diene Myers, Sección Internacional, APS International Plaza. 7800 Glenroy Road, Minneapolis, Minnesota, E.U.A.- Para su conocimiento.
DG/JMV/G
(DG09132)

```
        TSJDF/C35/0502/2005              OFIC: 016299
OED 7779          17/06/2005    12:20:20      82
OED 7779       JUZGADO     35 - TRIGESIMO QUINTO TSJDF
OED 7779          199        CIVIL           0502/2005
```

EL REQUIRENTE ESTA AUTORIZADO HACER NOTIFICACIONES JUDICIALES BAJO EL CODIGO FEDERAL DE PROCEDIMIENTO CIVIL DE LOS
ESTADOS UNIDOS Y BAJO EL CODIGO DE PROCEDIMIENTO CIVIL DEL ESTADO DE: Nueva York

## PETICIÓN

004

## A LOS FINES DE NOTIFICACIÓN O TRASLADO EN EL EXTRANJERO
## DE DOCUMENTO JUDICIAL O EXTRAJUDICIAL

Convenio relativo a la notificación o traslado en el extranjero de documentos judiciales o extrajudiciales
en materia civil o comercial, firmado en La Haya el 15 de noviembre de 1965.

| Identidad y dirección del requirente: | Dirección de la autoridad destinataria: |
|---|---|
| Diane K. Myers<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>USA (EUA)<br>Tel. 952.831.7776      Fax: 952.831.8150<br>Email: DMyers@CivilActionGroup.com | Secretaría de Relaciones Exteriores<br>Dirección General de Asuntos Jurídicos<br>Departamento de Exhortos y Relaciones<br>con Embajadas<br>Flores Magón No. 1, Col. Tlatelolco<br>México D.F.<br>06995<br>México |

El requirente infrascrito tiene el honor de remitir – en doble ejemplar – a la autoridad destinataria los documentos
abajo enumerados, rogándole, conforme al artículo 5 del Convenio precitado, haga remitir sin demora un ejemplar
al destinatario, a saber:

(Identidad y dirección)    Grupo México, S.A. de C.V.
Avenida Baja California 200, Colonia Roma Sur, 06760  Ciudad de México,  México
                    Teléfono:

X| (a)  Según las formas legales (artículo 5, párrafo primero, letra a)*.

| (b)  Según la forma particular siguiente  (artículo 5, párrafo primero, letra b)*: _____
_____
_____

| (c)  En su caso, por simple entrega al interesado, si acepta voluntariamente (artículo 5, párrafo segundo)*.

Se ruega a esa autoridad envíe o haga enviar al requirente un ejemplar del documento - y de sus anexos - con la
certificación que figura al dorso.

Enumeración de los documentos:

Orden Propuesta
Citación Suplementaria y Segunda Demanda
Modificada Verificada
Citación Suplementaria y Primera Demanda
Modificada Verificada
Citación y Demanda Verificada con Certificación
Elementos Esenciales del Documento
Traducción

Hecho en  Miniápolis, Minnesota EUA   el 17 de mayo
de 2005

Firma y/o sello.

*Tachar las menciones inútiles.*

(Anteriormente OBD-116 que anteriormente fue LAA-116,        USM-94
los dos pueden ser utilizados)                 (Est. 11/22/77)

006

## ELEMENTOS ESENCIALES DEL DOCUMENTO

Convenio relativo a la notificación o traslado en el extranjero de documentos judiciales o extrajudiciales
en materia civil o comercial, firmado en La Haya el 15 de noviembre de 1965.

(artículo 5, párrafo cuarto)

bre y dirección de la autoridad requirente:    Diane K. Myers
                                    APS INTERNATIONAL, LTD
        APS International Plaza, 7800 Glenroy Road, Minneapolis, Minnesota  55439-3122, USA (EUA)

ntidad de las partes*:    Burns  contra  Grupo México S.A. de C.V.

MERACIÓN DE LOS DOCUMENTOS:  Orden Propuesta, Citación  Suplementaria  y  Segunda Demanda Modificada Verificada, Citación
mentaria y  Primera Demanda Modificada Verificada,  Citación  y  Demanda Verificada con Certificación, Elementos Esenciales del
mento, Traducción

### DOCUMENTO JUDICIAL**

raleza y objeto del documento:  El objeto de este documento es  para informar a  Grupo México, S.A. de C.V.
 ha iniciado en su contra un litigio civil  y que ha sido unida como demandado.
raleza y objeto del procedimiento y, en su caso, cuantía del litigio:
clamo de los demandantes contra el demandado es para daños y perjuicios y otro resarcimiento en una cantidad a ser determinada
o el resultado del fraude implícito, fraude efectivo y transferencia fraudulenta del demandado.

