# EXHIBIT 2
# TO
# EXHIBIT 2

APS International Plaza · 7800 Glenroy
Road
Minneapolis, Minnesota 55439-3122
PHONE: (952) 831-7776
FAX: (952) 831-8150

## APS International, Ltd

**Tuesday, August 23, 2005**

**WEITZ & LUXENBERG**
**Mr. John M. Broaddus**
**210 E. Lake Dr.Ste. 101**
**Cherry Hill, NJ  08002**

### *ENCLOSED IS THE RESPONSE TO YOUR REQUEST IN THIS MATTER.*

| | |
|---|---|
| **APS File #:** | 242766-0001 |
| **Your Ref #:** | |
| **Case Name:** | Burns  v  Grupo Mexico S.A. de C.V. |
| **Defendant:** | Grupo Mexico S.A. de C.V. |
| **Country:** | Mexico |
| **Person Served:** | Daniel Estrada Martens Estrada |
| **Title of Person Served (if applicable):** | Employee |
| **Date Completed:** | July 1, 2005 |

We have enjoyed this opportunity to work with you and remain ready to further assist you with service of process or discovery both domestically and abroad.

Thank you for using APS International!

Sincerely,

*Diane Myers*

Diane Myers  -- Ext: 339
Email:   DMyers@CivilActionGroup.com



# INVOICE
APS File No: 242766-0001
*2005-08-23 15:44:11.000*



## Civil Action Group
### dba APS International, Ltd.
APS International Plaza · 7800 Glenroy Road
Minneapolis, Minnesota 55439-3122
(952) 831-2355

### BILL TO:

WEITZ & LUXENBERG
Attn: Mr. John M. Broaddus
210 E. Lake Dr. Ste. 101
Cherry Hill, NJ 08002

| | |
|---|---|
| Case Name: | Burns v. Grupo Mexico S.A. de C.V. |
| Attorney File #: | |
| Subject: | Grupo Mexico, S.A. de C.V. |
| Location: | 06760 Mexico City, Mexico |

## CHARGES

| Date | Service Type | Quantity | Price | Extended | Amount Paid | Balance Due |
|---|---|---|---|---|---|---|
| 15-Feb-2005 | Hague Processing – Mexico | 1 | 385.00 | 385.00 | | |
| 15-Feb-2005 | Translation of Proof-Spanish | 1 | 60.00 | 60.00 | | |
| 15-Feb-2005 | Translation of Hague Forms | 3 | 60.00 | 180.00 | | |
| 15-Feb-2005 | Spanish Translations | 41 | 60.00 | 2,460.00 | | |
| 15-Feb-2005 | Copy Charges | 132 | 0.40 | 52.80 | | |
| 31-Mar-2005 | Spanish Translations | 32 | 60.00 | 1,920.00 | | |
| 31-Mar-2005 | Spanish Translations | 36 | 60.00 | 2,160.00 | | |
| 31-Mar-2005 | Copy Charges | 204 | 0.40 | 81.60 | | |
| | Total Charges: | | | 7,299.40 | | |

## PAYMENTS

| Date | Check Number | | | | Amount Paid | |
|---|---|---|---|---|---|---|
| 07-Mar-2005 | 231383 | | | | 3,137.80 | |
| 05-May-2005 | 235191 | | | | 4,161.60 | |
| | Total Payments: | | | | 7,299.40 | |
| | Balance Due: | | | | | $0.00 |

We accept Visa and Mastercard.

Page 1 of 1

IMPORTANT -- FOR PROPER CREDIT, PLEASE RETURN A COPY OF THIS INVOICE WITH PAYMENT.
APS Federal Tax ID #41-1954233

Case Name: Burns vs. Grupo Mexico S.A. de C.V.
Defendant: Grupo Mexico, S.A. de C.V.
Court Case No.: 04/114728

246

## CERTIFICATE

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

1) that the request has been executed*

- the (date)  *First of July of two thousand five*

- at (place, street, number)  *Baja California Avenue number 200, [District] Colonia Roma Sur,*
*C. P. 06760, in Mexico Federal District*

- in one of the following methods authorised by article 5-

[ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.

[ ] (b) in accordance with the following particular method*: _____

[ ] (c) by delivery to the addressee, who accepted it voluntarily.*

The documents referred to in the request have been delivered to:
[Illegible Court Seal]

- (identity and description of person)  *Daniel Estrada Martens Estrada, ID Credentials from the*
*Federal Electoral Institute number  0000009045001.*

- relationship to the addressee (family, business or other):
*Said he was an employee of the company sought.*

2) that the document has not been served, by reason of the following facts*:

_____

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

LIST OF DOCUMENTS: Proposed Order, Supplemental Summons and Second Amended Verified Complaint, Supplemental Summons and First Amended Verified Complaint, Summons and Verified Complaint with Certification, Summary of the Document to be Served, Translation

Annexes

Documents returned:

_____

_____

In appropriate cases, documents establishing the service:

_____

_____

_____

Done at  *Mexico, Federal District*  the  *first*
of  *July*  of  *two thousand five*

Signature and/or stamp.  [Court Seal]
*Thirty-fifth Civil Court*
*Mexico, D.F., United Mexican States*
[Illegible signature]
*Licentiate Neftali Segovia Zarate*

* Delete if inappropriate.                    2

ombre del Caso: Buras contra Grupo México S.A. de C.V.
emandado: Grupo México, S.A. de C.V.
no. de Expediente del Tribunal: 04/114728

## CERTIFICACIÓN

246

1 autoridad infrascrita tiene el honor de certificar, conforme al artículo 6 de dicho Convenio,

Que la petición ha sido ejecutada*

- El (fecha) _Primero de Julio del dos mil cinco_

- En (localidad, calle, número) _Avenida Baja California número 200, Colonia Roma Sur_
_C.P. 06760, en México Distrito Federal_

- En una de las formas siguientes previstas en el artículo quinto:

[ ] (a)  Según las formas legales (artículo 5, párrafo primero, letra a)*.

