# EXHIBIT 22

# TO

# EXHIBIT 4

**FILED UNDER SEAL**