# EXHIBIT 6


**TRANSPERFECT**
TRANSLATIONS

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BOSTON
BRUSSELS
CHARLOTTE
CHICAGO
DALLAS
DENVER
FRANKFURT
GENEVA
HONG KONG
HOUSTON
IRVINE
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
RESEARCH TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SAN JOSE
SEATTLE
SINGAPORE
STOCKHOLM
SYDNEY
TOKYO
TORONTO
WASHINGTON, DC

AFFIDAVIT OF ACCURACY

I, __Jessica Majestic__, hereby certify that the attached document is, to my knowledge and belief, a true and accurate translation of the "GM_BURNS_001448," from Spanish into English.

Jessica Majestic
3 Park Ave. 39th Fl
New York, NY 10016

Sworn before me on this 6th Day of July, 2007

_____
Signature, Notary Public

PAUL D. RALSTON
Notary Public, State of New York
No. 01RA6023867
Qualified in Queens County
Commission Expires May 3, 2011

Stamp, Notary Public

# EXHIBIT 1

# TO

# EXHIBIT 6

**FILED UNDER SEAL**