UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PHILLIP NELSON BURNS, MIRJANA PAVKOVICH, Administrator of the Estate of Rade Pavkovich, Deceased, and Warren Elmer Halpap,

        Plaintiffs,

-against-

GRUPO MÉXICO, S.A. de C.V., a Mexican Corporation,

        Defendant.

Case No. 1:07-CV-3496(WHP)

**DECLARATION OF J. RYAN MILLER, ESQ. IN SUPPORT OF DEFENDANT GRUPO MÉXICO, S.A.B. DE C.V.'S OPPOSITION TO NON-PARTY ASARCO LLC AND SOUTHERN PERU HOLDINGS, LLC'S CONSOLIDATED MOTIONS TO SUBSTITUTE PLAINTIFFS AND TO TRANSFER VENUE**

---

J. Ryan Miller, declares, pursuant to 28 U.S.C. § 1746:

1. I am associated with the law firm of Milbank, Tweed, Hadley & McCloy LLP, counsel for defendant Grupo México S.A.B. de C.V., and I am admitted to practice before this court. I submit this declaration on behalf of defendant in support of its Opposition to Non-Party ASARCO LLC and Southern Peru Holdings, LLC's Consolidated Motions to Substitute Plaintiffs and to Transfer Venue.

2. Attached hereto as Exhibit A is a true and correct copy of the Consent Decree, filed in *USA v. ASARCO, Inc. et al.*, Case No. 02-2079 (D. Ariz. Feb. 2, 2003).

3. Attached hereto as Exhibit B is a true and correct copy of the Answer of ASARCO Inc., filed in *USA v. ASARCO Inc. et al.*, No. 02-2079 (D. Ariz. Sep. 24, 2002) (No. 19).

4. Attached hereto as Exhibit C is a true and correct copy of the Complaint, filed in *USA v. ASARCO Inc. et al.*, No. 02-5401 (FDB) (W.D. Wash. Aug. 9, 2002) (No. 1).

5. Attached hereto as Exhibit D is a true and correct copy of the Civil Docket, *USA v. ASARCO Inc. et al.*, No. 2:02-cv-02079-RCB.

6. Attached hereto as Exhibit E is a true and correct copy of the Voluntary Petition of ASARCO LLC, filed in the bankruptcy proceeding *In re ASARCO LLC*, No. 05-21207 (Bankr. S.D. Tex. Aug. 8, 2005) (No. 1).

7. Attached hereto as Exhibit F is a true and correct copy of Southern Peru Copper Corporation's Schedule 13D, dated October 12, 2000 and filed with the United States Securities and Exchange Commission on October 13, 2000.

8. Attached hereto as Exhibit G is a true and correct copy of ASARCO Inc.'s Schedule 13D, dated November 17, 1999 and filed with the United States Securities and Exchange Commission on November 19, 1999.

9. Attached hereto as Exhibit H is a true and correct copy of the Voluntary Petition of Southern Peru Holdings, LLC, filed in the bankruptcy proceeding *In re S. Peru Holdings, LLC*, No. 06-20774 (Bankr. S.D. Tex. Dec. 12, 2006) (No. 1).

10. Attached hereto as Exhibit I is a true and correct copy of the Summary of Schedules, filed in the bankruptcy proceeding *In re S. Peru Holdings, LLC*, No. 06-20774 (Bankr. S.D. Tex. Jan. 26, 2007) (No. 3655).

11. Attached hereto as Exhibit J is a true and correct copy of the Statement of Financial Affairs, filed in the bankruptcy proceeding *In re S. Peru Holdings, LLC*, No. 06-20774 (Bankr. S.D. Tex. Jan. 26, 2007) (No. 3656).

12. Attached hereto as Exhibit K is a true and correct copy of the Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines, filed in the bankruptcy proceeding *In re ASARCO LLC*, No. 05-21207 (Bankr. S.D. Tex. Aug. 24, 2005) (No. 157).

13.     Attached hereto as Exhibit L is a true and correct copy of the Notice of Section 341 Meeting of Creditors, filed in the Bankruptcy proceeding *In re ASARCO LLC*, No. 05-21207 (Bankr. S.D. Tex. Feb. 1, 2007) (No. 3684).

14.     Attached hereto as Exhibit M is a true and correct copy of ASARCO LLC's Answer to Second Amended Complaint Seeking to Hold ASARCO, LLC Liable for the Tort Liabilities of the Subsidiary Debtors, filed in the bankruptcy proceeding *In re ASARCO LLC*, Case No. 05-21207 (S.D. Tex. May 11, 2007) (No. 4694).

15.     Attached hereto as Exhibit N is a true and correct copy of the opinion issued in *Southmark Corp. v. Crescent Heights VI, Inc., (In re Southmark Corp.)*, No. 95-10849 (N.D. Tex. Jul. 26, 1996) *aff'd* 95 F.3d 53 (5th Cir. 1996).

16.     Attached hereto as Exhibit O is a true and correct copy of ASARCO and Southern Peru Holdings LLC's Response to Americas Mining Corporation's Motion to Dismiss the First Amended Complaint, filed in *ASARCO LLC v. Americas Mining Corp.*, Civ. A. No. 1:07-cv-00018 (S.D. Tex. June 7, 2007).

17.     Attached hereto as Exhibit P is a true and correct copy of available flights on July 10, 2007 from Mexico City, Mexico, to New York, New York; from Mexico City, Mexico to Brownsville, Texas; from Phoenix, Arizona to New York, New York; and from Phoenix, Arizona to Brownsville, Texas, printed on July 9, 2007, from the travel website www.orbitz.com.

18.     Attached hereto as Exhibit Q is a true and correct copy of the Form CB Tender Offer/Rights Offering Notification Form filed by Nueva G. México, S.A. de C.V., dated September 28, 2000 and filed with the United States Securities and Exchange Commission on September 29, 2000.

- 4 -

19. I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct.

Executed on July 10, 2007
In New York, New York

                                                J. Ryan Miller, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2007, a copy of Declaration of J. Ryan Miller, Esq. in Support of Defendant Grupo México, S.A.B. de C.V.'s Opposition to Non-Party ASARCO LLC and Southern Peru Holdings, LLC'S Consolidated Motions to Substitute Plaintiffs and to Transfer Venue, dated July 10, 2007 was served by e-mail as follows:

G. Irvin Terrell, Jr.
Samuel W. Cooper
Michael Massengale
Rebeca Huddle
Baker Botts, LLP
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002
(713) 229-1231
(713) 229-2831 (facsimile)
irv.terrell@bakerbotts.com
samuel.cooper@bakerbotts.com
michael.massengale@bakerbotts.com
rebeca.huddle@bakerbotts.com

Jack Kinzie
Fernando Rodriguez
Eric Soderlund
Thomas E. O'Brien
Baker Botts, LLP
2001 Ross Avenue
Dallas, Texas 75201
(214) 661- 6500
(214) 661-6503 (facsimile)
jack.kinzie@bakerbotts.com
fernando.rodriguez@bakerbotts.com
eric.soderlund@bakerbotts.com
tom.obrien@bakerbotts.com

Attorneys for Non-parties
ASARCO LLC and Southern Peru Holdings, LLC

Alan B. Rich
Baron & Budd, P.C.
The Centrum
3102 Oak Law Avenue, Suite 1100
Dallas, Texas 75219
(214) 521-3605
(214) 520-1181 (facsimile)
arich@baronbudd.com

Attorneys for Plaintiffs Burns and Pavkovich

_____
J. Ryan Miller, Esq.