STD, TERMED

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:02-cv-02079-RCB

USA v. Asarco Inc, et al
Assigned to: Judge Robert C Broomfield
Demand: $0
Case in other court: USDC WD WA, C02-5401FDB
Cause: 28:2201 Injunction

Date Filed: 10/21/2002
Date Terminated: 02/03/2003
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: U.S. Government Plaintiff

| Date Filed | # | Docket Text |
|---|---|---|
| 09/26/2002 | 19 | ANSWER to Complaint by dfts (MAP) (Entered: 10/21/2002) |
| 10/21/2002 | 22 | Original file, certified copy of transfer order and docket sheet received from US Dist Court Western Dist Washington (MAP) (Entered: 10/21/2002) |
| 10/21/2002 | 23 | SEALED Motion for preliminary injunction by pla USA [23-1] (MAP) (Entered: 10/21/2002) |
| 11/08/2002 | 24 | SEALED Order by Judge Robert C. Broomfield granting the United States' Motion to File Pleading Under Seal re: Motion for preliminary injunction by pla USA [23-1] [23-1] (KMG) (Entered: 11/08/2002) |
| 11/13/2002 | 25 | ORDER by Judge Robert C. Broomfield the Court hereby grants the United States' Motion to File Brief in Excess of Page Limit. (NOTE: United States (SEALED) Motion for Preliminary Injunction is at docket #23) (cc: all counsel) re: order filed [25-1] (KMG) (Entered: 11/13/2002) |
| 11/15/2002 | 29 | MOTION to intervene by Veronica Cruz, James E Akin, Olga Aleman, James W Atchley, Aurora Baeza, Earnest Layfatte Beall, Glenn Blevins, Jimmie Carrier, Oscar Alberto Castro, Ludy James Chamberlain, Claude Edward Chivers, Cornejo Santos, Frankie Joe Cunningham, Rudolph Durden Francisco Esparza, Guadalupe Flores, Roberto S. Flores, Carlos Franco, Aurelio Romero Garcia, Raymundo Garcia, Elias Garza, Anthony Nicholas Gatto, Martin R Gonzales, Elmo Grimes, Isabel T Guerrero, Secundino Partida Guerrero, Leon Hall, Thirl Dean Hardcastle, Winford Charlie Harding, Don Earl Harris, Jose A Hernandez, William Chad Hubbard, Glen Wiley Koehn, Tiburcio Lopez, Hector Martinez, Pedro Martinez, Michael Ned Megginson, Linda M Sellers, Reynaldo S Montemayor, Jorge P Munoz, Carl Owen Nicol, Raymond O'Neal, Gilbert Ramirez Oropez, Arnold Carlos Overstreet, Roy Weldon Parrish, Albert Errol Phillips, Robert Rodriguez, Edgar Emmitt Rowe, Felipe A Sanchez, Moye Dee Scarborough, Carroll Sissell, Ronald Squyres, Robert Clifton Taber, Bobbie Joe White [29-1] (MAP) Modified on 11/27/2002 (Entered: 11/27/2002) |

| | | |
|---|---|---|
| 11/18/2002 | 26 | MOTION for leave to withdraw as counsel (atty Michael Thorp) for Dfts by dfts [26-1] (MAP) (Entered: 11/21/2002) |
| 11/18/2002 | 27 | CERTIFICATE of Service of Motion to Withdraw as COunsel by dfts (MAP) (Entered: 11/21/2002) |
| 11/22/2002 | 28 | ORDER by Judge Robert C. Broomfield granting motion for leave to withdraw as counsel (atty Michael Thorp) for Dfts by dfts [26-1] attorney Michael R Thorp withdrawn (cc: all counsel) (MAP) (Entered: 11/22/2002) |
| 11/29/2002 | 30 | MOTION to Extend Time to File Response to Motion to Intervene filed by Veronica Cruz, et al. on 11/15/02 (pending resolution of the US's Motion to Hold Motion to Intervene in Abeyace, filed this day) by pla USA [30-1] (KMG) (Entered: 12/02/2002) |
