# SOUTHERN COPPER CORP/ (PCU)

11811 NORTH TATUM BLVD
SUITE 2500
PHOENIX, AZ 85028
(602) 977–65
http://www.southernperu.com/

# SC 13D/A

T:\EDGAR\EPSTEIN\756193.TXT
**Filed on 10/13/2000**
File Number 005–44663



**LIVEDGAR**® Information Provided by Global Securities Information, Inc.
800.669.1154
www.gsionline.com

```
                    SECURITIES AND EXCHANGE COMMISSION
                          Washington, D.C. 20549
                          ---------------------------

                                SCHEDULE 13D
                     Under the Securities Exchange Act of 1934

                               (Amendment No. 3)

                        Southern Peru Copper Corporation
                     -------------------------------------------
                                (Name of Issuer)

                        Common Stock, $0.01 par value
                        (Title of Class of Securities)

                                  843611104
                                (CUSIP Number)

                            ASARCO Incorporated
                        Southern Peru Holdings Company
                     -------------------------------------------
                        (Name of Person Filing Statement)

                                Robert Ferri
                      Vice President and General Counsel
                            ASARCO Incorporated
                              180 Maiden Lane
                            New York, NY 10038
                              (212) 510-2000
                                    and
                          Daniel Tellechea Salido
                        Vice President and Treasurer
                        Southern Peru Holdings Company
                            Baja California 200
                              Colonia Roma Sur.
                          06760 Mexico City, Mexico
                          Tel. No. 011-525-574-2067
                     -------------------------------------------
                  (Name, Address and Telephone Number of Persons
                 Authorized to Receive Notices and Communications)

                                  COPY TO:
                          Michael L. Fitzgerald, Esq.
                              Brown & Wood LLP
                           One World Trade Center
                          New York, New York 10048
                            Tel. No. (212) 839-5300

                              October 12, 2000
                     -------------------------------------------
                         (Date of Event which Requires
                           Filing of this Statement)

     If the filing person has previously filed a statement on Schedule 13G to
report the acquisition which is the subject of this Schedule 13D, and is
filing this schedule because of Rule 13d-1(b) (3) or (4), check the following
box |_|.

                         (Continued on following page(s))
```

ASARCO Incorporated ("ASARCO") and Southern Peru Holdings Company, ("SPHC" and, together with ASARCO, the "Reporting Persons") hereby amend their Report on Schedule 13D regarding Southern Peru Copper Corporation (the "Company") originally filed on January 12, 1996, as amended on March 6, 1996 and as further amended on November 19, 1999 (together, the "Schedule 13D"). This Schedule 13D relates to common stock of the Company, $0.01 par value per share ("Common Stock") and Class A Common Stock of the Company, $0.01 par value per share ("Class A Common Stock", together, with Common Stock, the "Common Shares"). Unless otherwise indicated, capitalized terms used but not defined herein shall have the same meanings assigned to them in the Schedule 13D.

Item 2.   Identity and Background.

Item 2 is hereby amended by adding the following:

Effective October 12, 2000, Nueva G. Mexico, S.A. de C.V. ("New GM") completed an exchange offer with the shareholders of GM pursuant to which New GM became the owner of approximately 99.8% of the outstanding shares of GM and the former shareholders of GM became shareholders of New GM.

New GM is a Mexican corporation with its principal executive offices located at Baja California 200, Colonia Roma Sur, 06760 Mexico City, Mexico. New GM's principal business is to act as a holding company for the shares of other corporations engaged in the mining, processing and sale of metals and railways operations.

The largest shareholder of New GM is Empresarios Industriales de Mexico, S.A. de C.V., a Mexican corporation ("EIM"). The principal business of EIM is to act as a holding company for shares of other corporations engaged in a variety of businesses including mining, construction, real estate and drilling. The principal executive offices of EIM are located at Insurgentes Sur No. 432-9, Colonia Roma Sur 06760, Mexico City, Mexico. Mr. German Larrea Mota-Velasco is the Chairman of the Board and Chief Executive Officer of SPHC. Mr. German Larrea is the Chairman of the Board and Chief Executive Officer of GM and EIM. EIM, which is controlled by the Larrea family (including Mr. German Larrea), together with the holdings of various family members and of other stockholders who have supported the Larrea family, directly or indirectly may be deemed to control a majority of the capital stock of New GM. Mr. German Larrea disclaims beneficial ownership of such shares other than the shares held directly by him (comprising approximately 2.71% of the outstanding shares of New GM).

