SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

SCHEDULE 13D
Under the Securities Exchange Act of 1934
(Amendment No. 2)
Southern Peru Copper Corporation
--------------------------------
(Name of Issuer)
Common Stock, $0.01 par value
-----------------------------
(Title of Class of Securities)
843611104
---------------
(CUSIP Number)
ASARCO Incorporated
Southern Peru Holdings Company
---------------------------------
(Name of Person Filing Statement)
Augustus B. Kinsolving
Vice President and General Counsel
ASARCO Incorporated
180 Maiden Lane
New York, NY 10038
(212) 510-2000
and
Daniel Tellechea Salido
Vice President and Treasurer
Southern Peru Holdings Company
Baja California 200
Colonia Roma Sur.
06760 Mexico City, Mexico
Tel. No. 011-525-574-2067
-------------------------------
(Name, Address and Telephone Number of Persons
Authorized to Receive Notices and Communications)
COPY TO:
Michael L. Fitzgerald, Esq.
Brown & Wood LLP
One World Trade Center
New York, New York 10048
Tel. No. (212) 839-5300
November 17, 1999
----------------------------
(Date of Event which Requires
Filing of this Statement)

If the filing person has previously filed a statement on Schedule 13G to report the acquisition which is the subject of this Schedule 13D, and is filing this schedule because of Rule 13d-1(b) (3) or (4), check the following box / /.

(Continued on following page(s))

<PAGE>

SCHEDULE 13D

<TABLE>
<CAPTION>
<S> <C>
Cusip No. 843611104

---

1 NAME OF REPORTING PERSON
S.S. or I.R.S. IDENTIFICATION NO. OF ABOVE PERSON
ASARCO INCORPORATED

EMPLOYER ID NO. 13-49244

| Item | Description |
|---|---|
| 2 | CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP (a) / / (b) /X/ |
| 3 | SEC USE ONLY |
| 4 | SOURCE OF FUNDS OO |
| 5 | CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(d) or 2(e) / / |
| 6 | CITIZENSHIP OR PLACE OF ORGANIZATION NEW JERSEY |

| NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH | | | |
|---|---|---|---|
| NUMBER OF SHARES | 7 | SOLE VOTING POWER | |
| BENEFICIALLY OWNED BY | 8 | SHARED VOTING POWER | 43,348,949 |
| EACH REPORTING | 9 | SOLE DISPOSITIVE POWER | |
| PERSON WITH | 10 | SHARED DISPOSITIVE POWER | 43,348,949 |

| Item | Description |
|---|---|
| 11 | AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON 43,348,949 |
| 12 | CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES / / |
| 13 | PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11) 54.2% |
| 14 | TYPE OF REPORTING PERSON CO |

</TABLE>
<PAGE>

SCHEDULE 13D

<TABLE>
<CAPTION>
<S> <C>

Cusip No. 843611104

1 NAME OF REPORTING PERSON
S.S. or I.R.S. IDENTIFICATION NO. OF ABOVE PERSON
SOUTHERN PERU HOLDINGS COMPANY

2 CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP
(a) / /

(b) /X/

3 SEC USE ONLY

4 SOURCE OF FUNDS
OO

5 CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(d) or 2(e) / /

6 CITIZENSHIP OR PLACE OF ORGANIZATION
DELAWARE

| | | |
|---|---|---|
| NUMBER OF SHARES | 7 | SOLE VOTING POWER |
| BENEFICIALLY OWNED BY | 8 | SHARED VOTING POWER<br>43,348,949 |
| EACH REPORTING | 9 | SOLE DISPOSITIVE POWER |
| PERSON WITH | 10 | SHARED DISPOSITIVE POWER<br>43,348,949 |

11 AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON
43,348,949

12 CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES
/ /

13 PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)
54.2%

14 TYPE OF REPORTING PERSON
CO

</TABLE>
<PAGE>

ASARCO Incorporated ("ASARCO") hereby amends its Report on Schedule 13D regarding Southern Peru Copper Corporation (the "Company") originally

filed on January 12, 1996, as amended on March 6, 1996 (together, the "Schedule 13D"), and Southern Peru Holdings Company, a wholly owned subsidiary of ASARCO ("SPHC" and, together with ASARCO, the "Reporting Persons") hereby joins with ASARCO in filing the Schedule 13D. This Schedule 13D relates to common stock of the Company, $0.01 par value per share ("Common Stock") and Class A Common Stock of the Company, $0.01 par value per share ("Class A Common Stock", together, with Common Stock, the "Common Shares"). Unless otherwise indicated, capitalized terms used but not defined herein shall have the same meanings assigned to them in the Schedule 13D.

