# United States Bankruptcy Court
## SOUTHERN DISTRICT OF TEXAS

In re Southern Peru Holdings, LLC,  
             Debtor

Case No. 06-20774

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | NO | 0 | $0.00 | | |
| B - Personal Property | YES | 4 | Undetermined | | |
| C - Property Claimed As Exempt | NO | 0 | | | |
| D - Creditor Holding Secured Claims | NO | 0 | | $0.00 | |
| E - Creditors Holding Unsecured Priority Claims | NO | 0 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 2 | | Undetermined | |
| G - Executory Contracts and Unexpired Leases | NO | 0 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | |
| Total Number of Sheets in ALL Schedules | | 7 | | | |
| Total Assets | | | Undetermined | | |
| Total Liabilities | | | | Undetermined | |

DAL02:476320.3

In re Southern Peru Holdings, LLC,                                        Case No. 06-20774
           Debtor

# SCHEDULE B - PERSONAL PROPERTY

    Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | ■ | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | ■ | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | ■ | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | ■ | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | ■ | | | |
| 6. Wearing apparel. | ■ | | | |
| 7. Furs and jewelry. | ■ | | | |

DAL02:476320.3

In re Southern Peru Holdings, LLC,                                    Case No. 06-20774
        Debtor

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | ■ | | | |
| 9. Interests in insurance policies, Name insurance company of each policy and itemize surrender or refund value of each. | | ASARCO LLC has insurance policies, which may cover some/all of its subsidiaries and which are listed in Exhibits B-9 to the Schedules, as may be amended, filed under Case No. 05-21207. To the extent applicable, we disclose herein the Debtor's interest in those policies. | | Undetermined |
| 10. Annuities. Itemize and name each issuer. | ■ | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | ■ | | | |
| 12. Interest in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | ■ | | | |
| 13. Stock and interest in incorporated and unincorporated businesses. Itemize. | ■ | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | ■ | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | ■ | | | |
| 16. Accounts receivable. | | Earned interest income on Promissory Note paid to ASARCO LLC prior to assignment of Note to ASARCO LLC by Debtor. | | $3,195,627 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | ■ | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | ■ | | | |

DAL02:476320.3

In re Southern Peru Holdings, LLC,  Case No. 06-20774
    Debtor

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | ■ | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | ■ | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | ■ | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | ■ | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | ■ | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | ■ | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | ■ | | | |
| 26. Boats, motors, and accessories. | ■ | | | |
| 27. Aircraft and accessories. | ■ | | | |
| 28. Office equipment, furnishings, and supplies. | ■ | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | ■ | | | |

DAL02:476320.3

In re Southern Peru Holdings, LLC,            Case No. 06-20774
        Debtor

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 30. Inventory. | ■ | | | |
| 31. Animals. | ■ | | | |
| 32. Crops - growing or harvested. Give particulars. | ■ | | | |
| 33. Farming equipment and implements. | ■ | | | |
| 34. Farm supplies, chemicals, and feed. | ■ | | | |
| 35. Other personal property of any kind not already listed. Itemize. | ■ | | | |
| | | | Total ▶ | $ Undetermined |

**In re Southern Peru Holdings, LLC,**  Case No. 06-20774
    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    ☐    Check this box if debtor has no creditors holding unsecured non-priority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Pension Benefit Guaranty Corporation<br>1200 K Street, N.W., Suite 310<br>Washington, DC 20005-4026 | X | | Pension | X | X | X | Undetermined |
| U.S. Department of Justice<br>Envtl. Enforcement Section<br>Environmental & Natural Resources Division<br>P.O. Box 7611, Ben Franklin St'n<br>Washington, DC 20044<br>Ref. DOJ File No. 90-11-3-128/5 | X | | Party to the Consent Decree dated Feb. 2, 2003 in *United States of America v. ASARCO, Inc. and Southern Peru Holdings Corp.*, No. CV 02-2079 | X | X | X | Undetermined |
| Regional Solicitor<br>U.S. Department of the Interior<br>500 NE Multnomah, Suite 607<br>Portland, Oregon 97232 | X | | Notice Party to the Consent Decree dated Feb. 2, 2003 in *United States of America v. ASARCO, Inc. and Southern Peru Holdings Corp.*, No. CV 02-2079 | X | X | X | Undetermined |
| Environmental Protection Agency<br>Office of Site Remediation Enforcement<br>Regional Support Div. (MC2272A)<br>Ariel Rios Building South,<br>1200 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20460 | X | | Party to the Consent Decree dated Feb. 2, 2003 in *United States of America v. ASARCO, Inc. and Southern Peru Holdings Corp.*, No. CV 02-2079 | X | X | X | Undetermined |

