IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 05-21207 |
| | § | |
| **ASARCO LLC**, *et al*., | § | Chapter 11 |
| | § | |
| Debtors. | § | Jointly Administered |

## NOTICE OF SECTION 341 MEETING OF CREDITORS

Chapter 11 bankruptcy cases concerning the following jointly administered Debtors were filed on December 12, 2006. You may be a creditor of the jointly administered Debtors. You may want to consult an attorney to protect your rights. The jointly administered Debtors are:

Southern Peru Holdings, LLC, Case No. 06-20774
1150 North Seventh Avenue
Tucson, Arizona   85705

AR Sacaton, LLC, Case No. 06-20775
1150 North Seventh Avenue
Tucson, Arizona   85705

ASARCO Exploration Company, Inc., Case No. 06-20776
1150 North Seventh Avenue
Tucson, Arizona   85705

**The meeting of creditors has been scheduled for Tuesday, February 20, 2007 at 2:00 p.m. at 606 North Carancahua, Suite 1107, Corpus Christi, TX 78476**

The Debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors. Creditors are welcome to attend, but are not required to do so. <u>Telephonic appearances will not be permitted.</u>   The meeting may be continued and concluded at a later date without further notice.

Dated: February 1, 2007        */s/ James R. Prince*
                               **BAKER BOTTS L.L.P.**
                               Jack L. Kinzie, State Bar No. 11492130
                               James R. Prince, State Bar No. 00784791
                               Eric A. Söderlund, State Bar No. 24037525
                               2001 Ross Avenue
                               Dallas, Texas 75201-2980
                               Telephone:   214.953.6500
                               Facsimile:   214.661.6503
                               Email:   *jack.kinzie@bakerbotts.com*
                                        *jim.prince@bakerbotts.com*
                                        *eric.soderlund@bakerbotts.com*

DAL02:476981.1