```
 1                IN THE UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF TEXAS
 2                     BROWNSVILLE DIVISION

 3    _____
                                      )
 4    ASARCO LLC AND SOUTHERN PERU    )
      HOLDINGS CORPORATION            )
                                      )
 5                                    ) CIVIL ACTION NO.
      VS.                             ) B-07-018
 6                                    )
      AMERICAS MINING CORPORATION     )
 7    _____)

 8

 9                         MOTION HEARING
              BEFORE THE HONORABLE ANDREW S. HANEN
10                         JUNE 6, 2007

11    APPEARANCES:

12

13    For the Plaintiff:        MR. G. IRVIN TERRELL
                                MR. MICHAEL C. MASSENGALE
14                              Baker Botts, L.L.P.
                                One Shell Plaza
15                              910 Louisiana Street
                                Houston, Texas  77002-4995
16

17    For the Plaintiff:        MR. FERNANDO RODRIGUEZ, JR.
                                MR. ERIC SODERLUND
18                              Baker Botts, L.L.C.
                                2001 Ross Avenue
19                              Dallas, Texas  75201-2980

20    For the Plaintiff:        MR. SHELBY A. JORDAN
                                Jordan, Hyden, Womble & Culbreth
21                              500 North Shoreline, Suite 900
                                Corpus Christi, Texas  78471
22

23    For the Plaintiff:        MR. MICHAEL J. URBIS
                                Jordan, Hyden, Womble & Culbreth
24                              1534 E. 6th Street, Suite 104
                                Brownsville, Texas  78520
25
```

```
 1   APPEARANCES (Continued):

 2   For the Defendant:            MR. ALAN J. STONE
                                   MS. MELANIE WESTOVER
 3                                 Milbank, Tweed, Hadley & McCloy
                                   One Chase Manhattan Plaza
 4                                 New York, New York   10005-1413

 5

 6   For the Defendant:            MR. CHARLES A. BECKHAM, JR.
                                   MR. BRIAN F. ANTWEIL
 7                                 Haynes Boone
                                   One Houston Center
 8                                 1221 McKinney Street, Suite 2100
                                   Houston, Texas   77010-2007
 9

10   For the Official Committee    MS. EVELYN H. BIERY
     Unsecured Creditors of        Fulbright & Jaworski, L.L.P.
11   ASARCO LLC:                   Fulbright Tower
                                   1301 McKinney, Suite 5100
12                                 Houston, Texas   77010-3095

13   For the Official Committee    MR. ROBERT T. BROUSSEAU
     in the Subsidiary Cases:      Stutzman, Bromberg, et al
14                                 2323 Bryan Street, Suite 2200
                                   Dallas, Texas   75201-2689
15
     For the Future Claims         MR. JOHN H. TATE, II
16   Representatives:              Oppenheimer Blend
                                   711 Navarro, 6th Floor
17                                 San Antonio, Texas   78205

18   APPEARANCES VIA TELEPHONE:

19   For the Defendant:            MR. LUC A. DESPINS
                                   Milbank, Tweed, Hadley & McCloy
20                                 One Chase Manhattan Plaza
                                   New York, New York   10005-1413
21

22

23   Transcribed by:               BARBARA BARNARD
                                   Official Court Reporter
24                                 600 E. Harrison, Box 301
                                   Brownsville, Texas   78520
25                                 (956)548-2591
```

```
 1          THE COURT:  Go ahead.
 2          MR. DESPINS:  This is Luc Despins with Milbank.  Just to
 3   put this in context, I want to be sure Your Honor knows, the
 4   54.2 percent of the stock is probably worth about 8 billion plus
 5   today.  So if they win the -- you know, I think it's pretty
 6   clear that there would be more than enough money to pay
 7   creditors, you know, twice over.  So I want to make sure you
 8   have that in the context of this issue.
 9          THE COURT:  Okay.  Here's what I want you to do.  I want
10   you to produce the documents that you were going to produce with
11   regard to this transaction.  I want you to produce a record of
12   all the dividends or any other compensation.  By that, I'm
13   talking like stock splits or something -- you know, anything
14   related to the ownership of the stock.
15          MR. STONE:  Sure.  Which is all public; but, yes, we'll
16   produce it.
17          THE COURT:  And with regard to anything in the future
18   that may come up, I'll consider another request if there's
19   something later on that leads us to believe there was any
20   hanky-panky or reason to go over it.  But right now beyond that,
21   I'm denying your request, Mr. Terrell.
22          MR. STONE:  Thank you, Your Honor.
23          MR. TERRELL:  That's fine, Your Honor.  We can do that
24   by 30(b)(6).
25          THE COURT:  Okay.
```