UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILLIP NELSON BURNS, MIRJANA PAVKOVICH, Administrator of the Estate of Rade Pavkovich, Deceased, and Warren Elmer Halpap,<br><br>Plaintiffs,<br><br>-against-<br><br>GRUPO MÉXICO, S.A. de C.V., a Mexican Corporation,<br><br>Defendant. | Case No. 1:07-CV-3496(WHP)<br><br>**DECLARATION OF J. RYAN MILLER, ESQ. IN SUPPORT OF DEFENDANT GRUPO MÉXICO, S.A.B. DE C.V.'S MEMORANDUM OF LAW IN FURTHER SUPPORT OF ITS MOTION TO REMAND, OR, IN THE ALTERNATIVE, TO DISMISS THE AMENDED COMPLAINT** |

J. Ryan Miller, declares, pursuant to 28 U.S.C. § 1746:

1. I am associated with the law firm of Milbank, Tweed, Hadley & McCloy LLP, counsel for defendant Grupo México S.A.B. de C.V., and I am admitted to practice before this court. I submit this declaration on behalf of defendant in support of its Motion to Remand or, in the Alternative, to Dismiss the Amended Complaint.

2. Attached hereto as Exhibit A is a true and correct copy of the Consent Decree, filed in *USA v. ASARCO, Inc. et al.*, Case No. 02-2079 (D. Ariz. Feb. 2, 2003) (the "Consent Decree").

3. Attached hereto as Exhibit B is a true and correct copy of the Guaranty of Grupo México, S.A. de C.V., Appendix D to the Consent Decree.

4. Attached hereto as Exhibit C is a true and correct copy of the Order entered in *Town of Superior, Montana v. ASARCO, Inc.*, CV 01-147-M-DWM (D. Mont. Apr. 22, 2004) (No. 157).

- 2 -

5.   I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct.

Executed on July 16, 2007
In New York, New York

_____
J. Ryan Miller, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2007, a copy of Declaration of J. Ryan Miller, Esq. in Support of Defendant Grupo México, S.A.B. de C.V.'s Memorandum of Law in Further Support of its Motion to Remand, or, in the Alternative, to Dismiss the Amended Complaint, dated July 16, 2007 was served by e-mail as follows:

G. Irvin Terrell, Jr.
Samuel W. Cooper
Michael Massengale
Rebeca Huddle
Baker Botts, LLP
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002
(713) 229-1231
(713) 229-2831 (facsimile)
irv.terrell@bakerbotts.com
samuel.cooper@bakerbotts.com
michael.massengale@bakerbotts.com
rebeca.huddle@bakerbotts.com

Jack Kinzie
Fernando Rodriguez
Eric Soderlund
Thomas E. O'Brien
Baker Botts, LLP
2001 Ross Avenue
Dallas, Texas 75201
(214) 661-6500
(214) 661-6503 (facsimile)
jack.kinzie@bakerbotts.com
fernando.rodriguez@bakerbotts.com
eric.soderlund@bakerbotts.com
tom.obrien@bakerbotts.com

Attorneys for Non-parties
ASARCO LLC and Southern Peru Holdings, LLC

Alan B. Rich
Baron & Budd, P.C.
The Centrum
3102 Oak Law Avenue, Suite 1100
Dallas, Texas 75219
(214) 521-3605
(214) 520-1181 (facsimile)
arich@baronbudd.com

Attorneys for Plaintiffs Burns and Pavkovich

J. Ryan Miller, Esq.