# BAKER BOTTS LLP

ONE SHELL PLAZA
HOUSTON, TEXAS
TEL +1 713.229.1234
FAX +1 713.229.1522
www.bakerbotts.com

AUSTIN
BEIJING
DALLAS
DUBAI
HONG KONG
HOUSTON
LONDON
MOSCOW
NEW YORK
RIYADH
WASHINGTON

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/21/07

November 21, 2007

BY FAX

The Honorable William H. Pauley
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
Room 2210
New York, New York 10007

G. Irvin Terrell
TEL +1 713.229.1231
FAX +1 713.229.2831
irv.terrell@bakerbotts.com

Application granted.
SO ORDERED:

[signature]

WILLIAM H. PAULEY III U.S.D.J.
11/21/07

Re:  ASARCO LLC and Southern Peru Holdings, LLC v. Grupo Mexico, S.A. de C.V.,
     Case No. 1:07-CV-3496 (WHP)

Dear Judge Pauley:

To facilitate transfer of the above-referenced matter to the United States District Court for the Southern District of Texas, Plaintiffs ASARCO LLC and Southern Peru Holdings, LLC, and Defendant Grupo Mexico, S.A. de C.V., jointly request that the Court strike from the record all exhibits previously submitted under seal.

On June 27, 2007, Plaintiffs filed a motion to substitute and transfer venue, and Defendant filed a motion to remand or dismiss. See Dkt. Nos. 17, 28. On July 10, Plaintiffs filed a response in opposition to Defendant's motion to remand or dismiss. See Dkt. No. 33. Along with their response, Plaintiffs submitted under seal certain exhibits containing confidential business information. See id. at Ex. 3; Exs. 1-10 and 12-24 to Ex. 3; Ex. 4; Ex. 1, 5-7, 11-14, 16, 18, and 22 to Ex. 4; Exs. 1-6, 8-12, 16, 19-27, and 31 to Ex. 2 to Ex. 4; Ex. 1 to Ex. 6.

On November 16, the Court entered an order granting Plaintiffs' motion to substitute and transfer venue, denying Defendant's motion to remand or dismiss, and directing the Clerk of the Court to transfer this action to the United States District Court for the Southern District of Texas. See Dkt. No. 47. The Court did not reach the merits of Defendant's motion to dismiss, leaving the questions of proper service and personal jurisdiction to the Southern District of Texas. See id. The Court did not cite, and apparently did not rely upon, any of the exhibits filed under seal. See id.

Striking the sealed exhibits from the record is warranted. Although judicial documents are presumptively subject to public inspection, the presumption of access is weak in the present case because the sealed exhibits bear little relationship to the performance of Article III functions. See United States v. Amodeo, 71 F.3d 1044, 1047 (2d Cir. 1995) (report that was not requested by the court, but was merely helpful, was on the periphery of the adjudicative process). The Court did not make a final determination of the parties' substantive legal rights. Moreover, the Court apparently did not consider or rely upon any of the sealed exhibits in ruling upon the parties' motions. Cf. Encyclopedia Brown Prods. Ltd v. Home Box

**BAKER BOTTS** LLP

- 2 -                                                        November 21, 2007

*Office*, 26 F. Supp. 606, 611-12 (S.D.N.Y. 1998) (concluding that the presumption of public access was strong because the court considered and relied upon the parties' submissions in reaching its decision).

If the Court agrees to strike the sealed exhibits from the record, Plaintiffs will send a representative to the Court to retrieve any hard copies of the exhibits. Plaintiffs can resubmit the sealed exhibits to the Southern District of Texas once the case has been transferred to that court.

Respectfully submitted,

*Irv Terrell*

G. Irvin Terrell, Counsel for Plaintiffs

*David Cohen*

David S. Cohen, Counsel for Defendants (signed with permission)

cc: Alan B. Rich, Esq., Counsel for former Plaintiffs.

# BAKER BOTTS LLP

2001 ROSS AVENUE
DALLAS, TEXAS
75201-2980

TEL +1 214.953.6500
FAX +1 214.953.6503
www.bakerbotts.com

AUSTIN
BEIJING
**DALLAS**
DUBAI
HONG KONG
HOUSTON
LONDON
MOSCOW
NEW YORK
RIYADH
WASHINGTON

*Fax receipt will not be confirmed by phone unless requested.*

| | | | |
|---|---|---|---|
| FROM | Thomas E. O'Brien | VOICE NO. | (214) 953-6934 |
| DATE | November 21, 2007 | FAX NO. | (214) 661-4934 |
| PAGES | 3 | RETURN TO | Vivica LaMarche (9E) |
| TO | The Honorable William H. Pauley<br>United States District Judge | FAX NO.<br>VOICE NO. | 212.805.6390 |

**MESSAGE**

*Notice of Confidentiality*
*The information contained in and transmitted with this facsimile is: 1. Subject to the Attorney-client Privilege; 2. Attorney Work Product; or 3. Confidential. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, or use of or reliance upon the information contained in and transmitted with this facsimile by or to anyone other than the recipient designated above by the sender is unauthorized and strictly prohibited. If you have received this facsimile in error, please notify Baker Botts L.L.P. by telephone at 214.953.6740 immediately. Any facsimile erroneously transmitted to you should be immediately returned to the sender by U.S. Mail or, if authorization is granted by the sender, destroyed.*

*If you do not receive all pages, please call: 214.953.6740 for assistance.*

BILLING NO. 076735.0130    ATTORNEY/EMPLOYEE NO. 015121    CRITICAL DEADLINE, SEND BY    Immediate