a y lugar para verificar la comparecencia**:
mandado tiene que contestar la demanda y entregar una copia de la contestación a los abogados de los demandantes, WEITZ &
ENBERG, P.C., 180 Maiden Lane, Nueva York, NY 10038 EUA / BARON & BUDD, The Centrum, Suite 1100, 3102 Oak
Avenue, Dallas, Tejas 75219 EUA  dentro de 30 días después de la notificación de los documentos adjuntos.
ridad judicial que ha dictado la resolución**:
                    no aplica

a de la resolución**:              no aplica
ación de los plazos que figuran en el documento**:
mandado tiene 30 días después de la notificación de los documentos adjuntos para contestar la demanda y entregar una copia de
testación a los abogados de los demandantes
a de hacerlo puede resultar en que los demandante(s) reciban una sentencia en rebeldía contra el demandado para el desagravio
o en la demanda.

### DOCUMENTO EXTRAJUDICIAL**

raleza y objeto del documento:              no aplica


ción de los plazos que figuran en el documento **:      no aplica


e lugar,  identidad y dirección de la persona interesada en  la  remisión del documento.

ar las menciones inútiles.                    3

Con el oficio que envía la Presidencia de este H. Tribunal, se tienen por recibida la carta rogatoria librada por el Tribunal Supremo del Estado de Nueva York, Condado de Nueva York, E.U.A. por conducto de la Secretaría de Relaciones Exteriores, fórmese expediente y regístrese en el Libro de Gobierno bajo el número 502/2005 y en consecuencia, como lo solicita la Autoridad Remitente, procédase a realizar el emplazamiento en la forma y términos indicados en la apostilla que se contiene, a la Persona Moral denominada GRUPO MEXICO, S.A. DE C.V., en el domicilio indicado, por conducto del C. Secretario Conciliador adscrito a este Juzgado, en términos de la fracción V del artículo 60 de la Ley Orgánica del Tribunal Superior de Justicia del Distrito Federal, y hecho que sea, devuélvase a la Secretaría de Relaciones Exteriores para que por su conducto sea devuelta a su lugar de origen por los conductos legales debidos.- Notifíquese, lo proveyó y firma la C. Juez Trigésimo Quinto de lo Civil en el Distrito Federal, ante su C. Secretario de acuerdos, que autoriza y da fe. -

EN EL "BOLETIN JUDICIAL" No. 119
DIA 22 DE JULIO

Recibí esta pagina
que Nester Garcia Zonta
27/6/05

"150 años impartiendo justicia."

JUZGADO 35° CIVIL
Secretaria "B"
Exp. 502/2005

DOMICILIO: AVENIDA BAJA CALIFORNIA NUMERO 200, COLONIA ROMA SUR, 06760, MÉXICO DISTRITO FEDERAL.

C E D U L A    D E    N O T I F I C A C I O N.

SEÑOR: PERSONA MORAL DENOMINADA GRUPO MÉXICO S.A. DE C.V.

EN LOS AUTOS RELATIVOS A LA CARTA ROGATORIA NUMERO 04/114728, promovida por NELSON BURNS PHILLIP Y OTROS., en contra de GRUPO MÉXICO, S.A. DE C.V. Y OTRO, LA C. JUEZ TRIGÉSIMO QUINTO DE LO CIVIL DICTO UN AUTO QUE A LA LETRA DICE:

MÉXICO, DISTRITO FEDERAL, A VEINTIUNO DE JUNIO DEL DOS MIL CINCO. Con el oficio que envía la Presidencia de este H. Tribunal, se tienen por recibida la carta rogatoria librada por el Tribunal Supremo del Estado de Nueva York, Condado de Nueva York, E.U.A. por conducto de la Secretaria de Relaciones Exteriores, fórmese expediente y regístrese en el Libro de Gobierno bajo el número 502/2005, y en consecuencia, como lo solicita la Autoridad Remitente, procédase a realizar el emplazamiento en la forma y términos indicados en la apostilla que se contiene a la Persona Moral denominada GRUPO MÉXICO, S.A. DE C.V., en el domicilio indicado por conducto del C. Secretario Conciliador adscrito a este Juzgado, en términos de la fracción V del artículo 60 de la Ley Orgánica del Tribunal Superior de Justicia del Distrito Federal, y hecho que sea, devuélvase a la Secretaria de Relaciones Exteriores para que por su conducto sea devuelta a su lugar de origen por lo conductos legales debidos.-Notifíquese. Lo proveyó y firma la C. Juez Trigésimo Quinto de lo Civil en el Distrito Federal, ante su C. Secretaria de acuerdos por Ministerio de Ley, que autoriza y da fe.