[ ] (b)  Según la forma particular siguiente*: _____

_____

[ ] (c)  Por simple entrega al destinatario que lo aceptó voluntariamente*.

s documentos mencionados en la petición han sido entregados a:

(Identidad y calidad de la persona) _Daniel Estrada Martens Estrada. Credencial del_
_Instituto Federal Electoral número 000000904500 1._

Vínculos de parentesco, subordinación y otros, con el destinatario del documento:

_Dijo ser empleado de la sociedad buscada._

Que la petición no ha sido ejecutada en razón de los hechos siguientes*:

_____

_____

forme al artículo 12, párrafo segundo, de dicho Convenio, se ruega al requirente el pago o reembolso de los gastos cuyo
lle figura en la declaración adjunta*.

MERACIÓN DE LOS DOCUMENTOS:  Orden Propuesta, Citación Suplementaria y Segunda Demanda Modificada Verificada, Citación
mentaria y Primera Demanda Modificada Verificada,  Citación  y Demanda Verificada con Certificación, Elementos Esenciales del
mento, Traducción

los:

mentos reenviados:

_____

_____

Hecho en _México, Distrito Federal_  el _Primero_
de _Julio_  de _dos mil cinco_

l caso, los documentos justificativos de la ejecución:

Firma y sello.

_____

_____

_lic. Neftali Segura Zárate_

ar las menciones inútiles.

2



SECRETARIA DE RELACIONES EXTERIORES

| | |
|---|---|
| **Dependencia:** | Dirección General de Asuntos Jurídicos. Dirección de Asistencia Jurídica Internacional. |
| **Número:** | ASJ – 31303 |
| **Expediente:** | 541-1-1404/05 |

**R E S E R V A D A**

**Asunto:** SE REMITE CARTA ROGATORIA Y CONSTANCIAS DE LO ACTUADO.

Tlatelolco, D.F., **19 AGO. 2005**

**DIANE K. MYERS.**
**APS INTERNATIONAL, LTD.**
**7800 Glenroy Road, Minneapolis,**
**Minnesota 55439-3122, E.U.A.**
**P R E S E N T E.**

Me refiero a la carta rogatoria librada por el Tribunal Supremo del Estado de Nueva York, Condado de Nueva York, E.U.A., deducida de la Causa No. 04/114728, promovida por **PHILLIP NELSON BURNS Y OTROS**, en contra de **GRUPO MÉXICO, S.A. DE C.V. Y OTROS**.

Sobre el particular, me permito comunicarle que el Juzgado Trigésimo Quinto de lo Civil del Distrito Federal, remitió a esta Área Jurídica la rogatoria de mérito, junto con las constancias de lo actuado, de las que se desprende que se dio cumplimiento con el auxilio jurídico solicitado.

Lo anterior se comunica y remite a usted, para los efectos legales a que haya lugar, esperando con ello tener por atendida su petición. Se solicita enviar a esta Secretaría el acuse de recibo correspondiente.

**A T E N T A M E N T E,**
**LA ENCARGADA DEL DEPARTAMENTO**
**DE EXHORTOS Y CARTAS ROGATORIAS.**

**LIC. ILLIANA OLIVARES QUIÑONES.**

Anexo: Documentación señalada.

VGG
(DG12751)

Al contestar este oficio, cítense los datos contenidos en el ángulo superior derecho.

carta rogo

REGISTRO NÚM. 502/2005

"B°"          SECRETARÍA

ÍNDICE NÚM. _____

# PODER JUDICIAL DEL FUERO COMUN

## CIUDAD DE MÉXICO, D.F.

JUZGADO TRIGESIMO QUINTO DE LO CIVIL

ACTOR NELSON BURNS PHILLIP Y OTROS

DEMANDADO GRUPO MEXICO, S.A. DE C.V. Y OTRO

JUICIO OTROS

CUADERNO _____

DOMICILIO DEL ACTOR _____

DOMICILIO DEL DEMANDADO _____

| JUEZ | SECRETARIO |
|------|-----------|
| C. LIC. SANDRA LUZ DIAZ ORTIZ | C. LIC. MANUEL ALFONSO CORTES BUSTOS |

AGENTE DEL MINISTERIO PÚBLICO

C. LIC. _____

COMENZÓ EL _____ DE _____ DE 20 _____

CONCLUYÓ EL _____ DE _____ DE 20 _____

SE REMITIÓ AL ARCHIVO EL _____ DE _____ DE 20 _____



" 150 AÑOS IMPARTIENDO JUSTICIA "

D.F. (T. S. de J.) Presid.-5.

001

TRIBUNAL SUPERIOR
DE JUSTICIA DEL
DISTRITO FEDERAL

2005 JUN 20  A II: 24

PRESIDENCIA

3299

C. JUEZ TRIGESIMO QUINTO CIVIL DEL D.F.
P R E S E N T E.

JUZGADO TRIGESIMO
QUINTO CTO. CIVIL

Con el oficio número ASJ.-22021 de fecha catorce
de junio de 2005, suscrito por la C. LIC. MARIA CRISTINA AYALA
PALACIOS SUBDIRECTORA DE AUXILIO JUDICIAL INTERNACIONAL, remite
la Secretaría de Relaciones Exteriores carta rogatoria en
DOSCIENTOS TREINTA Y NUEVE FOJAS Y UN JUEGO DE COPIAS DE TR
TRASLADO, librada por el Tribunal Supremo del Estado de Nueva
York, Condado de Nueva York, E.U.A. deducida de la Causa No.
04/114728 promovida por PHILLIP NELSON BURNS Y OTROS en contra
de GRUPO MEXICO, S.A. DE C.V., Y OTROS. Con fundamento en el
el artículo 36 fracción VI de la Ley Orgánica del Tribunal
Superior de Justicia del Distrito Federal, y 50 fracción
V de la propia Ley, la remito a Usted para que se sirva diligen-
ciarla en sus términos en caso de encontrarla ajustada a derecho.