| 11/29/2002 | 31 | MOTION to Hold /Stay Tort plas' Motion to Intervene in Abeyance until after the United States' status report of 1/6/03 by pla USA [31-1] (KMG) (Entered: 12/02/2002) |
| 12/03/2002 | | REMARK as to USA re atty Brian C Kipnis 601 Union St Ste 5100 Seattle WA 98101 removed from database for noncompliance w/admission deadline of 11/22/02 pty represented by other admitted counsel (BAS) (Entered: 12/03/2002) |
| 12/03/2002 | 32 | RESPONSE (MEMORANDUM IN OPPOSITION) by dfts Asarco Inc, and Southern Peru Hldngs to motion to intervene by Veronica Cruz, James E Akin, Olga Aleman, James W Atchley, Aurora Baeza, Earnest Layfatte Beall, Glenn Blevins, Jimmie Carrier, Oscar Alberto Castro, Ludy James Chamberlain, Claude Edward Chivers, Cornejo Santos, Frankie Joe Cunningham, Rudolph Durden Francisco Esparza, Guadalupe Flores, Roberto S. Flores, Carlos Aurelio Romero Garcia, Raymundo Garcia, Elias Garza, Nicholas Gatto, Martin R Gonzales, Elmo Grimes, Isabel T Guerrero, Secundino Partida Guerrero, Leon Hall, Thirl Dean Hardcastle, Winford Charlie Harding, Don Earl Harris, Jose Hernandez, William Chad Hubbard, Glen Wiley Koehn, Tiburcio Lopez, Hector Martinez, Pedro Martinez, Michael Ned Megginson, Linda M Sellers, Reynaldo S Montemayor, Jorge P Munoz, Carl Owen Nicol, Raymond O'Neal, Gilbert Ramirez Oropez, Arnold Carlos Overstreet, Roy Weldon Parrish, Errol Phillips, Robert Rodriguez, Edgar Emmitt Rowe, Felipe A Sanchez, Moye Dee Scarborough, Carroll Sissell, Ronald Squyres, Robert Clifton Taber, Bobbie Joe White [29-1] (KMG) (Entered: 12/05/2002) |
| 12/03/2002 | 33 | STATEMENT of Position by dfts Asarco Inc, and Southern Peru Hldngs re Response (Memorandum in Opposition) to Motion [32-1] to Intervene (KMG) (Entered: 12/05/2002) |
| 12/04/2002 | 34 | CROSS-MOTION Fore Expedited Consideration (to Accelerate Ruling) on Motion to Intervene by Veronica Cruz, James E Akin, Olga Aleman, James W Atchley, Aurora Baeza, Earnest Layfatte Beall, Glenn Blevins, Jimmie Carrier, Oscar Alberto Castro, Ludy James Chamberlain, Claude Edward Chivers, Cornejo Santos, Frankie Joe Cunningham, Rudolph Durden Francisco Esparza, |

| | | |
|---|---|---|
| | | Guadalupe Flores, Roberto S. Flores, Carlos Franco, Aurelio Romero Garcia, Raymundo Garcia, Elias Garza, Anthony Nicholas Gatto, Martin R Gonzales, Elmo Grimes, Isabel T Guerrero, Secundino Partida Guerrero, Leon Hall, Thirl Dean Hardcastle, Winford Charlie Harding, Don Earl Harris, Jose Hernandez, William Chad Hubbard, Glen Wiley Koehn, Tiburcio Lopez, Hector Martinez, Pedro Martinez, Michael Ned Megginson, Linda M Sellers, Reynaldo S Montemayor, Jorge P Munoz, Carl Owen Nicol, Raymond O'Neal, Gilbert Ramirez Oropez, Arnold Carlos Overstreet, Roy Weldon Parrish, Errol Phillips, Robert Rodriguez, Edgar Emmitt Rowe, Felipe A Sanchez, Moye Dee Scarborough, Carroll Sissell, Ronald Squyres, Robert Clifton Taber, Bobbie Joe White [29-1] by intervenor-plaintiff [34-1] and RESPONSE (OPPOSITION) to Motion to Hold /Stay Tort plas' Motion to Intervene in Abeyance until after the United States' status report of 1/6/03 by pla USA [31-1] [31-1] by intervenor-plaintiffs (KMG) (Entered: 12/05/2002) |