Annex I hereto sets forth the name, business address, present principal occupation or employment and citizenship of each director and executive officer of New GM. The information set forth in Annex I hereto is incorporated herein by reference.

Neither New GM or, to its knowledge, any of the persons listed in Annex I hereto, has during the last five years (i) been convicted in a criminal proceeding (excluding traffic violations or similar misdemeanors), or (ii) been a party to a civil proceeding of a judicial or administrative body of competent jurisdiction and as a result of such proceeding was, or is, subject to a judgment, decree or final order enjoining future violations of, or prohibiting or mandating activities subject to Federal or State securities laws or finding any violation with respect to such laws.

Item 5.   Interest in Securities of the Issuer.

Item 5 is hereby amended by adding the following:

Except as set forth in the Schedule 13D, none of the Reporting Persons, GM, New GM or EIM or, to their knowledge, any of the persons listed in Annex I hereto, beneficially owns any equity security of the Company and none of the Reporting Persons, GM or EIM or, to their knowledge, any of the respective directors, executive officers or subsidiaries of any of the foregoing, has effected any transaction in any equity security of the Company during the past 60 days.

SIGNATURE

      After reasonable inquiry and to the best of my knowledge and belief, I certify that the information set forth in this statement is true, complete and correct.

Dated:  October 12, 2000

                                        ASARCO INCORPORATED

                                        By /s/ Daniel Tellechea Salido
                                        ---------------------------------
                                        Name: Daniel Tellechea Salido
                                        Title:   Vice President

                                        SOUTHERN PERU HOLDING COMPANY

                                        By /s/ Daniel Tellechea Salido
                                        ---------------------------------
                                        Name: Daniel Tellechea Salido
                                        Title:   Vice President and Treasurer

ANNEX I

DIRECTORS AND EXECUTIVE OFFICERS

1. Directors and Executive Officers of New GM. The following table sets forth the name, principal business address, title and present principal occupation or employment of each director and executive officer of New GM. Each such person is a citizen of Mexico.