ITEM 2.   IDENTITY AND BACKGROUND.

Item 2 is hereby amended by adding the following:

Until November 15, 1999, ASARCO had sole voting and dispositive power of the shares of Class A Common Stock to which this Schedule 13D relates. On November 15, 1999, ASARCO transferred to SPHC the shares of Class A Common Stock owned by it to which this Schedule 13D relates. On November 16, 1999, following the expiration of the tender offer by ASMEX Corporation ("ASMEX"), a wholly owned subsidiary of Grupo Mexico, S.A. de C.V. ("GM"), to purchase all of the outstanding common stock of ASARCO and the acceptance for payment of tendered shares, ASMEX became the beneficial owner of approximately 87.6% of the outstanding common stock of ASARCO. On November 17, 1999, GM caused a short-form merger of ASMEX with and into ASARCO. Pursuant thereto, GM owns 100% of the outstanding common stock of ASARCO.

SPHC is a Delaware corporation with its principal executive offices located at 180 Maiden Lane, New York, New York 10038. SPHC is a special purpose company formed to hold the shares of Class A Common Stock to which this Schedule 13D relates. SPHC is a wholly owned subsidiary of ASARCO.

GM is a Mexican corporation with its principal executive offices located at Baja California 200, Colonia Roma Sur, 06760 Mexico City, Mexico. GM's principal business is to act as a holding company for the shares of other corporations engaged in the mining, processing and sale of metals and railways operations.

The largest shareholder of GM is Empresarios Industriales de Mexico, S.A. de C.V., a Mexican corporation ("EIM"). The principal business of EIM is to act as a holding company for shares of other corporations engaged in a variety of businesses including mining, construction, real estate and drilling. The principal executive offices of EIM are located at Insurgentes Sur No. 432-9, Colonia Roma Sur 06760, Mexico City, Mexico. Mr. German Larrea Mota-Velasco is the Chairman of the Board and Chief Executive Officer of SPHC. Mr. German Larrea is the Chairman of the Board and Chief Executive Officer of GM and EIM. The family of the late Jorge Larrea Ortega, including Mr. German Larrea, directly controls the majority of the capital stock of EIM and directly and indirectly controls a majority of the votes of the capital stock of GM. Mr. German Larrea disclaims beneficial ownership of such shares other than the shares held directly by him (comprising approximately 2.71% of the outstanding shares of GM).

Annex I hereto sets forth the name, business address, present principal occupation or employment and citizenship of each director and executive officer of the Reporting Persons, GM and EIM. The information set forth in Annex I hereto is incorporated herein by reference. No other person controls SPHC or has beneficial ownership of the shares of Class A Common Stock held by SPHC within the meaning of Rule 13d-3 under the Exchange Act.

None of the Reporting Persons, GM or EIM or, to their knowledge, any of the persons listed in Annex I hereto, has during the last five years (i) been convicted in a criminal proceeding (excluding traffic violations or similar misdemeanors), or (ii) been a party to a civil proceeding of a judicial or administrative body of competent jurisdiction and as a result of such proceeding was, or is, subject to a judgment, decree or final order enjoining future violations of, or prohibiting or mandating activities subject to Federal or State securities laws or finding any violation with respect to such laws.

ITEM 4.   PURPOSE OF TRANSACTION.

Item 4 is hereby amended by adding the following:

Under the terms of the Stockholders' Agreement, on November 15, 1999, ASARCO sent notice to the Founding Stockholders of its intent to

designate German Larrea Mota-Velasco, Genaro Larrea Mota-Velasco, Hector Calva Ruiz, Daniel Tellechea Salido, Oscar Gonzalez Rocha, Xavier Garcia de Quevedo Topete, Alberto de la Parra Zavala, Manuel Calderon Cardenas and Alfredo Casar Perez as directors of SPCC, effective as of November 29, 1999 or such earlier date as the Founding Stockholders may agree.