DAL02:476320.3

In re Southern Peru Holdings, LLC,
  Debtor

Case No. 06-20774

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, IFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| U.S. Department of Agriculture<br>USDA Office of the General Counsel<br>740 Simms St., Room 309<br>Golden, CO 80401 | X | | Notice Party to the Consent Decree dated Feb. 2, 2003 in *United States of America v. ASARCO, Inc. and Southern Peru Holdings Corp.*, No. CV 02-2079 | X | X | X | Undetermined |
| The Coeur d'Alene Tribe<br>850 A Street<br>P.O. Box 408<br>Plummer, ID 83851<br><br>Howard A. Funke<br>FUNKE & WORK<br>424 Sherman Avenue, Suite 308<br>P.O. Box 969 | X | | Secured Party in the Southern Peru Holdings Corporation Security Agreement dated March 31, 2003, which granted a lien on certain promissory note that has since been assigned to ASARCO LLC by agreement | X | X | X | Undetermined |
| | | | | | | | Undetermined |

DAL02:476320.3

In re Southern Peru Holdings, LLC,  Case No. 06-20774
        Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| ASARCO LLC<br>1150 North 7th Ave.<br>Tucson, AZ 85705 | Pension Benefit Guaranty Corporation<br>1200 K. Street N.W., Suite 310<br>Washington, DC 20005-4026 |
| ASARCO LLC<br>1150 North 7th Ave.<br>Tucson, AZ 85705 | U.S. Department of Justice<br>Envtl. Enforcement Section<br>Environmental & Natural Resources Division<br>P.O. Box 7611, Ben Franklin St'n<br>Washington, DC 20044<br>Ref. DOJ File No. 90-11-3-128/5 |
| ASARCO LLC<br>1150 North 7th Ave.<br>Tucson, AZ 85705 | Regional Solicitor<br>U.S. Department of the Interior<br>500 NE Multnomah, Suite 607<br>Portland, Oregon 97232 |
| ASARCO LLC<br>1150 North 7th Ave.<br>Tucson, AZ 85705 | Environmental Protection Agency<br>Office of Site Remediation Enforcement<br>Regional Support Div. (MC2272A)<br>Ariel Rios Building South,<br>1200 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20460 |
| ASARCO LLC<br>1150 North 7th Ave.<br>Tucson, AZ 85705 | U.S. Department of Agriculture<br>USDA Office of the General Counsel<br>740 Simms St., Room 309<br>Golden, CO 80401 |
| ASARCO LLC<br>1150 North 7th Ave.<br>Tucson, AZ 85705 | The Coeur d'Alene Tribe<br>850 A Street<br>P.O. Box 408<br>Plummer, ID 83851<br><br>Howard A. Funke<br>FUNKE & WORK<br>424 Sherman Avenue, Suite 308<br>P.O. Box 969 |

DAL02:476320.3

In re Southern Peru Holdings, LLC,  Case No. 06-20774
Debtor

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (total shows on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

Date_____  Signature_____
                                                Debtor

Date_____  Signature_____
                                                (Joint Debtor, if any)
                                                [If joint case, both spouses must sign]

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER
(See 11 U.S.C. §110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____   _____
Printed or Typed Name of Bankruptcy   Social Security No.
Petition Preparer

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____   _____
Signature of Bankruptcy Petition Preparer   Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the ____Vice-President____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of ____Southern Peru Holdings, LLC____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____8____ sheets (total shows on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

Date____1/26/07____   Signature:_____

                       ____Thomas L. Aldrich____
                       [Print or type name of individual
                       signing on behalf of debtor]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]