DOS FIRMAS ILEGIBLES, SELLO RUBRICAS.------------------------------
ACOMPAÑANDO AL EFECTO LOS DOCUMENTOS A NOTIFICAR.

Lo que notifico a Usted por medio del presente instructivo, en virtud de no haber esperado al suscrito; instructivo que dejo a _____

México, D. F., a _____ de _____ de 2005.
El Secretario Actuario

cfr.

ombre del Caso: Burns contra Grupo México S.A. de C.V.
emandado: Grupo México, S.A. de C.V.
ro. de Expediente del Tribunal: 04/114728

## CERTIFICACIÓN/

246

a autoridad infrascrita tiene el honor de certificar, conforme al artículo 6 de dicho Convenio,

Que la petición ha sido ejecutada*

- El (fecha) *Primero de Julio del Dos mil cinco*

- En (localidad, calle, número) *Avenida Baja California número 200, Colonia Roma Sur*
*C.P. 06760, en México Distrito Federal*

- En una de las formas siguientes previstas en el artículo quinto:

[ ] (a) Según las formas legales (artículo 5, párrafo primero, letra a)*.

[ ] (b) Según la forma particular siguiente*: _____

_____

[ ] (c) Por simple entrega al destinatario que lo aceptó voluntariamente*.

s documentos mencionados en la petición han sido entregados a:

(identidad y calidad de la persona) *Daniel Estrada Martens Estrada. Credencial del Instituto Federal Electoral número 000000 9045001.*

Vínculos de parentesco, subordinación y otros, con el destinatario del documento:

*Dijo ser Empleado de la sociedad demandada.*

Que la petición no ha sido ejecutada en razón a los hechos siguientes*:

_____

_____

forme al artículo 12, párrafo segundo, de dicho Convenio, se ruega al requirente el pago o reembolso de los gastos cuyo lle figura en la declaración adjunta*.

MERACIÓN DE LOS DOCUMENTOS: Orden Propuesta, Citación Suplementaria y Segunda Demanda Modificada Verificada, Citación ementaria y Primera Demanda Modificada Verificada, Citación y Demanda Verificada con Certificación, Elementos Esenciales del mento, Traducción

tos:

umentos reenviados:

_____

_____

Hecho en *México Distrito Federal* el *primer* de *Julio* de *dos mil*

Firma ...

*Lic Neftali Segovia Zárate*

Segovia Zárate, Secretario Conciliador del Juzgado Trigésimo Quinto de lo Civil de esta entidad, y en uso de las facultades que me confiere la Ley Orgánica de este Tribunal, me constituí legalmente en la calle de AVENIDA BAJA CALIFORNIA NUMERO DOSCIENTOS, COLONIA ROMA SUR, C.P. 06760, EN MEXICO DISTRITO FEDERAL, el cual tiene las siguientes características: Inmueble ubicado esquina con calle Tlacotalpan, en múltiples pisos, aluminio color oro, con mármol gris, puertas en vidrios de espejo, estructura en aluminio, con una especie de estatua del lado derecho en la calle, procediendo a tocar la puerta de entrada en el inmueble atendiéndome una persona del sexo masculino, de tez blanca, complexión delgada, de aproximadamente un metro ochenta centímetros de altura, usaba anteojos, la cual dijo llamarse DANIEL ESTRADA MARTENS ESTRADA, quien se identificó como tal con credencial para votar con fotografía con número de folio cero, cero, cero, cero, cero, cero, nueve, cero, cuatro, cinco, uno, cero, cero, expedida a su favor por el Instituto Federal Electoral, persona que le comunique acudía del juzgado Trigésimo Quinto de lo Civil de esta ciudad en busca de PERSONA MORAL DENOMINADA GRUPO MÉXICO S.A. DE C.V., contestándome que efectivamente ES EL DOMICILIO MARCADO POR LA CÉDULA DE NOTIFICACIÓN, QUE SON LAS INSTALACIONES DE GRUPO MÉXICO S.A. DE C.V. Y QUE EL ES EMPLEADO DE LA SOCIEDAD, por lo que tomando en consideración lo anterior y previa identificación oficial del suscrito, procedí a notificarle el auto de fecha veintiuno de junio del año en curso, dictado por la titular del juzgado en que se actúa comunicándole sobre LA CARTA ROGATORIA RECIBIDA EN EL JUZGADO LIBRADA POR EL TRIBUNAL SUPREMO DEL ESTADO DE NUEVA YORK, CONDADO DE NUEVA YORK, E.U.A. POR LO QUE DEBERÁ DAR CONTESTACIÓN A LA DEMANDA INSTAURADA EN SU CONTRA EN LOS TÉRMINOS A QUE HACE REFERENCIA DICHO DOCUMENTO OFICIAL, para ello se le entregaron las COPIAS RESPECTIVAS EN MÚLTIPLES FOJAS, Con lo que concluyó la presente FIRMANDO DE RECIBIDO LA PERSONA QUE ME ATIENDE POR ASÍ ESTIMARLO CONVENIENTE, dando cuenta a la C. Juez, para los efectos legales a que haya lugar. Doy.