Reitero a Usted, mi más atenta y distinguida
consideración.

SUFRAGIO EFECTIVO, NO REELECCION.
MEXICO. D.F. a 17 de junio de 2005
EL JEFE DE LA OFICIALIA DE PARTES DE
LA PRESIDENCIA.

PRESIDENCIA

LIC. PILAR ISABEL SANCHEZ.

OFICIALIA DE PARTES

c.c.p. C. Direc. Gral. de Asuntos Jurídicos Dirección de Asisten
cia Jurídica Internacional como acuse al Of. No.ASJ.-22021
de fecha 14 de junio de 2005.

/ehs.



|  | DIRECCIÓN GENERAL DE ASUNTOS |
| Dependencia: | JURÍDICOS.  DIRECCIÓN  DE |
|  | ASISTENCIA  JURÍDICA |
| Número: | INTERNACIONAL ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪  **002** |
| Expediente: | ASJ- |
|  | 541-1-1404/05  **22021** |

**RESERVADA**

**Asunto:** SE REMITE EXHORTO PARA SU DILIGENCIACIÓN.

Tlatelolco, D.F., a    **1 4 JUN. 2005**

*239 FCJS*
*1390 cotas/*

**016299**

C. MAGDO. DR. JOSÉ GUADALUPE CARRERA DOMÍNGUEZ,
PRESIDENTE DEL TRIBUNAL SUPERIOR DE
JUSTICIA DEL DISTRITO FEDERAL.
PRESENTE.

Se acompaña al presente carta rogatoria librada por el Tribunal Supremo del Estado de Nueva York, Condado de Nueva York, E.U.A., deducida de la Causa No. 04/114728 promovida por **PHILLIP NELSON BURNS Y OTROS** en contra de **GRUPO MÉXICO, S.A. DE C.V. Y OTROS.**

Sobre el particular, se considera que la rogatoria de mérito cumple con los requisitos legales establecidos en los artículos 1, 2, 3 y 5 del Convenio Sobre la Notificación o el Traslado en el Extranjero de Documentos Judiciales o Extrajudiciales en Materia Civil o Comercial, (publicado en el Diario Oficial de la Federación el 16 de febrero del 2001) en virtud de lo siguiente:

- Que se trata de un asunto en materia civil, en virtud de que se solicita el emplazamiento a la parte demandada en conexión con una acción entablada en el Tribunal Supremo del Estado de Nueva York, Condado de Nueva York, Estados Unidos de América;

- Que dicha carta rogatoria fue presentada ante la Dirección General de Asuntos Jurídicos de la Secretaría de Relaciones Exteriores, quien es la Autoridad Central designada por el gobierno de México para la recepción de las peticiones de notificación o traslado de documentos judiciales o extrajudiciales provenientes de otros Estados Parte;

- Que la petición se presenta conforme a la fórmula modelo que establece el Convenio Sobre la Notificación o el Traslado en el Extranjero de Documentos Judiciales o Extrajudiciales en Materia Civil o Comercial, sin que sea necesaria la legalización de los documentos ni otra formalidad análoga;

- Que los documentos enviados se encuentran acompañados con su debida traducción al idioma español;

- Que a la petición se acompaña copia del documento judicial en doble ejemplar;

**016299**



SECRETARIA DE RELACIONES EXTERIORES

Dependencia: DIRECCIÓN GENERAL DE ASUNTOS JURÍDICOS. DIRECCIÓN DE ASISTENCIA JURÍDICA INTERNACIONAL

Número: ASJ                003

Expediente:

Asunto:                    22021

-2-

Dado lo anterior, con fundamento en lo establecido en los artículos 5 del Convenio Sobre la Notificación o el Traslado en el Extranjero de Documentos Judiciales o Extrajudiciales en Materia Civil o Comercial, 28 fracción XI de la Ley Orgánica de la Administración Pública Federal y 34 fracción IX del Reglamento Interior de la Secretaría de Relaciones Exteriores, solicito a usted que de encontrarla ajustada a derecho, la remita al Juez que corresponda, a fin de que se acuerde su despacho y se practique la diligencia solicitada consistente en notificar a la empresa GRUPO MÉXICO, S.A. DE C.V., con domicilio en Avenida Baja California No. 200, Colonia Roma Sur, 06760, México, D.F., el contenido de los documentos que se acompañan al presente, haciendo de su conocimiento que tiene un término de 30 días después de la notificación, para entregar una copia de contestación a los abogados demandantes, con el apercibimiento decretado en la rogatoria que nos ocupa.

Cabe señalar que de conformidad con lo establecido en la declaración formulada por México al artículo 6 del instrumento internacional en cita, el Juzgado que tenga conocimiento de la rogatoria que se envía será el encargado de expedir una certificación conforme a la fórmula modelo que se anexa, en la que se debe hacer constar: la forma, lugar y fecha del cumplimiento, así como la persona a la que el documento haya sido remitido, o en su caso los motivos por los cuales no se pudo llevar a cabo la notificación solicitada.

Una vez efectuada la diligencia, le agradeceré remitir a la brevedad a esta Área Jurídica las constancias de lo actuado y el original del documento exhortatorio para proceder a su devolución a la autoridad requirente.