| 12/05/2002 | 35 | MOTION for admission pro hac vice as to James J. Sabella, atty for Dfts Asarco Inc, Southern Peru Hldngs [35-1] (MAP) (Entered: 12/07/2002) |
| 12/09/2002 | 36 | ORDER by Judge Robert C. Broomfield denying motion to Hold /Stay Tort plas' Motion to Intervene in Abeyance until after the United States' status report of 1/6/03 by pla USA [31-1] FURTHER ORDERED granting in part motion to Extend Time to File Response to Motion to Intervene by Veronica Cruz by pla USA [30-1]. The USA is ordered to file its responses nlt 12/11/02, and to serve such response upon all parties hereto via hand-delivery. The proposed intervenors may reply pursuant to LR 1.10(d) (cc: all counsel) (MAP) (Entered: 12/09/2002) |
| 12/10/2002 | 37 | ORDER by Judge Robert C. Broomfield granting motion for admission pro hac vice as to James J. Sabella, atty for Dfts Asarco Inc, Southern Peru Hldngs [35-1] (cc: all counsel) (KMG) (Entered: 12/10/2002) |
| 12/11/2002 | | REMARK as to Asarco Inc, Southern Peru Hldngs re atty Angus MacBeth Sidley Austin Brown & Wood LLP 1501 K St NW Washington DC 20005 removed from database for noncompliance w/admission deadline of 11/22/02 pty represented by other admitted counsel (BAS) (Entered: 12/11/2002) |
| 12/11/2002 | 38 | RESPONSE (IN OPPOSITION) by pla USA to motion to intervene by Veronica Cruz, James E Akin, Olga Aleman, James W Atchley, Aurora Baeza, Earnest Layfatte Beall, Glenn Blevins, Jimmie Carrier, Oscar Alberto Castro, Ludy James Chamberlain, Claude Edward Chivers, Cornejo Santos, Frankie Joe Cunningham, Rudolph Durden Francisco Esparza, Guadalupe Flores, Roberto S. Flores, Carlos Franco, Aurelio Romero Garcia, Raymundo Garcia, Elias Garza, Anthony Nicholas Gatto, Martin R Gonzales, Elmo Grimes, Isabel T Guerrero, Secundino Partida Guerrero, Leon Hall, Thirl Dean Hardcastle, Winford Charlie Harding, Don Earl Harris, Jose A Hernandez, William Chad Hubbard, Glen Wiley Koehn, Tiburcio Lopez, Hector Martinez, Pedro Martinez, Michael Ned Megginson, Linda M Sellers, Reynaldo S Montemayor, Jorge P Munoz, Carl Owen Nicol, Raymond O'Neal, Gilbert Ramirez Oropez, Arnold Carlos Overstreet, Roy Weldon Parrish, Albert Errol Phillips, Robert Rodriguez, |

| | | |
|---|---|---|
| | | Edgar Emmitt Rowe, Felipe A Sanchez, Moye Dee Scarborough, Carroll Sissell, Ronald Squyres, Robert Clifton Taber, Bobbie Joe White [29-1] (KMG) (Entered: 12/16/2002) |
| 12/16/2002 | 39 | REPLY by intervenor-plaintiffs (all) to response to motion to intervene by Veronica Cruz, James E Akin, Olga Aleman, W Atchley, Aurora Baeza, Earnest Layfatte Beall, Glenn Blevins, Jimmie Carrier, Oscar Alberto Castro, Ludy James Chamberlain, Claude Edward Chivers, Cornejo Santos, Frankie Joe Cunningham, Rudolph Durden Francisco Esparza, Guadalupe Flores, Roberto S. Flores, Carlos Franco, Aurelio Romero Garcia, Raymundo Garcia, Elias Garza, Anthony Nicholas Gatto, Martin R Gonzales, Elmo Grimes, Isabel T Guerrero, Secundino Partida Guerrero, Leon Hall, Thirl Dean Hardcastle, Winford Charlie Harding, Don Earl Harris, Jose A