| Name | Principal Business Address | Title | Principal Occupation |
|---|---|---|---|
| German Larrea Mota-Velasco | Av. Baja California 200, Col. Roma Sur, 06760, Mexico City | Chairman of the Board and Chief Executive Officer of New GM | Chairman of the Board and Chief Executive Officer of New GM |
| Juan Sanchez-Navarro Peon | Av. Baja California 200, Col. Roma Sur, 06760, Mexico City | Director of New GM | Vice President of Grupo Modelo, S.A. de C.V. |
| Romulo O'Farril Jr. | Av. Baja California 200, Col. Roma Sur, 06760, Mexico City | Director of New GM | Chief Executive Officer of Novedades Editores, S.A. de C.V. |
| Prudencio Lopez Martinez | Av. Baja California 200, Col. Roma Sur, 06760, Mexico City | Director of New GM | President of Sanvica, S.A. de C.V. |
| Juan I. Gallardo Thurlow | Av. Baja California 200, Col. Roma Sur, 06760, Mexico City | Director of New GM | Chairman of the Board of Grupo Azucarero de Mexico, S.A. de C.V. |
| Claudio X. Gonzalez | Av. Baja California 200, Col. Roma Sur, 06760, Mexico City | Director of New GM | Chairman of the Board and Chief Executive Officer of Kimberly-Clark de Mexico, S.A. de C.V. |
| Carlos Giron Peltier | Av. Baja California 200, Col. Roma Sur, 06760, Mexico City | Director of New GM | Retired. |
| Jose Mendoza Fernandez | Av. Baja California 200, Col. Roma Sur, 06760, Mexico City | Director of New GM | Chief Executive of Bufete Industrial, S.A. de C.V. |
| Genaro Larrea Mota-Velasco | Av. Baja California 200, Col. Roma Sur, 06760, Mexico City | Director and Commercial Managing Director of New GM | Commercial Managing Director of New GM |
| Agustin Santamarina Vasquez | Campos Eliseos, 345-2, Col. Chapultepec Polanco, 11560, Mexico City | Director and Secretary of the Board of Directors of New GM | Of counsel at Santamaria y Steta |
| Hector Calva Ruiz | Av. Baja California 200, Col. Roma Sur, 06760, Mexico City | Managing Director for Exploration Projects and Alternate Director of New GM | Managing Director for Exploration and Projects of New GM |
| Daniel Tellechea Salido | Av. Baja California 200, Col. Roma Sur, 06760, Mexico City | Managing Director for Administration and Finance and Alternate Director of New GM | Managing Director for Administration and Finance of New GM |
| Oscar Gonzalez Rocha | Av. Baja California 200, Col. Roma Sur, 06760, Mexico City | Managing Director for Mexicana Cobre, S.A. de C.V. and for Mexicana de Cananea, S.A. de C.V. and Alternate Director of New GM | Managing Director for Mexicana Cobre, S.A. de C.V. and Mexicana de Cananea, S.A. de C.V. |
| Xavier Garcia de Quevedo Topete | Bosques de Ciruelos 99, Col. Bosques de las Lomas, 11700, Mexico City | Managing Director for Grupo Ferroviario Mexicano, S.A. de C.V. and Ferrocarril Mexicano, S.A. de C.V. and Alternate Director of New GM | Managing Director for Grupo Ferroviario Mexicano, S.A. de C.V. and Ferrocarril Mexicano, S.A. de C.V. |
| Alfredo Casar Perez | Av. Baja California 200, Col. Roma Sur, 06760, Mexico City | Managing Director for Development and Alternate Director for New GM | Managing Director for Development of New GM |
| Daniel Chavez Carreon | Av. Baja California 200, Col. Roma Sur, 06760, Mexico City | Managing Director for Industrial Minera Mexico, S.A. de C.V. and Alternate Director of New GM | Managing Director for Industrial Minera Mexico, S.A. de C.V. |
| Eduardo Gonzalez Gomez | Av. Insurgentes Sur 432, Col. Roma Sur, 06760, Mexico City | Alternate Director of New GM | Independent financial advisor |
| Sergio M. Ferrer De la Barrera | Av. Baja California 200, Col. Roma Sur, 06760, Mexico City | General Counsel and Alternate Director of New GM | General Counsel of New GM |
| Manuel Calderon Cardenas | Av. Baja California 200, Col. Roma Sur, 06760, Mexico City | Director of Mine and Planning Control of New GM | Director of Mine Planning and Control of New GM |
| Vidal Muhech Dip | Av. Baja California 200, Col. Roma Sur, 06760, Mexico City | Director for Engineering and Construction of New GM | Director for Engineering and Construction of New GM |
| Ernesto Duran Trinidad | Av. Baja California 200, Col. Roma Sur, 06760, Mexico City | Comptroller of New GM | Comptroller of New GM |
| Genaro Guerrero Diaz Mercado | Av. Baja California 200, Col. Roma Sur, 06760, Mexico City | Treasurer of New GM | Treasurer of New GM |
| Gabino Paez Gonzalez | Av. Baja California 200, Col. Roma Sur, 06760, Mexico City | Managing Director for Industrial Relations and Alternate Director of New GM | Managing Director for Industrial Relations of New GM |
| Rolando Vega Iniguez | Av. Baja California 200, Col. Roma Sur, 06760, Mexico City | Examiner of New GM | Examiner of New GM |
| Gilberto Nava Escobedo | Av. Baja California 200, Col. Roma Sur, 06760, Mexico City | Alternate Examiner of New GM | Alternate Examiner of New GM |