Except as set forth in the Schedule 13D, there have been no contacts, negotiations or transactions between the Reporting Persons, GM or EIM, or their respective subsidiaries, or to their knowledge, any of the persons listed in Annex I hereto, on the one hand, and the Company or its executive officers, directors or affiliates, on the other hand, concerning a merger, consolidation or acquisition, tender offer or other acquisition of securities, election of directors, or a sale or other transfer of a material amount of assets that would require reporting under the Exchange Act and rules promulgated thereunder.

ITEM 5. INTEREST IN SECURITIES OF THE ISSUER.

Item 5 is hereby amended by adding the following:

ASARCO beneficially owns 43,348,949 shares of Class A Common Stock, which are convertible on a one-for-one basis into shares of Common Stock, representing approximately 54.2% of the issued and outstanding Common Shares. Other than as set forth herein, ASARCO has neither acquired nor disposed of any shares of Class A Common Stock or Common Stock since the date of the Schedule 13D.

ASARCO believes that certain of its executive officers have acquired and are the beneficial owners of Common Stock. Accordingly, the information set forth in the Schedule 13D regarding ownership of shares of Common Stock by its directors and executive officers is hereby amended through June 30, 1999 by the attached Schedule A.

Except as set forth in the Schedule 13D, none of the Reporting Persons, GM or EIM or, to their knowledge, any of the persons listed in Annex I hereto, beneficially owns any equity security of the Company and none of the Reporting Persons, GM or EIM or, to their knowledge, any of the respective directors, executive officers or subsidiaries of any of the foregoing, has effected any transaction in any equity security of the Company during the past 60 days.

Except as set forth in the Schedule 13D and other than the Stockholders' Agreement, a copy of which was previously filed as Exhibit 1 to the Schedule 13D, none of the Reporting Persons, GM or EIM, or to their knowledge, any of the persons listed in Annex I hereto, has any contract, arrangement, understanding or relationships (legal or otherwise) among the persons named in Item 2 and between such persons and any person with respect to any securities of the Company, including but not limited to transfer or voting of any of the securities of the Company, finder's fee, joint ventures, loan or option arrangements, puts or calls, guaranties of profits, division of profits or loss, or the giving or withholding of proxies.

ITEM 6. CONTRACTS, ARRANGEMENTS, UNDERSTANDINGS OR RELATIONSHIPS WITH RESPECT TO SECURITIES OF THE ISSUER.

Item 6 is hereby amended by adding the following:

On November 15, 1999, the shares of Class A Common Stock owned by ASARCO were transferred to SPHC. In connection therewith, on November 15, 1999, SPHC became bound by the terms of the Stockholders' Agreement.

<PAGE>

SIGNATURE

After reasonable inquiry and to the best of my knowledge and belief, I certify that the information set forth in this statement is true, complete and correct.

Dated: November 19, 1999

ASARCO INCORPORATED
By /s/ Daniel Tellechea Salido
----------------------------------
Name: Daniel Tellechea Salido
Title: Vice President

SOUTHERN PERU HOLDING COMPANY
By /s/ Daniel Tellechea Salido
----------------------------------

Name: Daniel Tellechea Salido
Title: Vice President and Treasurer

<PAGE>

SCHEDULE A

SOUTHERN PERU COPPER CORPORATION

ASARCO believes that certain of its executive officers have acquired and are the beneficial owners of shares of Common Stock. Accordingly, the information set forth in the Schedule 13D regarding ownership of Common Stock by its directors and executive officers is hereby amended through June 30, 1999 by this Schedule A. Except where indicated, all shares of Common Stock acquired since Amendment No. 1 to the Schedule 13D filed on March 6, 1996, were granted by Company pursuant to the Director's Stock Award Plan and, in some cases, pursuant to the Dividend Reinvestment Plan. Other than shares of Common Stock acquired through ASARCO's employee plans, to ASARCO's knowledge all shares of Common Stock set forth below were acquired through open market purchases and were paid for with personal funds.