LIC. NEFTALI SEGOVIA ZÁRATE
SECRETARIO CONCILIADOR DEL

16                                                          248

México, Distrito Federal a cinco de julio de dos mil cinco.

Agréguese a sus autos la cédula de notificación y se tiene

por practicada la misma, para los efectos legales conducentes.

Notifíquese. Lo proveyó y firma la C. Juez Trigésimo Quinto de

lo Civil ante su Secretario (a) de Acuerdos que autoriza y da fe.

IMO QUINTO
VIL

EN EL "BOLETIN JUDICIAL" No. _____ CORRESPONDIENTE AL
DIA 6 DE Julio _____ DE 20 05
SE HIZO LA PUBLICACIÓN DE LEY, CONSTE.
EN 7 DE Julio _____ DEL 20 05 A LAS DOCE DEL DÍA
SURTIÓ SUS EFECTOS LA NOTIFICACIÓN DEL AUTO ANTERIOR, CONSTE

EN EL "BOLETIN JUDICIAL" No. 5 _____ CORRESPONDIENTE AL
DIA 7 DE Junio _____ DE 20 05
SE HIZO LA PUBLICACIÓN DE LEY, CONSTE.
EN 8 DE Julio _____

# EXHIBIT D
# TO
# EXHIBIT 1

EL REQUIRENTE ESTA AUTORIZADO HACER NOTIFICACIONES JUDICIALES BAJO EL CODIGO FEDERAL DE PROCEDIMIENTO CIVIL DE LOS
ESTADOS UNIDOS Y BAJO EL CODIGO DE PROCEDIMIENTO CIVIL DEL ESTADO DE: Nueva York

## PETICIÓN

004

## A LOS FINES DE NOTIFICACIÓN O TRASLADO EN EL EXTRANJERO
## DE DOCUMENTO JUDICIAL O EXTRAJUDICIAL

Convenio relativo a la notificación o traslado en el extranjero de documentos judiciales o extrajudiciales
en materia civil o comercial, firmado en La Haya el 15 de noviembre de 1965.

| Identidad y dirección del requirente: | Dirección de la autoridad destinataria: |
|---|---|
| Diane K. Myers<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122<br>USA (EUA)<br>Tel. 952.831.7776      Fax: 952.831.8150<br>Email: DMyers@CivilActionGroup.com | Secretaría de Relaciones Exteriores<br>Dirección General de Asuntos Jurídicos<br>Departamento de Exhortos y Relaciones<br>con Embajadas<br>Flores Magón No. 1, Col. Tlatelolco<br>México D.F.<br>06995<br>México |

El requirente infrascrito tiene el honor de remitir - en doble ejemplar - a la autoridad destinataria los documentos
abajo enumerados, rogándole, conforme al artículo 5 del Convenio precitado, haga remitir sin demora un ejemplar
al destinatario, a saber:

(Identidad y dirección)    Grupo México, S.A. de C.V.

    Avenida Baja California 200, Colonia Roma Sur,  06760  Ciudad de México,  México
                    Teléfono:

|X| (a) Según las formas legales (artículo 5, párrafo primero, letra a)*.

| (b) Según la forma particular siguiente  (artículo 5, párrafo primero, letra b)*: _____

_____

| (c) En su caso, por simple entrega al interesado, si acepta voluntariamente (artículo 5, párrafo segundo)*.

Se ruega a esa autoridad envíe o haga enviar al requirente un ejemplar del documento - y de sus anexos - con la
certificación que figura al dorso.

Enumeración de los documentos:

Orden Propuesta
ación Suplementaria  y Segunda Demanda
odificada Verificada
ación Suplementaria  y Primera Demanda
odificada Verificada
ación  y Demanda Verificada con Certificación
mentos Esenciales del Documento
aducción

Hecho en  Miniápolis, Minnesota EUA     el 17 de mayo
                                        de 2005

Firma y/o sello.