ATENTAMENTE,
LA SUBDIRECTORA DE AUXILIO
JUDICIAL INTERNACIONAL,

LIC. MARÍA CRISTINA AYALA PALACIOS.

ANEXO: DOCUMENTACIÓN SEÑALADA.

C.c.p. Diene Myers, Sección Internacional, APS International Plaza. 7800 Glenroy Road, Minneapolis, Minnesota, E.U.A.- Para su Conocimiento.
DGAJ/MMG
(DG09182)

UIRENTE ESTA A
S UNIDOS Y BA.

A LC

TSJDF/C35/0502/2005                    OFIC: 016299
OED 7779        17/06/2005    12:20:20      82
OED 7779      JUZGADO:    35 - TRIGESIMO QUINTO TSJDF
OED 7779        199        CIVIL          0502/2005

Convenio r

entidad y dire

e K. Myers
INTERNATI
International
Glenroy Road
neapolis, Minn
(EUA)
952.831.7776
il: DMyers@C

uirente infrase
enumerados, r
inatario, a sab

dentidad y dir
Avenida Baj

) Según las fo

) Según la for

) En su caso,

ga a esa autor
cación que fig

ración de los do

Propuesta
n Suplementaria
cada Verificada
n Suplementaria
cada Verificada
n y Demanda V
tos Esenciales de
ción

ar las mencione

QUIRENTE ESTA AUTORIZADO HACER NOTIFICACIONES JUDICIALES BAJO EL CODIGO FEDERAL DE PROCEDIMIENTO CIVIL DE LOS
OS UNIDOS Y BAJO EL CODIGO DE PROCEDIMIENTO CIVIL DEL ESTADO DE: Nueva York

## PETICIÓN

.004

## A LOS FINES DE NOTIFICACIÓN O TRASLADO EN EL EXTRANJERO
## DE DOCUMENTO JUDICIAL O EXTRAJUDICIAL

Convenio relativo a la notificación o traslado en el extranjero de documentos judiciales o extrajudiciales
en materia civil o comercial, firmado en La Haya el 15 de noviembre de 1965.

| lentidad y dirección del requirente: | Dirección de la autoridad destinataria: |
|---|---|
| ne K. Myers | Secretaría de Relaciones Exteriores |
| s INTERNATIONAL, LTD | Dirección General de Asuntos Jurídicos |
| s International Plaza | Departamento de Exhortos y Relaciones |
| 0 Glenroy Road | con Embajadas |
| neapolis, Minnesota  55439-3122 | Flores Magón No. 1, Col. Tlatelolco |
| A (EUA) | México D.F. |
| 952.831.7776      Fax: 952.831.8150 | 06995 |
| ail: DMyers@CivilActionGroup.com | México |

quirente infrascrito tiene el honor de remitir – en doble ejemplar – a la autoridad destinataria los documentos
enumerados, rogándole, conforme al artículo 5 del Convenio precitado, haga remitir sin demora un ejemplar
tinatario, a saber:

(dentidad y dirección)    Grupo México, S.A. de C.V.
Avenida Baja California 200, Colonia Roma Sur,  06160  Ciudad de México,  México
Teléfono:

a) Según las formas legales (artículo 5, párrafo primero, letra a)*.

b) Según la forma particular siguiente  (artículo 5, párrafo primero, letra b)*: _____

_____

c) En su caso, por simple entrega al interesado, si acepta voluntariamente (artículo 5, párrafo segundo)*.

ega a esa autoridad envíe o haga enviar al requirente un ejemplar del documento - y de sus anexos - con la
icación que figura al dorso.

eración de los documentos:

Propuesta
ón Suplementaria y Segunda Demanda
icada Verificada
ón Suplementaria y Primera Demanda
icada Verificada
ón y Demanda Verificada con Certificación
ntos Esenciales del Documento
cción

Hecho en  Miniápolis, Minnesota EUA,  el 17 de mayo
de 2005

Firma y/o sello.

_Diane K Myers_

har las menciones inútiles.

(Anteriormente OBD-116 que anteriormente fue LAA-116,     USM-94
los dos pueden ser utilizados)                            (Est. 11/22/77)

aso: Burns contra Grupo México S.A. de C.V.
rupo México, S.A. de C.V.
iente del Tribunal: 04/114728

005

## CERTIFICACIÓN

ad infrascrita tiene el honor de certificar, conforme al artículo 6 de dicho Convenio,

. petición ha sido ejecutada*

l (fecha) _____

n (localidad, calle, número) _____

_____

n una de las formas siguientes previstas en el artículo quinto:

[   ] (a)   Según las formas legales (artículo 5, párrafo primero, letra a)*.

[   ] (b)   Según la forma particular siguiente*: _____

_____

[   ] (c)   Por simple entrega al destinatario que lo aceptó voluntariamente*.

ientos mencionados en la petición han sido entregados a:

- (Identidad y calidad de la persona) _____

- Vínculos de parentesco, subordinación y otros, con el destinatario del documento:

_____

petición no ha sido ejecutada en razón a los hechos siguientes*:

_____
_____
_____

al artículo 12, párrafo segundo, de dicho Convenio, se ruega al requirente el pago o reembolso de los gastos cuyo
ura en la declaración adjunta*.

CIÓN DE LOS DOCUMENTOS: Orden Propuesta, Citación Suplementaria y Segunda Demanda Modificada Verificada, Citación
ria y Primera Demanda Modificada Verificada, Citación y Demanda Verificada con Certificación, Elementos Esenciales del
, Traducción

os reenviados:

_____          Hecho en _____ el _____
_____                       de _____ de _____

, los documentos justificativos de la ejecución:

_____          Firma y/o sello.
_____

_____

s menciones inútiles.                                      2

⬤                                    ⬤

_...⬛ᵗ⬛⬛⬛ ·· ·006

ELEMENTOS ESENCIALES DEL DOCUMENTO

Convenio relativo a la notificación o traslado en el extranjero de documentos judiciales o extrajudiciales
en materia civil o comercial, firmado en La Haya el 15 de noviembre de 1965.