Hernandez, William Chad Hubbard, Glen Wiley Koehn, Tiburcio Lopez, Hector Martinez, Pedro Martinez, Michael Ned Megginson, Linda M Sellers, Reynaldo S Montemayor, Jorge P Munoz, Carl Owen Nicol, Raymond O'Neal, Gilbert Ramirez Oropez, Arnold Carlos Overstreet, Roy Weldon Parrish, Albert Errol Phillips, Robert Rodriguez, Edgar Emmitt Rowe, Felipe A Sanchez, Moye Dee Scarborough, Carroll Sissell, Ronald Squyres, Robert Clifton Taber, Bobbie Joe White [29-1] (KMG) (Entered: 12/17/2002) |
| 12/16/2002 | 40 | MOTION for admission pro hac vice as to Alan B. Rich, atty for all intervenor-plaintiffs [40-1] (KMG) (Entered: 12/18/2002) |
| 12/19/2002 | 41 | ORDER by Judge Robert C. Broomfield granting motion for admission pro hac vice as to Alan B. Rich, atty for all intervenor-plaintiffs [40-1] (cc: all counsel) (MAP) (Entered: 12/19/2002) |
| 12/23/2002 | 42 | ORDER by Judge Robert C. Broomfield denying motion to intervene by Veronica Cruz, James E Akin, Olga Aleman, W Atchley, Aurora Baeza, Earnest Layfatte Beall, Glenn Blevins, Jimmie Carrier, Oscar Alberto Castro, Ludy James Chamberlain, Claude Edward Chivers, Cornejo Santos, Frankie Joe Cunningham, Rudolph Durden Francisco Esparza, Guadalupe Flores, Roberto S. Flores, Carlos Franco, Aurelio Romero Garcia, Raymundo Garcia, Elias Garza, Anthony Nicholas Gatto, Martin R Gonzales, Elmo Grimes, Isabel T Guerrero, Secundino Partida Guerrero, Leon Hall, Thirl Dean Hardcastle, Winford Charlie Harding, Don Earl Harris, Jose A Hernandez, William Chad Hubbard, Glen Wiley Koehn, Tiburcio Lopez, Hector Martinez, Pedro Martinez, Michael Ned Megginson, Linda M Sellers, Reynaldo S Montemayor, Jorge P Munoz, Carl Owen Nicol, Raymond O'Neal, Gilbert Ramirez Oropez, Arnold Carlos Overstreet, Roy Weldon Parrish, Albert Errol Phillips, Robert Rodriguez, Edgar Emmitt Rowe, Felipe A Sanchez, Moye Dee Scarborough, Carroll Sissell, Ronald Squyres, Robert Clifton Taber, Bobbie Joe White [29-1]. (Finding the motion Fore Expedited Consideration (to Accelerate Ruling) on Motion to Intervene by Veronica Cruz, et al., [34-1] moot. , (cc: all counsel) (KMG) (Entered: 12/23/2002) |
| 12/23/2002 | 43 | MOTION for Reconsideration of this Court Order dated 12/19/02 denying their Motion to Intervene by intervenor-plaintiffs (all) [43-1] (KMG) (Entered: |

| | | |
|---|---|---|
| | | 12/31/2002) |
| 01/07/2003 | 44 | RESPONSE (IN OPPOSITION) by pla USA to motion for Reconsideration of this Court Order dated 12/19/02 denying their Motion to by intervenor-plaintiffs (all) [43-1] (KMG) (Entered: 01/08/2003) |
| 01/08/2003 | 45 | ORDER by Judge Robert C. Broomfield denying motion for Reconsideration of this Court Order dated 12/19/02 denying their Motion to Intervene by intervenor-plaintiffs (all) [43-1] (cc: all counsel) (KMG) (Entered: 01/08/2003) |
| 01/29/2003 | 46 | MOTION to enter consent decree by pla [46-1] (DMT) (Entered: 01/31/2003) |
| 01/30/2003 | 47 | RESPONSE/CONSENT by dfts Asarco Inc, and Southern Peru Hldngs to Motion to enter consent decree by pla [46-1] (KMG) (Entered: 02/03/2003) |