| NAME | SHARES OFCOMMON STOCK |
|---|---|
| Francis R. McAllister | 3,286.1844 |
| Kevin R. Morano | 2,286.1843 |
| William Dowd | 1,200.0000 |
| Augustus B. Kinsolving | 1,262.9904 |
| William L. Paul | 500.0000 |
| Gerald D. Van Voorhis | 200.0000 |
| Michael O. Varner | 1,544.2975 |
| David B. Woodbury | 2,300.0000 |
| Christopher F. Schultz | 1,000.0000 |

<PAGE>

ANNEX I

DIRECTORS AND EXECUTIVE OFFICERS

1. DIRECTORS AND EXECUTIVE OFFICERS OF SPHC. The following table sets forth the name, principal business address, title and present principal occupation or employment of each director and executive officer of SPHC. Each such person is a citizen of Mexico.

<TABLE>
<CAPTION>

| NAME | PRINCIPAL BUSINESS ADDRESS | TITLE | PRINCIPAL OCCUPATION |
|---|---|---|---|
| <S> | <C> | <C> | <C> |
| German Larrea Mota-Velasco | Av. Baja California 200, Col. Roma Sur, 06760, Mexico City | Chairman of the Board and President of SPHC | Chairman of the Board and Chief Executive Officer of GM |
| Genaro Larrea Mota-Velasco | Av. Baja California 200, Col. Roma Sur, 06760, Mexico City | Director and Vice President of SPHC | Commercial Managing Director of GM |
| Hector Calva Ruiz | Av. Baja California 200, Col. Roma Sur, 06760, Mexico City | Vice President of SPHC | Managing Director for Exploration and Finance of GM |
| Daniel Tellechea Salido | Av. Baja California 200, Col. Roma Sur, 06760, Mexico City | Vice President and Treasurer of SPHC | Managing Director for Administration and |

Finance of GM

| NAME | PRINCIPAL BUSINESS ADDRESS | TITLE | PRINCIPAL OCCUPATION |
|---|---|---|---|
| Sergio M. Ferrer De la Barrera | Av. Baja California 200, Col. Roma Sur, 06760, Mexico City | Secretary of SPHC | General Counsel of GM |

</TABLE>

2. DIRECTORS AND EXECUTIVE OFFICERS OF ASARCO. The following table sets forth the name, principal business address, title and present principal occupation or employment of each director and executive officer of ASARCO. Except for the persons below designated by an asterisk next to their name who are citizens of Mexico, each such person is a citizen of the United States.

<TABLE>
<CAPTION>

| NAME | PRINCIPAL BUSINESS ADDRESS | TITLE | PRINCIPAL OCCUPATION |
|---|---|---|---|
| <S> | <C> | <C> | <C> |
| German Larrea Mota-Velasco* | Av. Baja California 200, Col. Roma Sur, 06760, Mexico City | Chairman of the Board of ASARCO | Chairman of the Board and Chief Executive Officer of GM |
| Genaro Larrea Mota-Velasco* | Av. Baja California 200, Col. Roma Sur, 06760, Mexico City | Director of ASARCO | Commercial Managing Director of GM |
| Francis R. McAllister | 180 Maiden Lane New York, NY 10038 | Chief Executive Officer of ASARCO | Chairman of the Board and Chief Executive Officer of ASARCO |
| Kevin R. Morano | 180 Maiden Lane New York, NY 10038 | President and Chief Operating Officer of ASARCO | President and Chief Operating Officer of ASARCO |
| Daniel Tellechea Salido* | Av. Baja California 200, Col. Roma Sur, 06760, Mexico City | Vice President of ASARCO | Managing Director for Administration and Finance of GM |
| William Dowd | 180 Maiden Lane New York, NY 10038 | Vice President and Chief Financial Officer of ASARCO | Vice President and Chief Financial Officer of ASARCO |
| Augustus B. Kinsolving | 180 Maiden Lane New York, NY 10038 | Vice President and General Counsel of ASARCO | Vice President and General Counsel of ASARCO |
| William L. Paul | 180 Maiden Lane New York, NY 10038 | Vice President, Commercial of ASARCO | Vice President, Commercial of ASARCO |