*Tachar las menciones inútiles.

(Anteriormente OBD-116 que anteriormente fue LAA-116,      USM-94
los dos pueden ser utilizados)                            (Est. 11/22/77)

# EXHIBIT E
# TO
# EXHIBIT 1



<u>Mexico's Declaration</u>

*(Courtesy translation)*
(...)
II. In relation to Article 5, when the judicial and extrajudicial documents to be served in Mexican territory are written in a language other than Spanish, they must be accompanied by the corresponding translation.

III. In relation to Article 6, the judicial authority responsible of the matter will also be responsible for issuing the certificate concerning the service of the document, according to the model. The Central Authority will only validate the certificate.

IV. In relation to Article 8, the Contracting States shall not be able to effect service of judicial documents directly through its diplomatic or consular agencies in Mexican territory, unless the document is to be served upon a national of the State in which the documents originate and provided that such a procedure does not contravene public law or violate individual guarantees.

V. In relation to Article 10, the United Mexican States are opposed to the direct service of documents through diplomatic or consular agents to persons in Mexican territory according to the procedures described in sub-paragraphs a), b), and c), unless the judicial authority exceptionally grants the simplification different from the national regulations and provided that such a procedure does not contravene public law or violate individual guarantees. The request must contain the description of the formalities whose application is required to effect service of the document.

VI. In relation to the first paragraph of Article 12, the costs occasioned by serving judicial or extrajudicial documents will be covered by the applicant, unless the State in which the documents originate does not demand payment for those services from Mexico.

VII. In relation to Article 15, second paragraph, the Government of Mexico does not recognise the faculty of the judicial authority to give judgment when the defendant has not appeared and there is no communication establishing that the document was served, or that documents originating outside the country were indeed delivered, according to sub-paragraphs a) and b) of the first paragraph.

VIII. In relation to Article 16, third paragraph, the Government of Mexico declares that such an application will not be admitted if it is filed later than a year following the date of the decision, or a longer period which the judge may deem reasonable.

The Government of Mexico will understand that, in cases in which sentence has been passed without the defendant having been duly summoned, the nullity of the proceedings will be established under the provisions of the applicable legislation.

(...) besides English and French, request forms addressed to the Mexican Central Authority should be filled in Spanish, according to Article 5 of the Convention.

### Article 5

The Central Authority of the State addressed shall itself serve the document or shall arrange to have it served by an appropriate agency, either –

*a)* by a method prescribed by its internal law for the service of documents in domestic actions upon persons who are within its territory, or

*b)* by a particular method requested by the applicant, unless such a method is incompatible with the law of the State addressed.

Subject to sub-paragraph *(b)* of the first paragraph of this Article, the document may always be served by delivery to an addressee who accepts it voluntarily.

If the document is to be served under the first paragraph above, the Central Authority may require the document to be written in, or translated into, the official language or one of the official languages of the State addressed.

That part of the request, in the form attached to the present Convention, which contains a summary of the document to be served, shall be served with the document.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILLIP NELSON BURNS, MIRJANA PAVKOVICH, Administrator of the Estate of Rade Pavkovich, Deceased, and Warren Elmer Halpap,<br><br>                   Plaintiffs,<br><br>    -against-<br><br>GRUPO MEXICO, S.A. de C.V., a Mexican Corporation,<br><br>                Defendant. | Case No. 1:07-CV-3496(WHP)<br><br>Supplemental Affidavit of Jeff Karsten Regarding Service of Process in Mexico in accordance with the Hague Service Convention |

State of Minnesota    )
                        ) s.s
County of Hennepin  )

The affiant hereby states:

1.    I am the Manager of the International Division of Civil Action Group/APS International, Ltd. ("CAG"). I am over the age of eighteen and am competent in all respects to attest to the matters set forth herein. I have personal knowledge of the matters set forth herein.

2.  CAG received the original entire service packet in the instant matter from the Mexican Central Authority on August 22, 2005. Upon receiving the original entire service packet, CAG made copies of the documents attached as Exhibit C to my July 5, 2007 Affidavit in this case (Affidavit of Jeff Karsten Regarding Service of Process in Mexico in accordance with the Hague Service Convention) and retained a copy of those documents. CAG then forwarded the original entire service packet to plaintiff's counsel.

Further affiant sayeth naught.

Jeff Karsten
Civil Action Group
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122
(800) 328-7171

Subscribed and sworn
before me this 6th
day of July, 2007.

by 
Notary Public

JANICE LEE BALCOM
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2008

2