(artículo 5, párrafo cuarto)

Dirección de la autoridad requirente:____ Diane K. Myers_____
APS INTERNATIONAL, LTD
APS International Plaza, 7800 Glenroy Road, Minneapolis, Minnesota  55439-3122, USA (EUA)

de las partes*:____ Burns  contra  Grupo México S.A. de C.V._____

CIÓN DE LOS DOCUMENTOS: Orden Propuesta, Citación  Suplementaria  y  Segunda Demanda Modificada Verificada, Citación
ía  y  Primera Demanda Modificada Verificada,  Citación  y  Demanda Verificada con Certificación, Elementos Esenciales del
Traducción:

DOCUMENTO JUDICIAL**

, y objeto del documento:  El objeto de este documento es  para informar a  Grupo México, S.A. de C.V.
iciado en su contra un litigio civil  y que ha sido unido como demandado.
, y objeto del procedimiento y, en su caso, cuantía del litigio:
de los demandantes contra el demandado es para daños y perjuicios y otro resarcimiento en una cantidad a ser determinada
ultado del fraude implícito, fraude efectivo y transferencia fraudulenta del demandado.

gar para verificar la comparecencia**:
ado tiene  que contestar la demanda y entregar una copia de la contestación a los abogados de los demandantes, WEITZ &
RG, P.C., 180 Maiden Lane, Nueva York, NY 10038 EUA / BARON & BUDD, The Centrum, Suite 1100, 3102 Oak
ue, Dallas, Tejas 75219 EUA  dentro de 30 días después de la notificación de los documentos adjuntos.
judicial que ha dictado la resolución**:
no aplica

i resolución**:_____ no aplica
de los plazos que figuran en el documento**:
ado tiene 30 días después de la notificación de los documentos adjuntos para contestar la demanda y entregar una copia de
ión a los abogados de los demandantes
hacerlo puede resultar en que los demandante(s) reciban una sentencia en rebeldía contra el demandado para el desagravio
la demanda.

DOCUMENTO EXTRAJUDICIAL**

i y objeto del documento:_____ no aplica_____

de los plazos que figuran en el documento**:_____ no aplica

iar, identidad y dirección de la persona interesada en  la remisión del documento:

as menciones inútiles.                                      3

007

En un *IAS* Parte *60* del Tribunal Supremo del Estado de Nueva York, Condado de Nueva York, en el Edificio del Tribunal ubicado en 60 Centre Street, Nueva York, Nueva York el día *16* de *diciembre* de 2004.

PRESENTE: _____ *B. Fried* _____
                                                              Juez

PHILLIP NELSON BURNS, MIRJANA PAVKOVICH, Administradora del Caudal Hereditario de Rade Pavkovich, Difunto, y WARREN ELMER HALFPAP,

                    Demandante(s),

        -contra-

GRUPO MÉXICO S. A. de C.V., una corporación mexicana, SOUTHERN PERU HOLDING CORPORATION, una corporación de Delaware, SOUTHERN PERU HOLDING CORPORATION II, una corporación de Delaware, GRUPO MINERO MÉXICO INTERNACIONAL, S. A. DE C.V., una corporación mexicana, COMPAÑÍA MEXICANA de COBRE, una corporación mexicana, JP MORGAN CHASE & COMPANY antes conocido como CHASE MANHATTAN BANK & TRUST COMPANY, una corporación de Delaware, AMERICAS MINING CORPORATION, una corporación de Delaware, ERNST & YOUNG LLP, ERNST & YOUNG CORPORATE FINANCE, LLC, GERMAN LARREA MOTA-VAELASCO, Oficial y Director de ASARCO, Inc., OSCAR GONZALES ROCHA Oficial y Director de ASARCO, Inc., DANIEL TELLECHEA SALIDO Oficial y Director de ASARCO, Inc.

                    Demandado(s).

No. de Índice: 114728/04

**ORDEN PROPUESTA**

**PRESENTADO**
20 DIC 2004
NUEVA YORK
OFICINA DEL SECRETARIO
DE CONDADO

008

Al leer el Aviso de Petición con fecha 30 de noviembre de 2004, la afirmación de Gary ...n, Abogado, afirmada el día 1 de diciembre de 2004 en apoyo de dicha Petición, y no ...biendo tenido oposición a la misma, con la presente

SE ORDENA, que la Petición de los Demandantes para Designar a Notificador Especial ...a Efectuar Notificación de Actos Procésales a una Corporación Extranjera no Autorizada ...nforme al Convenio de La Haya sea CONCEDIDA; y además

SE ORDENA, que APS International, Ltd. se autorice efectuar la notificación de los ...mandados, Grupo México S.A. de C.V., Grupo Minero México Internacional, Compañía ...exicana de Cobre, German Larrea Mota-Vaelasco, Oscar Gonzáles Rocha y Daniel Tellechea ...lido en México conforme al Convenio de La Haya Relativo a la Notificación o Traslado en el ...tranjero de Documentos Judiciales y Extrajudiciales en Materia Civil o Comercial, *TIAS* ...0072 (Tratados y Otros Actos Internacionales de los EE.UU.) y 20 *UST* 361 (Tratados y ...tros Acuerdos Internacionales de los EE.UU.) y la Ley Internacional.