| 02/03/2003 | 48 | NOTICE OF APPEAL by all intervenor-plaintiffs from District Court order [45-1] and order [42-3] (cc: 9CCA/All Counsel/judge) (former emp) Modified on 02/05/2003 (Entered: 02/03/2003) |
| 02/03/2003 | | Received $105.00 appeal fee re NOTICE OF APPEAL [48-1] (former emp) (Entered: 02/03/2003) |
| 02/03/2003 | 49 | CONSENT JUDGMENT (DECREE) by Judge Robert C. Broomfield : this consent decree shall constitute a final judgment in this action between and among the USA and the dfts; granting motion to enter consent decree by pla [46-1] terminating case (cc: all counsel//9CCA w/o attachments) (REW) (Entered: 02/03/2003) |
| 02/05/2003 | | Certificate of Record Transmitted to 9th Circuit NOTICE OF APPEAL [48-1] (REW) (Entered: 02/05/2003) |
| 02/05/2003 | | APPEAL PACKET forwarded to all parties and 9th Circuit re: NOTICE OF APPEAL [48-1] (REW) (Entered: 02/05/2003) |
| 02/19/2003 | | Notification by 9th Circuit of Appellate Docket Number 03-15238 re NOTICE OF APPEAL [48-1] (REW) (Entered: 02/19/2003) |
| 02/24/2003 | 50 | MOTION for admission pro hac vice as to Belynda B Reck, for non-party ConocoPhillips [50-1] (REW) (Entered: 02/27/2003) |
| 03/03/2003 | 51 | ORDER by Judge Robert C. Broomfield granting motion for admission pro hac vice as to Belynda B Reck, for non-party ConocoPhillips [50-1] (cc: all counsel/9CCA) (LAD) (Entered: 03/03/2003) |
| 03/03/2003 | 52 | Notice of Transcript Designation by all intervenor-plaintiffs re NOTICE OF APPEAL [48-1]; no transcripts to be ordered (REW) (Entered: 03/06/2003) |
| 03/12/2003 | 53 | MOTION to intervene by ConocoPhillips Co [53-1] and supporting memorandum of points and authorities (REW) (Entered: 03/17/2003) |
| 03/12/2003 | 54 | MOTION for expedited hearing on motion to intervene by ConocoPhillips Co [53-1] by intervenor ConocoPhillips Co [54-1] (REW) (Entered: 03/17/2003) |

| | | |
|---|---|---|
| 03/17/2003 | 55 | ORDER by Judge Robert C. Broomfield; ConocoPhillips shall file by 3/18/03, a memorandum briefing the issue of whether this court has subject matter jurisdiction over this case at this time; a responsive memorandum, to the extent the pla and/or dfts wish to file one, shall be filed by 3/21/03; re: motion for expedited hearing [54-1], re: motion to intervene [53-1]; hearing on the jurisdictional issues will be held 3/24/03 at 1:30 pm; if the court is satisfied that it has jurisdiction to hear the matters presented in the motion to intervene, the court will then hold a hearing on 3/27/03 at 10:00 am ; in court hearing set for 1:30 3/24/03, re: jurisdictional issues (cc: all counsel) (REW) (Entered: 03/17/2003) |
| 03/18/2003 | 56 | SUPPLEMENTAL MEMORANDUM regarding subject matter jurisdiction IN SUPPORT by intervenor ConocoPhillips Co of motion to intervene by ConocoPhillips Co [53-1] and motion for expedited hearing by intervenor ConocoPhillips Co [54-1], re: order [55-2] (REW) (Entered: 03/19/2003) |
| 03/19/2003 | 57 | MOTION for admission pro hac vice as to Pierce O'Donnell, atty for intervenor ConocoPhillips Co [57-1] (REW) (Entered: 03/19/2003) |
| 03/21/2003 | 58 | MEMORANDUM regarding court's jurisdiction to entertain ConocoPhillips' motion to intervene by dft Asarco Inc, dft Southern Peru Hldngs, re: order [55-2], re: motion to intervene [53-1] (REW) (Entered: 03/24/2003) |