| | | | |
|---|---|---|---|
| Gerald D. Van Voorhis | 180 Maiden Lane New York, NY 10038 | Vice President, Exploration of ASARCO | Vice President, Exploration of ASARCO |
| Michael O. Varner | 180 Maiden Lane New York, NY 10038 | Vice President, Environmental Operations of ASARCO | Vice President, Environmental Operations of ASARCO |
| David B. Woodbury | 180 Maiden Lane New York, NY 10038 | Vice President, Human Resources of ASARCO | Vice President, Human Resources of ASARCO |
| Genaro Guerrero Diaz Mercado* | Av. Baja California 200, Col. Roma Sur, 06760, Mexico City | Vice President of ASARCO | Treasurer of GM |
| Robert Ferri | 180 Maiden Lane New York, NY 10038 | Secretary of ASARCO | Secretary of ASARCO |
| Christopher F. Schultz | 180 Maiden Lane New York, NY 10038 | Treasurer of ASARCO | Treasurer of ASARCO |
| James L. Wiers | 180 Maiden Lane New York, NY 10038 | General Auditor of ASARCO | General Auditor of ASARCO |

</TABLE>

3. DIRECTORS AND EXECUTIVE OFFICERS OF GM. The following table sets forth the name, principal business address, title and present principal occupation or employment of each director and executive officer of GM. Each such person is a citizen of Mexico.

<TABLE>
<CAPTION>

| NAME | PRINCIPAL BUSINESS ADDRESS | TITLE | PRINCIPAL OCCUPATION |
|---|---|---|---|
| <S> | <C> | <C> | <C> |
| German Larrea Mota-Velasco | Av. Baja California 200, Col. Roma Sur, 06760, Mexico City | Chairman of the Board and Chief Executive Officer of GM | Chairman of the Board and Chief Executive Officer of GM |
| Juan Sanchez-Navarro Peon | Av. Baja California 200, Col. Roma Sur, 06760, Mexico City | Director of GM | Vice President of Grupo Modelo, S.A. de C.V. |
| Romulo O'Farril Jr. | Av. Baja California 200, Col. Roma Sur, 06760, Mexico City | Director of GM | Chief Executive Officer of Novedades Editores, S.A. de C.V. |
| Prudencio Lopez Martinez | Av. Baja California 200, Col. Roma Sur, 06760, Mexico City | Director of GM | President of Sanvica, S.A. de C.V. |

| | | |
|---|---|---|
| Juan I. Gallardo Thurlow Chairman of the Board of Grupo Azucarero de Mexico, S.A. de C.V. | Av. Baja California 200, Col. Roma Sur, 06760, Mexico City | Director of GM |
| Claudio X. Gonzalez Chairman of the Board and Chief Executive Officer of Kimberly-Clark de Mexico, S.A. de C.V. | Av. Baja California 200, Col. Roma Sur, 06760, Mexico City | Director of GM |
| Carlos Giron Peltier Retired. | Av. Baja California 200, Col. Roma Sur, 06760, Mexico City | Director of GM |
| Jose Mendoza Fernandez Chief Executive of Bufete Industrial, S.A. de C.V. | Av. Baja California 200, Col. Roma Sur, 06760, Mexico City | Director of GM |
| Genaro Larrea Mota-Velasco Commercial Managing Director of GM | Av. Baja California 200, Col. Roma Sur, 06760, Mexico City | Director and Commercial Managing Director of GM |
| Agustin Santamarina Vasquez Of counsel at Santamaria y Steta | Campos Eliseos, 345-2, Col. Chapultepec Polanco, 11560, Mexico City | Director and Secretary of the Board of Directors of GM |
| Hector Calva Ruiz Managing Director for Exploration and Projects of GM | Av. Baja California 200, Col. Roma Sur, 06760, Mexico City | Managing Director for Exploration Projects and Alternate Director of GM |
| Daniel Tellechea Salido Managing Director for Administration and Finance of GM | Av. Baja California 200, Col. Roma Sur, 06760, Mexico City | Managing Director for Administration and Finance and Alternate Director of GM |
| Oscar Gonzalez Rocha Managing Director for Mexicana Cobre, S.A. de C.V. and Mexicana de Cananea S.A. de C.V. | Av. Baja California 200, Col. Roma Sur, 06760, Mexico City | Managing Director for Mexicana Cobre, S.A. de C.V. and for Mexicana de Cananea, S.A. de C.V. and Alternate Director of GM |