REGISTRE

*[Firma ilegible]*
Juez Tribunal Supremo

BERNARD J. FRIED
Juez Tribunal Supremo

p. 184860

ITADO DE NUEVA YORK,
ONDADO DE NUEVA YORK, SS:
O, NORMAN GOODMAN,
CRETARIO DEL CONDADO Y
CRETARIO DEL TRIBUNAL SUPREMO,
ONDADO DE NUEVA YORK
IN LA PRESENTE CERTIFICO EL
ENERO 2005
JE HE COMPARADO ESTA
PIA CON EL ORIGINAL
CHIVADO EN MI OFICINA EL
DIC/04

PRESENTADO
20 DIC 2004
NUEVA YORK
OFICINA DEL SECRETARIO
DE CONDADO



DE LA MISMA ES UNA
TRANSCRIPCION CORRECTA
Y FIEL DE LA
TOTALIDAD DE TAL ORIGINAL.
EN TESTIMONIO DE LO CUAL,
AL PRESENTE HE PUESTO
FIRMA Y SELLO OFICIAL.
*Juan Goodman*
SECRETARIO DEL CONDADO Y SECRETARIO DEL
TRIBUNAL SUPREMO, CONDADO DE NUEVA YORK
FIRMA FACSIMILAR EMPLEADA
CONFORME A LA SECCION 903
LEY DEL CONDADO
HONORARIO PAGADO

QUINTO

010

Año 20

TRIBUNAL SUPREMO DEL ESTADO DE NUEVA YORK
CONDADO DE NUEVA YORK

PHILIP NELON BURNS, MIRJANA PAVKOVICH,
Administradora del Caudal Hereditario de Rade Pavkovich, Difunto,
WARREN ELMER HALFPAP,

Demandantes,

-contra-

GRUPO MÉXICO S.A. de C.V., una corporación mexicana, y otros

Demandados.

ORDEN PROPUESTA

WEITZ & LUXENBERG, P.C.
*Abogados para*

180 Maiden Lane
Nueva York, NY 10038
(212) 558-5500

*Conforme a 22 NYCRR 130-1.1, el infrascrito, un abogado autorizado a ejercer en los tribunales del Estado de Nueva York, certifica que, basado en información y entendimiento e investigación conable, las contenciones contenidas en los documentos adjuntos no son sin fundamento.*

*En fecha:* _____     *Firma* _____

Escriba en letra de molde el nombre del firmante _____

*tificación de una copia de* _____     *se admite con la presente.*
*En fecha:* _____

*Abogado(s) de* _____

*FAVOR DE NOTAR  (Marque la casilla aplicable)*

☐

*Aviso de     que lo adjunto es una copia fiel (certificada) de un*
*Registro     registrado en la oficina del secretario del mencionado Tribunal el*     20

☐

*Aviso de     que una Orden, copia fiel de la cual se adjunta, se presentará para transacción al*
*Acuerdo     Honorable*     *uno de los jueces del mencionado Tribunal,*
*en*
*el*     *de 20  , a las*     *M.*

*En fecha:*     WEITZ & LUXENBERG, P.C.
*Abogados para*     180 Maiden Lane
Nueva York, NY 10038

*Abogado(s) de*

011

TRIBUNAL SUPREMO DEL ESTADO DE NUEVA YORK
CONDADO DE NUEVA YORK

WILLIE NELSON BURNS, MIRJANA
PAVKOVICH, Administradora del Caudal
Hereditario de Rade Pavkovich, Difunto, y
WARREN ELMER HALFPAP,

Demandante(s),

-contra-

GRUPO MÉXICO S. A. de C.V., una
corporación mexicana, SOUTHERN PERU
HOLDING CORPORATION, una corporación
de Delaware, SOUTHERN PERU HOLDING
CORPORATION II, una corporación de
Delaware, GRUPO MINERO MÉXICO
INTERNACIONAL, S. A. DE C.V., una
corporación mexicana, COMPAÑÍA
MEXICANA de COBRE, una corporación
mexicana, JP MORGAN CHASE &
COMPANY antes conocido como CHASE
MANHATTAN BANK & TRUST COMPANY,
una corporación de Delaware, AMERICAS
MINING CORPORATION, una corporación de
Delaware, ERNST & YOUNG LLP, ERNST &
YOUNG CORPORATE FINANCE, LLC,
GERMAN LARREA MOTA-VAELASCO,
Oficial y Director de ASARCO, Inc., OSCAR
GONZALES ROCHA Oficial y Director de
ASARCO, Inc., DANIEL TELLECHEA
SALIDO Oficial y Director de ASARCO, Inc.,
CREDIT SUISSE FIRST BOSTON, INC.,
CREDIT SUISSE FIRST BOSTON, LLC y
CREDIT SUISSE FIRST BOSTON (USA),
INC.

Demandado(s)

los antedichos Demandados

No. de Índice:    04/114728

CITACIÓN SUPLEMENTARIA

PRESENTADO
17 FEB 2005
NUEVA YORK
OFICINA DEL SECRETARIO
DE CONDADO

012

Con la presente está citado contestar la Demanda en está acción judicial y entregar una

una de su Respuesta, o, si la Demanda no se entrega con esta Citación, entregar un Aviso de

comparecencia, al Abogado(s) de los Demandantes, dentro de 20 días a partir de la fecha de la

entrega de esta citación, sin contar el día de la notificación (o dentro de 30 días después de

completar la notificación si esta citación no se entrega personalmente a usted dentro del Estado

de Nueva York); y en el caso de su falta de comparecer o contestar, se rendirá una sentencia en

rebeldía contra usted para el desagravio exigido en la Demanda.