| 03/21/2003 | 59 | RESPONSIVE MEMORANDUM re: jurisdiction of District Court to adjudicate ConocoPhillips' motion to intervene by pla USA, re: memorandum [58-1], re: order [55-1], re: motion to intervene [53-1] (REW) (Entered: 03/24/2003) |
| 03/24/2003 | 60 | MINUTE ENTRY before Judge Robert C. Broomfield . Crt Rptr: Vicki Reger. Present: Steve Keller for Pla. Pierce O'Donald for Intpla. In court hearing held. The court has taken the jurisdictional issues under advisement. [cc: RCB/CD] [60-2] (LCF) (Entered: 03/25/2003) |
| 03/24/2003 | 61 | Notice of Filing DECLARATION of Tracy L Sizemore re motion to intervene by ConocoPhillips Co [53-1] and supporting memorandum of points and authorities [53-1], re motion for expedited hearing on motion to intervene by ConocoPhillips Co [53-1] by intervenor ConocoPhillips Co [54-1] [54-1] by intervenor ConocoPhillips Co (REW) (Entered: 03/25/2003) |
| 03/25/2003 | 65 | Transcript Designation and Ordering Form by appellee/intervenor ConocoPhillips Co; ordering transcript for hearing of 3/24/03 (REW) (Entered: 03/28/2003) |
| 03/26/2003 | 62 | ORDER by Judge Robert C. Broomfield granting motion for admission pro hac vice as to Pierce O'Donnell, atty for intervenor ConocoPhillips Co [57-1] (cc: all counsel) (REW) (Entered: 03/26/2003) |
| 03/26/2003 | 63 | ORDER by Judge Robert C. Broomfield; the court finds that the question of this court's jurisdiction shall remain under advisement pending the hearing on the underlying motion to intervene set for 3/27/03 at 10:00 am, re: order [55-2], re: motion to intervene [53-1] (cc: all counsel) (REW) (Entered: 03/26/2003) |
| | | |

| | | |
|---|---|---|
| 03/26/2003 | 66 | RESPONSE (Opposition) by dft Asarco Inc, dft Southern Peru Hldngs to motion to intervene by ConocoPhillips Co [53-1] (REW) (Entered: 03/28/2003) |
| 03/26/2003 | 67 | RESPONSE by pla USA to motion to intervene by ConocoPhillips Co [53-1] and supporting memorandum of points and authorities (REW) (Entered: 03/28/2003) |
| 03/27/2003 | 64 | MINUTE ENTRY before Judge Robert C. Broomfield . Crt Rptr: Vicki Reger. Present: Steve Keller for Pla. Craig Hansen for Dft. Pierce O'Donald and David Campbell for Intervenors. Taking under advisement on 3/27/03 the motion to intervene by ConocoPhillips Co [53-1] and supporting memorandum of points and authorities. [cc: RCB/CD] [64-1] (LCF) (Entered: 03/27/2003) |
| 03/27/2003 | 68 | (CORRECTED) RESPONSE by pla USA to motion to intervene by ConocoPhillips Co [53-1] and supporting memorandum of points and authorities (REW) (Entered: 03/28/2003) |
| 04/02/2003 | 69 | DECLARATION of Joseph E Tieger by pla USA (REW) (Entered: 04/03/2003) |
| 04/03/2003 | 70 | ORDER by Judge Robert C. Broomfield granting motion for expedited consideration of motion to intervene by ConocoPhillips Co [53-1] by intervenor ConocoPhillips Co [54-1]; denying motion to intervene by ConocoPhillips Co [53-1] (cc: all counsel/9CCA) (REW) (Entered: 04/03/2003) |