| | | |
|---|---|---|
| Xavier Garcia de Quevedo Managing Director for Topete Grupo Ferroviario Mexicano, S.A. de C.V. and Ferrocarril Mexicano, S.A. de C.V. | Bosques de Ciruelos 99, Col. Bosques de las Lomas, 11700, Mexico City | Managing Director for Grupo Ferroviario Mexicano, S.A. de C.V. and Ferrocarril Mexicano, S.A. de C.V. and Alternate Director of GM |
| Alfredo Casar Perez Managing Director for Development of GM | Av. Baja California 200, Col. Roma Sur, 06760, Mexico City | Managing Director for Development and Alternate Director for GM |
| Daniel Chavez Carreon Managing Director for Industrial Minera Mexico, S.A. de C.V. | Av. Baja California 200, Col. Roma Sur, 06760, Mexico City | Managing Director for Industrial Minera Mexico, S.A. de C.V. and Alternate Director of GM |
| Eduardo Gonzalez Gomez Independent financial advisor | Av. Insurgentes Sur 432, Col. Roma Sur, 06760, Mexico City | Alternate Director of GM |
| Sergio M. Ferrer De la General Counsel of GM Barrera | Av. Baja California 200, Col. Roma Sur, 06760, Mexico City | General Counsel and Alternate Director of GM |
| Manuel Calderon Cardenas Director of Mine Planning and Control of GM | Av. Baja California 200, Col. Roma Sur, 06760, Mexico City | Director of Mine and Planning Control of GM |
| Vidal Muhech Dip Director for Engineering and Construction of GM | Av. Baja California 200, Col. Roma Sur, 06760, Mexico City | Director for Engineering and Construction of GM |
| Ernesto Duran Trinidad Comptroller of GM | Av. Baja California 200, Col. Roma Sur, 06760, Mexico City | Comptroller of GM |
| Genaro Guerrero Diaz Mercado Treasurer of GM | Av. Baja California 200, Col. Roma Sur, 06760, Mexico City | Treasurer of GM |
| Gabino Paez Gonzalez Managing Director for Industrial Relations of GM | Av. Baja California 200, Col. Roma Sur, 06760, Mexico City | Managing Director for Industrial Relations and Alternate Director |

| NAME | PRINCIPAL BUSINESS ADDRESS | TITLE | PRINCIPAL OCCUPATION |
| --- | --- | --- | --- |
| | | of GM | |
| Rolando Vega Iniguez | Av. Baja California 200, Col. Roma Sur, 06760, Mexico City | Examiner of GM | Examiner of GM |
| Gilberto Nava Escobedo | Av. Baja California 200, Col. Roma Sur, 06760, Mexico City | Alternate Examiner of GM | Alternate Examiner of GM |

</TABLE>

4. DIRECTORS AND EXECUTIVE OFFICERS OF EIM. The following table sets forth the name, principal business address, title and present principal occupation or employment of each director and executive officer of EIM. Each such person is a citizen of Mexico.

<TABLE>
<CAPTION>

| NAME | PRINCIPAL BUSINESS ADDRESS | TITLE | PRINCIPAL OCCUPATION |
| --- | --- | --- | --- |
| <S> | <C> | <C> | <C> |
| German Larrea Mota-Velasco | Av. Baja California 200, Col. Roma Sur, 06760, Mexico City | Chairman of the Board and Chief Executive Officer of EIM | Chairman of the Board and Chief Executive Officer of GM |
| Genaro Larrea Mota-Velasco | Av. Baja California 200, Col. Roma Sur, 06760, Mexico City | Director of EIM | Commercial Managing Director of GM |
| Alfredo Casar Perez | Av. Baja California 200, Col. Roma Sur, 06760, Mexico City | Director of EIM | Managing Director for Development of GM |
| Eduardo Gonzalez Gomez | Av. Insurgentes Sur 432, Col. Roma Sur, 06760, Mexico City | Director of EIM | Independent financial advisor |

</TABLE>