En fecha:

WEITZ & LUXENBERG, P.C.
*Una Corporación Profesional de Nueva York*
180 Maiden Lane
Nueva York, NY 10038
(212)558-5500
Telefacsímil (212)344-5461

Por: ___*[Firma ilegible]*_____
        Gary Klein, Abogado

BARON & BUDD
UNA CORPORACIÓN PROFESIONAL
Alan B. Rich, Abogado
The Centrum, Suite 1100
3102 Oak Lawn Avenue
Dallas, Tejas 75219
(214) 521-3605
Telefacsímil: (214) 520-1181

PRESENTADO
*17 / FEB / 05*
SECRETARIO DEL CONDADO
CONDADO DE NUEVA YORK

No. 195016
ESTADO DE NUEVA YORK,
CONDADO DE NUEVA YORK, SS:
YO, NORMAN GOODMAN,
SECRETARIO DEL CONDADO Y
SECRETARIO DEL TRIBUNAL SUPREMO,
CONDADO DE NUEVA YORK
CON LA PRESENTE CERTIFICO EL

28 MARZO 2005

QUE HE COMPARADO ESTA
COPIA CON EL ORIGINAL
ARCHIVADO EN MI OFICINA EL

*17/FEB/05*
Y QUE LA MISMA ES UNA
TRANSCRIPCION CORRECTA
DE ESO Y DE LA
TOTALIDAD DE TAL ORIGINAL.
EN TESTIMONIO DE LO CUAL,
A LA PRESENTE HE PUESTO
MI FIRMA Y SELLO OFICIAL.
*Norman Goodman*
SECRETARIO DEL CONDADO Y SECRETARIO DEL
TRIBUNAL SUPREMO, CONDADO DE NUEVA YORK
FIRMA FACSIMILAR EMPLEADA
CONFORME A LA SECCION 903,
LEY DEL CONDADO
HONORARIO PAGADO

014

RIBUNAL SUPREMO DEL ESTADO DE NUEVA YORK
ONDADO DE NUEVA YORK

ILLIP NELSON BURNS, MIRJANA
VKOVICH, Administradora del Caudal
reditario de Rade Pavkovich, Difunto, y
ARREN ELMER HALFPAP,

                    Demandante(s),


              -contra-                                No. de Índice: 04114728

UPO MÉXICO S. A. de C.V., una                        SEGUNDA DEMANDA
poración mexicana, SOUTHERN PERU                     MODIFICADA VERIFICADA
LDINGS CORPORATION, una corporación
Delaware, SPHC II, Incorporated, una
poración de Delaware, GRUPO MINERO
EXICO INTERNACIONAL, S. A. DE C.V.,
 corporación mexicana, MEXICANA de
BRE, S.A. de C.V., una corporación
icana, CONTROLADORA MINERA
XICO, S.A. de C.V., una corporación
icana, JP MORGAN CHASE &
MPANY antes conocido como CHASE
NHATTAN BANK & TRUST COMPANY,
 corporación de Delaware, AMERICAS
NING CORPORATION, una corporación de
aware, ERNST & YOUNG LLP, ERNST &
UNG CORPORATE FINANCE, LLC,
RMAN LARREA MOTA-VELASCO,
cial y Director de ASARCO, Inc., OSCAR
NZALES ROCHA Oficial y Director de
ARCO, Inc., CREDIT SUISSE FIRST
STON, INC., CREDIT SUISSE FIRST
STON, LLC y CREDIT SUISSE FIRST
STON (USA), INC.

                    Demandado(s)


Demandantes, por medio de sus abogados, WEITZ & LUXENBERG, P.C. y BARON &

DD, P.C. para su acción contra los Demandados respetuosamente alegan como sigue:

1

## DECLARACIÓN PRELIMINAR

1. Este caso tiene que ver con la adquisición y liquidación sistemática de una [cor]poración estadounidense con valor de múltiple millares de millones de dólares y cien años de [eda]d, para el beneficio de inversionistas extranjeros y al perjuicio de acreedores residentes. Se [tom]ó control de las compañías y activos que formaron Asarco Incorporated ("ASARCO") [me]diante la adquisición de una mayoría de sus acciones, se vendieron por ganancia y se [tran]sfirieron fuera del alcance directo de los individuos perjudicados por ASARCO y a quienes [se] debe indemnización.

2. Esta acción surge bajo el Acto de Cesión Fraudulenta de Nueva York, *DEBT. & [CR]ED. § 270 et. seq.* y el derecho común de Nueva York en relación con el fraude. Todos los [de]mandantes tienen reclamos en contra de ASARCO por lesiones personales relacionadas con [expo]sición a asbesto, y todos son acreedores de ASARCO. Los Demandantes promueven esta [acc]ión judicial a favor de ellos mismos y como en representación de un grupo de demandantes, [el] cual definido más abajo (mencionado a continuación como el "Grupo de Demandantes").

## JURISDICCIÓN, COMPETENCIA Y SELECCIÓN DE LA LEY APLICABLE

3. La jurisdicción y competencia son correctas en el Estado de Nueva York y el [con]dado de Nueva York conforme a *N.Y. C.P. L. R. art. 5 § 503.* La Ley Estatal de Nueva [Yor]k gobierna los reclamos por remedio de los demandantes.

4. Las partes y las transferencias principales demandadas aquí en esto tienen [con]exiones significativas con esta jurisdicción. En el momento de la Compra Apalancada [("LB]O"), la sede corporativa de ASARCO se ubicó en la Ciudad de Nueva York. La sede [cor]porativa del demandado JP Morgan Chase & Company antes conocido como Chase

2

016

...an Bank & Trust Co. ("Chase") se ubica en la Ciudad de Nueva York.

Todos los demandados están autorizados llevar a cabo negocios en el estado y/o han contratado proveer bienes y servicios dentro del estado. Todas las corporaciones y ...dades comerciales demandadas han cometido actos dañosos dentro del estado de Nueva ...ork.