| 04/07/2003 | 71 | Court Reporter's Transcript of Proceedings of hearing on jurisdictional issues (taped proceedings) for the following date(s): 3/24/03 re NOTICE OF APPEAL [48-1] (REW) (Entered: 04/09/2003) |
| 05/01/2003 | 72 | NOTICE OF APPEAL by intervenor ConocoPhillips Co from District Court order filed [70-1] (cc: 9CCA/All Counsel/judge) (former emp) (Entered: 05/01/2003) |
| 05/01/2003 | | Received $105.00 appeal fee re NOTICE OF APPEAL [72-1] (former emp) (Entered: 05/01/2003) |
| 05/02/2003 | | REMARK as to ConocoPhillips Co re atty Daniel C Tepstein O'Donnell & Shaeffer LLP 633 W 5th St Ste 1700 Los Angeles CA 90071 removed from database for noncompliance w/admission deadline of 4/20/03 pty represented by other admitted counsel (BAS) (Entered: 05/02/2003) |
| 05/05/2003 | | Civil Appeals Docketing Statement forwarded to 9th Circuit re NOTICE OF APPEAL [72-1] (REW) (Entered: 05/05/2003) |
| 05/05/2003 | | APPEAL PACKET forwarded to all parties and 9th Circuit re: NOTICE OF APPEAL [72-1] (REW) (Entered: 05/05/2003) |
| 05/15/2003 | | Notification by 9th Circuit of Appellate Docket Number 03-15824 re NOTICE OF APPEAL [72-1] (REW) (Entered: 05/15/2003) |
| 05/15/2003 | 73 | Transcript Designation and Ordering Form by intervenor ConocoPhillips Co re NOTICE OF APPEAL [72-1]; ordering transcript for hearing of 3/27/03 (REW) (Entered: 05/20/2003) |
| 05/23/2003 | 74 | Court Reporter's Transcript of Proceedings of Motion Hearing by Court Reporter: |

| | | |
|---|---|---|
| | | Joanna Rosales for the following date(s): 3/27/03 re NOTICE OF APPEAL [72-1] (REW) (Entered: 05/30/2003) |
| 05/23/2003 | | Certificate of Record Transmitted to 9th Circuit NOTICE OF APPEAL [72-1] (REW) (Entered: 05/30/2003) |
| 05/30/2003 | 75 | Transcript Designation and Ordering Form by intervenor ConocoPhillips Co re NOTICE OF APPEAL [72-1]; no additional transcripts to be prepared (REW) (Entered: 06/03/2003) |
| 08/21/2003 | 76 | CERTIFIED COPY of 9th Circuit Mandate; appellant's motion for voluntary dismissal of the case granted; appeal dismissed, re: 03-15824 [72-1] (cc: all counsel/judge) (REW) (Entered: 08/21/2003) |
| 08/22/2003 | | Pro Hac Vice $25 Fee Paid as to Pierce O'Donnell (BAS) (Entered: 08/22/2003) |
| 08/25/2003 | | Pro Hac Vice $25 Fee Paid as to Belynda B Reck (BAS) (Entered: 08/25/2003) |
| 01/21/2004 | | Clerk's record on appeal transmitted to 9th Circuit re NOTICE OF APPEAL [48-1]; 2 volumes clerk's record; 2 transcripts (#71, 74) in one expando (REW) (Entered: 01/21/2004) |
| 02/09/2004 | 77 | CERTIFIED COPY of 9th Circuit Mandate; appellant's motion for voluntary dismissal of the case granted, with each party to bear its own costs; appeal dismissed, re: 03-15238 [48-1] (cc: all counsel/judge) (REW) (Entered: 02/09/2004) |
| 10/27/2004 | | Original Record Returned from 9th Circuit re NOTICE OF APPEAL [48-1]; 2 volumes clerk's record; 2 transcripts (#71, 74) in one expando (REW) (Entered: 10/27/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/19/2007 16:02:26 | | | |
| **PACER Login:** | mt1720 | **Client Code:** | 38084-01200 |
| **Description:** | Docket Report | **Search Criteria:** | 2:02-cv-02079-RCB |
| **Billable Pages:** | 5 | **Cost:** | 0.40 |