6. ASARCO, el demandado Grupo México S.A. de C.V. ("GRUPO MÉXICO"), el ...mandado Americas Mining Corporation ("AMC") y el demandado CHASE han renunciado ...tractualmente cualquier derecho que ellos pudieran haber tenido impugnar la jurisdicción de ...e Tribunal concerniente a las cesiones disputadas aquí mencionadas. Además, estos ...mandados han designado en esos mismos contratos que la Ley Estatal de Nueva York gobierna ...isacciones principales abarcadas en la compra apalancada.

7. El demandado Ernst & Young, LLP y Ernst & Young Corporate Finance LLC ...an a cabo negocios con regularidad en este estado y condado.

8. La sede de los demandados Credit Suisse First Boston, Inc., Credit Suisse First ...ston, LLC y Credit Suisse First Boston (USA) Inc. (colectivamente "CSFB") se ubica en la ...dad de Nueva York, Nueva York.

9. El Estado de Nueva York tiene el interés más significativo en el resultado de este ...gio.

**Demandantes**

10. Los demandantes actualmente son acreedores no garantizados de ASARCO cuyos ...lamos no se han satisfecho. Los demandantes son personas dañadas por ASARCO y cuyos ...amos de daño legal fueron presentados o no fueron presentados contra ASARCO en el ...mento de la cesión(es) fraudulenta(s) en cuestión. Todos los demandantes tienen "reclamos"

3

ASARCO y por tanto son "acreedores" según se define ese término bajo el Acto de  · · · *017*

sion Fraudulenta de Nueva York, ("el Acto"), *N.Y. DEBT. & CRED. § 270.*

Los demandantes son por nombre y ciudadanía: PHILLIP NELSON BURNS, un

del Estado de Arizona; MIRJANA PAVKOVICH, Administradora del Caudal

de Rade Pavkovich, Difunto, una ciudadana del Estado de Arizona; y WARREN

HALFPAP, un ciudadano del Estado de Nueva York.

### Demandados

12.    El demandado GRUPO MÉXICO S. A. de C.V. ("GRUPO MÉXICO") es una

ación mexicana.  Se puede notificar a GRUPO MÉXICO de actos procésales conforme al

Relativo a la Notificación o Traslado en el Extranjero de Documentos Judiciales y

ajudiciales en Materia Civil o Comercial (el Convenio de La Haya) proporcionando la

y Demanda en forma debida a la Autoridad Central Mexicana, que efectuará la

ificación formal de GRUPO MÉXICO S.A. DE C.V., en su sede en Avenida Baja California

Colonia Roma Sur, 06760, Ciudad de México, México.  Las menciones aquí en esto a

RUPO MÉXICO" incluyen GRUPO MÉXICO S.A. de C.V. y sus sociedades subsidiarias y

dadas, los demandados Americas Mining Corporation ("AMC"), Controladora Minera

xico, S.A. de C.V. ("CMM"), Grupo México Minera México Internacional, S.A. de C.V.

MMI") y Mexicana de Cobre S.A. de C.V.

13.    Los demandados SOUTHERN PERU HOLDINGS CORPORATION ("SPHC") y

HC II Incorporated están incorporados en el Estado de Delaware y mantienen su sede

orativa en 2575 East Camelback Road, Phoenix Arizona, 85016.  El agente registrado para

bir notificaciones para SPHC y SPHC II es el Corporation Trust Center, 1209 Orange Street,

mington, Delaware, 19801.  SPHC es una compañía tenedora de valores de otras empresas y

018

forme como una sociedad subsidiaria y totalmente la propiedad de ASARCO para facilitar la

transferencia del interés de ASARCO en la empresa Southern Peru Copper Corporation

al para el demandado GRUPO MÉXICO y/o sus afiliados.

14.   El demandado GRUPO MÉXICO MINERO MÉXICO INTERNACIONAL, S.A.

de C.V. ("GMMI") es una corporación mexicana. Se puede notificar a GMMI de actos

procesales conforme al Convenio Relativo a la Notificación o Traslado en el Extranjero de

Documentos Judiciales y Extrajudiciales en Materia Civil o Comercial (el Convenio de La Haya)

proporcionando la Citación y Demanda en forma debida a la Autoridad Central Mexicana, que

efectuará la notificación formal de GRUPO MÉXICO MINERO MÉXICO INTERNACIONAL,

S.A. DE C.V., en su sede en Avenida Baja California 200, Colonia Roma Sur 06760 Ciudad de

México, México.

15.   El demandado MEXICANA de COBRE S.A. de C.V. es una corporación

mexicana. Se puede notificar a MEXICANA de COBRE S.A. de C.V. de actos procésales

conforme al Convenio Relativo a la Notificación o Traslado en el Extranjero de Documentos

Judiciales y Extrajudiciales en Materia Civil o Comercial (el Convenio de La Haya)

proporcionando la Citación y Demanda en forma debida a la Autoridad Central Mexicana, que

efectuará la notificación formal de MEXICANA de COBRE S.A. de C.V., en Kilómetro 21

Carretera Nacozari Agua Prieta, 84346, Nacozari de García, Sonora, México.

16.   El demandado CONTROLADORA MINERA MÉXICO, S.A. de C.V. ("CMM"),

corporación mexicana, se puede notificar de actos procésales conforme al Convenio Relativo

Notificación o Traslado en el Extranjero de Documentos Judiciales y Extrajudiciales en

Materia Civil o Comercial (el Convenio de La Haya) proporcionando la Citación y Demanda en

forma debida a la Autoridad Central Mexicana, que efectuará la notificación formal de

5